# Exhibit 1

AFFIDAVIT

I, Patrick Hanna, being duly sworn, depose and say:

<u>Introduction</u>

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and currently assigned to the Burlington Resident Agency in Vermont. I have been an FBI Special Agent for 19 years. My duties as an FBI Special Agent include investigating violations of Title 18 of the United States Code as they pertain to corporate fraud, complex financial crimes, embezzlement, public corruption, money laundering and related white-collar crimes, as well as violent crimes and criminal enterprises. I have participated in investigations of criminal violations of various federal laws. I have executed search and arrest warrants, interviewed and interrogated subjects, witnesses, and victims, and conducted surveillance. In the course of these investigations, I have gained an understanding of current technology, to include computers and online accounts, cellular telephones and associated records and data, and have conducted analyses of the data related to such accounts and devices, for the purpose of solving and proving crimes.

2.      I am submitting this Affidavit in support of a complaint alleging that Jerry Banks kidnapped GD (the victim) on January 6, 2018, in violation of 18 U.S.C. § 1201(a)(1).

3.      This case is being investigated by the FBI and the Vermont State Police (VSP). Since this affidavit is being submitted for the limited purpose of supporting a complaint, I have not included details of every aspect of the investigation. Except as otherwise noted, the information contained in this Affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and my review of documents and records.

<u>Probable Cause</u>

A.      <u>The Kidnapping and Shooting</u>

4.      On January 7, 2018, VSP responded to a homicide in Barnet, VT. The victim, identified as GD, was found partially covered by snow near the base of a snowbank on a pull off area near the west side of Peacham Road. The victim was found handcuffed and had been shot multiple times in the head and torso. GD resided at 884 Hawkins Road, Danville, VT at the time. The victim's body was discovered approximately 15 miles from his residence.  Evidence gathered from the crime scene included .22 caliber cartridge casings.

5.      VSP Detectives responded to GD's home and interviewed his wife, MD, and their 12-year-old son (minor child #1). Both were interviewed again later. MD told VSP Detectives that at approximately 9:00 p.m. on January 6, 2018, she and her husband were in a first-floor bedroom in their Danville home. They heard someone knock on the door. GD went to the door to see who was there. GD came back to the bedroom and told MD that a man claiming to be a U.S. Marshal came to the victim's home to arrest him. GD got his clothes on and left with the man. MD saw the man and described him as having handcuffs, a rifle, and wearing a jacket and mask with an eye opening, both of which had a U.S. Marshals emblem. MD also reported that the man

said he had an arrest warrant for GD for racketeering and was bringing him to Virginia. Minor child #1, who observed the man and his car from a second-floor window, told police that the man drove a white four-door car with red and blue emergency lights activated on the dash. GD left in the man's car. The man was wearing black clothes and had a gun and a belt with various law enforcement tools on it. MD did not contact police.

6.     On January 10, 2018, Agent Jennie Emmons confirmed with Supervisory Deputy U.S. Marshal Carl Staley of the Burlington Vermont office of the U.S. Marshals Service that GD was not arrested by their agency. Further, Deputy Marshal Staley said that there had been no active federal warrants for GD.

B.     The 911 Phone

7.     I listened to a 911 call made around the time of the victim's kidnapping. The call took place approximately 15 minutes prior to the kidnapping and originated within a mile of the victim's residence.  The VT 911 call center received a call from (802) 473-0535 (the 911 Phone) at 8:42 p.m. on January 6, 2018.  The 911 call center's technology identified the call as coming from a location on North Danville Road, Danville, VT, only a short distance from the victim's residence. I believe that Banks used the 911 Phone to facilitate the victim's kidnapping and murder.

a.     During the call, a man stated that he shot his wife and was going to shoot himself. The caller gave an address of "71772 Cross Road" (with no town information), after which the caller hung up. The call information was relayed to VSP in St. Johnsbury, Vermont. VSP attempted to locate a Cross Road in the St. Johnsbury area without success.

b.     VSP thereafter requested that AT&T provide location information for the phone in question due to the exigent circumstance. AT&T confirmed that the 911 call came from the North Danville Road location. AT&T also reported that the phone was a prepaid phone with no subscriber information available. After VSP checked the North Danville location and several possible "Cross Roads" outside the town of St. Johnsbury, the matter was closed. At that time, the victim's body had not been discovered.

c.     I later obtained search warrants for various accounts used by Banks, including his Facebook account, where Banks listed his user name as Grizz Sands. Among the data in the Facebook account were video recordings, including a video in which Banks narrated a tour of his residence in Fort Garland, CO. Banks' voice sounds similar to the voice of the 911 caller.

8.     AT&T responded to a search warrant for information associated with the 911 Phone. The AT&T search warrant data confirmed the location of the 911 call on January 6, 2018, near the time and location of victim's kidnapping.

9.     The data provided by AT&T was reviewed by Special Agent James Wines of the FBI's Cellular Analysis Survey Team. After this review, and consultation with AT&T security personnel, Agent Wines advised that the 911 Phone was a prepaid phone purchased at a Walmart on January 5, 2018. The records showed only two calls made by the phone, a four-second call to a Pizza Hut in St. Johnsbury, VT at 4:14 p.m. on January 6 and the 911 call at 8:42 p.m. on

January 6. The phone used only two sectors of the same cell tower, located in St. Johnsbury, VT, for all cell site activity. Agent Wines also advised that this phone was activated, meaning that it could operate on the AT&T network, shortly before 4:00 p.m. on January 6, within minutes of the Pizza Hut call. I have not been able to establish how the phone was activated.

10. Agent Wines advised me that he learned from contacts at Walmart security that the prepaid phone was purchased with $100 cash on January 5, 2018, at 4:14 p.m. at the Walmart located at 100 Supercenter Drive, Clearfield, PA. Agent Wines forwarded me numerous security camera images of the individual purchasing the phone, which were obtained from Walmart security. The images show a bearded, adult, white man purchasing the phone. The man arrived and departed in a white Ford Explorer. The camera footage indicates the vehicle parked in the Walmart parking lot around 3:55 p.m. and left the lot around 4:17 p.m. The Explorer does not appear to have a front license plate. The rear plate was light in color and appeared to be white. Numbers and/or letters were not recognizable on the rear plate. The Explorer is generally consistent with minor child #1's description of the kidnapper's car.

11. FBI personnel in Pennsylvania canvassed gas stations and other locations in the vicinity of the Walmart at 100 Supercenter Drive, Clearfield, PA, to determine if additional security camera footage of the bearded, white male and/or the white Ford Explorer could be located. Additional video footage of the suspect and vehicle were located at a BP gas station at 14624 Clearfield Shawville Highway, Clearfield, PA 16830.

12. I reviewed stills of this footage, which included images of the bearded, white man and the white Ford Explorer, and they appear to be the same person and vehicle shown in the Walmart security video. The suspect purchased gas at the BP station. I saw what appears to be a smartphone in the suspect's hand. A time stamp on this video put the stop at the gas station at 4:27 p.m. on January 5, 2018. My review of the reports of the agents who travelled to Clearfield, Pennsylvania shows that the display times from the gas station security footage appear to be plus six or seven minutes relative to the actual time.

13. I have reviewed Colorado driver's license information about Banks. On December 18, 2017, a Colorado driver's license was issued to Jerry Dean Robert Banks. Banks gave his mailing address as 1179 Pfotenhauer Road, Fort Garland, CO. Based on the driver's license photo of Banks (taken only three weeks before the kidnapping), Banks resembles the man depicted in the Walmart surveillance images as the purchaser of the 911 Phone. Below is the license photo (on the right) and an edited image of the face of the 911 Phone purchaser (on the left) for comparison.

 

C.  <u>The 201 Phone</u>

14.     Agent Wines also reviewed AT&T tower data obtained as a result of search warrants issued by this court. Agent Wines received a list of cellular devices connecting to a tower covering the area of Clearfield, Pennsylvania, where the 911 Phone was purchased. The data included a list of devices connecting to the tower at or about the time the 911 Phone was purchased. Agent Wines compared this data to data he received listing cellular devices connecting to a tower covering the area of Danville, Vermont, where the abduction took place. The data included devices connecting to the tower at or about the time of GD's abduction. Only one cellular phone was common to both sets of data, and it was a device with phone number (201) 208-7436 (the 201 Phone). Based on the information below, I believe that Banks used the 201 Phone to facilitate the victim's kidnapping and murder.

15.     Further investigation by Agent Wines determined that 201 Phone is an Android cell phone purchased at a Walmart located at 201 Southeast Salem Street, Oak Grove, Missouri on November 13, 2017, at approximately 9:58 a.m. (CST), and additional service (minutes/data) for that phone were purchased at a Walmart located at 2025 W. Business Highway 60, Dexter, Missouri on January 4, 2018 at approximately 9:20 a.m. (CST). Agent Wines obtained receipts for these purchases, which show these purchases, like the 911 Phone purchase in Pennsylvania on January 6, 2018, were each made with $100 cash.  The details on the receipts suggest that the customer paid with a $100 bill for all three purchases: the 201 Phone, the extra minutes for the 201 Phone, and the 911 Phone.

16.     I obtained a search warrant for historical cell site and location information for the 201 Phone.  The 201 Phone did not make or receive any phone calls or texts during the relevant period. Its only interactions with the AT&T network involved data transmissions. The records do not reveal the kind of data transmitted. Agent Wines and I have reviewed the information obtained from this warrant. Analysis of the data shows the 201 Phone assigned number was registered with the AT&T network on November 14, 2017.  It first interacted with the network through cell towers in the area of Monte Vista, Colorado for a brief time on December 29, 2017.

4

The phone next interacted with a cell tower in the area of Dexter, Missouri on January 3, 2018, and January 4, 2018, again for short periods. Thereafter, the phone interacted with cell towers near roads following a path in a northern and eastern direction through Illinois, Indiana, and Ohio. Analysis of the data shows the phone interacted with cell towers in the Columbus, Ohio, area for a time period between 7:30 p.m. January 4, 2018 to 11:20 a.m. January 5, 2018. The phone thereafter continued to interact with cell towers near roads through Pennsylvania, New York, and Connecticut. Analysis of the data shows the phone interacted for a period of time with cell towers in the area Southington, Connecticut, from 12:00 a.m. to 10:00 a.m. on January 6, 2018. The data shows the phone then continued through Massachusetts and arrived in Vermont on January 6, 2018, at approximately 11:37 a.m. The phone then traveled north, consistent with travel on Interstate 91, and arrived in the area of St. Johnsbury, Vermont, at about 1:30 p.m. Throughout the afternoon and into the evening of January 6, 2018, the data shows the phone was in the areas of St. Johnsbury and Danville, Vermont. The phone remained in the general area in which the victim's kidnapping took place (at approximately 9:00 p.m.) and where his body was recovered the next day. After approximately 9:24 p.m., the phone appears to have traveled south out of the Danville/St. Johnsbury area, consistent with travel on Interstate 91. The last reported cell site or location data was at 10:01 p.m., after which the phone had no more interaction with the AT&T network. Based on this information, there is probable cause to believe that the 201 Phone was used for the purpose of the victim's kidnapping and murder.

17.     Further analysis of the data shows that during the travel to Vermont, the 201 Phone passed through the area of Clearfield, Pennsylvania at the time the 911 Phone was purchased at the Walmart in Clearfield, Pennsylvania.

18.     I have attempted to obtain information from Google about the use of this phone by subpoena. The only information Google could provide showed that the 201 Phone connected to Google servers for the first time on November 14, 2017, and for the last time on January 6, 2018.

19.     I have reviewed records from Verizon Wireless that identify Jerry Banks as the subscriber of the phone with number (719) 480-3879 (the 719 Phone) during the relevant timeframe. Banks was the effective subscriber from 10/20/2017 through 11/8/2018. Banks listed (661) 433-5327 (the 661 Phone) as his home phone number and work phone number.

20.     I have also reviewed Verizon Wireless Billing Statements, which show the approximate location of the 719 Phone when calls were made. I have confirmed with Verizon Wireless personal that this location information is associated with the cell towers and switch connecting to the phone at the time of calls. I also learned that Verizon Wireless maintained more precise location information for this phone for only approximately one year. That data was gone by the time I obtained the search warrant. I found the following locations of note for this phone in the Billing Statements:
   a.     On 10/26/2017, a call from this phone originated in Denver, CO.
   b.     On 12/13/2017, a call from this phone originated in Dexter, MO.
   c.     On 12/28/2017 a call from this phone originated in Alamosa, CO.

    d.      On 12/29/2017, another call from this phone originated in Alamosa, CO, which is close to Monte Vista, CO. As noted above, the 201 Phone first interacted with cell towers in the area of Monte Vista, CO on 12/29/2017.

    e.      On 1/2/2018 and 1/3/2018, calls from this phone originated in Dexter, MO. As noted above, the 201 Phone interacted with cell towers in Dexter, MO on 1/3/2018.

    f.      No calls are made between 12:59 p.m. on 1/3/2018 and 1/7/2018, when the 201 Phone was actively being used.

    g.      On 1/7/2018, at approximately 9:24 p.m., a call from this phone originated in O'Fallon, MO, which is along I-70 in Missouri. The time between the last use of the 201 Phone and this call on the 719 Phone is approximately 25 hours. Google Maps shows that driving time from Barnet, VT to O'Fallon, MO is approximately 19 hours.

    h.      On 1/8/2018, a call from this phone originated in Alma, KS. This call takes place approximately 15 minutes after the Kansas Highway Patrol car stop of Banks in Alma, KS, described below. The call connects with (573) 421-4798 for approximately 20 minutes.

    i.      On 1/9/2018, multiple calls are made from this phone, all originating in Colorado (Alamosa, Sanford and Colorado Springs).

21.     Banks' use of the 719 Phone connected to his Google account, described below, is consistent with him buying and using the 201 Phone.

22.     I have reviewed Google records for the email address banksavs@gmail.com. Jerry Banks is the subscriber of the email account. He uses bankspes@gmail.com for his recovery email. The account was created on 6/5/2009. SMS (texts) are connected to the 719 Phone. The subscriber services listed are Android, Gmail, Google Calendar, Google Chrome Sync, Google Cloud Print, Google Drive, Google Hangouts, Google Keep, Google My Maps, Google Payments, Google Photos, Google Play, Google Play Music, Google Services, Google Voice, Has Madison Account, Location History, Web & App Activity, YouTube, and iGoogle.

23.     I obtained a search warrant for information from the banksavs@gmail.com account. I and other investigators working with me have reviewed the information. We have identified a number of pieces of information in the Google data that further support the conclusion that Banks was responsible for GD's kidnapping and murder, including the following:

    a.      Within the Google maps data there are a number of pieces of information including searches for Vermont on October 10, 2017, December 12, 2017, and January 4, 2018.

    b.      Within the Google search history data are a number of pieces of information including searches for: Explorer Police Interceptors for sale on October 26, 2017; Ford Explorer Police Interceptor rims as well as steel wheels and a police spotlight on October 29, 2017; ARC-22 .22 LR Conversion Kits on December 17, 2017; and body armor on December 26, 2017. As noted above, .22 caliber ammunition was used to kill GD.

c.      Within the Google location information are thousands of GPS coordinates including coordinates connecting the Google user to the 201 Phone. As noted above, the 201 Phone was purchased in Oak Grove, MO at 9:58 a.m. (CST) on November 13, 2017. On November 13, 2017 at 11:09 a.m., when the location information was turned on, it shows the user 50 miles east of Oak Grove, MO on Interstate 70, travelling east. Interstate 70 also travels through Oak Grove, MO. This information suggests to me that the Google user was in Oak Grove at the time the 201 Phone was purchased. The location information also shows that the Google account user travelled from Fort Garland, CO to Dexter, MO on January 2, 2018, and stayed there until January 4, 2018. I have reviewed records from the Dexter Inn, which show that Banks was staying at the motel on the nights of January 2 and 3, 2018. Further, the location information shows that the Google user was inside the Dexter, MO Walmart at 9:20 a.m. on January 4, 2018, the same time the extra minutes were purchased for the 201 Phone.

d.      Though there are hundreds of pieces of location information on most days, there is no location information for certain relevant periods of time including: 1) between 9:51 a.m. (CST) on January 4, 2018, and 9:22 p.m. (CST) on January 7, 2018; 2) between 3:53 p.m. (CST) on November 11, 2017 and 11:09 a.m. (CST) on November 13, 2017; and 3) 2:31 p.m. (CST) on November 13, 2017 and 9:17 p.m. (CST) on November 20, 2017. When the location information was turned on after 9:22 p.m. (CST) on January 7, 2018, the Google user was travelling west on Route 70 in eastern Missouri. The location information shows that the Google user spent the night of January 7 near a Route 70 exit in Missouri, before travelling towards Fort Garland on January 8. This data shows that except for a few hours on November 13, 2017, Banks was not using his 719 Phone while travelling to Vermont both in November 2017 for a reconnaissance trip and in January 2018 for the kidnapping/murder trip.

24.      The Google data also confirms that Banks used the Grizz Sands Facebook account.

D.      The Ford Explorer

25.      I consulted with Matthew Fyie, Manager, Design Analysis Engineering, at Ford Motor Company, to determine the model and year range of the Ford Explorer observed in photographs and video obtained from Clearfield, Pennsylvania. Fyie told me that the Clearfield Explorer was a 2013 to 2015 Police Interceptor model. He noted that the Clearfield Explorer was pictured with Ford Explorer XLT wheels, which were not an option for the 2013 to 2015 Police Interceptor models. Fyie provided photographs of the three wheel styles offered for those Police Interceptors, each of which is different from the XLT wheel. Fyie suggested the XLT wheels were installed on the vehicle at a later time or as an after-market change. Ford later provided information, including VIN numbers, for the 17,291 White Explorer Police Inceptors for model years 2013 to 2015 manufactured and sold by Ford.

26.      The Vermont Intelligence Center (VIC) conducted searches to identify and find vehicles of interest based on certain parameters/criteria (vehicles registered in states of interest,

in this case Colorado, vehicles sold at auction with high mileage, and vehicles with sales or service records that occured around the time of the kidnapping and homicide.)

27.     Leads were generated to locate the vehicles of interest and identify the owners at the time of the kidnapping/homicide.  One lead was sent to Colorado Bureau of Investigation (CBI) Agent Joseph Cahill, who was then assigned to an FBI Task Force. This particular lead, based on the additional research and identifiers provided by the Vermont Intelligence Center (VIC), was specific to a 2013 Ford Explorer with VIN 1FM5K8AR6DGC73609. CARFAX records indicated that on October 6, 2017, a 2013 white Ford Explorer from Highline Automotive Inc., VIN 1FM5K8AR6DGC73609, was offered for sale. Mileage on the Explorer at the time was 117,138. On December 22, 2017, the Ford Explorer was serviced at Downey Car Center, Downey, California per CARFAX records. Mileage on the Ford Explorer at the time was 130,404. CARFAX records indicate the mileage on the vehicle was 137,168 on March 16, 2018, the next time the vehicle was offered for sale by Maximum Auto Search.

28.     Agent Cahill and CBI Agent Kevin Koback conducted interviews in connection with the Ford Explorer and the dealership, Highline Automotive, which was located in Denver, Colorado. (Highline has since gone out of business.) Agent Cahill provided me verbal and written reports of the interviews. Those reports show that Banks was using the Explorer at the time of the kidnapping. Steve Iskhakov, who ran Highline, provided CBI Agents with documents, including the Highline Automotive sales jacket for the Explorer, which show that Banks had possession of the Explorer at the time of the kidnapping.  Iskhakov said he never had anyone drive so many miles on a car in the short period of time Banks had the Explorer.

29.     Agent Cahill and I interviewed Carmine Gulli, the salesman and finance manager who dealt initially with Banks, on separate occasions. Gulli told me that Banks picked up the Explorer on October 26, 2017, with an agreement to purchase it with financing. Banks made a down payment of $3,000 in cash. Gulli was not able to obtain financing for Banks from the first finance company that he tried. Gulli then tried to finance the Explorer through a second finance company in mid-November. He did not meet with Banks in person at that point but dealt with him by phone and email.  Gulli was not able to get financing arranged through the second finance company either.  He then had to arrange for Banks to return the vehicle. Banks told Gulli that he "lived off the grid" near the New Mexico border.  According to Gulli, Banks had no real credit score. Gulli described Banks as "a ghost."  Gulli looked at the Walmart security camera photographs and stated he felt it appeared to depict the same person as the Explorer buyer but with more facial hair.

30.     Mark Wilcox was also interviewed by Agent Cahill.  Wilcox is the Chief of Mountain States Emergency Medical Services in Denver, Colorado.  He is the current owner of the Ford Explorer.  Wilcox purchased it on April 17, 2018, from Maximum Auto Search in Englewood, Colorado. Wilcox recalled the person he dealt with at Maximum told him that the Explorer was being sold on consignment for Highline Automotive due to a pending bankruptcy. The XLT wheels can be seen in a photograph taken during the time of the interview.

31.     I also spoke with Wilcox. Wilcox confirmed that the same XLT wheels were on the Explorer when he purchased it from Maximum Auto Search. Wilcox also told me the Explorer did not have a spotlight attached on the driver's side when he bought it. The Clearfield photos, while not clear, do appear to show a spotlight on the driver's side. This light, as described below, appears to have been attached while Banks had the Explorer and removed before Banks returned it to Highline Automotive.

32.     I have reviewed the Highline Auto sales information. I found the following information regarding the sale/purchase of the Explorer:
    a.    purchaser: Jerry Banks, including his date of birth and social security number;
    b.    address: 1179 Pfotenhauer Road, Fort Garland, CO 81133;
    c.    phone number: (719) 480-3879;
    d.    email address: banksavs@gmail.com;
    e.    additional phone number: (718) 298-2328;
    f.    registration information: plate B094536 for the 2013 white Ford Explorer;
    g.    Progressive Insurance, policy number 917738127, effective 10/26/2017 to 4/26/2018, for the Ford Explorer;
    h.    purchase date: 11/16/2017 with mileage reading of 117,138;
    i.    surrender date: 1/24/2018, documents indicate "miles and use paid for" and "loan is being written off, no harm to borrower." A receipt for the additional "miles and use" indicates Banks paid $1,500 in cash when he surrendered the vehicle;
    j.    Banks "surrendered" the Ford Explorer to Highline Automotive Inc.

33.     I also reviewed records provided by Progressive Insurance involving Banks' purchase of the 2013 Ford Explorer. The insured is listed as Jerry Banks with phone numbers (661) 433-5327 and (719) 480-3879 and an email address of banksavs@gmail.com. The primary use of the vehicle is designated "Pleasure." This vehicle was added to the policy on 10/26/2017. This vehicle was removed from the policy on 1/25/2018.

34.     I have also reviewed Colorado vehicle registration information about the Highline Explorer. Those records show that Banks got a temporary registration for the Explorer first on 10/26/17, consistent with the Progressive Insurance Records. The Colorado registration records further show that Banks got a second temporary registration for the Explorer on 11/16/17, the purchase date in the Highline Auto records. The temporary tag issued on 11/16/17 was B094536. Agent Cahill, who is familiar with Colorado temporary registration tags, told me that those tags are white in color and made of paper. Colorado only issues a temporary tag for the rear of car not a second for the front. This kind of temporary tag is consistent with the images from the Clearfield Explorer, which had a light colored rear tag and no front tag.

E.     The 661 Phone

35.     I reviewed Verizon Wireless records obtained for the phone using number (661) 433-5327 (the 661 Phone) during the relevant period. The subscriber is All Valley Solar (AVS).

The mailing address for the billing statement is All Valley Solar (AVS), 12623 Sherman Way Ste. A, N. Hollywood, CA 91605. As noted above, Progressive records show that Banks provided this phone number as his work phone number, and Verizon Wireless records for the 719 Phone show Banks provided this number as his home and work phone. The investigation has revealed information that Banks worked for All Valley Solar before 2017.

36.    The 661 Phone records also show approximate location information for the calls. On the morning of 11/18/2017, three calls were made from this phone all originating from Barnet, Vermont. As noted above, the 719 Phone records show no phone activity between 11/10/17 and 11/20/17, while Banks appears to have travelled to Vermont for a reconnaissance trip.

F.    Kansas Highway Patrol Stop

37.    Based on reviews of law enforcement contact with Banks, I discovered that on 1/8/2018 at approximately 1:48 p.m. CST, a traffic stop was conducted by Kansas Highway Patrol Technical Trooper Clark in the vicinity of mile post 337 on I-70 Westbound in Alma, KS. I have reviewed reports about the stop. Jerry Banks was operating the white Ford Explorer. Banks was stopped for a lane violation. I spoke with Technical Trooper Clark and reviewed a DVD recording of the traffic stop he provided. Trooper Clark described Banks as extremely nervous. The vehicle contained multiple law enforcement items including a gun, tactical vest and law enforcement equipment. Trooper Clark noted the back seat of the Ford Explorer was folded down and a mattress was observed in the middle to back area of the Explorer.

38.    On 3/3/2020, I reviewed a DVD copy of the traffic stop conducted by Technical Trooper Clark on 1/8/2018. Jerry Banks falsely said that he was traveling from Dexter, MO. During the traffic stop, a phone can be heard ringing inside the Ford Explorer. The phone ringtone is consistent with a Samsung Galaxy phone standard ringtone.

39.    I compared the video of Banks from the car stop to the photos/video from the Clearfield, PA Walmart purchasing the 911 Phone and BP gas station, described above. Banks looks similar to the person in the Clearfield images. The Google location information shows that Banks drove from Fort Garland, CO to Dexter, MO on January 2 driving a route further south than Route 70 through Kansas. If he had been driving directly home from Dexter on January 8 he would likely have used that more southerly route rather than Route 70, which is the most direct route to CO from the Northeast.

G.    Banks' Finances

40.    We have attempted to figure out Banks' financial situation to help prove that he received money in connection with the murder, because I have found no evidence of any personal connection between Banks and the victim. The Highline Auto records show that Banks worked for the Costilla County Sheriff during the fall of 2017. I have learned from search warrant materials that Banks was attending Community College full time during the first several

months of 2018. The Highline records include a copy of a pay stub from Costilla County provided in connection with his attempted financing of the Explorer. Banks was earning $640 a week gross and less than $500 a week net. I have reviewed records from Green Dot, a business that allows users to deposit money onto a debit card. In addition to the $4,500 in cash paid for the Explorer, Banks put $2,600 in cash on his Green Dot card in November and December 2017, and $12,500 in cash on his Green Dot card during the first half of 2018.

41.  Banks' Facebook account includes statements Banks made on Facebook Messenger. He has several conversations with Stephanie Giambra. with whom Banks appears to be close. Banks apparently worked with Giambra at All Valley Solar, used an AVS credit card in the past, and owed her money. In October 2017, he wrote her that he had a side job and a "bunch of money for her." On December 8, he asked Giambra what he owed her and reported doing well financially and wanting to take care of her while he could. I believe that Banks, who had not personal connection with Banks, was paid to kidnap and murder GD.

H.  Banks' Purchases

42.  Within the Google email data are emails with information related to purchases including the following: 1) On November 3, 2017, an order confirmation email to Jerry Banks describing the purchase from Amazon of a public safety scanner; 2) on November 8, 2017 a shipping confirmation email to Jerry Banks for a blue/red flashing modes; and 3) on December 20, 2017, an email containing a Paypal purchase confirmation to "Jerru Banks" for purchases of an Antique Gold Marshal Badge, a US Marshal Shoulder Patch and a US Marshal embroidery patch.

43.   I have reviewed records from Amazon that reflect Banks has been a customer since July 31, 2013 and has used the email address banksavs@gmail.com.  I have reviewed the order history which shows the following purchases. On November 4, 2017, he purchased a handheld scanner and police-style car antenna. On December 4, 2017, he purchased a Police Interceptor nameplate for the Ford Explorer. On December 10, 2017, he purchased a police spotlight that could be attached to the Explorer. On December 26, 2017, he purchased two sets of handcuffs and a set of automotive parts that can be used to assemble a silencer. On December 27, 2017, he purchased dashboard red and blue emergency lights.

44.  I have reviewed PayPal records for Jerru Banks that reflect that the account was opened on December 20, 2017, and the email address provided was banksavs@gmail.com.  The records show purchases on December 20, 2017, of a Marshal's badge and various Marshal's patches.

45.  I have reviewed records provided by Spartan Armor Systems which reflect Jerry Banks purchasing two body armor jackets on December 20, 2017.

<u>Conclusion</u>

46.     For the reasons described above, there exists probable cause to believe that Jerry Banks unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away for reward and otherwise GD, when Banks travelled in interstate commerce and used a facility or instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, in violation of 18 U.S.C. § 1201(a)(1).

Dated at Rutland, in the District of Vermont, this _30_ day of March, 2022.

_Sworn to by reliable electronic means_
_____       _gwc_
Patrick Hanna
Special Agent - FBI

Sworn to and subscribed before me this _30_ day of March, 2022.

_____
Honorable Geoffrey W. Crawford
Chief United States District Judge

# Exhibit 2

# AFFIDAVIT

I, Patrick Hanna, being duly sworn, depose and state as follows:

<u>Introduction</u>

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and currently assigned to the Burlington Resident Agency in Vermont.  I have been an FBI Special Agent for 19 years.  My duties as an FBI Special Agent include investigating violations of Title 18 of the United States Code as they pertain to corporate fraud, complex financial crimes, embezzlement, public corruption, money laundering and related white-collar crimes, as well as violent crimes and criminal enterprises.  I have participated in investigations of criminal violations of various federal laws.  I have executed search and arrest warrants, interviewed and interrogated subjects, witnesses, and victims, and conducted surveillance.  In the course of these investigations, I have gained an understanding of current technology, to include computers and online accounts, cellular telephones and associated records and data, and have conducted analyses of the data related to such accounts and devices, for the purpose of solving and proving crimes.

2.    I make this affidavit in support of applications for two search warrants for information associated with the following accounts, described below and in Attachment A:

    a.    Google account berkeratay@gmail.com, that was produced to the government by Google on or about October 1, 2020 and October 21, 2020; and

    b.    Microsoft account berkeratay@hotmail.com, that was produced to the government by Microsoft on or about September 3, 2020.

3.    This affidavit is made in support of an application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure authorizing the examination of the data provided by Google and Microsoft that is currently in law enforcement possession for the things described in Attachment B.  As discussed below, there is probable cause to believe that Jerry Banks was involved in the kidnapping and murder of Gregory Davis, whose deceased body was discovered on January 7, 2018 and that Berk Eratay was involved financially with Serhat and Murat Gumrukcu and arranged for Banks' participation in the murder. There is probable cause to believe that Davis' kidnapping and murder involved the following federal crimes: wire fraud, in violation of 18 U.S.C. § 1343; kidnapping, in violation of 18 U.S.C. § 1201; murder to obstruct justice, in violation of 18 U.S.C. § 1512(a)(1), and murder for hire, in violation of 18 U.S.C. § 1958. There is probable cause to believe that the data described in Attachment A contains evidence of those crimes.

4.    This case is being investigated by the FBI and the Vermont State Police (VSP). Since this affidavit is being submitted for the limited purpose of establishing probable cause to search data already in law enforcement's custody, I have not included details of every aspect of the investigation. Except as otherwise noted, the information contained in this Affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and my review of documents and records.

5.      I have been involved in the investigation of these crimes since January 2018 and have obtained a number of search warrants for internet service providers such as Google and Microsoft.  On August 25, 2020, I presented to United States Magistrate Judge John M. Conroy applications for search warrants that commanded Google to produce to the government data associated with the Google account berkeratay@gmail.com, and Microsoft to produce to the government data associated with the Microsoft account berkeratay@hotmail.com.  Judge Conroy granted both requests, and issued the warrants, which authorized the service providers to produce to the government the full contents of the accounts but limited the government's review of the data to the period of January 1, 2017 to July 1, 2018.  This application requests authorization from the Court to expand the timeframe and scope of the government's review, allowing review of the data from January 1, 2015 to October 31, 2020.

6.      Attached to this affidavit as Exhibit 1 is a true and accurate copy of the application submitted to search the berkeratay@gmail.com account.  Attached to this affidavit as Exhibit 2 is a true and accurate copy of the application to search the berkeratay@hotmail.com account.  Exhibits 1 and 2 require minor clarifications as follows.

   a.      The description of the kidnapper and the vehicle, as accounted for in Exhibits 1 and 2, is a combination of observations made by both Melissa Davis and her minor child.

   b.      Throughout the affidavit there are minor discrepancies in time, some of which are related to time zone conversions.

Probable Cause

7.      As set forth in more detail in Exhibits 1 and 2, there is probable cause to believe that prior to his murder, Davis was the victim of a financial fraud scheme involving Serhat Gumrukcu and his brother, Murat Gumrukcu.  This financial fraud scheme involved investments in an oil trading company, and agreements between Murat Gumrukcu's entity Lauran Trading, LLC; Gregory Davis' entity Mode Commodities, LLC; and Gregory Gac's entity Quadrant Financial Group, LLC (functioning as an "escrow agent" for the parties).

8.      As set forth in Exhibits 1 and 2 at paragraph 11, Gac was interviewed by FBI Agent Stachnik on July 7, 2017.  During that interview, Gac provided general information about the Mode transactions.  During that interview, Gac stated that the discussions resulting in the Mode deal began as early as March of 2015.  The parties signed multiple documents, including a document titled "Redemption of Mode Interests/Commencement of Mode Management Agreement," dated October 2, 2015 which I have reviewed.  This October 2, 2015 agreement references a prior agreement dated February 6, 2015.  I believe that negotiations for the February 2015 agreement must have begun weeks before the agreement was signed.

9.      As set forth in Exhibits 1 and 2, there is probable cause to believe that Jerry Banks murdered Davis, and that he was hired to do so on behalf of a third party.  As set forth in

Exhibits 1 and 2 at paragraphs 56 to 65, the only known link between Banks and the Gumrukcus is through Aron Ethridge and Berk Eratay.

10.    On April 6, 2022, Jerry Banks was arrested in Yellowstone National Park pursuant to a federal arrest warrant after a Criminal Complaint charged Banks with kidnapping, in violation of federal law. On April 7, 2022, I interviewed Aron Ethridge near his home in Henderson, Nevada. During this initial interview, Ethridge denied all knowledge of a murder-for-hire scheme involving Banks. On the morning of April 9, 2022, I received a call from Ethridge, who agreed to meet again later that day. At this second meeting, Ethridge admitted he had lied during the first meeting, and then confirmed the murder-for-hire scheme involving Banks and Eratay. A third meeting with Ethridge was held on April 10, 2022, during which Ethridge admitted he had omitted some of his knowledge of the plan to abduct Davis during his interview on April 9. The following is a summary of the information that Ethridge provided to law enforcement during the April 9 and April 10 interviews, with corrections as provided by Ethridge on April 10:

    a.    Ethridge and Eratay used to be neighbors in Henderson, Nevada, and became friends during that period.

    b.    Eratay approached Ethridge over a year before the murder of Davis, asking if Ethridge could arrange a murder. Ethridge eventually agreed to assist Eratay.

    c.    Ethridge approached Banks, asking Banks to assist with the murder.

    d.    Ethridge received over $110,000 in cash from Eratay as payment for the murder. A portion of this cash was paid to Banks.

    e.    The initial plan had been for Banks to "snipe" Davis, but after Banks made a reconnaissance trip to Vermont, Banks advised the plan would have to be revised and requested additional payment due to the increased difficulty of the job.

    f.    Ethridge knew that Banks would impersonate a law enforcement officer and abduct Davis from his residence prior to murdering him.

    g.    On January 7, 2022, while Banks was traveling back from Vermont, Banks called Ethridge and advised him the job was done. Ethridge then called Eratay to relay the message.

    h.    Ethridge had met Serhat Gumrucku on multiple occasions prior to the murder of Davis. Ethridge believed that, based on these meetings and statements made by Eratay, Serhat was the man who wanted Davis killed. Eratay told Ethridge that Serhat had a problem with Davis. However, Serhat and Ethridge never directly communicated

about the abduction and murder. All communications went through Eratay, who Ethridge knew to work for Serhat.

       i.     After the murder of Davis, Eratay provided Ethridge with an additional payment in the form of Bitcoin.

11.     I have reviewed some of the contents of the berkeratay@gmail.com account. An email dated July 27, 2017 with no listed recipient has a subject line of "Person's Details". The body of the email reads as follows:

      Person's Details;

      Gregory Charles Davis

      Birth Date: 27 Oct 1968

      Place Of Birth: NJ USA

      His Company Name is Mode Commodities LLC:
      101 Hudson Street
      Jersey City NJ 07302

      Gregg's cell is +1 802 377 1303

12.     I have reviewed financial records of Serhat Gumrukcu obtained by grand jury subpoena. They reflect numerous payments to Berk Eratay via multiple transaction methods, including bank transfers and Paypal payments. These transactions date back to at least December 2014. Financial records reflect that between 2015 and early 2018, Eratay received over $450,000 from Serhat Gumrukcu.

13.     I have reviewed some of the contents of the Google account serhat.gumrukcu@gmail.com, believed to have been utilized by Serhat Gumrukcu. Records of chats from the serhat.gumrukcu@gmail.com account reveal chats with the berkeratay@gmail.com as far back as 2014, and include discussions of Paypal transactions. The contents of the serhat.gumrukcu@gmail.com email account reveal that Berk Eratay (utilizing the berkeratay@gmail.com) has been involved in assisting Serhat with his business ventures since at least the summer of 2015. These business ventures reflect that Eratay is involved in coordinating and arranging investment discussions between Serhat and others. They also reflect that Eratay assisted Serhat in arranging for personal financial transactions, such as obtaining insurance for Serhat's residence.

14.     FBI Special Agent Christopher McPeak interviewed Berk Eratay on April 7, 2022. I have spoken with Agent McPeak and reviewed the report summarizing the interview.

Eratay denied knowing anything about Davis or his oil deal with the Gumrukcus. Eratay admitted the Gumrukcu brothers are family friends of his from Turkey. Eratay stated that he had done IT work for companies involving Serhat Gumrukcu, including Enochian Biosciences. He admitted to various financial transactions with Serhat Gumrukcu. He reported that Serhat Gumrukcu gave him Enochian stock, worth approximately $100,000.

15.     Based on the above and the contents of Exhibits 1 and 2, I believe it is probable that Eratay would have communicated with one or both of the Gumrukcus regarding the Mode transactions and fraud scheme, and that these communications occurred between January 1, 2015 and the date Google and Microsoft provided the data referenced in Attachment A.

<u>Authorization Request</u>

16.     Based on the foregoing, I request that the Court issue the proposed search warrants, pursuant to Federal Rule of Criminal Procedure 41.  The proposed search warrants would authorize the government to expand the timeframe and scope of its search the contents of the Google account berkeratay@gmail.com and the Microsoft account berkeratay@hotmail.com, which are already in the custody of the government.  Because the government already has custody of the data to be searched, reasonable cause exists to permit the execution of the requested warrants at any time in the day or night.

Dated at Burlington, in the District of Vermont, this ___21st___ day of April 2022.

_____
Patrick Hanna
Special Agent - FBI

Sworn to and subscribed before me this ___21___ day of April 2022.

_____
Honorable Geoffrey W. Crawford
United States District Judge

5

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

for the

District of Vermont

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Data associated with Google account berkeratay@gmail.com
that is stored at premises controlled by Google, Inc.

)
)
)
)
)
)

Case No. 2:18-mj-4

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(a)(1) | Killing another person with intent to prevent communication to law enforcement |
| 18 U.S.C. § 1201 | Use of interstate facility or interstate travel for kidnapping |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1958 | Murder for hire |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Patrick R. Hanna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 25, 2020

*Judge's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

1.     This warrant is directed to Google, Inc. (the "Provider"), headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043, and applies to all content and other information within the Provider's possession, custody, or control associated with Google Account berkeratay@gmail.com (the "SUBJECT ACCOUNT"), including all data preserved by the Provider in connection the preservation request on March 2, 2020, reference number 3543528.

2.     A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to the Provider. The Provider is directed to produce to the law enforcement officer an electronic copy of the information specified in Attachment B(I) below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Attachment B(II) below.

## Attachment B

### I. Information to be produced by the Provider

Within ten (10) days of the date of service, to the extent within the Provider's possession, custody, or control, including deleted information retrievable by the Provider, the Provider is directed to produce the following information associated with the SUBJECT ACCOUNT, including any information preserved as described in Attachment A:

a.      Passwords or other protective devices in place and associated with the SUBJECT ACCOUNT, including passwords associated with an Android device;

b.      Communications delivered through the Google service known as Gmail, including any secondary or backup email addresses associated with the SUBJECT ACCOUNT;

c.      Web search history, including, but not limited to, mobile and desktop browser searches;

d.      Email addresses attached to the SUBJECT ACCOUNT;

e.      Google Map location saved and/or frequent locations, favorite and/or starred locations including, but not limited to, searches conducted using the Google Map and/or Waze services;

f.      Google Voice Incoming or outgoing phone calls, voicemails, including voicemail content and any and all incoming or outgoing text message history, together with the content thereof to include SMS, MMS, or any other form of text message communication;

g.      Communication including, but not limited to, audio, video, text message and/or chat delivered through the Google, Inc. service known as Google Hangouts;

h.      Downloaded, installed, and/or purchased applications;

i.      Posts, status updates, and/or any other information including photographs and/or video for the Google, Inc. service known as Google +;

j.      Photographs and/or videos that are contained and/or were uploaded in the Google, Inc. services known as Google Photos, Picasa web albums, Google +, or any other Google, Inc. service designed to store video, photographs, and/or data, including the metadata for each file;

k.      Electronic files, folders, media, and/or data uploaded and/or contained on the Google, Inc. service known as Google Drive;

l.      Entries created, deleted, or modified using the Google, Inc. service known as Google Keep;

m.      Contacts stored using the Google. Inc. service known as Google Contacts, including any contacts stored in the Google Inc. service known as Gmail.  This request is to include any and all contact services offered by Google, Inc.;

n.      Historical account information, including call forwarding numbers and account backup telephone number; subscriber registration information, sign-up IP address and associated time stamp,  telephone connection records, billing information, stored text message content, stored voicemail content, any and all apps  installed using referenced email, Google Play Store transactions, call records, and IP log information;

o.      Additional accounts linked by cookies;

p.      Location History:  All location data whether derived from Global Positioning System (GPS) data, cell site/cell tower triangulation precision measurement information such as timing advance or per call measurement data, and Wi-Fi location. Such data shall include the GPS coordinates, the dates and times of all location recordings, and origin of how the location recordings were obtained and estimated radius.

q.    The contents of all text messages, voicemails, recorded calls, emails, and chat messages associated with the account, including stored or preserved copies of chat logs, emails sent to and from the account, draft communications, the source and destination addresses associated with each communication, the date and time at which each communication was sent, and the size and length of each communication;

r.    All records or other information regarding the identification of the SUBJECT ACCOUNT subscriber and/or user(s), to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, login IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

s.    All device information associated with the SUBJECT ACCOUNT;

t.    All records or other information stored at any time by an individual using the SUBJECT ACCOUNT, including address books, contact and buddy lists, calendar data, pictures, and files;

## II. Review of Information by the Government

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate any evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1201 (kidnapping),

1343 (wire fraud), 1512(a)(1) (murder to obstruct justice), and 1958 (murder for hire), for the period January 1, 2017 to July 1, 2018, including the following:

    a.   Any data that helps show the identity of the person who created the SUBJECT ACCOUNT, and the identity of person(s) who used the account, including data that helps show the whereabouts of such person(s);

    b.   Any and all data relating to the death of Gregory Davis, including any information related to persons interested in his death, involved in causing his death, and/or hiring someone to kill him;

    c.   Any and all data that helps show a connection between the user of the SUBJECT ACCOUNT and Gregory Davis, including any people associated with Davis, including Gregory Gac, Serhat Gumrukcu, Murat Gumrukcu, Aron Ethridge and Jerry Banks;

    d.   Any and all data, including calls, voicemails, text messages, and emails between the user of the SUBJECT ACCOUNT and others, regarding Davis and/or the criminal offenses above;

    e.   Any and all data that helps show the location of the users for the SUBJECT ACCOUNT;

    f.   Any and all data that helps show the location of any people associated with Gregory Davis, including those listed above in paragraph c; and

    g.   Any and all data regarding financial transactions involving the user of the SUBJECT ACCOUNT.

## AFFIDAVIT

I, Patrick Hanna, being duly sworn, depose and say:

### Introduction

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and currently assigned to the Burlington Resident Agency in Vermont.  I have been an FBI Special Agent for 17 years.  My duties as an FBI Special Agent include investigating violations of Title 18 of the United States Code as they pertain to corporate fraud, complex financial crimes, embezzlement, public corruption, money laundering and related white-collar crimes, as well as violent crimes and criminal enterprises.  I have participated in investigations of criminal violations of various federal laws.  I have executed search and arrest warrants, interviewed and interrogated subjects, witnesses, and victims, and conducted surveillance.  In the course of these investigations, I have gained an understanding of current technology, to include computers and online accounts, cellular telephones and associated records and data, and have conducted analyses of the data related to such accounts and devices, for the purpose of solving and proving crimes.

2.     I am submitting this Affidavit in support of an Application for a Search Warrant authorizing the production and review of Google account information associated with Berk Eratay, more specifically described in Attachment A.  As discussed below, there is probable cause to believe that Jerry Banks was involved in the abduction and murder of Gregory Davis, whose deceased body was discovered on January 7, 2018 and that Eratay was involved in arranging for Banks' participation in the murder. There is probable cause to believe that Davis' abduction and murder involved the following federal crimes: wire fraud, in violation of 18 U.S.C. § 1343; kidnapping, in violation of 18 U.S.C. § 1201; murder to obstruct justice, in violation of 18 U.S.C. § 1512(a)(1), and murder for hire, 18 U.S.C. § 1958. There is probable cause to believe that the information described in Attachment B will provide evidence of those crimes. I have been involved in the investigation of these crimes since January 2018 and have participated in the review of material from a number of search warrants obtained during the investigation. In summary, there is probable cause to believe that Davis was involved in a financial fraud scheme and was murdered by someone hired by others involved in the fraud scheme to silence Davis. In the past several months, I have learned about evidence linking Banks and Eratay to the murder scheme.  I am now seeking Google data for the period from July 1, 2017 to July 1, 2018, the same period for which the court authorized previous search warrants associated with data involving Banks.

3.     This case is being investigated by the FBI and the Vermont State Police (VSP). Since this affidavit is being submitted for the limited purpose of supporting a search warrant application for a single account, I have not included details of every aspect of the investigation. Except as otherwise noted, the information contained in this Affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and my review of documents and records.

Probable Cause

A.     The Abduction and Shooting

4.     On January 7, 2018, VSP responded to a homicide in Barnet, VT. The victim, identified as Gregory Davis, date of birth October 27, 1968, was found partially covered by snow near the base of a bank on a pull off area near the west side of Peacham Road. Gregory Davis was found handcuffed and had been shot multiple times in the head and torso. Davis resided at 884 Hawkins Road, Danville, VT at the time. Gregory Davis' body was discovered approximately 15 miles from his residence.  Evidence gathered from the crime scene included .22 caliber cartridge casings.

5.     On the same date, VSP Detectives responded to Davis' home and interviewed his wife, Melissa Davis. Melissa Davis advised VSP Detectives that at approximately 9:00 p.m. on January 6, 2018, a male claiming to be a U.S. Marshal came to the Davis' home. This male had handcuffs, a gun, and was wearing a jacket and mask with an eye opening, both of which had a U.S. Marshals emblem. The male's vehicle had red and blue emergency lights activated on the dash. The male said he had an arrest warrant for Greg Davis for racketeering and that Greg Davis was going to be brought to Virginia.

6.     On January 10, 2018, Agent Jennie Emmons confirmed with Supervisory Deputy U.S. Marshal Carl Staley of the Burlington Vermont office of the U.S. Marshals Service that Gregory Davis was not arrested by their agency. Further, it was confirmed by Marshal Staley that there had been no active federal warrants for Gregory Davis.

B.     Gregory Davis' Business Dealings

7.     Melissa Davis told the VSP Detectives that Davis had been involved in the oil investment business and had concerns about his business partners being involved in fraud. I participated in a follow-up interview with Melissa Davis on January 8, 2018, during which Melissa Davis stated:

a.     Melissa Davis and Gregory Davis were married with six children. At that time, Melissa Davis was pregnant with the couple's seventh child. Their family has lived in Vermont for approximately three years. At the time of Gregory Davis' death, the family was living at 884 Hawkins Road, Danville, Vermont.

b.     Sometime after 2011, Gregory Davis told her that he began working on an oil investment deal with a person named Gregory Gac. Gregory Davis contacted Gac by phone, text, and possibly by email. Gregory Davis told her that he had supply contacts for the oil, and Gac was able to bring in investors. Gregory Davis mentioned that Gac had two specific investors, Serhat and Murat.  Melissa Davis understood that Gac had done business with Serhat and Murat before, and they had the means to make the investments.

c.     Melissa Davis was told by Gregory Davis that wire transfers had taken place for this investment deal. The first one was for $30,000. A receipt was provided by Gac to Gregory Davis showing the wire transfer from Bank of America. Gregory Davis consulted with a lawyer

2

about this wire transfer, and the lawyer told him it was fraudulent. Gregory Davis then contacted Gac and Gac tried to convince Gregory Davis that the deal, and the investors, were legitimate. Three subsequent wire transfers of approximately $10,000 each were wired by Gac to Gregory Davis, which appeared to reassure Gregory Davis.

     d.    Gregory Davis told Melissa Davis that two additional wires transfers occurred later, which came to a TD Bank account for Gregory Davis' company, Mode Commodities. The first one was $40,000. The second, more recent transfer, was for $75,000. Melissa understood that the purpose of these wires was for Gac to show Gregory Davis the investors were real and to provide some compensation to Gregory Davis. The Davis family lived off this money and made some improvements to the 884 Hawkins Road property. Gregory Davis told his wife that he planned to talk to the FBI about the potential fraud matter and that he had told Gac that he was going to the FBI.

     e.    After the Davis family moved to Vermont, Gregory Davis took a job with a company in Barre, VT called Safety Kleen.

     8.    On January 9, 2018, Detective Baker told Agent Emmons that Gregory Davis' cellular phone was located on his body in his left inner coat pocket. The phone is an Apple iPhone. According to Melissa Davis, the phone number is 802-377-1303. The service provider for this phone is Verizon Wireless. The phone is owned by Safety Kleen. Detective Baker told Agent Emmons that Safety Kleen management provided consent for the search of the phone.

     9.    Record checks conducted by the employees of the FBI Albany – Burlington Vermont Resident Agency revealed that a Gregory Gac resides at 19705 Chartwell Hill, Excelsior, Minnesota 55331. FBI records show that Gac was interviewed for an FBI investigation regarding an investment fraud matter. The investigation was based in Los Angeles, California, and resulted in the arrest of Serhat Gumrukcu in February 2017.

     10.    On January 9, 2018, Agent Emmons contacted FBI Special Agent Heather Stachnik of the Los Angeles Division. Agent Stachnik advised that she began investigating Serhat Gumrukcu for a real estate investment scheme and a check fraud scheme. She told Agent Emmons the following:

     a.    During the course of the investigation, she learned that Serhat was involved in additional fraud schemes, to include claiming to be an American doctor who had a special cure for cancer and AIDS, and another involving the oil industry. Serhat is a Turkish national currently living in the USA. Serhat is known to be married to a William Anderson Wittekind.

     b.    According to Agent Stachnik, Serhat was charged by the state of California with fraud-related offenses that included his dealings with Gac. He pleaded guilty and was sentenced to five years of probation.

     11.    I reviewed a report of a July 7, 2017 interview Agent Stachnik had with Gac. Gac advised he was an escrow agent for Serhat. Gac claimed he met Serhat through a friend of a friend and that Gac wrote the term sheet for an oil investment deal. The investment deal was in an oil trading company with a company called Mode Lauren LLC (hereinafter "Mode"). The

investors were Serhat and Murat Gumrucku, Serhat's older brother. Gac drafted the term sheet for the deal. Gac expected to receive residuals from the deal. The Gumrukcus did not make payments as specified in the deal's term sheet and got in arrears with the obligations to Mode. Serhat ended up transferring his interest in Mode to his brother, Murat. Gac was told by a business associate that the Gumrukcus are very wealthy and part of the Turkish royal family. Gac also told Agent Stachnik that he had talked to "Greg Davis" on the phone but had not met him in person.

12.    Record checks performed by employees of the Albany Division -- Burlington Vermont Resident Agency, further identified Serhat Gumrukcu. The records indicate that in early 2018 he lived in West Hollywood, California and used the cellular telephone number 310-590-8250. The service provider for this phone is T-Mobile.

13.    I reviewed information obtained from FBI Task Force Officer Jeff Sweeney of Customs and Border Protection that shows Murat Gumrukcu, a Turkish national, traveled alone to the United States on December 18, 2017, from Germany to Las Vegas, Nevada. Murat Gumrukcu's I-94 travel record shows a Las Vegas address, "2700 2704 Las Vegas, Las Vegas, NV 89109." CBP system records show that Murat planned to depart from the United States on March 28, 2018 to Turkey.

14.    In the course of the FBI Los Angeles investigation regarding Serhat, an additional person by the name of Berk Eratay was identified as having partnered with Serhat in a potential fraud scheme in Las Vegas, in which Serhat introduced a person claiming to be a Saudi Arabian prince to a potential victim. According to record checks performed by FBI Los Angeles, Eratay showed an early 2018 address of 2700 Las Vegas Blvd. S, Unit 2704, Las Vegas, Nevada. This appears to be the destination address listed by Murat on his I-94 information.

15.    On January 9, 2018, VSP Detective Sergeant Tyson Kinney reviewed text messages on Gregory Davis' phone. Further investigation by other state police personnel showed that Gregory Davis' phone had a contact for a gac@quadfin.com, with the address: 19705 Chartwell Hill, Shorewood, Minnesota, 55331, phone: 612-395-5317, home: 952-470-1969. Gregory Davis had exchanged text messages with Gregory Gac at 612-669-9441 as recently as January 4, 2018.

16.    Detective Sergeant Tyson Kinney told Special Agent Jennie Emmons about his review of certain text messages contained on Gregory Davis' phone between what appears to be Gregory Davis and Gac.

a.    According to these messages, in summary, it appears Gregory Davis and Gac were involved in a business venture with investors. A contract was in place with the investors. The contract stipulated that if the investors failed to meet their responsibilities, a $75,000 monthly late fee would be levied. As of October 2016, the investors collectively had accrued over $900,000 in late fees. As of October 2016, Gregory Davis was offering several options to Gac to resolve matters with the investors so they could move forward with the business.

4

b.     On December 13, 2017, Gregory Davis texted Gac the following: "Greg, it is always best to square things between people. Goodness when it is the prosecutor's office it's nasty, hard and very unforgiving. Can we agree to seriously work to come to the table this week."

c.     On December 27, 2017, Gregory Davis texted Gac: "Happy post Christmas. We need to get things resolved and settled. Please advise as to what they are going to put on the table to accomplish this. Clearly the UBS was just another misrepresenting distraction. It's been duly noted. I look to your reply. GD."

d.     On December 28, 2017, Gregory Davis wrote a long text message to Gac, which in summary, showed Greg Davis wished to terminate the business relationship under the terms of the contract or, Greg Davis threatened, the relationship "conversely will end in a series of indictments, clearly bearing civil and criminal repercussions. They are in control of how it ends, but it is the end." From the context of the text messages, "they" appears to refer to Serhat and Murat.

e.     On December 29, 2017, Gregory Davis wrote a text message to Gac, demanding a settlement of approximately $980,000 to exit the business deal with Gac, Serhat, and Murat, pursuant to their contract. Further conversation continued at the end of December in which Gac references conversations with Serhat.

f.     A final text message to Gac from Gregory Davis, dated January 4, 2018 was located on Gregory Davis' phone which states: "There has now been a history of fraudulent banking documentation that has become the standard. In many instances the banks could not corroborate the claims of the partners. However, in some instances the banks very seriously denied association with the documents and their intention. As regards the TS, all have had a hand in crafting it. Murat himself was directly involved the late sheet segment, to which we gave NO rebuttal. This was then fully executed. We have suffered multiple banking debacles which of itself are VERY serious instances. Therefore, as we've discussed it would be prudent to address the outstanding accounting. Have Murat and Serhat present something to speak to. Let's hopefully close that matter and move forward. Without this our hands will be forced to turn this into authorities which neither party wants. Please have an honest but serious discussion with the brothers as regards all of the above and let's re-congregate to resolve the immediate matter and discuss how we can move forward. Regards, GD."

17.     On January 12, 2018, I participated in the execution of a search warrant at 19705 Chartwell Hill, Excelsior, MN, the residence of Gregory Gac. Gac was also interviewed by me, along with VSP Detectives. Gac stated:

a.     Gac owns a company called Quadrant Financial which he runs out of his home in Excelsior, MN. Gac conducts investment business with brothers, Serhat and Murat Gumrukcu. The brothers own a business called Lauran Trading, which is based in Oman. Serhat and Murat have been working with Gac on deals for over three years.

  b.  Gac met Gregory Davis through other business associates. They have never met in person and have only communicated through phone, text and email. Gac put together an oil-related deal with the Gumrukcu brothers and Gregory Davis. Gac is aware that Gregory Davis has expressed frustration with the Gumrukcu brothers' failure to perform on their obligations in the deal. Gac advised that a third, $40,000, payment is still due to Gregory Davis. A total of three payments, totaling $100,000, were to be paid to Gregory Davis in lieu of the large late fee that had been accrued by the Gumrukcu brothers.

  c.  Gac advised that in February 2016, Serhat told Gac that Murat was upset that Gregory Davis had called officials at the National Bank of Abu Dhabi to verify that Serhat and Murat maintained accounts there. The bank did not provide an answer to Gregory Davis, but the brothers learned of this inquiry and Murat was angered because it threatened the brothers' reputations at the bank. During the search warrant at Gac's residence, Gac's notes regarding this matter were located and the notes reflect that Murat was offended.

  d.  Gac does not believe Gregory Davis and the Gumrukcu brothers have ever met in person though they have talked in conference calls. Gac does not believe Gregory Davis and the Gumrukcu brothers ever spoke directly outside the conference calls.

  e.  Gac communicates with Murat exclusively through email, Serhat has told Gac that no one is provided with Murat's phone number.

  f.  According to Gac, while Serhat is the main point of contact for the brothers, Murat is in control of the money.

  g.  When the interviewers told Gac that Gregory Davis had been murdered, Gac claimed to have no knowledge about the murder.

  h.  On January 12, 2018, Serhat told Gac that his brother was arranging for the third payment to be made to Gregory Davis and directed Gac to contact Murat via email about that payment.

  i.  Gac noted that penalties for not completing the deal, or funding the deal, were $75,000 per month, per the term sheet which was agreed to by all parties and executed a couple of years ago. Davis could sue the Gumruckus per the term sheet.

  j.  Gac said that about a year ago Davis was "really, really upset" and that "Murat was pretty upset as a result of that and said you know what, we'll do this transaction with Gregg, but we're not gonna do anything else. I don't want to deal with this kind of guy..."

  k.  Gac did not recall providing an address for Davis to the Gumrukcus. Specifically Gac said there "Would have been no reason for me to release it (Davis' address) to Murat." But then stated, "I think they probably knew he lived in Vermont. I'm sure that would've been something that just came up in passing, you know, the Greg's in Vermont or something like that. I don't know for sure, but it wouldn't be unusual for me to mention that."

  l.  Gac also said, "I have absolutely no indication that these guys ever intended anybody bodily harm."

18.     On January 26, 2018, Agent Emmons spoke to VSP Detective Angela Baker about her review of the contents of Gac's phone, which was seized during the aforementioned search warrant at Gac's residence. According to Detective Baker, Gac's recent texts with Gregory Davis are consistent with those found on Gregory Davis' phone. Further, Detective Baker observed Gac communicated with Serhat at the telephone number 301-590-8250.

a.     Detective Baker observed that Gac alerted Serhat to Gregory Davis' discontent with Serhat and Murat. On December 29, 2017, Gac forwarded the aforementioned December 28, 2017 text from Gregory Davis to Gac along to Serhat. In this text, Gregory Davis stated that he believed he has witnessed fraud and alluded to potential civil and criminal repercussions. On prior dates, dating back over a year, Gac summarized in text messages to Serhat, Gregory Davis' anger about the business dealings with the Gumrukcu brothers.

b.     In the fall of 2017, numerous texts were sent to Serhat from Gac regarding Gregory Davis' communications with Gac, to include a September 17, 2017 text to Serhat stating, "Gregg is going ballistic, and I don't know if I can control him anymore. I heard from Murat that he was returning to Miami today or tomorrow, but nothing specific about meeting. I've heard nothing about meeting with your parents, and nothing from Marc. I'll be getting a call from Gregg soon, and he's going to explode." Further, on September 25, 2017, Gac texted Serhat, stating, "I'm getting nastygrams from Gregg Davis. Anything I can tell him? I'll reach out to UBS shortly," and on October 31, 2017, "Thanks for pinging Murat. Our friend is all over me again." And, on December 13, 2017, Gac texted Serhat, "Gregg Davis is getting antsy again, and I haven't heard from Murat in four weeks. Gregg wants to see a path forward with ML. . . . I believe he's on the road to prosecution again, believing there's no future."

19.     I have spoken with FBI personnel who have been reviewing bank records obtained during the investigation, including bank records for a U.S. bank account in Serhat Gumrukcu's name. Those bank records show that between March 2017 and October 2017, Serhat received funds from an unknown Turkish bank account totaling over $220,000. Some of these funds appear to be have funded the payments to Gac and Davis.

20.     On February 9, 2018, a search warrant was served on Google for records and information associated with murtagumrukcu@gmail.com and serhat.gumrukcu@gmail.com, which had been identified through Gac directly or Gac's electronic devices. Google returned records related to this warrant on February 28, 2018, some of which have been reviewed. The review of the email messages corroborates that the Gumrukcu brothers, Gac and Gregory Davis were involved in a business deal, and that Davis was applying pressure on the Gumrukcu brothers by threatening to go to the authorities about the Gumrukcus' fraud. Moreover, the emails show that Murat expressed anger at these threats. In late 2015, Murat told Gac that he was finding Gregory Davis' behavior "unacceptable," that he was "highly disturbed" and that he did "NOT wanna hear ridiculous and vulgar threats from him" because his 50k payment was on the way. About two weeks after this email, Murat wrote to Gac, expressing more frustration with Gregory Davis, stating (in part), "As planned, we will initiate this trade to shut him up but I doubt our partnership will survive longer than a couple of lifts ... He called me a fraud a second time, there will be no third time. I am trying to clean a mess here and all I hear are threats. . . . If

he will harm you or Serhat in any means I will make sure I will find something to return the favor." The records further show that on December 13, 2017, Gac wrote an email message to Murat, in part stating "Gregg Davis again has expressed concern and frustration at the lack of progress and at the absence of firm direction in proceeding toward implementation of the Mode Lauran program. I fear he may pursue a 'nuclear option' if I can't offer him clear guidance on how we are going to move forward."

21.     On March 16, 2018, FBI personnel in Las Vegas conducted a search warrant at the residence of Berk Eratay when Murat was present at the residence. Multiple phones and other computer-related items were collected, and Murat was interviewed. Murat claimed to have difficulty speaking and understanding English. Murat adamantly denied ever having any communication with Gac and stated he only knew of him through his brother, Serhat. Murat stated he has no knowledge about the death of any business partner of Gac's. Law enforcement has not completed a review of these devices, in part because of translation difficulties.

C.     The 911 Phone

22.     I listened to a suspicious 911 call made around the time of Gregory Davis' kidnapping. The call took place approximately 15 to 25 minutes prior to the kidnapping and within a mile of Davis' residence. The VT 911 call center received a call from (802) 473-0535 at 8:40 p.m. on January 6, 2018. The 911 call center's technology identified the call as coming from a location on North Danville Road, Danville, VT, only a short distance from the Davis residence.

a.     During the call, a male stated that he shot his wife and was going to shoot himself, and gave an address of 71772 Cross Road (with no town information), after which the caller hung up. The call information was relayed to VSP in St. Johnsbury, Vermont. VSP attempted to locate a Cross Road in the St. Johnsbury area without success.

b.     VSP thereafter requested that AT&T ping the phone in question due to the exigent circumstance. Several pings were conducted. The ping information showed that the call came from the North Danville Road location. It was learned that the phone was a prepaid phone with AT&T service with no subscriber information available. After VSP checked the North Danville location and several possible Cross Roads outside the town of St. Johnsbury, the matter was closed. At that time, Gregory Davis' body had not been discovered.

23.     On January 15, 2018, AT&T responded to a search warrant for information associated with the cellular number (802) 473-0535, which placed the suspicious call to 911 on January 6, 2018, near the time and location of Gregory Davis' kidnapping.

24.     The data provided by AT&T was reviewed by Special Agent James Wines of the FBI's Cellular Analysis Survey Team. After this review, and consultation with AT&T security personnel, Agent Wines advised that the phone was a prepaid phone purchased at a Walmart on January 5, 2018. The records showed only two calls made by the phone, a four-second call to a Pizza Hut in St. Johnsbury, VT at 4:14 p.m. on January 6 and the 911 call at 8:42 p.m. on January 6. The phone used only two sectors of the same cell tower, located in St. Johnsbury,

VT, for all cell site activity. Agent Wines also advised that this phone was activated, meaning that it could operate on the network, shortly before 4:00 p.m. on January 6, within minutes of the Pizza Hut call.

25.     Agent Wines advised me that he learned from contacts at Walmart security that the prepaid phone was purchased with $100 cash on January 5, 2018 at 4:14 p.m. at the Walmart located at 100 Supercenter Drive, Clearfield, PA. Agent Wines forwarded numerous security camera images of the individual purchasing the phone, which were obtained from Walmart security. The images show a bearded, adult, white male purchasing the phone. The male arrived and departed in a white Ford Explorer. The camera footage indicates the vehicle parked in the Walmart parking lot around 3:55 p.m. and exited the lot around 4:17 p.m. A front license plate is not observed on the Ford Explorer. A rear license is observed on the Ford Explorer. The rear plate is light in color and appears to be white. Numbers and/or letters are not recognizable on the rear plate.

26.     On January 19, 2018, I learned that FBI personnel in Pennsylvania had canvassed gas stations and other locations in the vicinity of the Walmart at 100 Supercenter Drive, Clearfield, PA, to determine if additional security camera footage of the bearded, white male and/or the white Ford Explorer could be located. Additional video footage of the suspect male and vehicle were located at a BP gas station at 14624 Clearfield Shawville Highway, Clearfield, PA 16830.

27.     I reviewed stills of this footage, which included images of the bearded, white male and the white Ford Explorer, and they appear to be the same person and vehicle shown in the Walmart security video. The suspect male purchased gas at the BP station. I saw what appears to be a smartphone in the suspect male's hand. A time stamp on this video put the stop at the gas station in the 4:27 p.m. time period on January 5, 2018. My review of the reports of the agents who travelled to Clearfield, Pennsylvania indicate the display times from the gas station security footage appear to be plus six or seven minutes relative to the actual time. The person depicted in the still images does not appear consistent with photographs obtained of Gac or either of the Gumrukcus.

D.     The (201) 208-7436 Phone Identified Through Cell Tower Connection Data

28.     In early March 2018, I learned from Agent Wines about his review of certain AT&T tower data obtained as a result of search warrants issued by this court in January 2018. Agent Wines received a list of cellular devices connecting to a tower covering the area of Clearfield, Pennsylvania, where the 911 Phone was purchased. The data included devices connecting to the tower at or about the time the 911 Phone was purchased. Agent Wines compared this data to data he received listing cellular devices connecting to a tower covering the area of Danville, Vermont, where the abduction took place. The data included devices connecting to the tower at or about the time of Gregory Davis' abduction. Only one cellular phone was common to both sets of data, and it was a device with phone number (201) 208-7436 and IMEI number 86423703243563 (the "201 Phone").

9

29.     Further investigation by Agent Wines determined that the device that connected to towers in Pennsylvania and Danville, Vermont, is an Android cell phone purchased at a Walmart located at 201 Southeast Salem Street, Oak Grove, Missouri on November 13, 2017 at approximately 10:58 a.m., and additional service (minutes/data) for that phone were purchased at a Walmart located at 2025 W. Business Highway 60, Dexter, Missouri on January 4, 2018 at approximately 10:20 a.m. Agent Wines obtained receipts for these purchases, which show these purchases, like the 911 Phone purchase in Pennsylvania on January 6, 2018, were each made with $100 cash. The details on the receipt suggest that the customer paid with a $100 bill for all three purchases.

30.     I obtained a search warrant for historical cell site and location information for this phone on March 2, 2018, from this Court. Agent Wines and I have reviewed the information obtained from this warrant. Analysis of the data shows the phone assigned number (201) 208-7436 first interacted with cell towers in the area of Monte Vista, Colorado for a brief time on December 29, 2017 between 10:00 a.m. and 1:00 p.m. The phone next interacted with a cell tower in the area of Dexter, Missouri from 6:00 p.m. January 3, 2018 to 1 p.m. January 4, 2018. Thereafter, the phone interacted with cell towers near roads following a path in a northern and eastern direction through Illinois, Indiana and Ohio. Analysis of the data shows the phone interacted with cell towers in the Columbus, Ohio, area for a time period between 7:30 p.m. January 4, 2018 to 11:20 a.m. January 5, 2018. The phone thereafter continued to interact with cell towers near roads through Pennsylvania, New York and Connecticut. Analysis of the data shows the phone interacted for a period of time with cell towers in the area Southington, Connecticut, from 12:00 a.m. to 10:00 a.m. on January 6, 2018. The data shows the phone then continued through Massachusetts and arrived in Vermont on January 6, 2018, at approximately 11:37 a.m. The phone then traveled north, consistent with travel on Interstate 91, and arrived in the area of St. Johnsbury, Vermont, at about 1:30 p.m. Throughout the afternoon and into the evening of January 6, 2018, the data shows the phone was in the areas of St. Johnsbury and Danville, Vermont. The phone remained in the general area in which Gregory Davis' abduction took place (at approximately 9:00 p.m.) and where his body was recovered the next day. After approximately 9:24 p.m., the phone appears to have traveled south out of the Danville/St. Johnsbury area, consistent with travel on Interstate 91. The last reported cell site or location data was at 10:01 p.m., after which the phone had no more interaction with the AT&T network. Based on this information, there is probable cause to believe that the 201 Phone was used by someone involved in Davis' abduction and murder.

31.     Further analysis of the data shows that during the travel to Vermont, the 201 Phone passed through the area of Clearfield, Pennsylvania at the time the 911 Phone was purchased at the Walmart in Clearfield, Pennsylvania.

32.     I have attempted to obtain information from Google about the use of this phone by subpoena and search warrant, but have to date been unsuccessful in obtaining any useful information from Google.

E.     Ford Motor Company and Ford Explorer research

33.     I consulted with Matthew Fyie, Manager, Design Analysis Engineering, at Ford Motor Company, to determine the model and year range of the Ford Explorer observed in photographs and video obtained from Clearfield, Pennsylvania. Fyie told me that the Clearfield Explorer was a 2013 to 2015 Police Interceptor model. He noted that the Clearfield Explorer was pictured with Ford Explorer XLT wheels, which were not an option for the 2013 to 2015 Police Interceptor models. Fyie provided photographs of the three wheel styles offered for those Police Interceptors, each of which is different from the XLT wheel. Fyie suggested the XLT wheels were installed on the vehicle at a later time or as an after-market change. Ford later provided information, including VIN numbers, for the 17,291 White Explorer Police Inceptors for model years 2013 to 2015 manufactured and sold by Ford.

34.     The Vermont Intelligence Center (VIC) conducted searches to identify and find vehicles of interest based on certain parameters/criteria (vehicles registered in states of interest, in this case Colorado, vehicles sold at auction with high mileage, and vehicles with sales or service records that occured around the time of the kidnapping and homicide.)

35.     Leads were generated to locate the vehicles of interest and identify the owners at the time of the kidnapping/homicide. One lead was sent to Colorado Bureau of Investigation (CBI) Agent Joseph Cahill, who was then assigned to an FBI Task Force. This particular lead, based on the additional research and identifiers provided by the Vermont Intelligence Center (VIC), was specific to a 2013 Ford Explorer with VIN 1FM5K8AR6DGC73609. CARFAX records indicated that on October 6, 2017, a 2013 white Ford Explorer from Highline Automotive Inc., VIN 1FM5K8AR6DGC73609, was offered for sale. Mileage on the Explorer at the time was 117,138. On December 22, 2017, the Ford Explorer was serviced at Downey Car Center, Downey, California per CARFAX records. Mileage on the Ford Explorer at the time was 130,404. CARFAX records indicate the mileage on the vehicle was 137,168 on March 16, 2018, the next time the vehicle was offered for sale by Maximum Auto Search.

F.     Identification of Jerry Banks

36.     Agent Cahill and CBI Agent Kevin Koback conducted interviews in connection with the Ford Explorer and the dealership, Highline Automotive, which is located in Denver, Colorado. Prior to the interviews my preliminary review of the CARFAX records suggested that Highline was renting the Explorer at the time of the abduction and murder of Davis. Agent Cahill provided me verbal and written reports of the interviews.

a.     Record checks revealed that Vyacheslav "Steve" Iskhakov was a salesman for Highline Automotive. The owner of Highline at the time of interest was Amnun Iskhakov, Steve's father.

b.     Steve Iskhakov was interviewed on 2/19/2020. Iskhakov stated that Highline Automotive purchased the Explorer in 2017 and offered it for sale in late 2017. Highline sold the Explorer but it was later returned to Highline, and the Explorer was finally sold to a different

person later in 2018.  Carmine Gulli dealt with the first buyer.  Iskhakov said he would obtain the deal jacket from his storage unit.  Iskhakov noted that Highline paid for no significant modifications or changes to the vehicle.

      c.    Carmine Gulli was also interviewed on 2/19/2020.  Gulli was a Highline Automotive salesperson and its finance manager.  Steve Iskhakov was his boss.  Gulli recalled the initial sale of Ford Explorer – Police Interceptor.  The buyer said he "lived off the grid" near the New Mexico border.  Gulli recalled there were financing problems with the buyer.  The buyer had had no real credit score, the buyer "was a ghost."  Gulli recalled there was a female in a brown 70's Dodge "dually" style pickup truck with the buyer when the buyer later returned the vehicle.  Gulli looked at a photo pack of the vehicle of interest and recalled that at the time of the initial sale the Explorer had cutouts for police equipment, no driver's light but there was a hole, Gulli looked at the Walmart security camera photographs and stated he felt it appeared to depict the same person as the buyer but with more facial hair.

      d.    Steve Iskhakov was interviewed again on 2/26/2020. Iskhakov provided CBI Agents with documents, including the original Highline Automotive sales jacket for the Explorer, which reflect a transaction with Jerry Dean Banks on 11/16/2017.  Iskhakov said he never had anyone drive so many miles on a car in the short period of time Banks had the Explorer. Iskhakov reviewed the photograph package of the vehicle of interest and stated he felt the wheels were consistent with the ones on it when Highline was in possession of it.

      e.    Mark Wilcox was interviewed on March 7, 2019 by Agent Cahill.  Wilcox is the Chief of Mountain States Emergency Medical Services in Denver, Colorado.  He is the current owner of the Ford Explorer of interest.  Wilcox purchased it on April 17, 2018 from Maximum Auto Search in Englewood, Colorado.  Wilcox recalled the person he dealt with at Maximum told him that the Explorer was being sold on consignment for Highline Automotive due to a pending bankruptcy. The XLT wheels can be seen in a photograph taken during the time of the interview.

    37.    I spoke with Wilcox on April 15, 2020.  Wilcox confirmed that the same XLT wheels were on the Explorer when he purchased it from Maximum Auto Search.  Wilcox also told me the Explorer did not have a spotlight attached on the driver's side when he bought it. I note that the Clearfield photos, while not clear, do appear to show a spotlight on the driver's side. This light, even if present, could have been attached while Banks had the Explorer and removed before Banks returned it to Highline Automotive.

    38.    I have reviewed the Highline Auto sales information. I found the following information regarding the sale/purchase of the 2013 white Ford Explorer:

      a.    purchaser: Jerry Banks, including his date of birth and social security number;
      b.    address: 1179 Pfotenhauer Road, Fort Garland, CO 81133;
      c.    phone number: (719) 480-3879;
      d.    email address: banksavs@gmail.com;
      e.    additional phone number: (718) 298-2328;

  f. registration information: plate B094536 for the 2013 white Ford Explorer;

  g. Progressive Insurance, policy number 917738127, effective 10/26/2017 to 4/26/2018, for the Ford Explorer and a 1999 Ford F350;

  h. purchase date: 11/16/2017 with mileage reading of 117,138;

  i. surrender date: 1/24/2018, documents indicate "miles and use paid for" and "loan is being written off, no harm to borrower." A receipt for the additional "miles and use" indicates Banks paid $1,500 in cash when he surrendered the vehicle;

  j. Banks "surrendered" the Ford Explorer to Highline Automotive Inc.

  39. I also reviewed records provided by Progressive Insurance involving Banks' purchase of the 2013 Ford Explorer. The insured is listed as Jerry Banks with phone numbers (661) 433-5327 and (719) 480-3879 and an email address of banksavs@gmail.com. The primary use of the vehicle is designated "Pleasure." This vehicle was added to the policy on 10/26/2017. This vehicle was removed from the policy on 1/25/2018. Banks provided a valid Arizona driver license of D08379473. His employment was noted as police/fire/security with an occupation of correctional or probation officer. Banks also insured a 1999 Ford F350 Super Duty VIN 1FTWW33FXXEA13443 and a 2003 Land Rover Discovery II VIN SALTY16423A789183.

  40. I have reviewed Colorado driver's license information about Banks. On December 18, 2017, a Colorado driver's license was issued to Jerry Dean Robert Banks. The Colorado Driver's License number is 170647692. The license expires 9/22/2022 and the given mailing address for Banks is 1179 Pfotenhauer Road, Fort Garland, CO.

  41. I have also reviewed Colorado vehicle registration information about the Highline Explorer. Those records show that Banks got a temporary registration for the Explorer first on 10/26/17, consistent with the Progressive Insurance Records. The Colorado registration records further show that Banks got a second temporary registration for the Explorer on 11/16/17, the purchase date in the Highline Auto records. The temporary tag issued on 11/16/17 was B094536. Agent Cahill, who is familiar with Colorado temporary registration tags, told me that those tags are white in color and made of paper. Colorado only issues a temporary tag for the rear of car not a second for the front. This kind of temporary tag is consistent with the images from the Clearfield Explorer, which had a light colored rear tag and no front tag. I cannot make out the tag number from the Clearfield images.

  G. The (719) 480-3879 Phone

  42. I have reviewed records from Verizon Wireless that identify Jerry Banks as the subscriber of the phone with number (719) 480-3879 (the "719 Phone") during the relevant timeframe. The device used was a Samsung Galaxy Note with IMEI 3520 7809 1178 251. Banks is the effective subscriber from 10/20/2017 through 11/8/2018. Phone number (661) 433-5327 is listed as Banks' home phone number and work phone number.

  43. I have also reviewed Verizon Wireless Billing Statements, which show the approximate location of the Banks phone when calls are made. I have confirmed with Verizon

Wireless personal that this location information is associated with the cell towers and switch connecting to the phone at the time of calls. I also learned that Verizon Wireless maintained more precise location information for this phone for only approximately one year. I found the following locations of note for this phone in the Billing Statements:

     a.    On 10/26/2017, a call from this phone originated in Denver, CO.

     b.    On 12/13/2017, a call from this phone originated in Dexter, MO.

     c.    On 12/28/2017 a call from this phone originated in Alamosa, CO.

     d.    On 12/29/2017, another call from this phone originated in Alamosa, CO, which is close to Monte Vista, CO. As noted above, the 201 Phone first interacted with cell towers in the area of Monte Vista, CO on 12/29/2017.

     e.    On 1/2/2018 and 1/3/2018, calls from this phone originated in Dexter, MO. As noted above, the 201 Phone interacted with cell towers in Dexter, MO on 1/3/2018.

     f.    No calls are made between 12:59 p.m. on 1/3/2018 and 1/7/2018, when the 201 Phone was actively being used.

     g.    On 1/7/2018, at approximately 9:24 p.m., a call from this phone originated in O'Fallon, MO, which is along I-70 in Missouri. The time between the last use of the 201 Phone and this call on the 719 Phone is approximately 25 hours. Google Maps shows that driving time from Barnet, VT to O'Fallon, MO is approximately 19 hours.

     h.    On 1/8/2018, a call from this phone originated in Alma, KS. This call takes place approximately 15 minutes after the Kansas Highway Patrol car stop of Banks in Alma, KS, described below. The call connects with (573) 421-4798 for approximately 20 minutes.

     i.    On 1/9/2018, multiple calls are made from this phone, all originating in Colorado (Alamosa, Sanford and Colorado Springs).

44.    Banks' use of the 719 Phone is consistent with him buying and using the 201 Phone.

H.    The (661) 433-5327 phone number

45.    I reviewed Verizon Wireless records obtained for the phone using number (661) 433-5327 during the relevant period. The subscriber is All Valley Solar (AVS). The IMEI is 9900 0435 4670 824. The mailing address for the billing statement is All Valley Solar (AVS), 12623 Sherman Way Ste. A, N. Hollywood, CA 91605. As noted above, Progressive records show that Banks provided this phone number as his work phone number, and Verizon Wireless records for the 719 Phone show Banks provided this number as his home and work phone.

46.    The 661 Phone records also show approximate location information for the calls. On the morning of 11/18/2017, three calls were made from this phone all originating from Barnet, Vermont. The 719 Phone records show no phone activity between 11/10/17 and 11/20/17, while Banks was apparently traveling to Vermont.

I.    The (573) 421-4798 phone number

14

47. I have reviewed AT&T records obtained for the phone using (573) 421-4798. Jami Machovec is the user of this phone from 12/12/2017 through 8/16/2018, user address 1206 E Stoddard Street, Dexter, MO 63841, home email chov47@gmail.com. The IMEI is 3104 1002 6681 050.

48. The AT&T records show that between 12/12/17 and 1/31/18 the (573) 421-4798 number is in text communication with the (719) 480-3879 number hundreds of times, which suggests to me that Machovec has a close relationship with Banks. There are no text communications between the phones during the following discrete time periods (hours are listed in UTC):

    a.    12/23/17 from 18:05 hours through 12/27/17 at 16:43 hours

    b.    12/29/17 from 21:59 hours through 12/31/17 at 18:24 hours

    c.    1/4/18 from 15:00 hours through 1/8/18 at 16:08 hours (this period overlaps the time period between the approximate time of the purchase of the 201 Phone minutes at the Dexter Walmart and approximate time of the first call made on the 719 Phone on 1/8/18 from O'Fallon, MO)

    d.    1/12/18 from 15:44 hours through 1/15/18 at 13:19 hours

    e.    1/20/18 from 15:38 hours through 1/22/18 at 11:45 hours

    f.    1/26/18 from 22:34 hours to 1/28/18 at 12:06 hours

J.    Kansas Highway Patrol vehicle stop

49. Based on reviews of law enforcement contact with Banks, I discovered that on 1/8/2018 at approximately 1:48 p.m. Central Standard Time, a traffic stop was conducted by Kansas Highway Patrol Technical Trooper Clark in the vicinity of mile post 337 on I-70 Westbound in Alma, KS. I have reviewed reports about the stop. Jerry Banks was operating a white Ford Explorer. Banks was stopped for a lane violation. I spoke with Technical Trooper Clark and reviewed a DVD recording of the traffic stop he provided. Trooper Clark described Banks as extremely nervous. The vehicle contained multiple law enforcement items including a gun, tactical vest and law enforcement equipment. Trooper Clark noted the back seat of the Ford Explorer was folded down and a mattress was observed in the middle to back area of the Explorer. The Call Summary Report indicates the vehicle that was stopped was a 2013 white Ford Explorer with VIN 1FM5K8AR6DGC73609 and Colorado plate B094536.

50. On 3/3/2020, I reviewed a DVD copy of the traffic stop conducted by Technical Trooper Clark on 1/8/2018. Jerry Banks said that he was traveling from Dexter, Missouri. During the traffic stop, a phone can be heard ringing inside the Ford Explorer. The phone ringtone is consistent with a Samsung Galaxy phone standard ringtone.

51. I compared the video of Banks from the car stop to the photos/video from the Clearfield, PA Walmart purchasing the 911 Phone and BP gas station, described above. Banks looks similar to the person in the Clearfield images.

52.    I compared Banks' voice in the video to the voice of the 911 caller. Banks' voice sounds similar to the 911 caller's voice.

K.    Banksavs@gmail.com email account

53.    I reviewed Google subscriber records for the email address Banks provided to Highline Automotive, banksavs@gmail.com. Jerry Banks is the subscriber of the email account. He uses bankspes@gmail.com for his recovery email. The account was created on 6/5/2009. SMS (texts) are connected to phone number (719) 480-3879 (the 719 Phone). The Google account ID is 332795558920. The subscriber services listed are Android, Gmail, Google Calendar, Google Chrome Sync, Google Cloud Print, Google Drive, Google Hangouts, Google Keep, Google My Maps, Google Payments, Google Photos, Google Play, Google Play Music, Google Services, Google Voice, Has Madison Account, Location History, Web & App Activity, YouTube, and iGoogle.

54.    On April 22, 2020, I obtained a search warrant for information from the banksavs@gmail.com account. I and other investigators working with me have begun reviewing the information. We have identified a number of pieces of information in the Google data that further support the conclusion that Banks was involved in the shooting of Greg Davis, including the following:

a.    Within the Google maps data there are a number of pieces of information including searches for Vermont on October 10, 2017, December 12, 2017 and January 4, 2018.

b.    Within the Google search history data are a number of pieces of information including searches for: Explorer Police Interceptors for sale on October 26, 2017; Ford Explorer Police Interceptor rims as well as steel wheels and a police spotlight on October 29, 2017; ARC-22 .22 LR Conversion Kits on December 17, 2017; and body armor on December 26, 2017. As noted above .22 caliber ammunition was used to kill Mr. Davis.

c.    Within the Google location information are thousands of GPS coordinates including coordinates showing that the Google account user was at the Dexter, MO Walmart at 9:20 a.m. on January 4, 2018, the same time the minutes were purchased for the 201 Phone. Though there are hundreds of pieces of location information on most days, there is no location information for certain periods of time including: 1) between 9:51 a.m. (CST) on January 4, 2018 and 9:22 p.m. (CST) on January 7, 2018; 2) between 3:53 p.m. (CST) on November 11, 2017 and 11:09 a.m. (CST) on November 13, 2017; and 3) 2:31 p.m. (CST) on November 13, 2017 and 9:17 p.m. (CST) on November 20, 2017. As noted above, the 201 Phone was purchased in Oak Grove, MO at 9:58 a.m. (CST) on November 13, 2017. On November 13, 2017 at 11:09 a.m., when the location information was turned on, it shows the user 50 miles east of Oak Grove, MO on Interstate 70. Interstate 70 also travels through Oak Grove, MO. This information suggests to me that the user was in Oak Grove at the time the 201 Phone was purchased.

d.    Within the Google email data are numerous emails with information related to purchases including the following: 1) On November 3, 2017, an order confirmation email to Jerry Banks describing the purchase from Amazon of a public safety scanner; 2) on November 8, 2017 a shipping confirmation email to Jerry Banks for a blue/red flashing modes; and 3) on December 20, 2017, an email containing a Paypal purchase confirmation to "Jerru Banks" for purchases of an Antique Gold Marshal Badge, a US Marshal Shoulder Patch and a US Marshal embroidery patch.

55..    The Google data also provides evidence that Banks was using Tinder, a dating app, on his phone during the relevant period of time. Specifically, the Google data includes a "purchase history" folder. In this folder was a purchase dated 12/27/17 for Tinder Plus (Tinder) in the amount of $9.99. An additional purchase for Tinder Gold (Tinder) was noted on 01/15/18 and again on 02/12/18 and 03/15/18 in the amount of $14.99.

L.    Information linking Banks to the Gumrukcus through Aron Ethridge and Berk Eratay

56.    One matter we are investigating is the connection between Banks and the Gumrukcus. The investigation to date links Banks to the Gumrukcus through Aron Ethridge and Berk Eratay. I have found no communications between Banks and the Gumrukcus directly. As I describe above, the evidence suggests that the murder for hire scheme began at some point in or about early October 2017. For example, the text messaging between Serhat Gumrukcu and Gregory Gac show that the tensions pick back up between Greg Davis and Serhat in late September 2017. Moreover, the banksavs Google records suggest that Banks was involved in the scheme before October 10, 2017, when he searched for directions to Vermont.

57.    The first call made from the 719 Phone after Mr. Davis' homicide occurred at 9:24 p.m. (CST) on January 7, 2018. This call was made to 760-220-0478. I have reviewed Verizon wireless billing records which show that that number was used by Aron Ethridge at that time. The 719 Phone received a call from the Ethridge number on January 8, 2018 at 5:44 p.m. (CST).

58.    The banksavs Google data described above includes several connections between Banks and Aron Ethridge. First, the Google account contains contact information for Aron with phone number 760-220-0478. Second, the Google account shows searches for 1137 Sport of Kings Avenue, Henderson, NV on October 5, 2017 and January 11, 2018. The Vermont State Police Intelligence Center (VIC) has reviewed Accurint data, which includes property sales information and utility information, showing Aron Ethridge residing at 1137 Sport of Kings Avenue in October 2017. The 661 Phone records show that Banks was in Henderson, NV on October 7, 2017 at 1:00 p.m. (PST).

59.    I have reviewed data from a search warrant return from the serhat.gumrukcu@gmail.com account. That data includes contact information showing Aron Ethridge with phone number 760-220-0478.

17

60.     As noted above, my investigation has shown connections between the Gumrukcus and Berk Eratay. I have reviewed Verizon Wireless phone records for a number subscribed to by Berk Eratay, 702-336-2264, which show numerous contacts between July 2017 and January 2018 with a phone number subscribed to Serhat Gumrukcu, 310-590-8250. Those records also show contacts during the relevant period between Berk Eratay's phone number and Aron Ethridge's phone, including five calls on September 22, 2017, two calls on October 10, 2017, and a call at 11:26 p.m. (PST) on January 7, 2018. The first call made after the Ethridge phone has contact with the 719 Phone on January 7, 2018 is this call to the Eratay phone. Accurint records show that for a period before 2017, Eratay resided next door to Aron Ethridge on Skytop Drive in Henderson, NV.

61.     The phone records for the Eratay and Ethridge phones also show that on December 18, 2017, the Eratay phone was in contact with both the Ethridge phone and the Serhat phone. As described above, email records show that on December 13, 2017, Gregory Gac wrote an email to Murat fearing the "nuclear option" from Gregory Davis, and Davis text messages to Gac show him talking about "the prosecutor's office."

62.     The banksavs Google data shows that on January 9, 2018, the user searched for flights to Las Vegas, NV, which is near Henderson, NV. The Google location information shows that the user traveled to Henderson, NV on January 11, 2018. The Eratay and Ethridge phone records show that the Eratay phone was in contact with both the Ethridge phone and the Serhat phone on January 11, 2018.

63.     I have reviewed the results of a search warrant obtained for Banks' Facebook account. I have not identified any communications with Facebook identities associated with Ethridge. However the Facebook records support the conclusion that Ethridge met with Banks in early October 2017. The first reference to "Aron" in the Banks Facebook data is a communication with a third party on March 23, 2017, in which Banks refers to "Aron" as "his buddy." The Facebook records show that Banks was communicating with Facebook user John Cooper. Banks calls this user "Mr. Bruce." On September 24, 2017, "Bruce" wrote to Banks that "Aron was looking to get in touch with you." On October 4, 2017, "Bruce" wrote to Banks about Banks' plan to travel to visit "Aron." On October 5, 2017, Banks wrote to "Bruce" asking about "arons Addy." "Bruce" responded "1137 Sport of Kings Ave. Henderson, NV 89015." On October 9, 2017, Banks wrote to "Bruce" saying that he had returned from the trip "at like 6am" on October 8, 2017. In early December, Banks wrote to "Bruce" about communicating with Aron by "message," but those messages are not in the Facebook data.

64.     I have reviewed records provide by Bancorp for Banks' credit card. Those records corroborate that Banks made a debit card purchase in Henderson, NV on October 6, 2017.

65.     I have examined records regarding Banks' travel from Christmas 2017 to early January 2018. The Google location data shows that Banks was at Ethridge's home in Henderson, NV on December 26 and 27, 2017. The location information shows that between December 27 and 28 he travelled to his home in Ft. Garland where he appears to stay until January 1, 2018. On January 1, 2018 he began driving from his home, arriving in Dexter, MO at approximately 3:20 a.m. on January 2, 2018 (CST). As noted above, there is no location data for the period from 9:51 a.m. (CST) on January 4th to 9:22 p.m. (CST) on January 7th, 2018. (During that time, the 201 phone travelled from Dexter, MO to Vermont and was in Vermont at the time of the murder.) From January 3, 2018, when the 201 Phone was turned on, until January 4th when the location data ends (likely because the 719 Phone is turned off) both phones are in Dexter, MO. When the location data turned back on January 7 at 9:22 p.m. (CST) it shows the user in O'Fallon, MO, the same location as the Verizon records show for the phone call placed to Ethridge at 9:24 p.m (CST). The location information shows Banks driving home to Ft. Garland, CO and then driving to Henderson, NV, where he arrives on January 11, 2018 at approximately 2:35 p.m. (PST).

M.     Berkeratay@gmail.com email account

66.     On March 2, 2020 a preservation letter was sent to Google LLC, pursuant to 18 U.S.C. § 2703(f), requesting preservation of all stored communications, records, and other evidence regarding berkeratay@gmail.com (the "SUBJECT ACCOUNT") for a period of 90 days. On May 28, 2020, a preservation extension letter was sent to Google LLC extending the preservation for an additional 90 days.

67.     I reviewed PayPal records for the account of Berk Eratay. Paypal subscriber records show the email address for Berk Eratay as berkduffy@gmail.com. Google subscriber records for the email address berkduffy@gmail.com list a recovery email address of berkeratay@gmail.com.

68.     I reviewed Google records regarding berkeratay@gmail.com. Berk Eratay is the subscriber of the email account. He uses beratay@live.com for his recovery email. The account was created on October 31, 2004. Recovery SMS (texts) is connected to phone number 702-336-2264. The Google account ID is 602866930227. The subscriber services listed are Gmail, Google Shopping, Google Books, Google Page Creator, Google Hangouts, Google Services, Google Payments, Blogger, Google Drive, iGoogle, Google Notebook, Google Search Console, Google Docs, Google Reader, Android, Google Calendar, Google Analytics, Website Optimizer, YouTube, Google AdWords, Google Groups, Google Photos, Location History, Google Play Console, Google Chrome Sync, AdMob, Google URL Shortener, Google Voice, Google Developers Console, Google Cloud Print, Google Maps Engine, Google AdSense, Web & App Activity, Has Madison Account, Google My Maps, Google Play Music, Google Keep, Yeti, Billing, Has Google One Membership Information, Nest Auth, Is In Family and Chromeos Login.

Background concerning Google Data

19

69.    In my training and experience, I have learned that Google provides a variety of online services, including electronic mail ("email") access, to the public. Google allows subscribers to obtain email accounts at the domain name Gmail.com. Subscribers obtain an account by registering with Google. Google maintains records concerning the devices used to connect to its services. During the registration process, Google asks subscribers to provide basic personal information. Therefore, the computers of Google are likely to contain stored electronic communications (including retrieved and unretrieved email for Google subscribers) and information concerning subscribers and their use of Google services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

70.    A Google subscriber can also store with the Provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google. This files are associated with a Google email account. For example, Google Voice allows for incoming or outgoing phone calls, voicemails, including voicemail content and any and all incoming or outgoing text message history, together with text message communication. Google Hangouts allows for communication including, but not limited to, audio, video, text message and/or chat. Google + allows for posts, status updates, and/or any other information including photographs and/or video. Photographs and/or videos can also contained and/or were uploaded in the Google, Inc. services known as Google Photos, Picasa web albums, or any other Google, Inc. service designed to store video, photographs, and/or data. Electronic files, folders, media, and/or data can also be uploaded and/or contained on the Google, Inc. service known as Google Drive. Google Keep stores entries created, deleted, or modified. Contacts can be stored in Gmail or in the Google. Inc. service known as Google Contacts. Further, Google allows Android users to purchase and download applications for their devices. Google Servers will store the applications downloaded, installed, and purchase. In my training and experience, evidence of who was using an account may be found in all of these services.

71.    In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that even if subscribers insert false information to conceal their identity, I know that this information often provide clues to their identity, location or illicit activities.

72.    In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This

information can include the date on which the account was created, the length of service, records of login (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

73.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

74.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the government to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, email providers typically log the IP addresses from which users access the email account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

75.     In my training and experience, I have learned that Google provides a variety of online services that track and store location information, including Google Maps and Waze that allow a user to maps their travels and get directions to various locations. These services allow Google to store frequent locations, favorite locations, travel searches, and even certain travel of the device itself. Moreover, I have learned that various Google services may contain information about location history of the device including GPS data, cell site data, and Wi-Fi location, which may the location and the estimated radius that the device was from the location.

76.     According to representatives of Google, the company keeps records that can reveal Google accounts accessed from the same electronic device, such as the same computer or mobile phone, including accounts that are linked by "cookies," which are small pieces of text sent to the user's Internet browser when visiting websites. This warrant requires Google to identify any other accounts accessed by the same device(s) that accessed the Subject Account described in Attachment A, including accounts linked by cookies, recovery email address, or telephone number. This warrant will ask that Google identify such accounts and produce associated subscriber information (not content of those accounts).

<u>Authorization Request</u>

77.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

78.     I further request that the Court direct Google, Inc. to disclose to the government any information described in Attachment A that is within its possession, custody, or control. Because the warrant will be served on Google, Inc. who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

79.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. See 18 U.S.C. §§2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

80.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Dated at Burlington, in the District of Vermont, this _25th_ day of August 2020.

_Patrick Hanna_

Patrick Hanna
Special Agent - FBI

Sworn to and subscribed before me this _25th_ day of August 2020.

Honorable John M. Conroy
United States Magistrate Judge

# EXHIBIT 2

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Data associated with Microsoft account
berkeratay@hotmail.com that is stored at premises controlled
by Microsoft Corporation

)
)
)
)
)
)

Case No. 2:18-mj-4

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(a)(1) | Killing another person with intent to prevent communication to law enforcement |
| 18 U.S.C. § 1201 | Use of interstate facility or interstate travel for kidnapping |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1958 | Murder for hire |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Patrick R. Hanna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 25, 2020

*Judge's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

1. This warrant is directed to Microsoft Corporation (the "Provider"), headquartered at One Microsoft Way, Redmond, WA 98052, and applies to all content and other information within the Provider's possession, custody, or control associated with Microsoft account "berkeratay@hotmail.com" (the "SUBJECT ACCOUNT"), including all data preserved by the Provider in connection the preservation request on March 2, 2020, reference numbers GCC-1388760-V1Y5P1 and GCC-1463890-L7Y3P1.

2. A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to the Provider. The Provider is directed to produce to the law enforcement officer an electronic copy of the information specified in Attachment B(I) below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Attachment B(II) below.

**Attachment B**

### I. Information to be produced by the Provider

Within ten (10) days of the date of service, to the extent within the Provider's possession, custody, or control, including deleted information retrievable by the Provider, the Provider is directed to produce the following information associated with the SUBJECT ACCOUNT, including any information preserved as described in Attachment A:

a.    The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the SUBJECT ACCOUNT, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.    All records or other information regarding the identification of the SUBJECT ACCOUNT, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information stored at any time by an individual using the SUBJECT ACCOUNT, including address books, contact and buddy lists, calendar data, pictures, and files;

e.     All records pertaining to communications between the Provider and any person regarding the SUBJECT ACCOUNT, including contacts with support services and records of actions taken.

**II. Review of Information by the Government**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate any evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1201 (kidnapping), 1343 (wire fraud), 1512(a)(1) (murder to obstruct justice), and 1958 (murder for hire), for the period January 1, 2017 to July 1, 2018, including the following:

a.     Any data that helps show the identity of the person who created the SUBJECT ACCOUNT, and the identity of person(s) who used the account, including data that helps show the whereabouts of such person(s);

b.     Any and all data relating to the death of Gregory Davis, including any information related to persons interested in his death, involved in causing his death, and/or hiring someone to kill him;

c.     Any and all data that helps show a connection between the user of the SUBJECT ACCOUNT and Gregory Davis, including any people associated with Davis, including Gregory Gac, Serhat Gumrukcu, Murat Gumrukcu, Aron Ethridge and Jerry Banks;

    d.  Any and all data, including calls, voicemails, text messages, and emails between the user of the SUBJECT ACCOUNT and others, regarding Davis and/or the criminal offenses above;

    e.  Any and all data that helps show the location of the user of the SUBJECT ACCOUNT;

    f.  Any and all data that helps show the location of any people associated with Gregory Davis, including those listed above in paragraph c; and

    g.  Any and all data regarding financial transactions involving the user of the SUBJECT ACCOUNT.

# AFFIDAVIT

I, Patrick Hanna, being duly sworn, depose and say:

## Introduction

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and currently assigned to the Burlington Resident Agency in Vermont. I have been an FBI Special Agent for 17 years. My duties as an FBI Special Agent include investigating violations of Title 18 of the United States Code as they pertain to corporate fraud, complex financial crimes, embezzlement, public corruption, money laundering and related white-collar crimes, as well as violent crimes and criminal enterprises. I have participated in investigations of criminal violations of various federal laws. I have executed search and arrest warrants, interviewed and interrogated subjects, witnesses, and victims, and conducted surveillance. In the course of these investigations, I have gained an understanding of current technology, to include computers and online accounts, cellular telephones and associated records and data, and have conducted analyses of the data related to such accounts and devices, for the purpose of solving and proving crimes.

2.     I am submitting this Affidavit in support of an Application for a Search Warrant authorizing the production and review of Microsoft Corporation ("Microsoft") account information associated with Berk Eratay, more specifically described in Attachment A. As discussed below, there is probable cause to believe that Jerry Banks was involved in the abduction and murder of Gregory Davis, whose deceased body was discovered on January 7, 2018 and that Eratay was involved in arranging for Banks' participation in the murder. There is probable cause to believe that Davis' abduction and murder involved the following federal crimes: wire fraud, in violation of 18 U.S.C. § 1343; kidnapping, in violation of 18 U.S.C. § 1201; murder to obstruct justice, in violation of 18 U.S.C. § 1512(a)(1), and murder for hire, 18 U.S.C. § 1958. There is probable cause to believe that the information described in Attachment B will provide evidence of those crimes. I have been involved in the investigation of these crimes since January 2018 and have participated in the review of material from a number of search warrants obtained during the investigation. In summary, there is probable cause to believe that Davis was involved in a financial fraud scheme and was murdered by someone hired by others involved in the fraud scheme to silence Davis. In the past several months, I have learned about evidence linking Banks and Eratay to the murder scheme. I am now seeking data for the period from July 1, 2017 to July 1, 2018, the same period for which the court authorized previous search warrants associated with data involving Banks.

3.     This case is being investigated by the FBI and the Vermont State Police (VSP). Since this affidavit is being submitted for the limited purpose of supporting a search warrant application for a single account, I have not included details of every aspect of the investigation. Except as otherwise noted, the information contained in this Affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and my review of documents and records.

<u>Probable Cause</u>

A.    <u>The Abduction and Shooting</u>

4.    On January 7, 2018, VSP responded to a homicide in Barnet, VT. The victim, identified as Gregory Davis, date of birth October 27, 1968, was found partially covered by snow near the base of a bank on a pull off area near the west side of Peacham Road. Gregory Davis was found handcuffed and had been shot multiple times in the head and torso. Davis resided at 884 Hawkins Road, Danville, VT at the time. Gregory Davis' body was discovered approximately 15 miles from his residence. Evidence gathered from the crime scene included .22 caliber cartridge casings.

5.    On the same date, VSP Detectives responded to Davis' home and interviewed his wife, Melissa Davis. Melissa Davis advised VSP Detectives that at approximately 9:00 p.m. on January 6, 2018, a male claiming to be a U.S. Marshal came to the Davis' home. This male had handcuffs, a gun, and was wearing a jacket and mask with an eye opening, both of which had a U.S. Marshals emblem. The male's vehicle had red and blue emergency lights activated on the dash. The male said he had an arrest warrant for Greg Davis for racketeering and that Greg Davis was going to be brought to Virginia.

6.    On January 10, 2018, Agent Jennie Emmons confirmed with Supervisory Deputy U.S. Marshal Carl Staley of the Burlington Vermont office of the U.S. Marshals Service that Gregory Davis was not arrested by their agency. Further, it was confirmed by Marshal Staley that there had been no active federal warrants for Gregory Davis.

B.    <u>Gregory Davis' Business Dealings</u>

7.    Melissa Davis told the VSP Detectives that Davis had been involved in the oil investment business and had concerns about his business partners being involved in fraud. I participated in a follow-up interview with Melissa Davis on January 8, 2018, during which Melissa Davis stated:

a.    Melissa Davis and Gregory Davis were married with six children. At that time, Melissa Davis was pregnant with the couple's seventh child. Their family has lived in Vermont for approximately three years. At the time of Gregory Davis' death, the family was living at 884 Hawkins Road, Danville, Vermont.

b.    Sometime after 2011, Gregory Davis told her that he began working on an oil investment deal with a person named Gregory Gac. Gregory Davis contacted Gac by phone, text, and possibly by email. Gregory Davis told her that he had supply contacts for the oil, and Gac was able to bring in investors. Gregory Davis mentioned that Gac had two specific investors, Serhat and Murat. Melissa Davis understood that Gac had done business with Serhat and Murat before, and they had the means to make the investments.

c.    Melissa Davis was told by Gregory Davis that wire transfers had taken place for this investment deal. The first one was for $30,000. A receipt was provided by Gac to Gregory Davis showing the wire transfer from Bank of America. Gregory Davis consulted with a lawyer

about this wire transfer, and the lawyer told him it was fraudulent. Gregory Davis then contacted Gac and Gac tried to convince Gregory Davis that the deal, and the investors, were legitimate. Three subsequent wire transfers of approximately $10,000 each were wired by Gac to Gregory Davis, which appeared to reassure Gregory Davis.

    d.    Gregory Davis told Melissa Davis that two additional wires transfers occurred later, which came to a TD Bank account for Gregory Davis' company, Mode Commodities. The first one was $40,000. The second, more recent transfer, was for $75,000. Melissa understood that the purpose of these wires was for Gac to show Gregory Davis the investors were real and to provide some compensation to Gregory Davis. The Davis family lived off this money and made some improvements to the 884 Hawkins Road property. Gregory Davis told his wife that he planned to talk to the FBI about the potential fraud matter and that he had told Gac that he was going to the FBI.

    e.    After the Davis family moved to Vermont, Gregory Davis took a job with a company in Barre, VT called Safety Kleen.

    8.    On January 9, 2018, Detective Baker told Agent Emmons that Gregory Davis' cellular phone was located on his body in his left inner coat pocket. The phone is an Apple iPhone. According to Melissa Davis, the phone number is 802-377-1303. The service provider for this phone is Verizon Wireless. The phone is owned by Safety Kleen. Detective Baker told Agent Emmons that Safety Kleen management provided consent for the search of the phone.

    9.    Record checks conducted by the employees of the FBI Albany – Burlington Vermont Resident Agency revealed that a Gregory Gac resides at 19705 Chartwell Hill, Excelsior, Minnesota 55331. FBI records show that Gac was interviewed for an FBI investigation regarding an investment fraud matter. The investigation was based in Los Angeles, California, and resulted in the arrest of Serhat Gumrukcu in February 2017.

    10.    On January 9, 2018, Agent Emmons contacted FBI Special Agent Heather Stachnik of the Los Angeles Division. Agent Stachnik advised that she began investigating Serhat Gumrukcu for a real estate investment scheme and a check fraud scheme. She told Agent Emmons the following:

    a.    During the course of the investigation, she learned that Serhat was involved in additional fraud schemes, to include claiming to be an American doctor who had a special cure for cancer and AIDS, and another involving the oil industry. Serhat is a Turkish national currently living in the USA. Serhat is known to be married to a William Anderson Wittekind.

    b.    According to Agent Stachnik, Serhat was charged by the state of California with fraud-related offenses that included his dealings with Gac. He pleaded guilty and was sentenced to five years of probation.

    11.    I reviewed a report of a July 7, 2017 interview Agent Stachnik had with Gac. Gac advised he was an escrow agent for Serhat. Gac claimed he met Serhat through a friend of a friend and that Gac wrote the term sheet for an oil investment deal. The investment deal was in an oil trading company with a company called Mode Lauren LLC (hereinafter "Mode"). The

investors were Serhat and Murat Gumrukcu, Serhat's older brother. Gac drafted the term sheet for the deal. Gac expected to receive residuals from the deal. The Gumrukcus did not make payments as specified in the deal's term sheet and got in arrears with the obligations to Mode. Serhat ended up transferring his interest in Mode to his brother, Murat. Gac was told by a business associate that the Gumrukcus are very wealthy and part of the Turkish royal family. Gac also told Agent Stachnik that he had talked to "Greg Davis" on the phone but had not met him in person.

12.    Record checks performed by employees of the Albany Division – Burlington Vermont Resident Agency, further identified Serhat Gumrukcu. The records indicate that in early 2018 he lived in West Hollywood, California and used the cellular telephone number 310-590-8250. The service provider for this phone is T-Mobile.

13.    I reviewed information obtained from FBI Task Force Officer Jeff Sweeney of Customs and Border Protection that shows Murat Gumrukcu, a Turkish national, traveled alone to the United States on December 18, 2017, from Germany to Las Vegas, Nevada. Murat Gumrukcu's I-94 travel record shows a Las Vegas address, "2700 2704 Las Vegas, Las Vegas, NV 89109." CBP system records show that Murat planned to depart from the United States on March 28, 2018 to Turkey.

14.    In the course of the FBI Los Angeles investigation regarding Serhat, an additional person by the name of Berk Eratay was identified as having partnered with Serhat in a potential fraud scheme in Las Vegas, in which Serhat introduced a person claiming to be a Saudi Arabian prince to a potential victim. According to record checks performed by FBI Los Angeles, Eratay showed an early 2018 address of 2700 Las Vegas Blvd. S, Unit 2704, Las Vegas, Nevada. This appears to be the destination address listed by Murat on his I-94 information.

15.    On January 9, 2018, VSP Detective Sergeant Tyson Kinney reviewed text messages on Gregory Davis' phone. Further investigation by other state police personnel showed that Gregory Davis' phone had a contact for a gac@quadfin.com, with the address: 19705 Chartwell Hill, Shorewood, Minnesota, 55331, phone: 612-395-5317, home: 952-470-1969. Gregory Davis had exchanged text messages with Gregory Gac at 612-669-9441 as recently as January 4, 2018.

16.    Detective Sergeant Tyson Kinney told Special Agent Jennie Emmons about his review of certain text messages contained on Gregory Davis' phone between what appears to be Gregory Davis and Gac.

a.    According to these messages, in summary, it appears Gregory Davis and Gac were involved in a business venture with investors. A contract was in place with the investors. The contract stipulated that if the investors failed to meet their responsibilities, a $75,000 monthly late fee would be levied. As of October 2016, the investors collectively had accrued over $900,000 in late fees. As of October 2016, Gregory Davis was offering several options to Gac to resolve matters with the investors so they could move forward with the business.

4

    b.    On December 13, 2017, Gregory Davis texted Gac the following: "Greg, it is always best to square things between people. Goodness when it is the prosecutor's office it's nasty, hard and very unforgiving. Can we agree to seriously work to come to the table this week."

    c.    On December 27, 2017, Gregory Davis texted Gac: "Happy post Christmas. We need to get things resolved and settled. Please advise as to what they are going to put on the table to accomplish this. Clearly the UBS was just another misrepresenting distraction. It's been duly noted. I look to your reply. GD."

    d.    On December 28, 2017, Gregory Davis wrote a long text message to Gac, which in summary, showed Greg Davis wished to terminate the business relationship under the terms of the contract or, Greg Davis threatened, the relationship "conversely will end in a series of indictments, clearly bearing civil and criminal repercussions. They are in control of how it ends, but it is the end." From the context of the text messages, "they" appears to refer to Serhat and Murat.

    e.    On December 29, 2017, Gregory Davis wrote a text message to Gac, demanding a settlement of approximately $980,000 to exit the business deal with Gac, Serhat, and Murat, pursuant to their contract. Further conversation continued at the end of December in which Gac references conversations with Serhat.

    f.    A final text message to Gac from Gregory Davis, dated January 4, 2018 was located on Gregory Davis' phone which states: "There has now been a history of fraudulent banking documentation that has become the standard. In many instances the banks could not corroborate the claims of the partners. However, in some instances the banks very seriously denied association with the documents and their intention. As regards the TS, all have had a hand in crafting it. Murat himself was directly involved the late sheet segment, to which we gave NO rebuttal. This was then fully executed. We have suffered multiple banking debacles which of itself are VERY serious instances. Therefore, as we've discussed it would be prudent to address the outstanding accounting. Have Murat and Serhat present something to speak to. Let's hopefully close that matter and move forward. Without this our hands will be forced to turn this into authorities which neither party wants. Please have an honest but serious discussion with the brothers as regards all of the above and let's re-congregate to resolve the immediate matter and discuss how we can move forward. Regards, GD."

    17.    On January 12, 2018, I participated in the execution of a search warrant at 19705 Chartwell Hill, Excelsior, MN, the residence of Gregory Gac. Gac was also interviewed by me, along with VSP Detectives. Gac stated:

    a.    Gac owns a company called Quadrant Financial which he runs out of his home in Excelsior, MN. Gac conducts investment business with brothers, Serhat and Murat Gumrukcu. The brothers own a business called Lauran Trading, which is based in Oman. Serhat and Murat have been working with Gac on deals for over three years.

b.     Gac met Gregory Davis through other business associates. They have never met in person and have only communicated through phone, text and email. Gac put together an oil-related deal with the Gumrukcu brothers and Gregory Davis. Gac is aware that Gregory Davis has expressed frustration with the Gumrukcu brothers' failure to perform on their obligations in the deal. Gac advised that a third, $40,000, payment is still due to Gregory Davis. A total of three payments, totaling $100,000, were to be paid to Gregory Davis in lieu of the large late fee that had been accrued by the Gumrukcu brothers.

c.     Gac advised that in February 2016, Serhat told Gac that Murat was upset that Gregory Davis had called officials at the National Bank of Abu Dhabi to verify that Serhat and Murat maintained accounts there. The bank did not provide an answer to Gregory Davis, but the brothers learned of this inquiry and Murat was angered because it threatened the brothers' reputations at the bank. During the search warrant at Gac's residence, Gac's notes regarding this matter were located and the notes reflect that Murat was offended.

d.     Gac does not believe Gregory Davis and the Gumrukcu brothers have ever met in person though they have talked in conference calls. Gac does not believe Gregory Davis and the Gumrukcu brothers ever spoke directly outside the conference calls.

e.     Gac communicates with Murat exclusively through email. Serhat has told Gac that no one is provided with Murat's phone number.

f.     According to Gac, while Serhat is the main point of contact for the brothers, Murat is in control of the money.

g.     When the interviewers told Gac that Gregory Davis had been murdered, Gac claimed to have no knowledge about the murder.

h.     On January 12, 2018, Serhat told Gac that his brother was arranging for the third payment to be made to Gregory Davis and directed Gac to contact Murat via email about that payment.

i.     Gac noted that penalties for not completing the deal, or funding the deal, were $75,000 per month, per the term sheet which was agreed to by all parties and executed a couple of years ago.  Davis could sue the Gumruckus per the term sheet.

j.     Gac said that about a year ago Davis was "really, really upset" and that "Murat was pretty upset as a result of that and said you know what, we'll do this transaction with Gregg, but we're not gonna do anything else.  I don't want to deal with this kind of guy…"

k.     Gac did not recall providing an address for Davis to the Gumrukcus.  Specifically Gac said there "Would have been no reason for me to release it (Davis' address) to Murat."  But then stated, "I think they probably knew he lived in Vermont.  I'm sure that would've been something that just came up in passing, you know, the Greg's in Vermont or something like that. I don't know for sure, but it wouldn't be unusual for me to mention that."

l.     Gac also said, "I have absolutely no indication that these guys ever intended anybody bodily harm."

6

18.     On January 26, 2018, Agent Emmons spoke to VSP Detective Angela Baker about her review of the contents of Gac's phone, which was seized during the aforementioned search warrant at Gac's residence. According to Detective Baker, Gac's recent texts with Gregory Davis are consistent with those found on Gregory Davis' phone. Further, Detective Baker observed Gac communicated with Serhat at the telephone number 301-590-8250.

a.     Detective Baker observed that Gac alerted Serhat to Gregory Davis' discontent with Serhat and Murat. On December 29, 2017, Gac forwarded the aforementioned December 28, 2017 text from Gregory Davis to Gac along to Serhat. In this text, Gregory Davis stated that he believed he has witnessed fraud and alluded to potential civil and criminal repercussions. On prior dates, dating back over a year, Gac summarized in text messages to Serhat, Gregory Davis' anger about the business dealings with the Gumrukcu brothers.

b.     In the fall of 2017, numerous texts were sent to Serhat from Gac regarding Gregory Davis' communications with Gac, to include a September 17, 2017 text to Serhat stating, "Gregg is going ballistic, and I don't know if I can control him anymore. I heard from Murat that he was returning to Miami today or tomorrow, but nothing specific about meeting. I've heard nothing about meeting with your parents, and nothing from Marc. I'll be getting a call from Gregg soon, and he's going to explode." Further, on September 25, 2017, Gac texted Serhat, stating, "I'm getting nastygrams from Gregg Davis. Anything I can tell him? I'll reach out to UBS shortly," and on October 31, 2017, "Thanks for pinging Murat. Our friend is all over me again." And, on December 13, 2017, Gac texted Serhat, "Gregg Davis is getting antsy again, and I haven't heard from Murat in four weeks. Gregg wants to see a path forward with ML. . . . I believe he's on the road to prosecution again, believing there's no future."

19.     I have spoken with FBI personnel who have been reviewing bank records obtained during the investigation, including bank records for a U.S. bank account in Serhat Gumrukcu's name. Those bank records show that between March 2017 and October 2017, Serhat received funds from an unknown Turkish bank account totaling over $220,000. Some of these funds appear to be have funded the payments to Gac and Davis.

20.     On February 9, 2018, a search warrant was served on Google for records and information associated with murtagumrukcu@gmail.com and serhat.gumrukcu@gmail.com, which had been identified through Gac directly or Gac's electronic devices. Google returned records related to this warrant on February 28, 2018, some of which have been reviewed. The review of the email messages corroborates that the Gumrukcu brothers, Gac and Gregory Davis were involved in a business deal, and that Davis was applying pressure on the Gumrukcu brothers by threating to go to the authorities about the Gumrukcus' fraud. Moreover, the emails show that Murat expressed anger at these threats. In late 2015, Murat told Gac that he was finding Gregory Davis' behavior "unacceptable," that he was "highly disturbed" and that he did "NOT wanna hear ridiculous and vulgar threats from him" because his 50k payment was on the way. About two weeks after this email, Murat wrote to Gac, expressing more frustration with Gregory Davis, stating (in part), "As planned, we will initiate this trade to shut him up but I doubt our partnership will survive longer than a couple of lifts ... He called me a fraud a second time, there will be no third time. I am trying to clean a mess here and all I hear are threats. . . . If

he will harm you or Serhat in any means I will make sure I will find something to return the favor." The records further show that on December 13, 2017, Gac wrote an email message to Murat, in part stating "Gregg Davis again has expressed concern and frustration at the lack of progress and at the absence of firm direction in proceeding toward implementation of the Mode Lauran program. I fear he may pursue a 'nuclear option' if I can't offer him clear guidance on how we are going to move forward."

21. On March 16, 2018, FBI personnel in Las Vegas conducted a search warrant at the residence of Berk Eratay when Murat was present at the residence. Multiple phones and other computer-related items were collected, and Murat was interviewed. Murat claimed to have difficulty speaking and understanding English. Murat adamantly denied ever having any communication with Gac and stated he only knew of him through his brother, Serhat. Murat stated he has no knowledge about the death of any business partner of Gac's. Law enforcement has not completed a review of these devices, in part because of translation difficulties.

C. The 911 Phone

22. I listened to a suspicious 911 call made around the time of Gregory Davis' kidnapping. The call took place approximately 15 to 25 minutes prior to the kidnapping and within a mile of Davis' residence. The VT 911 call center received a call from (802) 473-0535 at 8:40 p.m. on January 6, 2018. The 911 call center's technology identified the call as coming from a location on North Danville Road, Danville, VT, only a short distance from the Davis residence.

a. During the call, a male stated that he shot his wife and was going to shoot himself, and gave an address of 71772 Cross Road (with no town information), after which the caller hung up. The call information was relayed to VSP in St. Johnsbury, Vermont. VSP attempted to locate a Cross Road in the St. Johnsbury area without success.

b. VSP thereafter requested that AT&T ping the phone in question due to the exigent circumstance. Several pings were conducted. The ping information showed that the call came from the North Danville Road location. It was learned that the phone was a prepaid phone with AT&T service with no subscriber information available. After VSP checked the North Danville location and several possible Cross Roads outside the town of St. Johnsbury, the matter was closed. At that time, Gregory Davis' body had not been discovered.

23. On January 15, 2018, AT&T responded to a search warrant for information associated with the cellular number (802) 473-0535, which placed the suspicious call to 911 on January 6, 2018, near the time and location of Gregory Davis' kidnapping.

24. The data provided by AT&T was reviewed by Special Agent James Wines of the FBI's Cellular Analysis Survey Team. After this review, and consultation with AT&T security personnel, Agent Wines advised that the phone was a prepaid phone purchased at a Walmart on January 5, 2018. The records showed only two calls made by the phone, a four-second call to a Pizza Hut in St. Johnsbury, VT at 4:14 p.m. on January 6 and the 911 call at 8:42 p.m. on January 6. The phone used only two sectors of the same cell tower, located in St. Johnsbury,

VT, for all cell site activity. Agent Wines also advised that this phone was activated, meaning that it could operate on the network, shortly before 4:00 p.m. on January 6, within minutes of the Pizza Hut call.

25.     Agent Wines advised me that he learned from contacts at Walmart security that the prepaid phone was purchased with $100 cash on January 5, 2018 at 4:14 p.m. at the Walmart located at 100 Supercenter Drive, Clearfield, PA. Agent Wines forwarded numerous security camera images of the individual purchasing the phone, which were obtained from Walmart security. The images show a bearded, adult, white male purchasing the phone. The male arrived and departed in a white Ford Explorer. The camera footage indicates the vehicle parked in the Walmart parking lot around 3:55 p.m. and exited the lot around 4:17 p.m. A front license plate is not observed on the Ford Explorer. A rear license is observed on the Ford Explorer. The rear plate is light in color and appears to be white. Numbers and/or letters are not recognizable on the rear plate.

26.     On January 19, 2018, I learned that FBI personnel in Pennsylvania had canvassed gas stations and other locations in the vicinity of the Walmart at 100 Supercenter Drive, Clearfield, PA, to determine if additional security camera footage of the bearded, white male and/or the white Ford Explorer could be located. Additional video footage of the suspect male and vehicle were located at a BP gas station at 14624 Clearfield Shawville Highway, Clearfield, PA 16830.

27.     I reviewed stills of this footage, which included images of the bearded, white male and the white Ford Explorer, and they appear to be the same person and vehicle shown in the Walmart security video. The suspect male purchased gas at the BP station. I saw what appears to be a smartphone in the suspect male's hand. A time stamp on this video put the stop at the gas station in the 4:27 p.m. time period on January 5, 2018. My review of the reports of the agents who travelled to Clearfield, Pennsylvania indicate the display times from the gas station security footage appear to be plus six or seven minutes relative to the actual time. The person depicted in the still images does not appear consistent with photographs obtained of Gac or either of the Gumrukcus.

D.     The (201) 208-7436 Phone Identified Through Cell Tower Connection Data

28.     In early March 2018, I learned from Agent Wines about his review of certain AT&T tower data obtained as a result of search warrants issued by this court in January 2018. Agent Wines received a list of cellular devices connecting to a tower covering the area of Clearfield, Pennsylvania, where the 911 Phone was purchased. The data included devices connecting to the tower at or about the time the 911 Phone was purchased. Agent Wines compared this data to data he received listing cellular devices connecting to a tower covering the area of Danville, Vermont, where the abduction took place. The data included devices connecting to the tower at or about the time of Gregory Davis' abduction. Only one cellular phone was common to both sets of data, and it was a device with phone number (201) 208-7436 and IMEI number 86423703243563 (the "201 Phone").

29.     Further investigation by Agent Wines determined that the device that connected to towers in Pennsylvania and Danville, Vermont, is an Android cell phone purchased at a Walmart located at 201 Southeast Salem Street, Oak Grove, Missouri on November 13, 2017 at approximately 10:58 a.m., and additional service (minutes/data) for that phone were purchased at a Walmart located at 2025 W. Business Highway 60, Dexter, Missouri on January 4, 2018 at approximately 10:20 a.m. Agent Wines obtained receipts for these purchases, which show these purchases, like the 911 Phone purchase in Pennsylvania on January 6, 2018, were each made with $100 cash. The details on the receipt suggest that the customer paid with a $100 bill for all three purchases.

30.     I obtained a search warrant for historical cell site and location information for this phone on March 2, 2018, from this Court. Agent Wines and I have reviewed the information obtained from this warrant. Analysis of the data shows the phone assigned number (201) 208-7436 first interacted with cell towers in the area of Monte Vista, Colorado for a brief time on December 29, 2017 between 10:00 a.m. and 1:00 p.m. The phone next interacted with a cell tower in the area of Dexter, Missouri from 6:00 p.m. January 3, 2018 to 1 p.m. January 4, 2018. Thereafter, the phone interacted with cell towers near roads following a path in a northern and eastern direction through Illinois, Indiana and Ohio. Analysis of the data shows the phone interacted with cell towers in the Columbus, Ohio, area for a time period between 7:30 p.m. January 4, 2018 to 11:20 a.m. January 5, 2018. The phone thereafter continued to interact with cell towers near roads through Pennsylvania, New York and Connecticut. Analysis of the data shows the phone interacted for a period of time with cell towers in the area Southington, Connecticut, from 12:00 a.m. to 10:00 a.m. on January 6, 2018. The data shows the phone then continued through Massachusetts and arrived in Vermont on January 6, 2018, at approximately 11:37 a.m. The phone then traveled north, consistent with travel on Interstate 91, and arrived in the area of St. Johnsbury, Vermont, at about 1:30 p.m. Throughout the afternoon and into the evening of January 6, 2018, the data shows the phone was in the areas of St. Johnsbury and Danville, Vermont. The phone remained in the general area in which Gregory Davis' abduction took place (at approximately 9:00 p.m.) and where his body was recovered the next day. After approximately 9:24 p.m., the phone appears to have traveled south out of the Danville/St. Johnsbury area, consistent with travel on Interstate 91. The last reported cell site or location data was at 10:01 p.m., after which the phone had no more interaction with the AT&T network. Based on this information, there is probable cause to believe that the 201 Phone was used by someone involved in Davis' abduction and murder.

31.     Further analysis of the data shows that during the travel to Vermont, the 201 Phone passed through the area of Clearfield, Pennsylvania at the time the 911 Phone was purchased at the Walmart in Clearfield, Pennsylvania.

32.     I have attempted to obtain information from Google about the use of this phone by subpoena and search warrant, but have to date been unsuccessful in obtaining any useful information from Google.

E.     Ford Motor Company and Ford Explorer research

33. I consulted with Matthew Fyie, Manager, Design Analysis Engineering, at Ford Motor Company, to determine the model and year range of the Ford Explorer observed in photographs and video obtained from Clearfield, Pennsylvania. Fyie told me that the Clearfield Explorer was a 2013 to 2015 Police Interceptor model. He noted that the Clearfield Explorer was pictured with Ford Explorer XLT wheels, which were not an option for the 2013 to 2015 Police Interceptor models. Fyie provided photographs of the three wheel styles offered for those Police Interceptors, each of which is different from the XLT wheel. Fyie suggested the XLT wheels were installed on the vehicle at a later time or as an after-market change. Ford later provided information, including VIN numbers, for the 17,291 White Explorer Police Inceptors for model years 2013 to 2015 manufactured and sold by Ford.

34. The Vermont Intelligence Center (VIC) conducted searches to identify and find vehicles of interest based on certain parameters/criteria (vehicles registered in states of interest, in this case Colorado, vehicles sold at auction with high mileage, and vehicles with sales or service records that occured around the time of the kidnapping and homicide.)

35. Leads were generated to locate the vehicles of interest and identify the owners at the time of the kidnapping/homicide. One lead was sent to Colorado Bureau of Investigation (CBI) Agent Joseph Cahill, who was then assigned to an FBI Task Force. This particular lead, based on the additional research and identifiers provided by the Vermont Intelligence Center (VIC), was specific to a 2013 Ford Explorer with VIN 1FM5K8AR6DGC73609. CARFAX records indicated that on October 6, 2017, a 2013 white Ford Explorer from Highline Automotive Inc., VIN 1FM5K8AR6DGC73609, was offered for sale. Mileage on the Explorer at the time was 117,138. On December 22, 2017, the Ford Explorer was serviced at Downey Car Center, Downey, California per CARFAX records. Mileage on the Ford Explorer at the time was 130,404. CARFAX records indicate the mileage on the vehicle was 137,168 on March 16, 2018, the next time the vehicle was offered for sale by Maximum Auto Search.

F. <u>Identification of Jerry Banks</u>

36. Agent Cahill and CBI Agent Kevin Koback conducted interviews in connection with the Ford Explorer and the dealership, Highline Automotive, which is located in Denver, Colorado. Prior to the interviews my preliminary review of the CARFAX records suggested that Highline was renting the Explorer at the time of the abduction and murder of Davis. Agent Cahill provided me verbal and written reports of the interviews.

a. Record checks revealed that Vyacheslav "Steve" Iskhakov was a salesman for Highline Automotive. The owner of Highline at the time of interest was Amnun Iskhakov, Steve's father.

b. Steve Iskhakov was interviewed on 2/19/2020. Iskhakov stated that Highline Automotive purchased the Explorer in 2017 and offered it for sale in late 2017. Highline sold the Explorer but it was later returned to Highline, and the Explorer was finally sold to a different

person later in 2018. Carmine Gulli dealt with the first buyer. Iskhakov said he would obtain the deal jacket from his storage unit. Iskhakov noted that Highline paid for no significant modifications or changes to the vehicle.

      c.    Carmine Gulli was also interviewed on 2/19/2020. Gulli was a Highline Automotive salesperson and its finance manager. Steve Iskhakov was his boss. Gulli recalled the initial sale of Ford Explorer – Police Interceptor. The buyer said he "lived off the grid" near the New Mexico border. Gulli recalled there were financing problems with the buyer. The buyer had had no real credit score, the buyer "was a ghost." Gulli recalled there was a female in a brown 70's Dodge "dually" style pickup truck with the buyer when the buyer later returned the vehicle. Gulli looked at a photo pack of the vehicle of interest and recalled that at the time of the initial sale the Explorer had cutouts for police equipment, no driver's light but there was a hole, Gulli looked at the Walmart security camera photographs and stated he felt it appeared to depict the same person as the buyer but with more facial hair.

      d.    Steve Iskhakov was interviewed again on 2/26/2020. Iskhakov provided CBI Agents with documents, including the original Highline Automotive sales jacket for the Explorer, which reflect a transaction with Jerry Dean Banks on 11/16/2017. Iskhakov said he never had anyone drive so many miles on a car in the short period of time Banks had the Explorer. Iskhakov reviewed the photograph package of the vehicle of interest and stated he felt the wheels were consistent with the ones on it when Highline was in possession of it.

      e.    Mark Wilcox was interviewed on March 7, 2019 by Agent Cahill. Wilcox is the Chief of Mountain States Emergency Medical Services in Denver, Colorado. He is the current owner of the Ford Explorer of interest. Wilcox purchased it on April 17, 2018 from Maximum Auto Search in Englewood, Colorado. Wilcox recalled the person he dealt with at Maximum told him that the Explorer was being sold on consignment for Highline Automotive due to a pending bankruptcy. The XLT wheels can be seen in a photograph taken during the time of the interview.

      37.    I spoke with Wilcox on April 15, 2020. Wilcox confirmed that the same XLT wheels were on the Explorer when he purchased it from Maximum Auto Search. Wilcox also told me the Explorer did not have a spotlight attached on the driver's side when he bought it. I note that the Clearfield photos, while not clear, do appear to show a spotlight on the driver's side. This light, even if present, could have been attached while Banks had the Explorer and removed before Banks returned it to Highline Automotive.

      38.    I have reviewed the Highline Auto sales information. I found the following information regarding the sale/purchase of the 2013 white Ford Explorer:

      a.    purchaser: Jerry Banks, including his date of birth and social security number;

      b.    address: 1179 Pfotenhauer Road, Fort Garland, CO 81133;

      c.    phone number: (719) 480-3879;

      d.    email address: banksavs@gmail.com;

      e.    additional phone number: (718) 298-2328;

f.   registration information: plate B094536 for the 2013 white Ford Explorer;

g.   Progressive Insurance, policy number 917738127, effective 10/26/2017 to 4/26/2018, for the Ford Explorer and a 1999 Ford F350;

h.   purchase date: 11/16/2017 with mileage reading of 117,138;

i.   surrender date: 1/24/2018, documents indicate "miles and use paid for" and "loan is being written off, no harm to borrower." A receipt for the additional "miles and use" indicates Banks paid $1,500 in cash when he surrendered the vehicle;

j.   Banks "surrendered" the Ford Explorer to Highline Automotive Inc.

39.   I also reviewed records provided by Progressive Insurance involving Banks' purchase of the 2013 Ford Explorer. The insured is listed as Jerry Banks with phone numbers (661) 433-5327 and (719) 480-3879 and an email address of banksavs@gmail.com. The primary use of the vehicle is designated "Pleasure." This vehicle was added to the policy on 10/26/2017. This vehicle was removed from the policy on 1/25/2018. Banks provided a valid Arizona driver license of D08379473. His employment was noted as police/fire/security with an occupation of correctional or probation officer. Banks also insured a 1999 Ford F350 Super Duty VIN 1FTWW33FXXEA13443 and a 2003 Land Rover Discovery II VIN SALTY16423A789183.

40.   I have reviewed Colorado driver's license information about Banks. On December 18, 2017, a Colorado driver's license was issued to Jerry Dean Robert Banks. The Colorado Driver's License number is 170647692. The license expires 9/22/2022 and the given mailing address for Banks is 1179 Pfotenhauer Road, Fort Garland, CO.

41.   I have also reviewed Colorado vehicle registration information about the Highline Explorer. Those records show that Banks got a temporary registration for the Explorer first on 10/26/17, consistent with the Progressive Insurance Records. The Colorado registration records further show that Banks got a second temporary registration for the Explorer on 11/16/17, the purchase date in the Highline Auto records. The temporary tag issued on 11/16/17 was B094536. Agent Cahill, who is familiar with Colorado temporary registration tags, told me that those tags are white in color and made of paper. Colorado only issues a temporary tag for the rear of car not a second for the front. This kind of temporary tag is consistent with the images from the Clearfield Explorer, which had a light colored rear tag and no front tag. I cannot make out the tag number from the Clearfield images.

G.   The (719) 480-3879 Phone

42.   I have reviewed records from Verizon Wireless that identify Jerry Banks as the subscriber of the phone with number (719) 480-3879 (the "719 Phone") during the relevant timeframe. The device used was a Samsung Galaxy Note with IMEI 3520 7809 1178 251. Banks is the effective subscriber from 10/20/2017 through 11/8/2018. Phone number (661) 433-5327 is listed as Banks' home phone number and work phone number.

43.   I have also reviewed Verizon Wireless Billing Statements, which show the approximate location of the Banks phone when calls are made. I have confirmed with Verizon

13

Wireless personal that this location information is associated with the cell towers and switch connecting to the phone at the time of calls. I also learned that Verizon Wireless maintained more precise location information for this phone for only approximately one year. I found the following locations of note for this phone in the Billing Statements:

    a.    On 10/26/2017, a call from this phone originated in Denver, CO.

    b.    On 12/13/2017, a call from this phone originated in Dexter, MO.

    c.    On 12/28/2017 a call from this phone originated in Alamosa, CO.

    d.    On 12/29/2017, another call from this phone originated in Alamosa, CO, which is close to Monte Vista, CO. As noted above, the 201 Phone first interacted with cell towers in the area of Monte Vista, CO on 12/29/2017.

    e.    On 1/2/2018 and 1/3/2018, calls from this phone originated in Dexter, MO. As noted above, the 201 Phone interacted with cell towers in Dexter, MO on 1/3/2018.

    f.    No calls are made between 12:59 p.m. on 1/3/2018 and 1/7/2018, when the 201 Phone was actively being used.

    g.    On 1/7/2018, at approximately 9:24 p.m., a call from this phone originated in O'Fallon, MO, which is along I-70 in Missouri. The time between the last use of the 201 Phone and this call on the 719 Phone is approximately 25 hours. Google Maps shows that driving time from Barnet, VT to O'Fallon, MO is approximately 19 hours.

    h.    On 1/8/2018, a call from this phone originated in Alma, KS. This call takes place approximately 15 minutes after the Kansas Highway Patrol car stop of Banks in Alma, KS, described below. The call connects with (573) 421-4798 for approximately 20 minutes.

    i.    On 1/9/2018, multiple calls are made from this phone, all originating in Colorado (Alamosa, Sanford and Colorado Springs).

44.    Banks' use of the 719 Phone is consistent with him buying and using the 201 Phone.

### H.    The (661) 433-5327 phone number

45.    I reviewed Verizon Wireless records obtained for the phone using number (661) 433-5327 during the relevant period. The subscriber is All Valley Solar (AVS). The IMEI is 9900 0435 4670 824. The mailing address for the billing statement is All Valley Solar (AVS), 12623 Sherman Way Ste. A, N. Hollywood, CA 91605. As noted above, Progressive records show that Banks provided this phone number as his work phone number, and Verizon Wireless records for the 719 Phone show Banks provided this number as his home and work phone.

46.    The 661 Phone records also show approximate location information for the calls. On the morning of 11/18/2017, three calls were made from this phone all originating from Barnet, Vermont. The 719 Phone records show no phone activity between 11/10/17 and 11/20/17, while Banks was apparently traveling to Vermont.

### I.    The (573) 421-4798 phone number

47.     I have reviewed AT&T records obtained for the phone using (573) 421-4798. Jami Machovec is the user of this phone from 12/12/2017 through 8/16/2018, user address 1206 E Stoddard Street, Dexter, MO 63841, home email chov47@gmail.com. The IMEI is 3104 1002 6681 050.

48.     The AT&T records show that between 12/12/17 and 1/31/18 the (573) 421-4798 number is in text communication with the (719) 480-3879 number hundreds of times, which suggests to me that Machovec has a close relationship with Banks. There are no text communications between the phones during the following discrete time periods (hours are listed in UTC):

a.     12/23/17 from 18:05 hours through 12/27/17 at 16:43 hours
b.     12/29/17 from 21:59 hours through 12/31/17 at 18:24 hours
c.     1/4/18 from 15:00 hours through 1/8/18 at 16:08 hours (this period overlaps the time period between the approximate time of the purchase of the 201 Phone minutes at the Dexter Walmart and approximate time of the first call made on the 719 Phone on 1/8/18 from O'Fallon, MO)
d.     1/12/18 from 15:44 hours through 1/15/18 at 13:19 hours
e.     1/20/18 from 15:38 hours through 1/22/18 at 11:45 hours
f.     1/26/18 from 22:34 hours to 1/28/18 at 12:06 hours

J.     Kansas Highway Patrol vehicle stop

49.     Based on reviews of law enforcement contact with Banks, I discovered that on 1/8/2018 at approximately 1:48 p.m. Central Standard Time, a traffic stop was conducted by Kansas Highway Patrol Technical Trooper Clark in the vicinity of mile post 337 on I-70 Westbound in Alma, KS. I have reviewed reports about the stop. Jerry Banks was operating a white Ford Explorer. Banks was stopped for a lane violation. I spoke with Technical Trooper Clark and reviewed a DVD recording of the traffic stop he provided. Trooper Clark described Banks as extremely nervous. The vehicle contained multiple law enforcement items including a gun, tactical vest and law enforcement equipment. Trooper Clark noted the back seat of the Ford Explorer was folded down and a mattress was observed in the middle to back area of the Explorer. The Call Summary Report indicates the vehicle that was stopped was a 2013 white Ford Explorer with VIN 1FM5K8AR6DGC73609 and Colorado plate B094536.

50.     On 3/3/2020, I reviewed a DVD copy of the traffic stop conducted by Technical Trooper Clark on 1/8/2018. Jerry Banks said that he was traveling from Dexter, Missouri. During the traffic stop, a phone can be heard ringing inside the Ford Explorer. The phone ringtone is consistent with a Samsung Galaxy phone standard ringtone.

51.     I compared the video of Banks from the car stop to the photos/video from the Clearfield, PA Walmart purchasing the 911 Phone and BP gas station, described above. Banks looks similar to the person in the Clearfield images.

52.     I compared Banks' voice in the video to the voice of the 911 caller. Banks' voice sounds similar to the 911 caller's voice.

K.     Banksavs@gmail.com email account

53.     I reviewed Google subscriber records for the email address Banks provided to Highline Automotive, banksavs@gmail.com. Jerry Banks is the subscriber of the email account. He uses bankspes@gmail.com for his recovery email. The account was created on 6/5/2009. SMS (texts) are connected to phone number (719) 480-3879 (the 719 Phone). The Google account ID is 332795558920. The subscriber services listed are Android, Gmail, Google Calendar, Google Chrome Sync, Google Cloud Print, Google Drive, Google Hangouts, Google Keep, Google My Maps, Google Payments, Google Photos, Google Play, Google Play Music, Google Services, Google Voice, Has Madison Account, Location History, Web & App Activity, YouTube, and iGoogle.

54.     On April 22, 2020, I obtained a search warrant for information from the banksavs@gmail.com account. I and other investigators working with me have begun reviewing the information. We have identified a number of pieces of information in the Google data that further support the conclusion that Banks was involved in the shooting of Greg Davis, including the following:

a.     Within the Google maps data there are a number of pieces of information including searches for Vermont on October 10, 2017, December 12, 2017 and January 4, 2018.

b.     Within the Google search history data are a number of pieces of information including searches for: Explorer Police Interceptors for sale on October 26, 2017; Ford Explorer Police Interceptor rims as well as steel wheels and a police spotlight on October 29, 2017; ARC-22 .22 LR Conversion Kits on December 17, 2017; and body armor on December 26, 2017. As noted above .22 caliber ammunition was used to kill Mr. Davis.

c.     Within the Google location information are thousands of GPS coordinates including coordinates showing that the Google account user was at the Dexter, MO Walmart at 9:20 a.m. on January 4, 2018, the same time the minutes were purchased for the 201 Phone. Though there are hundreds of pieces of location information on most days, there is no location information for certain periods of time including: 1) between 9:51 a.m. (CST) on January 4, 2018 and 9:22 p.m. (CST) on January 7, 2018; 2) between 3:53 p.m. (CST) on November 11, 2017 and 11:09 a.m. (CST) on November 13, 2017; and 3) 2:31 p.m. (CST) on November 13, 2017 and 9:17 p.m. (CST) on November 20, 2017. As noted above, the 201 Phone was purchased in Oak Grove, MO at 9:58 a.m. (CST) on November 13, 2017. On November 13, 2017 at 11:09 a.m., when the location information was turned on, it shows the user 50 miles east of Oak Grove, MO on Interstate 70. Interstate 70 also travels through Oak Grove, MO. This information suggests to me that the user was in Oak Grove at the time the 201 Phone was purchased.

d.    Within the Google email data are numerous emails with information related to purchases including the following: 1) On November 3, 2017, an order confirmation email to Jerry Banks describing the purchase from Amazon of a public safety scanner; 2) on November 8, 2017 a shipping confirmation email to Jerry Banks for a blue/red flashing modes; and 3) on December 20, 2017, an email containing a Paypal purchase confirmation to "Jerru Banks" for purchases of an Antique Gold Marshal Badge, a US Marshal Shoulder Patch and a US Marshal embroidery patch.

55.    The Google data also provides evidence that Banks was using Tinder, a dating app, on his phone during the relevant period of time. Specifically, the Google data includes a "purchase history" folder. In this folder was a purchase dated 12/27/17 for Tinder Plus (Tinder) in the amount of $9.99. An additional purchase for Tinder Gold (Tinder) was noted on 01/15/18 and again on 02/12/18 and 03/15/18 in the amount of $14.99.

L.    Information linking Banks to the Gumrukcus through Aron Ethridge and Berk Eratay

56.    One matter we are investigating is the connection between Banks and the Gumrukcus. The investigation to date links Banks to the Gumrukcus through Aron Ethridge and Berk Eratay. I have found no communications between Banks and the Gumrukcus directly. As I describe above, the evidence suggests that the murder for hire scheme began at some point in or about early October 2017. For example, the text messaging between Serhat Gumrukcu and Gregory Gac show that the tensions pick back up between Greg Davis and Serhat in late September 2017. Moreover, the banksavs Google records suggest that Banks was involved in the scheme before October 10, 2017, when he searched for directions to Vermont.

57.    The first call made from the 719 Phone after Mr. Davis' homicide occurred at 9:24 p.m. (CST) on January 7, 2018. This call was made to 760-220-0478. I have reviewed Verizon wireless billing records which show that that number was used by Aron Ethridge at that time. The 719 Phone received a call from the Ethridge number on January 8, 2018 at 5:44 p.m. (CST).

58.    The banksavs Google data described above includes several connections between Banks and Aron Ethridge. First, the Google account contains contact information for Aron with phone number 760-220-0478. Second, the Google account shows searches for 1137 Sport of Kings Avenue, Henderson, NV on October 5, 2017 and January 11, 2018. The Vermont State Police Intelligence Center (VIC) has reviewed Accurint data, which includes property sales information and utility information, showing Aron Ethridge residing at 1137 Sport of Kings Avenue in October 2017. The 661 Phone records show that Banks was in Henderson, NV on October 7, 2017 at 1:00 p.m. (PST).

59.    I have reviewed data from a search warrant return from the serhat.gumrukcu@gmail.com account. That data includes contact information showing Aron Ethridge with phone number 760-220-0478.

17

60.     As noted above, my investigation has shown connections between the Gumrukcus and Berk Eratay.  I have reviewed Verizon Wireless phone records for a number subscribed to by Berk Eratay, 702-336-2264, which show numerous contacts between July 2017 and January 2018 with a phone number subscribed to Serhat Gumrukcu, 310-590-8250.  Those records also show contacts during the relevant period between Berk Eratay's phone number and Aron Ethridge's phone, including five calls on September 22, 2017, two calls on October 10, 2017, and a call at 11:26 p.m. (PST) on January 7, 2018.  The first call made after the Ethridge phone has contact with the 719 Phone on January 7, 2018 is this call to the Eratay phone.  Accurint records show that for a period before 2017, Eratay resided next door to Aron Ethridge on Skytop Drive in Henderson, NV.

61.     The phone records for the Eratay and Ethridge phones also show that on December 18, 2017, the Eratay phone was in contact with both the Ethridge phone and the Serhat phone.  As described above, email records show that on December 13, 2017, Gregory Gac wrote an email to Murat fearing the "nuclear option" from Gregory Davis, and Davis text messages to Gac show him talking about "the prosecutor's office."

62.     The banksavs Google data shows that on January 9, 2018, the user searched for flights to Las Vegas, NV, which is near Henderson, NV.  The Google location information shows that the user traveled to Henderson, NV on January 11, 2018.  The Eratay and Ethridge phone records show that the Eratay phone was in contact with both the Ethridge phone and the Serhat phone on January 11, 2018.

63.     I have reviewed the results of a search warrant obtained for Banks' Facebook account.  I have not identified any communications with Facebook identities associated with Ethridge. However the Facebook records support the conclusion that Ethridge met with Banks in early October 2017. The first reference to "Aron" in the Banks Facebook data is a communication with a third party on March 23, 2017, in which Banks refers to "Aron" as "his buddy." The Facebook records show that Banks was communicating with Facebook user John Cooper. Banks calls this user "Mr. Bruce." On September 24, 2017, "Bruce" wrote to Banks that "Aron was looking to get in touch with you." On October 4, 2017, "Bruce" wrote to Banks about Banks' plan to travel to visit "Aron." On October 5, 2017, Banks wrote to "Bruce" asking about "arons Addy." "Bruce" responded "1137 Sport of Kings Ave. Henderson, NV 89015." On October 9, 2017, Banks wrote to "Bruce" saying that he had returned from the trip "at like 6am" on October 8, 2017. In early December, Banks wrote to "Bruce" about communicating with Aron by "message," but those messages are not in the Facebook data.

64.     I have reviewed records provide by Bancorp for Banks' credit card.  Those records corroborate that Banks made a debit card purchase in Henderson, NV on October 6, 2017.

65.     I have examined records regarding Banks' travel from Christmas to early January. The Google location data shows that Banks was at Ethridge's home in Henderson, NV on

December 26 and 27, 2017. The location information shows that between December 27 and 28 he travelled to his home in Ft. Garland where he appears to stay until January 1, 2018. On January 1, 2018 he began driving from his home, arriving in Dexter, MO at approximately 3:20 a.m. on January 2, 2018 (CST). As noted above, there is no location data for the period from 9:51 a.m. (CST) on January 4th to 9:22 p.m. (CST) on January 7th, 2018. (During that time, the 201 phone travelled from Dexter, MO to Vermont and was in Vermont at the time of the murder.) From January 3, 2018, when the 201 Phone was turned on, until January 4 when the location data ends (likely because the 719 Phone is turned off) both phones are in Dexter, MO. When the location data turned back on January 7 at 9:22 p.m. (CST) it shows the user in O'Fallon, MO, the same location as the Verizon records show for the phone call placed to Ethridge at 9:24 p.m (CST). The location information shows Banks driving home to Ft. Garland, CO and then driving to Henderson, NV, where he arrives on January 11, 2018 at approximately 2:35 p.m. (PST).

M.      Berkeratay@hotmail.com email account

66.     On March 2, 2020 a preservation letter was sent to Microsoft, pursuant to 18 U.S.C. § 2703(f), requesting preservation of all stored communications, records, and other evidence regarding berkeratay@hotmail.com (the "SUBJECT ACCOUNT") for a period of 90 days. On May 28, 2020, a preservation extension letter was sent to Microsoft extending the preservation for an additional 90 days.

67.     I reviewed PayPal records for the account of Berk Eratay. Paypal subscriber records show the email address for Berk Eratay as berkeratay@hotmail.com.

68.     I reviewed Microsoft records regarding berkeratay@hotmail.com. Berk Eratay is the subscriber of the email account. The account was created on January 7, 2015. The postal code listed is 89109. The subscriber service utilized is email.

Background concerning Microsoft Data

69.     In my training and experience, I have learned that Microsoft provides a variety of on-line services, including electronic mail ("email") access, to the public. According to Microsoft's website located at Microsoft.com, which I have reviewed, Hotmail.com is a free email and calendar service offered by Microsoft. It is one of the services hosted by Microsoft and accessed by a user through his or her Microsoft account. Microsoft allows subscribers to obtain email accounts at the domain name Hotmail.com, like the email account listed in Attachment A. Subscribers obtain an account by registering with Microsoft. During the registration process, Microsoft asks subscribers to provide basic personal information. Therefore, the computers of Microsoft are likely to contain stored electronic communications (including retrieved and unretrieved email for Microsoft subscribers) and information concerning subscribers and their use of Microsoft services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute

evidence of the crimes under investigation because the information can be used to identify the account's user or users.

70.     A Microsoft subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Microsoft. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files. These materials may also be stored in association with a user's email address as part of the user's Microsoft account. A user's Microsoft account allows the user to access all of their Microsoft services, including OneDrive, which offers free online storage of files including documents and photos.

71.     In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that even if subscribers insert false information to conceal their identity, I know that this information often provide clues to their identity, location or illicit activities.

72.     In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

73.     In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

74.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

<u>Authorization Request</u>

75.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

76.     I further request that the Court direct Microsoft Corporation to disclose to the government any information described in Attachment A that is within its possession, custody, or control. Because the warrant will be served on Microsoft Corporation who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

77.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. See 18 U.S.C. §§2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

78.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Dated at Burlington, in the District of Vermont, this 25th day of August 2020.

Patrick Hanna
Special Agent - FBI

Sworn to and subscribed before me this 25th day of August 2020.

Honorable John M. Conroy
United States Magistrate Judge

# Exhibit 3



**Enochian**
**BioSciences**

Overview   Why Invest   News   Events & Presentations   Stock Info ⌄   Financials ⌄

Governance ⌄   Resources ⌄

## NEWS DETAILS

**View all news ⟶**

# CEO's Letter to Shareholders

06/01/2022 (Updated 06/06/2022)

Dear Shareholders:

I have spoken to some of you about the serious and disturbing news that broke last week about Serhat Gumrukcu. Enochian's rigorous foundation is rooted in independently conducted science, and our commitment to the promise of our potential therapies remains strong. Enochian's value as a company is derived from scientific patents that we own or license and the potential these ideas carry to cure or treat some of the world's most widespread, deadly, and intractable diseases. This value has been recognized by renowned scientists who have been and continue to conduct the groundbreaking research derived from these patents.

Shorters of Enochian stock have released misleading propaganda about the company in a thinly veiled attempt to smear its reputation and drive ENOB stock price down. Given these allegations about the company, I wanted to reach out directly to you.

These attacks against Enochian Biosciences attempt to conflate the inventor's past with our future as a company – despite the fact that the inventor has never held a formal role with the company; despite the fact that our company had no knowledge of certain legal issues in which the inventor was involved in foreign jurisdictions; and despite the fact that the inventor's scientific advisory role with Enochian was terminated as soon as the company learned about these allegations last week.

The allegations against the inventor are disturbing, and we take them seriously. Personally, while they are still only accusations and everyone is innocent until proven guilty, I was shocked to have learned last week of these allegations and past history.

Enochian's value and promise is based on the science – on the inventor's ideas — not on his alleged actions. His past is not connected to Enochian's future and the company we have become. We are confident in our position with respect to the intellectual property, in the science, in the promise of Enochian, and in the importance of our company moving forward to pursue live-saving cures for some of the most pressing public health challenges facing us today.

To be clear on several misrepresentations:

The Board and Management were unaware of the lawsuit in Turkey until a writer started contacting Board members late last week. As a footnote in the article indicates, there is no central database for pending lawsuits in Turkey. The character references from Dr. Carol Brosgart and me were provided as part of a U.S. citizenship application in 2020 without any knowledge of the Turkish case. Dr. Brosgart provided that information to the author*, yet his story knowingly misrepresented the purpose of the reference.

Skip to main content

Regarding the Los Angeles-based court case, it is a matter of public record and related to a bank overdraft that even the author points out was only $3,690.00 for which the inventor was fined and placed on probation for 5 years. All other charges were dropped. Approximately, three years later, on September 4, 2020,



## Enochian
### BioSciences

**Overview**   **Why Invest**   **News**   **Events & Presentations**   **Stock Info** ⌄   **Financials** ⌄   🔍

**Governance** ⌄   **Resources** ⌄

The Board of Directors has also evolved to include leaders in Biotech and large Pharmaceuticals, including the recently named Lead Independent Director, who was previously Interim CEO and General Counsel of Gilead Sciences for nearly 20 years. Enochian is built on a strong foundation of scientific research conducted independently by leaders in their fields and reviewed regularly by renowned researchers who are members of various scientific advisory boards. The science is the science, and the data are the data. The Company is led by a strong Management team. It is that company in which the Board expressed strong confidence last week.

*The author was informed orally

### View all news ⟶

## Contact Us

For investor inquiries, please email us at:

✉ ir@enochianbio.com

## Quick Links

SEC Filings

Investor FAQs

Information Request Form

## Investor Email Alerts

Enter your Email Address

Sign Up

News                        Quarterly Reports

Annual Reports              SEC Filings

End of Day Stock Quote      Events & Presentations

UNSUBSCRIBE

© 2022 Enochian BioSciences Inc. - All rights reserved
Powered By Q4 Inc. 5.71.0.1

# Exhibit 4

1   XAVIER BECERRA
    Attorney General of California
2   ROBERT MORGESTER
    Senior Assistant Attorney General
3   NATASHA HOWARD
    Deputy Attorney General
4   State Bar No. 225406
    300 South Spring Street
5   Los Angeles, CA 90013
    Telephone: (213) 897-2250
6   Fax: (213) 897-2806
    E-mail: natasha.howard@doj.ca.gov
7   *Attorneys for People*

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF LOS ANGELES

10

11

12  **PEOPLE OF THE STATE OF**              Case No. _____
    **CALIFORNIA,**
13
                              Plaintiff,    **NOTICE OF MOTION TO DETERMINE**
14                                          **THAT BAIL IS NOT FELONIOUSLY**
                                            **OBTAINED; MEMORANDUM OF**
15              v.                          **POINTS AND AUTHORITIES;**
                                            **DECLARATION; [PENAL CODE §1275.1]**
16

17  **SERHAT DANIEL GUMRUKCU**
    **(DOB: 11/15/1982),**
18

19
                              Defendant.
20

21

22          NOTICE IS HEREBY GIVEN that on the above date and time, at the above-entitled

23  court, the People of the State of California, Plaintiff herein, will move this court for an order

24  pursuant to Penal Code Section 1275.1 returning the Defendant's bail on the ground that the bail

25  bond was purchased with feloniously obtained funds. This motion will be based on the attached

26  Memorandum of Points and Authorities, the attached Declaration of Probable Cause, and any

27  evidence that may be introduced at the hearing on this matter.

28  /////

                                              1

## INTRODUCTION

Defendant receives a significant source, if not all, of his income from the proceeds of his criminal activity. Defendant has been charged with identity theft, grand theft, theft by false pretenses, false personation, second degree commercial burglary and passing checks with non-sufficient funds. Defendant will have purchased his bail bond with the fruits of his crimes in violation of Penal Code Section 1275.1. The People here seek to have the court, absent a showing by the defense that his bail bond was not acquired with feloniously obtained funds, reject the source of bail.

## FACTUAL SUMMARY

On April 10, 2014, Serhat Daniel Gumrukcu (hereafter "Defendant") bought property located at 9040 Dicks Street, West Hollywood, CA 90069. Defendant used Beverly Hills Escrow during the sale of that property and his escrow file number was 41572-MK.

On June 1, 2014, Defendant reached out to Ersin Akyuz (hereafter "Akyuz") and asked about investing in a property located nearby at 8940 Dicks Street, West Hollywood, CA 90069. Defendant told Akyuz he had "flipped" multiple renovated properties in the past and has had success with it. Defendant convinced Akyuz to invest $930,000 to purchase, renovate and re-sell the property at 8940 Dicks Street.

On July 2, 2014, Akyuz received an email from "Ben Kacev" with email address benkacev@gmail.com stating that he was the attorney retained by Defendant for the transaction. The email contained a signed Co-Ownership Agreement and a Joint Venture Agreement with instructions where to wire the initial payment of $500,000. Akyuz agreed, signed the paperwork and returned the documents from Beverly Hills Escrow.

On July 3, 3014, Akyuz wired as instructed an initial payment of $500,000 to the account "Ermes, LLC" at Boston Private Bank & Trust for the purpose of investing in the property at 8940 Dicks Street.

On July 8, 2015 Defendant met with Akyuz and gave him copies of the escrow paperwork that showed the sale of 8940 Dicks Street was completed along with tax documents regarding the sale with an escrow number of 41572-MK.

1    On July 10, 2014, Akyuz receved a bill of sale for 8940 Dicks Street that showed Timothy

2    J. Scully conveyed the property to Akyuz and Ermes, LLC.

3    On August 13, 2014, Akyuz received an email from attorney Ben Kacev that contained

4    notes and future costs associated with the property.

5    On August 21, 2014, Akyuz wired $150,000 to Ermes, LLC at Boston Private Bank &

6    Trust for renovation costs.

7    On October 21, 2014, Akyuz received an email from attorney Ben Kacev that Defendant's

8    friend accepted an offer to buy the house at 8940 Dicks Street and that a few more payments were

9    required.

10    On October 22, 2014 and December 18, 2014, Akyuz wired $260,000 in total to Ermes,

11    LLC at Boston Private Bank & Trust for renovation costs.

12    On June 1, 2015, Defendant provided Akyuz a promissory note, agreeing to pay Akyuz

13    $1,200,000 plus interest on or before July 30, 2015.

14    On July 31, 2015, having never received the money, Akyuz filed a civil suit in LA

15    Superior Court. During the civil proceedings, attorney Ben Kacev submitted a declaration stating

16    that he and the law firm Kilometer Partners, LLP never engaged to provide Defendant or Ermes,

17    LLC with legal servies. Kacev did not use or create the email address benkacev@gmail.com.

18    Additionally, Kacev stated he did not send any emails from that email address, draft emails from

19    there, cause emails to be sent or draft agreement documents.

20    On October 8, 2015, Michelle Kim (hereafter "Kim") from Beverly Hills Escrow was

21    deposed and confirmed that the property at 9040 Dicks Street was purchased by Defendant. Kim

22    reviewed the documents for the property at 8940 Dicks Street and stated she believed they were

23    forged due to wrong information and the fact that the sale for 8940 Dicks Street had an identical

24    escrow number as the property purchased by Defendant at 9040 Dicks Street. Beverly Hills

25    escrow does not use the same escrow number for different real estate transactions.

26    On March 18, 2016, Defendant opened checking account #8321052162 at the Wells Fargo

27    Sunset branch located in West Hollywood. On March 23, 2016 Defendant opened business

28    account #6351531584 titled "Ermes, LLC" at the same branch.

3

1   On April 5, 2016, two (2) checks were deposited into the accounts at Wells Fargo. The

2   checks were drawn from Bank of America account #483040475393. The first check, #1196, was

3   in the amount of $7,500 and made payable to "Ermes LLC." The second check, #1197, was in

4   the amount of $4,200 and made payable to "Serhat Gumrukcu." Both checks were deposited at

5   the Wells Fargo West Hollywood ATM located in West Hollywood.

6   On April 12, 2016, both checks were retuned, unpaid and the reason given was "Non-

7   Sufficient Funds/Same Maker Payee." This caused the Wells Fargo accounts to become

8   overdrawn in the amount of $3,690 resulting in a loss to Wells Fargo.

9   Finally, there is the fraud scheme Defendant engaged in which victimized Quadrant

10   Financial Group located in Minneapolis, MN and its owner Gregory Gac (hereafter "Gac").

11   Defendant claimed he was the owner of Lauran Trading, LLC, a company from Oman, and as

12   such entered into a management agreement with Mode Commodities, LLC regarding certain

13   contracts with Shell Oil. The new venture would be called "Mode Lauran, LLC" and the

14   agreement between the two companies was signed on November 9, 2015. Quadrant Financial

15   agreed to be the escrow agent for both parties since Gac had done some business with Defenant

16   before and trusted him. As per the agreement, Defendant sent Gac 4 checks, each in the amount

17   of $150,000 and made payable to Quadrant Financial. All four (4) checks were drawn from Bank

18   of America account ending 5393 in the name of "HRH Prince Serhat D. Gumrukcu."

19   On May 13, 2016, Defendant went to the Wells Fargo Sunset branch located in West

20   Hollywood and deposited checks #1202 and #1203 each in the amount of $150,000 to business

21   account ending 5118 in the name of "Quadrant Financial." On May 16, 2016, Defendant

22   deposited checks #1211 and #1212 each in the amount of $150,000 to business account ending

23   5118 in the name of "Quadrant Financial." Once Gac received the deposits from Defendant's

24   checks into his business account for Quadrant Financial, he sent out wire transfers based on the

25   instructions from the parties. On May 16, 2016 and May 23, 2016, all 4 checks were returned and

26   unpaid with the reason "Frozen/Blocked." Gac attempted to call the Defendant but the phone has

27   already been disconnected. Gac was able to recall some of the wire transfers but not all of them

28   and he paid the bank $119,176.53 to cover their losses.

4

## ARGUMENT

When a Prosecutor files a declaration pursuant to Penal Code Section 1275.1(b)(2), a court shall not accept a defendant's bail without a finding that the funds paid for the bail were not feloniously obtained.

This court has not only the authority, but also the obligation, to reject bail in any case where there is a doubt regarding the source of the bail's funds. Penal Code Section 1275.1 furthers the purpose of bail: to give defendants a financial incentive to appear at future court proceedings. Where bail is obtained using the fruits of criminal activity, that purpose is frustrated; a defendant is not motivated to appear by the possible loss of stolen funds.

The source of the security providing the collateral for the bond can provide valuable information regarding the motivation for a defendant to appear. If the bond were secured by the property of defendant's relatives, or close friends, the court could, logically, conclude that the possibility of financial harm to those individuals might motivate a defendant to appear. On the other hand, if the security comes from an illegitimate source, and is merely a "business" expense for a dealer in contraband, there is a paucity of moral force compelling a defendant to reappear. *U.S. v. Ellis DeMarchena* (S.D. Cal. 1971) 330 F. Supp. 1223, 1226. *See also U.S. v. Nebbia* (2d Cir. 1966) 357 F. 2d 303, 304 ("[T]he mere deposit of cash bail is not sufficient to deprive the court of the right to inquire into other factors which might bear on the question of the adequacy of the bail…").

The FBI and LAPD conducted a joint investigation into the fraudulent activities of Defendant. At the conclusion of their joint investigation, they determined that Defendant does not have a full-time job, part-time job or any legitimate employment. As a result of his fraud schemes, Defendant obtained $930,000 from victim Akyuz, as well as $3,690 from Wells Fargo by passing bad checks. Therefore, because probable cause exists to believe that Defendant will use feloniously-obtained funds to purchase his bail bond, this court should conduct a hearing to determine whether, the source of funds produced for purposes of posting bail is feloniously obtained.

/////

1                                    **CONCLUSION**

2         For the foregoing reasons, the People respectfully request this Court enter an Order that

3 Defendant show, by a preponderance of the evidence, that no part of the funds used to secure the

4 bail bond in this case were feloniously obtained; and in the event Defendant cannot show the

5 above, refuse him bail.

6

7 Dated:  February 8, 2017                Respectfully submitted,

8                                     XAVIER BECERRA

9                                     Attorney General of California

10

11                                     NATASHA HOWARD

12                                     Deputy Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF PROBABLE CAUSE</u>

[Penal Code § 1275.1(b)(2)]

I, Natasha Howard, declare the following:

1.  This declaration is submitted pursuant to Penal Code Section 1275.1(b)(2).

2.  I am a Deputy Attorney General with the California Department of Justice.

3.  I am the prosecutor assigned to the case involving Serhat Daniel Gumrukcu.

Based on the foregoing, there is probable cause to believe that the only significant source of income is funds derived from criminal activity. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, on February 8, 2017.


_____
NATASHA HOWARD
Deputy Attorney General

# Exhibit 5

**МИНИСТЕРСТВО ЗДРАВООХРАНЕНИЯ**
**РОССИЙСКОЙ ФЕДЕРАЦИИ**
Федеральное государственное автономное
образовательное учреждение высшего образования
**«Первый Московский государственный**
**медицинский университет имени И. М. Сеченова**
**(Сеченовский университет)»**
(ФГАОУ ВО «Первый МГМУ им. И.М. Сеченова
(Сеченовский университет)»
Минздрава России)
119991, г.Москва, ул. Трубецкая, д. 8, стр. 2
тел.: 8 (495) 609-14-00
www.1msmu.ru

27. 11. 2019 № 1405/СТ-19

на № _____ от _____

**КОПИЯ ВЕРНА**

## Архивная справка

В документах архивного фонда федерального государственного автономного образовательного учреждения высшего образования Первый Московский государственный медицинский университет имени И.М.Сеченова Министерства здравоохранения Российской Федерации (Сеченовский Университет)  (ФГАОУ ВО Первый МГМУ им. И. М. Сеченова Минздрава России (Сеченовский Университет) значится, что

**Серхат Гумуркчу,** 15 ноября 1982 года рождения,

1/ 01.09.2000г. - зачислен на 1 курс лечебного факультета (очная форма обучения) Московской медицинской академии им. И.М. Сеченова (ММА им. И.М. Сеченова) (приказ № СТ-139-0809 от 21.08.2000г.);

2/ 27.06.2006г. - отчислен из государственного образовательного учреждения высшего профессионального образования Московская медицинская академия имени И.М.Сеченова Федерального агентства по здравоохранению и социальному развитию (ГОУ ВПО ММА им. И.М. Сеченова Росздрава) в связи с окончанием срока обучения в соответствии с учебным планом и присвоением решением Государственной аттестационной комиссии от 20.06.2006г. квалификации «врач-лечебник» по специальности «лечебное дело», выдан диплом специалиста с отличием установленного государственного образца о высшем профессиональном образовании ДИС 0195890, регистрационный номер 12240 от 27.06.2006г. (приказ № СТ-25-0693 от 27.06.2006г.);

Основание : фонд № 726, личное дело № 91, книга регистрации выдачи дипломов за 2006гг.

3/ 01.09.2006г. - зачислен в ординатуру Государственного образовательного учреждения высшего профессионального образования Московская медицинская академия им. И.М. Сеченова Федерального агентства по здравоохранению и социальному развитию (ГОУ ВПО ММА им. И.М. Сеченова Росздрава) (кафедра медицинской генетики), (приказ № СТ- 312-0701 от 15.08.2006г.);

4/ 29.08.2008г. отчислен из государственного образовательного учреждения высшего профессионального образования Московская медицинская академия им. И.М.Сеченова Федерального агентства по здравоохранению и социальному развитию (ГОУ ВПО ММА им. И.М. Сеченова Росздрава) в связи с окончанием срока обучения в соответствии с учебным планом и присвоением решением Государственной аттестационной комиссии от 30.07.2008г. квалификации «врач-лабораторный генетик» по специальности «лабораторная генетика», выдано удостоверение специалиста установленного государственного образца об окончании ординатуры № 4512, от 29.08.2008г. (приказ СТ-54-0942 от 29.08.2008г.).

Основание : фонд № 824, личное дело № 12, книга регистрации выдачи дипломов за 2008гг.

Примечание:
1. 11.05.1990 г. 1 Московский медицинский институт имени И.М.Сеченова преобразован в Московскую медицинскую академию имени И.М.Сеченова (постановление Совета Министров СССР от 11.05.1990 № 469);
2. 1993 г. - Московская медицинская академия имени И.М.Сеченова зарегистрирована как Государственное образовательное учреждение высшего профессионального образования Московская медицинская академия имени И.М.Сеченова Министерства здравоохранения России-ГОУ ВПО ММА им. И.М.Сеченова Министерства здравоохранения России (Свидетельство от 13.01.1993 № 000.346-У, выданное Московской регистрационной палатой);
3. 2005 г. - ГОУ ВПО ММА  им. И.М.Сеченова Минздрава России  зарегистрировано как Государственное образовательное учреждение высшего профессионального образования Московская медицинская академия имени И.М. Сеченова Федерального агентства по здравоохранению и социальному развитию - ГОУ ВПО ММА им.И.М.Сеченова Росздрава (приказ Федерального агентства по здравоохранению и социальному развитию от28.02.2005 №65, Свидетельство о внесении записи в Единый государственный реестр юридических лиц о государственной регистрации изменений, вносимых в учредительные документы юридического лица от 10.03.2005  за государственным регистрационным номером 2057704019580, выданное Инспекцией Федеральной Налоговой Службы № 4 по г. Москве, серия 77 № 004427227);
4. 2010 г. - ГОУ ВПО ММА  им. И.М. Сеченова Росздрава именуется Государственное образовательное учреждение высшего профессионального образования Первый  Московский государственный медицинский университет имени И.М. Сеченова  Министерства здравоохранения и социального развития Российской Федерации - ГОУ ВПО Первый МГМУ им. И.М. Сеченова Минздравсоцразвития России (приказ Минздравсоцразвития России от 30.06.2010 № 490, Свидетельство о внесении записи в  Единый  государственный  реестр  юридических лиц о государственной регистрации изменений, вносимых в учредительные документы юридического лица от 19.07.2010 за государственным регистрационным номером  9107747028424, выданное  Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве, серия 77 № 013301509).

5. 2011 г. - ГОУ ВПО Первый МГМУ им. И.М. Сеченова Минздравсоцразвития России именуется Государственное бюджетное образовательное учреждение высшего профессионального образования Первый Московский государственный медицинский университет имени И.М. Сеченова Минздравсоцразвития России (приказ Минздравсоцразвития России от 14.06.2011 № 517, Свидетельство о внесении записи в Единый государственный реестр юридических лиц о государственной регистрации изменений, вносимых в учредительные документы юридического лица от 19.07.2011 за государственным регистрационным номером 2117747179548, выданное Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве, серия 77 № 013564581).

6. 2012 г. - ГБОУ ВПО Первый МГМУ им. И.М. Сеченова Минздравсоцразвития России именуется Государственное бюджетное образовательное учреждение высшего профессионального образования Первый Московский государственный медицинский университет имени И.М. Сеченова Министерства здравоохранения Российской Федерации (приказ Минздрава России от 28.09.2012 № 374, Свидетельство о внесении записи в Единый государственный реестр юридических лиц о государственной регистрации изменений, вносимых в учредительные документы юридического лица от 01.11.2012 за государственным регистрационным номером 8127747251690, выданное Межрайонной инспекцией Федеральной налоговой службы №46 по г. Москве, серия 77 № 015457561).

7. 2016 г. - ГБОУ ВПО Первый МГМУ им. И.М. Сеченова Минздрава России именуется федеральное государственное бюджетное образовательное учреждение высшего образования Первый Московский государственный медицинский университет имени И.М. Сеченова Министерства здравоохранения Российской Федерации - ФГБОУ ВО Первый МГМУ им. И.М. Сеченова Минздрава России (приказ Министерства здравоохранения Российской Федерации от 23 июня 2016г. № 385, Лист записи Единого государственного реестра юридических лиц, государственный номер 9167747812267, выданный Межрайонной инспекцией Федеральной налоговой службы №46 по г. Москве 12.20.2016г.

8. 2017 г. - ФГБОУ ВО Первый МГМУ им. И.М. Сеченова Минздрава России именуется федеральное государственное автономное образовательное учреждение высшего образования Первый Московский государственный медицинский университет имени И.М. Сеченова Министерства здравоохранения Российской Федерации (Сеченовский Университет) - ФГАОУ ВО Первый МГМУ им. И.М. Сеченова Минздрава России (Сеченовский Университет) (приказ Министерства здравоохранения Российской Федерации от 28 февраля 2017г. № 77, Лист записи Единого государственного реестра юридических лиц, государственный номер 7177746590597, выданный Межрайонной инспекцией Федеральной налоговой службы № 46 по г. Москве 16.03.2017 г.

Справка выдана для представления по месту требования.

Начальник Управления правового
обеспечения и кадровой политики

Начальник организации
архивного дела



Д.В. Клюев

Т.Л. Лебедева

**MINISTRY OF HEALTHCARE
OF THE RUSSIAN FEDERATION
Federal State Autonomous
Educational Institution of Higher Education
I.M. Sechenov First Moscow State
Medical University
(Sechenov University)**

8/2 Trubetskaya Street, 119991 Moscow
Tel.: 8 (495) 609-14-00
www.1msmu.ru

___*No. 1405/CT-19*___   as of   ___*27/11/2019*___

## Archive Transcript

To Whom It May Concern

Archival fund documents of the Federal State Autonomous Educational Institution of Higher Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation (Sechenov University) indicate as follows:

**Serhat Gumrukcu,** born on November 15, 1982,

1) On 1/9/2000 was enrolled in the Department of General Medicine (intramural education) of I.M. Sechenov Moscow Medical Academy (the 1st year of study) (Order No. CT-139-0809 as of 21/8/2000);

2) On 27/6/2006 was dismissed from the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development due to the end of the term of study in accordance with the curriculum and assignment of the Medical Doctor qualification in the sphere of Medical Care by the Decision of the State Attestation Commission dated 20/6/2006; a Specialist Diploma on higher professional education with honors ДИС 0195890, registration number 12240 dated 27/6/2006 as per standard state form was issued (Order No. CT-25-0693 as of 27/6/2006);

Reason: fund No. 726, student's personal record No. 91, registration book for issuing diplomas for 2006.

3) On 1/9/2006 was enrolled in the residency of the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development (Department of Medical Genetics), (Order No. CT-312-0701 as of 15/8/2006);

4) On 29/8/2008 was dismissed from the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development due to the end of the term of study in accordance with the curriculum and assignment of the Doctor/Laboratory Geneticist qualification in the sphere of Laboratory Genetics by the Decision of the State Attestation Commission dated 30/7/2008; a Specialist Certificate on the residency completion No. 4512 dated 29/8/2008 was issued (Order CT-54-0942 as of 29/8/2008).

Reason: fund No. 824, student's personal record No. 12, registration book for issuing diplomas for 2008.

Note:
    1. On 11/5/1990, I.M. Sechenov Moscow Medical Institute was reorganized into I.M. Sechenov Moscow Medical Academy (Decree of the Council of Ministers of the USSR No. 469 dated 11/5/1990);
    2. In 1993, I.M. Sechenov Moscow Medical Academy was registered as the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Ministry of Healthcare of the Russian Federation (Certificate of Moscow Registration Chamber No. 000.346-У dated 13/1/1993);
    3. In 2005, the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Ministry of Healthcare of the Russian Federation was registered as the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development (Order of the Federal Agency for Healthcare and Social Development No. 65 dated 28/2/2005; Certificate of record in the Unified State Register of Legal Entities on the state registration of changes made to the constituent documents of a legal entity dated 10/3/2005 under the State Registration Number 2057704019580, issued by the Inspectorate No. 4 of the Federal Tax Service for Moscow, Series 77 No. 004427227);
    4. In 2010, the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development is called the State Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare and Social Development of the Russian Federation (Order of the Ministry of Healthcare and Social Development of the Russian Federation No. 490 dated 30/6/2010, Certificate of record in the Unified State Register of Legal Entities on the state registration of changes made to the constituent documents of a legal entity dated 19/7/2010 under the State Registration Number 9107747028424, issued by the Interdistrict Inspectorate No. 46 of the Federal Tax Service for Moscow, Series 77 No. 013301509).

5. In 2011, the State Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare and Social Development of the Russian Federation is called the State Budgetary Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare and Social Development of the Russian Federation (Order of the Ministry of Healthcare and Social Development of the Russian Federation No. 517 dated 14/6/2011, Certificate of record in the Unified State Register of Legal Entities on the state registration of changes made to the constituent documents of a legal entity dated 19/7/2011 under the State Registration Number 2117747179548, issued by the Interdistrict Inspectorate No. 46 of the Federal Tax Service for Moscow, Series 77 No. 013564581).

6. In 2012, the State Budgetary Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare and Social Development of the Russian Federation is called the State Budgetary Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation (Order of the Ministry of Healthcare of the Russian Federation No. 374 dated 28/9/2012, Certificate of record in the Unified State Register of Legal Entities on the state registration of changes made to the constituent documents of a legal entity dated 1/11/2012 under the State Registration Number 8127747251690, issued by the Interdistrict Inspectorate No. 46 of the Federal Tax Service for Moscow, Series 77 No. 015457561).

7. In 2016, the State Budgetary Educational Institution of Higher Professional Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation is called the Federal State Budgetary Educational Institution of Higher Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation (Order of the Ministry of Healthcare of the Russian Federation No. 385 dated 23/6/2016, List of Records in the Unified State Register of Legal Entities, State Number 9167747812267, issued by the Interdistrict Inspectorate No. 46 of the Federal Tax Service for Moscow on 12/2/2016).

8. In 2017, the Federal State Budgetary Educational Institution of Higher Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation is called the Federal State Autonomous Educational Institution of Higher Education I.M. Sechenov First Moscow State Medical University of the Ministry of Healthcare of the Russian Federation (Sechenov University) (Order of the Ministry of Healthcare of the Russian Federation No. 77 dated 28/2//2017, List of Records in the Unified State Register of Legal Entities, State Number 7177746590597, issued by the Interdistrict Inspectorate No. 46 of the Federal Tax Service for Moscow on 16/3/2017).

| | | |
|---|---|---|
| Head of Judicial Support and Personnel Policy Department | *(signature)* | D.V. Kliuev |
| Head of Archival Affairs Department | *(signature)* | T.L. Lebedeva |

**Round seal:**
MINISTRY OF HEALTHCARE OF THE RUSSIAN FEDERATION
Federal State Autonomous Educational Institution of Higher Education
I.M. Sechenov First Moscow State Medical University
(Sechenov University)

Данный перевод с русского языка на английский язык выполнен мной, Щенниковой Татьяной Анатольевной

**Российская Федерация.**
**Город Москва. Двадцать девятого ноября две тысячи девятнадцатого года.**

Я, Милевский Владислав Геннадьевич, нотариус Москвы, действующий основании лицензии № 4, выданной Управлением юстиции Мэрии Мос 23 апреля 1993 года, свидетельствую верность настоящей ксерокопии с подлинн документа и подлинность подписи, сделанной переводчиком Щенниковой Тать Анатольевной в моем присутствии. Личность подписавшего документ установлен

Зарегистрировано в реестре за N **77/11-н/77-2019-**768

Взыскано государственной пошлины (по тарифу): 500 руб 00
Взыскано за услуги правового и технического характера: 500 руб. 00 коп.

ГОУ ВПО "Московская медицинская

наименование медицинского (фармацевтического) образовательного учреждения

академия им. И.М.Сеченова Росздрава "

наименование органа управления здравоохранения

## УДОСТОВЕРЕНИЕ № 347232

Выдано врачу (провизору)_____

фамилия, имя, отчество

Гумрукчу            Серхат

окончившему(ей) в 2006 году Московскую меди-

цинскую академию им.И.М.Сеченова

наименование образовательного учреждения

о том, что он(она) проходил(а) ординатуру в

ГОУ ВПО ММА им. И.М. Сеченова

наименование учреждения

с « 01 » сентября 20 06 г. по « 29 » августа 20 08 г.

по специальности_____

наименование специальности

Лабораторная        генетика

Руководитель образовательного учреждения

М.                                     (подпись)

Руководитель органа управления
здравоохранения

                                    (подпись)

Город Москва        Дата выдачи 29.08.08 г.

Регистрационный № 45/2

МТГ, Москва, 2007, "В"



Департамент образования
города Москвы
Прошнуровано и пронумеровано

Прошнуровано
(число/листов)

Г. Т. ЛИМ

(подпись/печать)

# Exhibit 6

**Arena-Leene, Karen (USAVT)**

| | |
|---|---|
| **From:** | Serhat Gümrükçü <serhat.gumrukcu@gmail.com> |
| **Sent:** | Thursday, June 29, 2017 10:25 PM |
| **To:** | Eric Leire |
| **Cc:** | Andy Wittekind; René Sindlev; Henrik Grønfeldt-Sørensen; Christine Mikail; Carl Sandler |
| **Subject:** | Re: Presentation next week in Miami |

Dear Eric,

The answers are below. If you have any further questions or anything you would want to add/subtract, we can chat in the morning. I will read the final version and send my comments/additions in another email shortly

Much Love,
Serhat


On Jun 28, 2017, at 2:14 AM, Eric <leire.eric@gmail.com> wrote:

Dear Serhat,
As you know, Rene and I will present to potential additional investors next week in Miami.  These biotech-savvy investors are data driven.  Therefore,  they will request  additional information from us.  Please note that all presentations will be done under NDA (already executed).  Would you please provide the following:
- Your bio (short paragraph (5 to 10 lines)

Serhat Gumrukcu (MD PhD) has over 10 years of research and practice experience in the field of Personalized and Regenerative Medicine, focusing on innovative treatments using stem cell technologies, biological treatments, cancer immunology and nanoparticle delivery systems. Dr. Gumrukcu's pioneering work has lead to multiple breakthrough achievements in the field of stem cell technologies focusing on HIV, chronic degenerative diseases, organ/system failures, and cancer immunotherapy. He has recently finished developing a sterilizing HIV cure AGTHERA, which incorporates the principles of bone marrow transplantation and gene therapy. Along with AGTHERA, his nanoparticle based protective HIV vaccine HIVMUNE is also in development by Enochian Biosciences. Dr. Gumrukcu has studied medicine in Dokuz Eylul University in Turkey and continued to receive post graduate degrees in comparative religion and clinical psychology along with his research studies and practice in Europe and Asia. He is fluent in 7 languages.


- Carl's bio

Carl Sandler is the co-manager and co-founder of Weird Science, LLC, the IP Holding Company for Doctor Gumrukcu's science. Carl is a serial tech and healthcare entrepreneur who has built many consumer-facing brands including Kleptomaniac  (1999), PeoplesMD  (2009), Daddyhunt (2006), MISTER / MR X (2011) and most recently, TrueSons (2017). In addition to his entrepreneurial ventures, Carl is a widely respected thought leader and writer and writes / speaks extensively on issues related to public health and HIV / AIDS.  He holds a degree in Economics from Stanford University.


- More detailed info on the 20 treated patients: All US-based?  Average duration of the cure (longest is 4 years), profile of the patients (undetectable viral load?  CD-4 count?  Therapy history?  Male/female ratio?  Age…)

Our first HIV patient (45yo male) had been HIV(+) for 14 years at the time of the treatment with no history of AIDS or opportunistic infections. He had been on continuous ART regimens for 12 years. The patient's pre-treatment evaluation in

1

November 2012 showed 484/ml CD4+ cell count and no copies of HIV RNA at the HIV RNA PCR test. We have designed a 3-day transplant protocol to give the patient homozygous d32/d32 fetal CD34+ cells. The cells were administered on 17-19 January 2013. Following the transplant, the patient was frequently monitored for CD4+ cell count, HIV RNA copies and HIV DNA presence. Also, +/+ and -/- d32  PBMNC count was done regularly, to measure the engraftment rate of the donor cells. The blood tests were done every 15 days until the end of April 2013, when patient's CD4 count was 850 with additional results supporting a significant engraftment rate of donor cells. In accordance with the patient's HIV specialist, we have taken him off of ART and continued monitoring his blood every 30 days. In October 2013, the patient's CD4+ cell count was 1194, and further test results indicated that the engraftment of the donor cells was at 97%. Viral RNA PCR tests showed undetectable presence and viral DNA qPCR tests were negative. Since November 11, 2013, the patient is considered to have achieved a sterilizing cure. The frequency of the follow up tests were decreased to every 3 months until November 2015, and to every 6 months since then. The patient's CD4+ cell count or viral RNA/DNA PCR test results have not changed to date.

Since the first patient received there treatment, the transplant protocol has been evolved with every new patient, and the full engraftment time is reduced to 3-4 months.

Of all patients treated, only one patient (52yo male), who had been HIV(+) for over 20 years has received a second treatment within 9 months to increase the engraftment efficacy. The patient had two AIDS progressions in his history.  None of the other patients with histories of AIDS related incidents needed any additional treatments. No patient has presented any complications. All except the last patient is male.

- Number of the provisional patent filed in 2016 for Agthera

We have 2 provisional patents for AGTHERA and 3 for HIVMUNE.

- More info on the AGTHERA procedure:

Here are the answers regarding the details of the procedure part of AGTHERA. I am answering your questions below **only to share the details of the treatment protocol with you**. I do not think these details should be (or needed to be) spelled out in any document that will be presented to anybody outside Enochian. No matter what kind of NDA they sign. Most of these details are not relevant to the business aspects, but they rather reveal our know-how. Maybe the only thing we can do is to explain the protocol from the patient's point of view -in laymen perspective.

Is leukapheresis necessary?

Yes.

is GM-CSF priming (or other priming) required before leukapheresis?

We are not using GM-CSF, we use G-CSF. And yes. We can't collect bone marrow cells from the blood without mobilizing them into there.

rational for the $2,000 cost (I assume not including cost of leukapheresis)?

No. $2000 is the rough cost of producing the "cure" and modifying the patient's bone marrow cells with it. We can only estimate our production, because the procedural costs differ from hospital to hospital.

Is(and how long) hospitalization is required? What kind of follow up is required?

It is done 100% as an outpatient treatment.

Here is the way I think we can present the treatment outline from the perspective of the patient, without any detail:
- The patient takes a bone marrow stimulating medicine for 3 days
- On day 4, the patient comes to the hospital/clinic to give blood/bone marrow cells

- Two weeks later, the patient comes back to receive their modified bone marrow cells as a 45-60 minute IV drip
- The following day, the patient starts taking a daily medication for 3-4 months, which increases the engraftment rate of the "new" bone marrow cells
- The estimated 3-4 months period can change from individual to individual, but that is the average we are expecting. Depending on the patient, the daily medication regimen can be extended until sterilizing cure is achieved

- Mice study protocol: protocol, what type of transgenic  Hu-mice, what type of LV vector, rational for the 8 groups, timing challenge / treatment …

I do not believe the study design should be in the document. Especially the details of the vector construct, which is an essential part of the patent.

Also, even though a potential biotech-savvy investor eventually becomes an actual investor, we have to draw a line between sharing the scientific process with them and letting them into the scientific process. The latter can't happen… I am 100% open to learning anything new from anybody but we have to create a solid independence around the scientific team from the very beginning in order to assure real success. Maybe you didn't mean that but it is just the way you phrased "rationale for the 8 groups" made me imagine myself explaining the rationale of all our studies to the investors in the future :)) That wouldn't be much productive… I think we have to talk about and set those boundaries with the investors from the get go, so that everybody is aware of them.

Sorry for the pressure but we will need this info before the meetings next week.  Please let me know.
I look forward to seeing you again end of next week in LA with good news regarding additional money invested in Enochian/Dandrit.
Kind regards,
Eric

Dr.  Eric Leire
President & CEO
DanDrit Biotech  USA
+1 (510) 203 4857 / +32 477 49 5881
eric@dandrit.com

# Exhibit 7

# Enochian
## BioSciences

About ⏷     Pipeline & Technology ⏷     Collaborations     Investors / Media ⏷     Contact



### Inventor & Co-Founder

Dr. Gumrukcu commenced his medical studies at Dokuz Eylul University, Turkey (2004) and received his medical degree (2006) at First Moscow State University, where he also completed his first residency in medical genetics in 2008 before continuing his clinical and research studies in Turkey. He holds a PhD degree from RUDN University, and he is currently the director of Seraph Research Institute, a non-profit organization he established in Los Angeles, California, where he also runs a research lab.

In his initial years of research, he studied gene expression profile changes in stem cells during embryonic and fetal development. In later years, he shifted his focus to gene and cell therapies, particularly in the context of cancer and HIV, creating new adoptive cell therapy models for chronic infectious diseases and solid tumor cancers. One of his objectives was to develop a better autologous gene-modified stem cell transplant model to achieve successful engraftment without the necessity of myeloablative conditioning regimens. Apart from his continuing research on solid tumor cancers, his current research focuses on creating new approaches and mechanisms of actions in antiviral therapies through co-opting virus-specific components of viral replication machinery, on viruses including HBV, influenza, Ebola and HIV.

His most recent studies are opening up an uncharted field in molecular virology and antiviral research with potential clinical implications in pursuit of cures for chronic viral infections.

# Exhibit 8

# Miracle Cures and Murder For Hire: How A Spoon-Bending Turkish Magician Built A $600 Million Nasdaq-Listed Scam Based On A Lifetime Of Lies

Published on June 1, 2022

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

email address — SUBSCRIBE

## Summary: Enochian Biosciences, Inc. (NASDAQ:ENOB)

- Last week, Enochian Biosciences' co-founder, "scientific founder", "inventor", and largest shareholder, Serhat Gumrukcu, was arrested by Federal authorities over allegations that he conspired in a plot to murder a Vermont father of six.
- The victim, Gregory Davis, was murdered on January 6th, 2018, just 19 days before Gumrukcu was scheduled to appear in court to defend himself against felony fraud allegations related to a 2016 deal with Davis. Federal prosecutors argued that the prospective merger deal that eventually resulted in Enochian going public served as a key motive for the murder.
- Enochian is a biotech company with an **entirely preclinical** pipeline of claimed miracle cures, vaccines and treatments for HIV, Influenza, Hepatitis, Cancer, and COVID-19. The company claimed last week that Gumrukcu "has had no formal role in the Company" and that the incident was "completely unrelated to the Company".
- However, Enochian's own disclosures indicate that the company and its pipeline are **completely dependent** on Gumrukcu. Every product Enochian is investigating appears to have been licensed to it by Gumrukcu-controlled or affiliated entities or are otherwise based on his research.
- Unbeknownst to investors (but known to Enochian's senior leadership) Gumrukcu's latest arrest for a murder conspiracy is simply the most recent in a string of alleged crimes by Gumrukcu.
- Gumrukcu also **currently faces criminal charges** in his native Turkey where, in August 2012, he was arrested based on accusations of **falsely posing as a doctor** and charging a desperate family $275,000 to treat a terminally ill cancer patient, who subsequently died, with substances that a real oncologist would later describe as "useless."
- Gumrukcu then **fled Turkey** despite an outstanding arrest warrant. Three years later, in August 2015, he sold similar 'miracle' concoctions to the desperate parents of a young Pennsylvania boy who had terminal cancer. When the boy died after an initial $59,100 treatment, Gumrukcu refused to return the family's advanced payment of $253,000, resulting in litigation.
- In February 2017, Gumrukcu was arrested by authorities after the State of California accused him of a **slew of white-collar crimes**, including fraud, identity theft, and check kiting – a total of 14 felonies.
- The company hired Gumrukcu as a consultant in April 2017, just 2 months after his arrest for the alleged crime spree.
- Despite the ongoing criminal proceedings, Enochian still moved forward with acquiring and taking public a Gumrukcu-affiliated entity in January 2018, describing Gumrukcu as the "sole inventor" of all of the acquired company's technology. The deal gave Gumrukcu and his related entities & individuals 50% of the combined company.
- As he awaited sentencing following a pleading guilty to one felony, Gumrukcu attended the Nasdaq bell ringing ceremony for Enochian, likely with permission from his pro officer. He was praised as Enochian's "scientific founder" at the ceremony.
- Authorities in California told us that in January 2018, Gumrukcu's felony plea charge had been reduced to a misdemeanor after he paid over $1 million in restitution to vict

Privacy · Terms

- Our research indicates that Enochian executives knew about Gumrukcu's criminal history. Mark Dybul, CEO of Enochian, wrote a glowing letter of recommendation to a Turkish criminal court on behalf of Gumrukcu.
- Invoking his close friendship and mentee relationship with Dr. Anthony Fauci and his relationship with Bill Gates, Dybul called Gumrukcu a "rare genius" who had come up with platforms to cure HIV, hepatitis B, all strains of influenza, Zika, dengue fever, and COVID. Dybul also wrote that the now-accused murderer was "deeply compassionate, empathetic, and approachable", providing his "strongest recommendation".
- In a phone interview, Chairman Rene Sindlev admitted to us "I knew that he had been charged for 14 (felony) counts" but moved forward with the deal and expanded the relationship anyway.
- In the years since, Enochian has awarded lucrative cash consulting and licensing contracts to entities controlled by Gumrukcu and his husband. Enochian executives have repeatedly failed to disclose Gumrukcu's criminal activity to shareholders.
- Enochian's former CFO is currently embroiled in an undisclosed lawsuit with Enochian's leadership, claiming he was fired for asking "critical questions" about "serious financial improprieties" and large payments to Gumrukcu, and for questioning the company's close association with an individual accused of numerous felonies.
- Gumrukcu has continued to sell unlicensed and unvetted "miracle" treatments to desperate terminally ill children, bilking them of hundreds of thousands of dollars. His private practice's office is located in the same building as Enochian's headquarters, and its business is deeply intertwined with Enochian, despite the company's claims to the contrary.
- ***We have been unable to find any jurisdiction in which Gumrukcu is licensed as a medical doctor.*** He is unlicensed in California, where he has apparently been practicing medicine anyway, and where he has claimed to have made his major breakthroughs for Enochian.
- Gumrukcu claims to have spent 12+ years earning an M.D. and multiple PhDs in Russia and Turkey. Our research indicates he made it all up. **He has no medical degree and no PhDs.**
- His name does not appear in the official Russian national degree database. The school he claimed to graduate from in Russia sent us a formal letter showing that he never even enrolled. We also checked with Russian border control and police who had no record of Gumrukcu ever having a Russian student visa or even a short-term tourist visa, let alone spending years studying medicine.
- Instead, Gumrukcu looks to have purchased a fake Russian medical degree on the black market, a common problem in Russia, as reported by media.
- As part of our research, we purchased a similar black market Russian medical degree from the same school, with the same claimed major, the same date, and the same "official" stamp as Gumrukcu's. The process was surprisingly easy—the hardest part was smuggling it out of Russia through a neighboring country to the U.S., given new wartime export restrictions.
- We also checked with the Turkish university Gumrukcu claimed to have received a PhD. They had no record of him. Meanwhile, the Turkish medical school where he began undergraduate studies confirmed he had attended, but later dropped out before graduating.
- Turkish criminal records show that Gumrukcu admitted to police that his highest level of education was a high school degree, despite the arrest taking place *after* the period where Gumrukcu claimed to have already been a doctor.
- We learned of Gumrukcu's *actual* past by scouring old magic shops and second-hand bookstores in Turkey, finding that he was a local magician. With his stage name "Dr. No", he studied and taught spoon-bending, firewalking, and performing as a mentalist, claiming magical healing powers and garnering praise from the likes of fellow hucksters like Uri Geller.
- Gumrukcu's magic mentor shared grainy DVD recordings of Gumrukcu's local performances that he found in a dusty cardboard box in the backroom of a magic shop. The performances took place in Turkey during time periods when Gumrukcu would later claim to be in Russia studying medicine.
- Based on our investigation, we strongly believe that Gumrukcu's education credentials are entirely fabricated. Consequently, we believe Enochian's claimed scientific breakthroughs have been developed by a fake doctor with a long criminal rap sheet who now stands accused of murder.
- Despite the company's claims that top scientists are still behind the research, many are already backing away. An international cancer doctor that Gumrukcu claimed was his mentor told us a picture of him on the website for Gumrukcu's research entity, the Seraph Research Institute, is a fake: "I never wore a Seraph coat. It's a forgery." "I never wore (a) Seraph coat as shown in the picture, so how could I validate his science?"
- A world-renowned microbiologist who briefly served on Enochian's Scientific Advisory Board and was previously quoted by Enochian as saying he was "blown away" by Gumrukcu's "brilliant creativity" told us: "I agree retrospectively I should have done some due-diligence". On the validity of the science, he wrote: "I have never validated anything, and they should not use my name."
- A former senior executive told us: "I left because I lost scientific trust in what [Gumrukcu] was promoting…I had a few facts that corroborated that he lied to me and when scientists start to lie a little bit and massage the data, then I am afraid to have another Elizabeth Holmes story."

Privacy · Terms

- Gumrukcu has **siphoned an estimated ~$20 million** in cash from Enochian shareholders through a series of license agreements, consulting contracts, and other related-party transactions. Gumrukcu and his spouse own the largest single stake in Enochian, about 32% of the company, worth ~$90 million as of this writing. We expect he will sell shares to fund his legal expenses.
- We think Gumrukcu is a lifelong con artist, who has catapulted himself from being a small-town Turkish magician to leading a publicly-traded, Nasdaq-listed medical research enterprise and fooling many along the way.
- With its founder and main source of scientific discoveries jailed on murder-for-hire allegations, this cash-burning company without peer-reviewed research and no genuine clinical prospects is now a "catch me if you can" story that we believe has finally reached the end-phase.

*Initial Disclosure: After extensive research, we have taken a short position in shares of Enochian Biosciences, Inc. (NASDAQ:ENOB). This report represents our opinion, and we encourage every reader to do their own due diligence. Please see our full disclaimer at the bottom of the report.*

## Introduction: Enochian's Key Scientist, Co-Founder And Inventor Was Arrested In A Murder-For-Hire Conspiracy Plot Last Week

On May 25, 2022, Federal prosecutors announced the arrest of Enochian Biosciences co-founder and key inventor, Serhat Gumrukcu, as one of two men charged in a murder-for-hire conspiracy (https://www.justice.gov/usao-vt/pr/two-men-charged-murder-hire-conspiracy-resulting-death) resulting in the death of Vermont resident Gregory Davis.



(Source: United States District Court (https://www.slideshare.net/secret/g1sgEVkDKljk49))

On January 7, 2018, Gregory Davis (https://www.mynbc5.com/article/body-found-on-vermont-roadside/14776203), father of 6 – with another child on the way – was found murdered in a snowbank in Barnet, Vermont. Criminal court records (https://www.slideshare.net/secret/hNt0Iq2lVcqNGf) show that the killer, disguised as a U.S. Marshal, had gone to Davis' home, handcuffed him and later shot him multiple times in the head and torso.

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 108 of 192 Page ID #:205
Marc Cuban-funded Enochian DUTY Sponsored by a Turkish MagicBuilding $6.3 Billion Wager – Based on a Glaring Pile of Lies – Hindenburg Research

Gumrukcu's alleged co-conspirator, Berk Eratay, works (https://www.linkedin.com/in/berk-eratay-584ba252?original_referer=https%3A%2F%2Fwww.google.com%2F) at Gumrukcu's clinic, Seraph Medical. Like Gumrukcu, Eratay also has a past as a Turkish magician, claiming to be a master (https://www.youtube.com/watch?v=-8jFs4AEty8) of "biokinesis (https://www.penguinmagic.com/p/2130)" or "the ability to use kinetic energy to reprogram the genes in your own body".

As the Department of Justice noted in its press release (https://www.justice.gov/usao-vt/pr/two-men-charged-murder-hire-conspiracy-resulting-death), if convicted, Gumrukcu and his co-conspirator face mandatory life in prison or the death penalty.

Federal prosecutors outlined (https://www.slideshare.net/secret/ro3iKBHXEINyWG) Gumrukcu's motive, describing how Davis threatened to go to the FBI alleging fraud against Gumrukcu and his brother:

> *"In 2017, Davis was threatening the Gumrukcus about going to the FBI with evidence that the Gumrukcus were defrauding him in a multimillion-dollar oil deal that the Gumrukcus had entered into with Davis in early 2015."*

Prosecutors made clear that in addition to avoiding criminal fraud charges, a key motive for the alleged murder plot was that Gumrukcu was in the midst of closing the merger with Enochian, and Davis's testimony may have threatened the deal:

> *"That same year, 2017, Serhat Gumrukcu was putting together a successful deal that came together soon after the murder, namely, his significant ownership stake in a biotech company, Enochian Bioscience. Gumrukcu therefore had a strong motive to prevent Davis from reporting yet another fraud, and likely threatening the Enochian deal."*

Enochian responded to the indictment of its co-founder by claiming in a press release (https://www.globenewswire.com/news-release/2022/05/25/2450771/0/en/Enochian-BioSciences-Board-Learns-of-Arrest-of-Co-Founder-and-Inventor-and-Expresses-Strong-Confidence-in-the-Promising-Future-of-the-Company.html) that Gumrukcu "has had no formal role in the Company" and that the incident was "completely unrelated to the Company".

The company's own SEC filings contradict this claim. Enochian makes clear in its most recent annual report that it heavily relies on Dr. Gumrukcu and his network of privately-owned consulting companies:

> *"Many of the techniques utilized in the development of our product candidates have been developed by Dr. Serhat Gumrukcu, and we rely on the services of Dr. Gumrukcu, and of G-Tech Bio LLC and SRI, in the continued development of our pipeline. **Our future performance will depend on our ability to retain the services of Dr. Gumrukcu, G-Tech Bio LLC, and SRI.**" [Pg. 20] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112221001565/e3109_10k.htm)*

As we will show, the company has been aware of "Doctor" Serhat Gumrukcu's criminal past and is undeniably deeply threaded to him.

What follows is our research into Gumrukcu and Enochian, an expansive international investigation compiled over the course of months and encompassing thousands of documents and dozens of sources.

## Introduction: Background On The Company And Its Pre-Revenue, Preclinical Pipeline

Privacy • Terms

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 109 of 192 Page ID #:206
Enochian Biosciences: A Spectacular Mutation, Magic and $600 Million in Cash and Laser Gene Cures – Hindenburg Research

Enochian Biosciences (NASDAQ:ENOB) is a biotech company with a pipeline of prospective vaccines and treatments for HIV, Cancer, Hepatitis B, COVID and influenza, along with other potential groundbreaking "miracle" treatments.



Source: Enochian Biosciences Website (https://www.enochianbio.com/technology-overview/)

The company's pipeline is entirely preclinical, meaning it is very early-stage, with no revenue. With only $11 million in cash on hand, a ~$4.2 million quarterly cash burn rate, and $7 million in near-term notes payable, the company will need to raise significant capital to even attempt to advance its pipeline. [Pgs. 2, 7 (https://www.sec.gov/ix?doc=/Archives/edgar/data/1527728/000173112222000892/e3769_10-q.htm)] The company recently filed a prospectus (https://www.sec.gov/Archives/edgar/data/1527728/000173112222000357/e3559_s-3a.htm) announcing its intention to raise up to $100 million.

For perspective, companies usually take (https://www.antidote.me/blog/how-long-do-clinical-trial-phases-take#:~:text=Clinical%20trials%20alone%20take%20six,from%20three%20to%20six%20years.) about 10 years to move a drug from discovery to approval and then distribution in the marketplace. Clinical trials alone often take upwards of six to seven years.

Despite this, Enochian's market cap soared to ~$600 million in November 2021. Prior to us publicly identifying (https://twitter.com/HindenburgRes/status/1529519461811773441?s=20&t=7BNntX94msG_Rj5udnPoMw) last week that Gumrukcu had been arrested in a murder-for-hire conspiracy, its market cap had settled around $320 million. The company still ended last week with a $235 million market cap.

Privacy · Terms

6/1/22, 9:02 AM    Miracle cures and murder for hire: How a Spac-Celebrated Nudist's Magical Bullshit Covid Vaccine, Rapper-Laced Start-up Raiser and Celeb Dines – Hindenburg Research

Case 2:22-mj-02075-DUTY  Document 1-1  Filed 06/13/22  Page 110 of 192  Page ID #:207



One explanation for the company's historical valuation and general excitement had been the glowing biography and credentials of Enochian's co-founder, star scientist, and single largest shareholder (who owns 32% of the company), Dr. Serhat Gumrukcu.[1]



### Dr. Serhat Gümrükcü

**Inventor & Co-Founder**

Dr. Gumrukcu commenced his medical studies at Dokuz Eylul University, Turkey (2004) and received his medical degree (2006) at First Moscow State University, where also completed his first residency in medical genetics in 2008 before continuing his clinical and research studies in Turkey. He holds a PhD degree from RUDN University, and he is currently the director of Seraph Research Institute, a non-profit organization he established in Los Angeles, California, where he also runs a research lab.

In his initial years of research, he studied gene expression profile changes in stem cells during embryonic and fetal development. In later years, he shifted his focus to gene and cell therapies, particularly in the context of cancer and HIV, creating new adoptive cell therapy models for chronic infectious diseases and solid tumor cancers. One of his objectives was to develop a better autologous gene-modified stem cell transplant model to achieve successful engraftment without the necessity of myeloablative conditioning regimens. Apart from his continuing research on solid tumor cancers, his current research focuses on creating new approaches and mechanisms of actions in antiviral therapies through co-opting virus-specific components of viral replication machinery, on viruses including HBV, influenza, Ebola and HIV.

His most recent studies are opening up an uncharted field in molecular virology and antiviral research with potential clinical implications in pursuit of cures for chronic viral infections.

Source: Enochian Biosciences (https://www.enochianbio.com/about-us/inventor-and-co-founder/)

Dubbed Enochian's "inventor," Dr. Gumrukcu's research <u>serves as the foundation (http://www.enochianbio.com/wp-content/uploads/2022/01/Enochian-Shareholders-Letter_01.24.2021.pdf)</u> for much, if not all, of Enochian's therapeutic pipeline. The company disclosed as recently as January 2022, in a shareholder letter penned by its CEO, that "…the ideas behind Enochian BioSciences' pipeline come from the inventor, Dr. Serhat Gumrukcu…"

*Enochian BioSciences' Deep Bench of Leading Scientists and Collaborators and Advisors*

While the ideas behind Enochian BioSciences' pipeline come from the inventor, Dr. Serhat Gümrükçu, the pivotal experiments, in particular the *in vivo* studies, are conducted independently by some of the leading scientists and Clinical Research Organizations used by NIH and large pharmaceutical companies including for FDA approvals.

In addition, Enochian BioSciences has assembled leading basic science and clinical researchers as members of Scientific Advisory Boards (SAB) for HIV, Hepatitis B Virus and Respiratory Diseases (SARS-Coronavirus and Influenza). The SAB review, interrogate and provide advice on scientific results, as well as experimental and regulatory plans.

2 | P a g e

## A Brief Summary Of Dr. Gumrukcu's Contributions To Enochian

Privacy · Terms

In April 2017, Enochian Biosciences (then known as DanDrit Biotech) hired Gumrukcu as a consultant to help improve the efficacy of its flagship pipeline candidate, a potential cancer vaccine. [Pg. 1] (https://www.sec.gov/Archives/edgar/data/0001527728/000121390017012392/f10k2017a1_dandritbiotech.htm#a_003)

Dr. Gumrukcu underlined determined that DanDrit's product was worthless (https://medwatch.dk/Medicinal___Biotek/article11966819.ece). Tech executive Rene Sindlev, who eventually took over as the company's Chairman, later said Dandrit's product "couldn't be given away."

Enochian Biosciences rose from the ashes of the defunct Dandrit in 2018. It was the culmination of a tumultuous existence for the cancer company Dandrit, which towards the end had little more than a failed cancer vaccine, MCV, in its luggage.

Eventually, one of the company's major shareholders, Pandora billionaire René Sindlev, took matters into his own hands. He took over and recalibrated the company, which the following year became Enochian Biosciences. In this connection, he made it clear to the Stock Exchange that he had been told by researchers that MCV "could not even be given away."

One of these researchers was Serhat Gumrukcu, he says today.

Source: MedWatch (Google Translate)
(https://medwatch.dk/Medicinal___Biotek/article11966819.ece)

Instead, Gumrukcu introduced Sindlev and the DanDrit team to his HIV research, which the company embraced (https://medwatch.dk/Medicinal___Biotek/article11966819.ece).

In January 2018, DanDrit Biotech was officially reborn as Enochian Biosciences after acquiring Dr. Gumrukcu's secret "stealth mode" HIV research through a merger (https://www.sec.gov/Archives/edgar/data/1527728/000121390018000600/f8k011218ex2-1_dandritbio.htm) with a privately-owned company controlled by Dr. Gumrukcu and his husband, giving them 50% of the combined company. [Pg. 8] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112220001098/e2186_10-ka1.htm)

The merger agreement disclosed that Dr. Gumrukcu was the "sole inventor of all Company IP Rights and Company Technology and did not acquire or derive any portion of Company IP Rights or Company Technology from any other Person". [Pg. 25 (https://www.sec.gov/Archives/edgar/data/1527728/000121390018000600/f8k011218ex2-1_dandritbio.htm)] It was later reported (https://medwatch.dk/Medicinal___Biotek/article11966819.ece) that Dr. Gumrukcu was "behind key parts of all five HIV drugs" in Enochian's pipeline.[2]

When Enochian executives were invited to ring the closing bell at Nasdaq (https://www.facebook.com/watch/live/?ref=watch_permalink&v=322740238332304) in Dec. 2018, its then-CEO, in a short address, twice referred to Gumrukcu as the company´s "scientific founder".

From July 2018 to April 2021, Enochian licensed intellectual property or entered into consulting agreements with Gumrukcu-controlled entities related to HIV, cancer, Hepatitis B, influenza and Covid-19. As of today, it appears that every therapy in Enochian's pipeline stems from the work of Dr. Serhat Gumrukcu.

## Enochian's Reliance On Dr. Gumrukcu Cannot Be Overstated

As stated above, **Enochian also makes it clear in its own SEC filings that it heavily relies on Dr. Gumrukcu** and his network of privately-owned consulting companies. [Pg. 20] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112221001565/e3109_10k.htm)

Privacy · Terms

6/1/22, 9:02 AM    Miracle Cures and Murder for Hire: How A Spac-Backed Medical Mogul Built a $3 Billion Empire Based on Fake Cures – Hindenburg Research

Case 2:22-mj-02075-DUTY  Document 11-1  Filed 06/13/22  Page 112 of 192  Page ID #:209

Enochian has touted its preclinical pipeline at numerous conferences over the last few years. Regardless of whether these presentations relate to Hepatitis B (https://www.enochianbio.com/enochian-biosciences-expands-its-infectious-disease-pipeline-by-entering-into-an-agreement-in-principle-to-acquire-an-exclusive-license-for-a-novel-hepatitis-b-virus-treatment/), Cancer (https://www.enochianbio.com/enochian-biosciences-announces-scientific-presentation-at-world-vaccine-conference-on-promising-human-and-laboratory-data-to-potentially-treat-solid-tumors/), HIV (https://www.enochianbio.com/enochian-biosciences-announces-scientific-presentation-of-a-person-with-hiv-exhibiting-controlled-blood-levels-of-virus-for-255-days-following-treatment-with-a-novel-cellular-therapy/), or COVID-19 (https://www.enochianbio.com/enochian-biosciences-announces-acquisition-of-exclusive-license-for-potential-pan-coronavirus-and-pan-influenza-inhaled-treatment-and-prevention-technology/), Dr. Gumrukcu always seems to be the individual running the show and controlling the presentation of data.



Source: Enochian Biosciences Website (https://www.enochianbio.com/investors-media/events-and-presentations/)

Gumrukcu's appearances at these conferences have been cited by other doctors who have provided glowing quotes about Enochian and Gumrukcu used in a January 2022 shareholder letter (http://www.enochianbio.com/wp-content/uploads/2022/01/Enochian-Shareholders-Letter_01.24.2021.pdf) and in some cases reused as recently as yesterday (https://www.globenewswire.com/news-release/2022/05/31/2453211/0/en/Scientific-Leaders-Agree-on-Promise-of-Enochian-BioSciences.html).

As we show later, many claimed supporting doctors have begun to back away, or have outright alleged that Gumrukcu forged or exaggerated their support.

Privacy • Terms

## Developing So Many Groundbreaking Therapies In Such A Short Amount Of Time Would Require A "Rare Genius"

## That's Exactly How Dr. Gumrukcu's Business Partners Describe Him: "Leonardo Da Vinci, Nikola Tesla and Einstein In One And The Same Person"

Enochian's CEO, Mark Dybul, has called Dr. Gumrukcu a "rare genius" that is "not bound by scientific discipline or dogma." [Pg. 2] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112219000737/e1600_99-1.htm) Elsewhere, Dybul has said (https://www.enochianbio.com/enochian-biosciences-inventor-and-co-founder-presents-data-on-novel-clinical-approaches-as-the-invited-concluding-plenary-speaker-at-the-innate-killer-summit-2/) Gumrukcu has "brilliant scientific ideas." Rene Sindlev, Enochian's chairman, offered even higher praise (https://ugebrev.dk/finans/enochian-sindlev-paa-kanten-af-ulovlig-kursmanipulation/), comparing Dr. Gumrukcu to some of the most impressive thinkers in human history.

> *"Hold on tight to your shares. Our researcher and inventor is the biotech world's answer to Zuckerberg, Bill Gates and Larry Page. People close to him compare him to Leonardo Da Vinci, Nikola Tesla and Einstein in one and the same person."*

Like many we spoke with, Sindlev later acknowledged to us that he relied on others to validate Gumrukcu's credentials and expertise, saying, "I met Serhat in 2016 because I was impressed by his science and I´m happy to say I have no clue about science".

In researching Dr. Gumrukcu's background, it is easy to understand where this praise comes from. Based on earning an M.D. and several PhDs before the age of 30, his academic pedigree alone would be extremely impressive.



(Dr. Gumrukcu posing in front of his various claimed Russian medical degrees. Source: Seraph Research Institute (https://seraphinstitute.org/disclosure/))

Privacy · Terms

6/1/22, 9:02 AM        Murder, Insider Trading, and a Blood Investor – The Bull X Spotlighting Turkish Magician Bullies $600 million Wager – List of ad-based Age Claims Lies – Hindenburg Research

Case 2:22-mj-02075-DUTY  Document 11  Filed 06/13/22  Page 114 of 192  Page ID #:211

Dr. Gumrukcu's list of claimed accomplishments spans far beyond academia. He claims he volunteered for organizations like UNESCO, (https://youtu.be/xiWqrQImRqA?t=88) worked as a licensed doctor in Turkey, (https://www.enochianbio.com/enochian-biosciences-expands-its-infectious-disease-pipeline-by-entering-into-an-agreement-in-principle-to-acquire-an-exclusive-license-for-a-novel-hepatitis-b-virus-treatment/) started a non-profit, (https://www.biospace.com/article/releases/pioneering-research-institute-in-los-angeles-moves-one-step-closer-to-finding-a-cure-for-hiv/) and is a member of a wide range of prestigious medical associations and committees, including (https://seraphinstitute.org/team/serhat-gumrukcu-md-phd/) the American Society of Clinical Oncology (ASCO).

Gumrukcu also describes himself as an "exceptional tango dancer (https://seraphmd.com/dr-serhat/)," a martial artist, and a psychonaut, interested in altering consciousness through the use of psychedelics.



(Source: Clubhouse (https://clubhousedb.com/user/docserhat))

### Gumrukcu Describes Himself as Having a "More-Than-Photographic" Memory, Being Able To Speak 9 Languages And Harnessing The Ability To Run Unbiased Scientific Experiments In His Mind

In a November, 2021 podcast interview, Gumrukcu claimed his pre-clinical-stage COVID-19 drug, which hasn't even reached phase 1 trials, will both treat and prevent "any [current] variant or coronavirus strain" as well as "any variant the virus will mutate into" in the future. [1:18:20] (https://the-fancy-labcoat-guild.simplecast.com/episodes/science-is-an-artnot-an-equation-with-dr-serhat-gumrukcu-Zuz1vEnv?t=1h18m20s)

If true, this would likely make Enochian one of the most valuable companies on the planet – especially considering Gumrukcu's claim that he was somehow hoping to have the drugs submission approved by the FDA within months, despite it having yet to undergo any trials. [1:19:00] (https://the-fancy-labcoat-guild.simplecast.com/episodes/science-is-an-artnot-an-equation-with-dr-serhat-gumrukcu-Zuz1vEnv?t=1h18m20s)

In the same interview, Gumrukcu explained that he has a "more-than-photographic" memory, which allowed him to teach himself how to read at just 3 ½ years old and learn to speak 9 languages. [16:05] (https://the-fancy-labcoat-guild.simplecast.com/episodes/science-is-an-artnot-an-equation-with-dr-serhat-gumrukcu-Zuz1vEnv?t=16m5s)

Further, he discussed his ability to bypass innate human bias and run scientific experiments in his mind with a high degree of accuracy. [37:00] (https://the-fancy-labcoat-guild.simplecast.com/episodes/science-is-an-artnot-an-equation-with-dr-serhat-gumrukcu-Zuz1vEnv?t=37m0s)

### "He's Defrauded So Many People. He Does This Over and Over And Over Again. He's A True, Brilliant Con Artist" – Former Associate of Gumrukcu

### In Addition To His Recent Murder-For-Hire Indictment, Gumrukcu Also Faces Criminal Charges for Fraud in Turkey, Had Previously Been Charged With 14 (Other) Felonies In The United States And Has Fabricated His Medical Background

In collaboration with journalists and investigators in Russia, Denmark, Turkey, and the United States, we conducted an extensive review of Gumrukcu and his colleagues' activities over the last 25 years.

We spoke with Gumrukcu's magician mentor, old teachers, former classmates, business partners, and patients. We contacted many of the organizations that Gumrukcu claims to be associated with, including the universities where he claims to have earned multiple degrees. We have also spoken with many of the victims of Gumrukcu's financial and medical crimes – several of whom seem oddly enraptured by him.

We have concluded that Gumrukcu's claimed background is virtually a complete lie. Far from a highly credentialed scientist, Gumrukcu's career is instead that of an international con artist.

Additionally, we conducted an extensive analysis of Enochian Bioscience's financials, concluding that Gumrukcu has siphoned tens of millions of dollars in shareholder cash from Enochian to his privately-owned entities.

We also present evidence that Enochian's top executives, including Chairman Rene Sindlev, CEO Mark Dybul and other company directors, have repeatedly come to Gumrukcu's aid, quietly helping him fight extensive criminal charges while concealing the issues from investors.

Based on our research, it seems clear that Sindlev and Dybul have long been aware of the issues with Enochian's "inventor," and have become party to the massive deception.

## Part 1: Serhat Gumrukcu Was Already A Wanted Man Prior To His Recent Murder Charges

### He Fled to the U.S. After a Turkish Court Issued an Arrest Warrant for Him for Allegedly Conning a Terminal Cancer Patient

Serhat Gumrukcu left Turkey in 2013 after a High Criminal Court issued the equivalent of a bench warrant to force him to answer criminal charges of medical fraud and deceiving a terminal cancer patient, according to the indictment and case files viewed by Turkish lawyers on behalf of Hindenburg.[3]

The charges carry a penalty of up to 10 years in prison, Turkish lawyers told us.

The case, dossier no. 2013/65 is still active. Hindenburg has obtained a full copy of the case file after being granted legal permission by one of the alleged victims.

6/1/22, 9:02 AM

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/16/22 Page 116 of 192 Page ID #:213

Murder, Lies and Murky Connections – How X Spac's Pending Truck SPAC Could Fund a Hidden Agenda Based On a Laser Gun Lie That Lies – Hindenburg Research

T.C.
İSTANBUL ANADOLU
CUMHURİYET BAŞSAVCILIĞI
SORUŞTURMA BÜROSU

SORUŞTURMA NO : 2013/7868
ESAS           NO : 2013/8087
İDDİANAME      NO : 2013/345

İ D D İ A N A M E
İSTANBUL ANADOLU (   ) AĞIR CEZA MAHKEMESİNE

DAVACI              : K.H.
ŞÜPHELİ             : SERHAT GÜMRÜKÇÜ, SEDAT Oğlu ZEHRA'dan olma,
                      15 11 1987 doğumlu İZMİR ili, KONAK ilçesi, KILINÇREİS n°
                      cilt, 882 aile sıra no, 20 sıra no'da nüfusa kayıtlı Yeniköy Mah.
                      Datçe Sk. No:7 2 Sarıyer İSTANBUL
ŞİKAYETÇİ           : 1-METİN AKYÜZ, RIZA Oğlu SENEM'den olma, 17 10 1985
                      doğumlu, İstanbul Caddesi Nn:21 (Köy Bahçesi) ANKARA
ŞİKAYETÇİ           : 2-VAGIF MALIKZADE, Küçükçekmece Halkalı Lale Şehir
                      Konakları A-5 Blok D:31 İSTANBUL
ŞİKAYET TARİHİ      :
SUÇ                 : Kişinin İçinde Bulunduğu Zor Şartlardan Yararlanmak Suretiyle
                      Dolandırıcılık
SUÇ TARİHİ          : 04 07 2012 (Vagif MalıkzadE'ye yönelik eylemi nedeniyle)
                      20/07/2012 (Metin AkyüZ'e yönelik eylemi nedeniyle)
SUÇ YERİ            : ÜSKÜDAR
SEVK MADDELERİ      : Türk Ceza Kanunu 158/1-b, 53 maddeleri (İki kez)

SORUŞTURMA EVRAKI İNCELENDİ:

Şikayetçilerden Metin Akyüz'ün kanser hastası olan ve daha sonra da bu hastalık nedeniyle vefat eden Azeri uyruklu sıkıntıdı olduğu Eliezer Bunyatov'un tedavisi amacıyla kendisini doktor olarak belirten ve şikayetçi Vagif Malikzade vasıtası ile tanıştığı şüpheli Serhat Gümrükçü'ye sıkıntı kanser tedavisi için 60.000 Dolar para verdiği, ayrıca şikayetçi Vagif Malikzade'nin de aynı amaçla şüpheliye elden 15.000 Dolar para verdiği, şikayetçilerin daha sonra Serhat Gümrükçü'nün doktor olmadığını ve yaptığı tedavinin işe yaratığı olmadığını öğrenip, dolandırıldıklarını anladıkları, paralarını şüpheliden geri almak için 05/08/2012 günü şikayetçilerin Ankara'da şüpheliyi yanlarında tutmaları sırada şüpheliden sığıbeyi Murat Gümrükçü'ye ulaştığı ve Murat Gümrükçü'nün olayı polise bildirmesi üzerine şüpheli ve şikayetçilerin ele geçirildikleri, polis merkezine getirilen şikayetçilerin burada şüpheli hakkında kendilerini dolandırdığından bahisle ayrı ayrı şikayetçi olduklarının anlaşıldığı,

Şikayetçi anlatımları, şüphelinin kısmen kabul ve redde ilişkin kaçanaklı ifadesi, olay tarihli tutanaklar, hastane evrakları, banka kayıt dökümleri ve tüm soruşturma evrakı kapsamıyla şüphelinin doktor olmadığı halde doktor olduğunu beyan ederek ve kişilerin içinde bulundukları kanser hastalığına dair zor durumdan kendilerini kurtaracağından bahisle itle ve denize ile kandırmak suretiyle menfaat temin ederek şikayetçilere yönelik olarak dolandırıcılık suçunu işlediği anlaşılmış bulunmaktadır.

Şüphelinin mahkemenizde yargılanmanın yapılarak eylemine uyan ve yukarıda gösterilen sevk maddeleri gereğince her bir şikayetçiye yönelik eylemi nedeniyle ayrı ayrı cezalandırılmasına karar verilmesi kamu adına iddia ve talep olunur 01/03/2013

(Indictment issued against Serhat Gumrukcu on March 1, 2013. Source: Istanbul High Criminal Court No. 8, Pg. 14
(https://www.slideshare.net/secret/CfA8BSNru0vXH2))

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 117 of 192 Page ID #:214

Murat Cezairli and Murat Coban – How X Spac & Benning Trucks in Magic and Building $120 Million in Paper – Listed on Nasdaq Laser Inc. Debine Lines – Hindenburg Research



(Bench warrant for Gumrukcu´s arrest issued in May 2013
and reconfirmed on May 20, 2022. Source: Istanbul High
Criminal Court No. 8, Pg. 2
(https://www.slideshare.net/secret/CfA8BSNru0vXH2))

Police arrested Gumrukcu as the suspect in a fraud case on August 5, 2012, according to screenshots of a police database reviewed by Hindenburg. Gumrukcu then defied a court-imposed travel ban and fled to the United States.

Ten years later, he still hasn't returned to Turkey to face the court. As recently as two weeks ago, on May 20, 2022, attorneys for Gumrukcu appeared before a judge and requested, again, that the court cancel Gumrukcu's arrest warrant. The judge denied the request and the warrant remains active.

Based on notes taken by the lawyer who reviewed the "thick" indictment and case files, Gumrukcu introduced himself to the cancer patient and his friends as a medical oncologist and a shareholder of Istanbul Cerrahi Hospital.

He allegedly received $275,000 to treat the patient, Elsever Bunyatov, using mistletoe, stem cell therapy, and other treatments not available in Turkey or Azerbaijan at the time.[4]

The patient deteriorated and had to be admitted to hospital. He later died. His *actual* oncologist criticized the prescribed treatment, saying that Gumrukcu was not an oncologist or a doctor and that the treatment was useless.

Privacy · Terms

After hearing these comments from the oncologist, a friend of the patient pulled a gun on Gumrukcu and threatened him if he did not return the money, the notes state.

In a phone message to his brother, Gumrukcu claimed he was being held hostage, according to a Turkish lawyer who reviewed case file documents. The brother went to police and told them Serhat was a senior year medical student at Dokuz Eylul University, in Izmir, and was involved in alternative medicine practices.

**There is no mention of a medical diploma or PhDs from Russia in the court documents,** contrary to Gumrukcu's later claims.

In fact, Gumrukcu stated that he dropped out at year 6 from the School of Medicine at Izmir Dokuz Eylul University as modern medicine did not satisfy him. He went abroad to study alternative medicine, according to his own statements to police following his 24-hour detention on August 5, 2012.

Based on statements and hospital records, the prosecution believe that Gumrukcu deceived the victims about his experience and medical credentials while taking advantage of them while they were in a vulnerable situation.

A hearing on May 9, 2013, resulted in the issuance of the rough equivalent to a bench warrant, requiring Gumrukcu's arrest to ensure he defended the case. At the same time, the Court imposed a travel ban on Gumrukcu, prohibiting him from leaving Turkey.



(International travel ban issued by Turkish criminal court. Source: Istanbul High Criminal Court No.8, May, 2013, Pg. 8 (https://www.slideshare.net/secret/CfA8BSNru0vXH2))

The lawyer reviewing the case files for Hindenburg told us that Gumrukcu did not submit a written statement to the court relating to his case until October 2020. In a handwritten letter, Gumrukcu said that he "had to flee Turkey on October 26, 2013, after the plaintiffs put a gun to my head."

In the same letter, dated October 14, 2020, Gumrukcu denied all accusations against him and claimed he had "only just found out about the case." He also asked the court to lift the travel ban and arrest warrant against him, asking for assurances that he would not be arrested if he returned to Turkey and that he would be acquitted.



(Source: Istanbul High Criminal Court No.8, Serhat Gumrukcu´s signature on a handwritten letter to the court, Pg. 23 (https://www.slideshare.net/secret/dWmsIsgfTjTw7O))

## Not Only Were Enochian's Executives Aware of The Criminal Case, They Defended Gumrukcu To A Turkish Court, Calling Him a "Rare Genius" With "Tremendous Potential to Advance Science" In Glowing References

### Enochian's Top Executives Never Disclosed The Active Criminal Case To Investors

Enochian has not disclosed these prior, yet ongoing, criminal legal proceedings against its inventor and co-founder in Turkey despite top executives apparently being aware of them.

Turkish court documents show that character references describing Gumrukcu as a "rare genius" were provided by Enochian CEO Dr. Mark Dybul, who took over leadership (https://www.enochianbio.com/enochian-biosciences-announces-appointment-of-dr-mark-dybul-as-executive-vice-chair/) of the company as executive vice-chairman from January 2019 before becoming CEO in July 2021 (https://www.globenewswire.com/news-release/2021/07/20/2265459/0/en/Enochian-BioSciences-Names-The-Hon-Dr-Mark-Dybul-as-Chief-Executive-Officer.html).

> "Dr. Gumrukcu...is a rare genius who has a tremendous potential to advance science and human development in a historical way. (...) It is not an overstatement to say he might be the most productive and impactful scientist in generations."



GEORGETOWN UNIVERSITY MEDICAL CENTER
Research · Education · Treatment

*The Hon. Mark Dybul, MD*
*Professor, Department of Medicine*
*Co-Director, Center for Global Health Practice and Impact*
*Georgetown University Medical Center*
*4000 Reservoir Road, NW*
*Washington DC 20057-1465*

*Phone (202) 230-9591*
*Fax (202) 687-1582*
*mrd54@georgetown.edu*

Date: September 18, 2020

To whom it may concern

Re: Character reference for Dr. Serhat Gümrükçü

I have known Dr. Gümrükçü since 2017. I have worked closely with him in his tireless endeavors to discover entirely novel approaches to cure some of the deadliest diseases in the world including HIV, hepatitis B, solid tumor cancers without effective first line therapy, influenza and, more recently, the coronavirus that has caused the global COVID-19 pandemic. I have been an advisor to Dr. Gümrükçü since we met. I then became Vice-Chair and, subsequently, Executive Vice Chair of the Board of Directors of Enochian BioSciences, Inc, for which Dr. Gümrükçü is Co-Founder, Inventor and Senior Scientific Advisor.

In addition, I am currently a Professor of Medicine and Co-Director of the Center for Global Health Practice and Impact, Georgetown University Medical Center. Prior to that, I was Executive Director of the Global Fund to Fight AIDS, Tuberculosis and Malaria. I also served as the US Global AIDS Coordinator with the rank of Ambassador and the level of an Assistant Secretary of State, leading the President's Emergency Plan for AIDS Relief. I was detailed from the National Institutes of Health, where I was a basic scientist running a section of the laboratory of my mentor, and now friend, Dr. Anthony Fauci. I was an Upper Rear Admiral and Assistant Surgeon General of the Uniformed Public Health Services.

In those roles, I have been privileged to know Nobel Laureates, leaders of industry and philanthropy including Bill Gates, heads of state and government, among others. Dr. Gümrükçü rises to the top of that group. He is a rare genius who has tremendous potential to advance science and human development in an historical way. Enochian has engaged its Scientific Advisory Board members several of the most distinguished people in their field who have called his scientific innovations "groundbreaking". When one of the top Hepatitis B cure researchers in the world learned of Dr. Gümrükçü's approach, he said "I wish I had thought of that" and "this might be the only strategy to truly cure hepatitis B."

(Enochian CEO Mark Dybul's character reference in defense of Serhat Gumrukcu. Source: Istanbul High Criminal Court No. 8, Pg. 22 (https://www.slideshare.net/secret/2z28spj4vQL7C6))

Dybul went on to write that Gumrukcu, who now stands accused of plotting the murder of a father of 6, is "deeply compassionate, empathetic and approachable" whose "science emanates from his deep commitment to serve people".

Privacy · Terms

Based on the strength of Dr. Gümrükçü's ideas, Enochian has collaborated with leading institutions in the United States including The Fred Hutchinson Cancer Research Center, the University of Pennsylvania, the National Institutes of Health, the Scripps Institute and the Hepatitis B Foundation.

Three years ago, he had conceived of only one approach to cure HIV. Since that time, he has created 4 additional approaches to prevent or cure HIV, a strategy to cure hepatitis B that could become a platform to cure multiple viral infections including all strains of influenza, Zika, Dengue Fever, all coronaviruses including the one that has caused COVID-19 and many others. He has also designed an entirely novel approach for a vaccine to protect people from COVID and a completely unique strategy to cure many of the most difficult to treat cancers. And he is only beginning. It is not an overstatement to say he might be the most productive and impactful scientist in generations.

His work has already been recognized publicly by the American Society of Gene and Cell Therapy, the premier organization dedicated to those areas of the future of medicine. He has been named to two of their important Committees. He was an invited speakers to their special Conference on COVID-19. He had the unusual distinction of having four out of five submitted abstracts to be selected for presentation at the Annual Conference in 2020. His work on curing hepatitis B was selected as one of the most innovative new therapies at the prestigious HEP DART Conference in December of 2019.

Dr. Gümrükçü is somewhat unique among the scientific geniuses I have met. He is deeply compassionate, empathetic and approachable. He is an exceptional teacher. His science emanates from his deep commitment to serve people who suffer from incurable and untreatable diseases. He has the potential to contribute greatly to scientific discoveries, education, job creation and philanthropy.

I provide this strongest of recommendations freely, without any mental reservation or purpose of evasion.

Respectfully,

The Hon. Mark Dybul, MD

(Enochian CEO Mark Dybul's character reference in defense of Serhat Gumrukcu. Source: Istanbul High Criminal Court No. 8, Pg. 23 (https://www.slideshare.net/secret/2z28spj4vQL7C6))

Dr. Carol L. Brosgart (https://www.enochianbio.com/about-us/hbv-scientific-advisory-board/) provided another character reference to the Turkish High Criminal Court. Dr. Brosgart has served as a Senior Advisor on Science and Policy for the CDC since 2011, in addition to her roles as director on Enochian's board since December 2019 (https://www.sec.gov/Archives/edgar/data/1527728/000173112220001098/e2186_10-ka1.htm) and member of Enochian's HBV scientific advisory board. In her recommendation to the Turkish criminal court, she wrote:

> "As a country we will benefit from his (Gumrukcús) contributions to science and medicine. And, his work could potentially offer cures to hundreds of millions of individuals living with HIV and HBV globally…I feel so fortunate to be able to work with Dr. Gumrukcu as both a colleague and a friend."

6/1/22, 9:02 AM    Miracle cures and murder: How one law X Spuddenlenleng Turkish Magicale Bout 6/$300 million Nagae 1 s 2 Cab diseasee Page Liberie 21$es – Hindenburg Research

Case 2:22-mi-02075-DLTX Document 11-1 Filed 06/13/22 Page 122 of 192 Page ID #:219

The work of Dr. Gümrükcü could well lead to curative therapy for HIV, HBV, cancers and other infectious diseases and malignancies. As a country, we will benefit from his contributions to science and medicine. And, his work could potentially offer cures to the hundreds of millions of individuals living with HIV and HBV globally.

I feel so fortunate to be able to work with Dr. Gümrükcu as both a colleague and a friend.

By way of background, I received my Bachelor s Degree in Science (BS) from the University of California, Berkeley (UCB) and my medical degree (MD) from the University of California, San Francisco (UCSF). My residencies in pediatrics, public health and preventive medicine were conducted at the University of California San Francisco and UC Berkeley. Since 2011, I have

been serving as the Senior Advisor on Science and Policy to at the United States Centers for Disease Control.

Thank you,

*C Brosgart, MD*

Carol L. Brosgart, MD
Clinical Professor of Medicine, Biostatistics and Epidemiology
University of California, San Francisco

Contact information:

3133 Lewiston Avenue
Berkeley, California, 94705

Office (510) 658-3739
Fax (510) 658-9798

(Source: Istanbul High Criminal Court No.8, the signature that appears on a character reference from Enochian director and scientific board member Dr. Carol Brosgart, Pg. 8 (https://www.slideshare.net/secret/dWmsIsgfTjTw7O))

In a phone call, Dr. Brosgart refused to explain why she failed to publicly disclose the prosecution against the Enochian co-founder and inventor and why she provided a glowing character reference in his undisclosed criminal case.

## Part 2: After Evading Turkish Authorities, Gumrukcu Continued Posing as a Doctor and Peddling Cancer Concoctions in the U.S.

### August 2015 – Gumrukcu Charged A Pennsylvania Family $59,100 To Treat A Dying Child With Unapproved Substances, Despite Not Being Licensed To Practice Medicine

### The Family Sent Him Another $253,000 For More "Treatments" But The Child Died Before Gumrukcu Could Visit Again – He Refused To Return The Money Until The Family Sued Him

Privacy • Terms

By 2015, Gumrukcu had relocated to the United States and continued to treat terminally ill patients with unapproved substances.

According to court records, a Pennsylvania family paid him over a quarter of a million dollars to treat their dying son with some of the very same substances that he used to treat the cancer patient in Turkey, including mistletoe and B-17.

The family would later sue Gumrukcu for breach of contract. Documents from the court case show unequivocally that Gumrukcu "engaged in the profession of medicine."

> 4. During 2015, the defendant entered into the Commonwealth of Pennsylvania on several occasions for purposes of inducing the plaintiffs to contract with him for his providing medical services.
>
> 5. The defendant engaged in the profession of medicine within the Commonwealth of Pennsylvania on at least the following dates:

(Source: Beaver County Courthouse (https://www.slideshare.net/secret/moWBha6C9oMZ7m))

As described in the court documents, from August to September 2015, Gumrukcu visited the family's home 11 times to treat the son with B-17, imports of which were underlined banned by the FDA (https://www.accessdata.fda.gov/cms_ia/importalert_167.html) in 1987, and mistletoe, which has been used as an alternative cancer therapy in the past but is currently not approved by the FDA (https://www.cancer.gov/about-cancer/treatment/cam/patient/mistletoe-pdq).

During his visits, he also injected the boy's mother with over 100 "stem cell shots" and performed leech therapy on various parts of her body, which he claimed would help alleviate symptoms brought on by her Lyme disease and diabetes.

Privacy · Terms

B. On or about August 12, 2015 at 101 Springblossom Circle, Beaver Falls,
Pennsylvania 15010 defendant administered B-17, mistletoe, and first
NKC by I.V. drip to plaintiffs' son; draws blood from plaintiff Connie
Paulovich, for first stem cell shot; at which time plaintiff Connie
Paulovich gives defendant a personal check for $19,000.00 for second
NKC shot for plaintiffs' son; the check includes airfare - cost of the NKC
shot is $18,000.00;

C. On or about August 17, 2015 defendant arrives, treats plaintiffs' son with
I.V. drips of mistletoe, B-17, and his second NKC drip. Plaintiff Connie
Paulovich has stem cell shot by I.V. drip, all at 101 Springblossom Circle,
Beaver Falls, Pennsylvania 15010;

D. On or about August 20, 2015 defendant administered I.V. drip to plaintiffs'
son, more B-17 and mistletoe, all at 101 Springblossom Circle, Beaver
Falls, Pennsylvania 15010;

E. On or about September 5, 2015 defendant administered treatment to plaintiff's
son and plaintiff Connie Paulovich. Plaintiffs' son has I.V. drips and Connie
has approximately 50 shots into feet and ankles for neuropathy due to
Lyme Disease and diabetes brought on by the Lyme Disease, all at 101
Springblossom Circle, Beaver Falls, Pennsylvania 15010;

F. On or about September 6, 2015 plaintiff Connie Paulovich received between
100 and 200 more shots into her feet and legs, all at 101 Springblossom
Circle, Beaver Falls, Pennsylvania 15010;

G. On or about September 7, 2015 plaintiffs' son has more I.V. drips, plaintiff
Connie Paulovich has PRP to face and head, and leeches applied to Connie's
legs to aid poor circulation due to neuropathy from Lyme Disease and
Diabetes, all at 101 Springblossom Circle, Beaver Falls, Pennsylvania
15010;

(Court records detailing how Gumrukcu personally administered treatments
such as mistletoe, B-17 and stem cells via I.V. drip or shots. Source: Beaver
County Courthouse (https://www.slideshare.net/secret/moWBha6C9oMZ7m))

The family paid Gumrukcu an initial $59,100. After that, he convinced the family to wire him an additional $253,000 for more treatments.

Unfortunately, those treatments never took place, as the son passed away on December 18th, 2015.

When the grieving family tried to recover the advance payment of $253,000, Gumrukcu claimed on at least three separate occasions that he would "promptly return the $253,000," however, the family's lawyers claimedthose promises were **"false, intentionally false, and were never honored by the defendant."**

The family sued and won (https://www.slideshare.net/secret/moWBha6C9oMZ7m), as their case and the judgment of $253,000 was eventually satisfied in August of 2015.

### "Preying" On Patients "In The Worst Situation Of Their Lives": Gumrukcu Appears To Have Also Been Practicing Medicine Without a License in California, Treating Terminally Ill Children With Unapproved Substances, Charging Desperate Parents Hundreds of Thousands of Dollars

Gumrukcu has gone on to charge hundreds of thousands of dollars to treat other terminal cancer patients, including children, at his private clinic, Seraph Medical Institute, in California – housed in the same building as Enochian.[5]

Privacy · Terms

Case 2:22-mj-02075-DUTY  Document 11-1  Filed 06/13/22  Page 125 of 192  Page ID #:222

An eminent Danish oncologist, Dr. Karsten Nysom, has publicly described (https://www.dr.dk/nyheder/viden/kroppen/laeger-frygter-klinik-i-usa-udnytter-doedssyge-danske-boern-med-kraeft) Gumrukcu as preying on a "patient group that is in the worst situation of their lives."

Gumrukcu is listed as director of research (https://seraphinstitute.org/team/serhat-gumrukcu-md-phd/) at Seraph. The webpage entry also prominently lists his qualifications as M.D. and PhD.



There, he has either treated patients or been part of their medical team, even though his name is absent from the Medical Board of California's online registry (https://search.dca.ca.gov/?BD=800&TP=8002) of physicians and surgeons licensed in the state.[6]

We found multiple patients treated at Seraph and spoke to family members of some of them. In each case, the evidence demonstrates that Gumrukcu was intimately involved in the treatment – whether medical records listed him as the treating physician or not. All those cases are gathered at Appendix A, and we provide one instance below.

As this Facebook thread (https://www.facebook.com/aliskampmodkraeften) reveals, on or around February 23rd, 2020, Gumrukcu induced a Denmark-based family to come to his clinic in Los Angeles so that he could operate on their terminally ill son. To afford his fees, the family resorted to a Facebook fundraiser. Here is a photo of Gumrukcu with the boy.

Privacy · Terms

6/1/22, 9:02 AM
Miracle Cures and Murder: How a Firm Flew a Spac-Spending Turkish Magician Built a $3.5 Billion Nasdaq-Listed Laser Company Lifetime Series – Hindenburg Research

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 126 of 192 Page ID #:223



("Doctor" Gumrukcu treating a terminally ill boy. Pictured also with Dr. Phillip Musikanth Source: Facebook (https://scontent.fric2-1.fna.fbcdn.net/v/t1.6435-9/67877078_557365028129692_7624014434452635648_n.jpg?_nc_cat=100&ccb=1-5&_nc_sid=8bfeb9&_nc_ohc=lMnjfNKNMRAAX91MOd3&_nc_ht=scontent.fric2-1.fna&oh=00_AT8Z-VmHMl732jmBY9NYYvxSzp5JZ5HyoG4pU207Zc32lg&oe=6219969A))

In one of the family's posts, they clearly state that a doctor from Turkey had already treated their son and was even going to operate on him. As far as we can see, the only Turkish "doctor" at Seraph Medical is Serhat Gumrukcu.

Privacy • Terms



(Source: Facebook
(https://www.facebook.com/aliskampmodkraeften))

Gumrukcu's treatments didn't work for the boy, who tragically passed away (https://www.facebook.com/aliskampmodkraeften) less than two months later.

In the wake of Gumrukcu's arrest on murder-for-hire conspiracy charges, we phoned Seraph Institute director, Dr. Phillip Musikanth (https://seraphmd.com/phillip-musikanth/) multiple times and left multiple messages both with a secretary and on his cell phone. He failed to respond.

## Part 3 – In 2017, Gumrukcu Was Arrested And Charged With 14 Felonies Over Allegations of Extensive Fraud In The United States

### An Individual Involved In One Of His Fraud Schemes Was Murdered 19 Days Before Gumrukcu Was Scheduled To Appear In Court

### Federal Prosecutors Now Allege The Killer Was Hired By Gumrukcu

Just over six months after fleeing Turkey, in the summer of 2014, Gumrukcu went on what appears to be a white-collar crime spree.

In February 2017, California authorities alleged Gumrukcu defrauded an individual in a home flipping scheme, kited a series of checks, and finally defrauded an escrow agent in connection with a fabricated "energy trading" deal related to "contracts with Shell Oil."

6/1/22, 9:02 AM                Miracle Cures and Murder-for-Hire? A Sprawling Turkish Magic Bullet Scandal Involving Nasdaq-Listed Sarepta's Largest Lifetime Sales – Hindenburg Research

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 128 of 192 Page ID #:225



(Source: Superior Court of the State of California
(https://www.slideshare.net/secret/JB03WYnDXWRKJG))

At the time, Serhat apparently claimed to be a Turkish prince, with authorities detailing that his bank account was in the name of "HRH [*his royal highness*] Prince Serhat D. Gumrukcu".
[Pg. 3 (https://www.slideshare.net/secret/wBIxM4N4BSh1pq)]



(Social media post from April 2014 showing Serhat in regal garb, with the
hashtag #HRH. Source: Serhat Gumrukcu's Instagram
(https://www.instagram.com/p/nSfSKtkZkV/))

Gregory Davis, victim to one of these scams, was kidnapped from his home and murdered on January 6, 2018, just 19 days before Gumrukcu was scheduled to appear in court to defend himself against fraud allegations involving a joint-venture with Davis.

## June 2014 – Gumrukcu Stole Identities And Forged Documents To Scam An Investor Out Of Nearly $1 Million

As outlined in the State of California's arrest declaration (https://www.slideshare.net/secret/wBIxM4N4BSh1pq), in 2014 Gumrukcu lured an unsuspecting overseas investor into a phony house-flipping opportunity.

Authorities alleged that Gumrukcu represented himself as an already successful house-flipper – telling the investor that with a $930,000 investment, he could buy, renovate, and sell an LA home for $1.2 million.

Using fake email addresses and forged paperwork, Gumrukcu impersonated a lawyer, escrow agency, and homeowner to falsely claim to have purchased a home for renovation. Convinced, his victim wired $930,000 to Ermes LLC, a shell entity setup by Gumrukcu to facilitate the phony joint-venture.[7]

We spoke to a source familiar with the case, who told us that Gumrukcu and his husband Anderson Wittekind used the $930,000 to "play."

> "They bought a new Porsche...a kitchen, they put in a pool, the money that they got from this guy [Ersin Akyuz], they literally used it to play. They started traveling. They went overseas."

As outlined in a subsequent civil lawsuit brought against Gumrukcu by the investor, the victim's lawyers claimed that the house-flipping opportunity was a "massive fraud" that never existed, and that "Gumrukcu's fraud went so far as to fake an eventual sale of the property."

> 20. Through an independent investigation since May of 2015, Akyuz has come to find that he has been the victim of a massive fraud.
>
> 21. Akyuz is informed and believes, and on that basis alleges, that the West Hollywood Property was never in fact purchased by Gumruku or Ermes. Instead, public records

(Source: Superior Court of California [Pg. 6]
(https://www.slideshare.net/secret/slmGHf5Lzqonf6))

The victim of the scheme, Ersin Akyuz, later won a $1.78 million judgment against Gumrukcu. Gumrukcu's home was seized and sold by the Sheriff in 2016 to cover the judgment.

N O T I C E   O F   S H E R I F F ' S   S A L E

AKYUZ, ERSIN VS GUMRUKCU, SERHAT     CASE NO: `SC124544`   R

( X )  Under a writ of Execution
      issued on 07/14/16.
      Out of the L.A. SUPERIOR COURT SANTA MONICA,
      of the WEST DISTRICT,
      County of LOS ANGELES,
      State of California, on a judgment entered on 04/11/16; AMENDED 05/02/16

In favor of AKYUZ, ERSIN
and against GUMRUKCU, SERHAT, AN INDIVIDUAL

showing a net balance of $ 1,780,450.78     actually due on said judgment.
                     (AMOUNT SUBJECT TO REVISION)
I have levied upon all the right, title and interest of said judgment
debtor(s) in the property in the County of Los Angeles, State of California,
described as follows:
 .SEE ATTACHED LEGAL DESCRIPTION EXHIBIT "A"
  APN: 4340-019-020

(Source: LA Sheriff's Department
(http://civil.lasd.org/TroDocuments/SaleDocuments/3121612090554_ATT.pdf))

## April 2016 – Gumrukcu Wrote Phony Checks To Himself "With The Intent To Defraud," Committing Second Degree Commercial Burglary, According To Prosecutors

In April 2016, shortly after the home-flipping scam came to light, Gumrukcu kited a series of checks to himself and his shell entity, Ermes LLC, defrauding Wells Fargo out of $3,690, according to prosecutors.

On March 18, 2016, Defendant opened checking account #8321052162 at the Wells Fargo Sunset branch located in West Hollywood. On March 23, 2016 Defendant opened business account #6351531584 titled "Ermes, LLC" at the same branch.

On April 5, 2016, two (2) checks were deposited into the accounts at Wells Fargo. The checks were drawn from Bank of America account #483040475393. The first check, #1196, was in the amount of $7,500 and made payable to "Ermes LLC." The second check, #1197, was in the amount of $4,200 and made payable to "Serhat Gumrukcu." Both checks were deposited at the Wells Fargo West Hollywood ATM located in West Hollywood.

On April 12, 2016, both checks were retuned, unpaid and the reason given was "Non-Sufficient Funds/Same Maker Payee." This caused the Wells Fargo accounts to become overdrawn in the amount of $3,690 resulting in a loss to Wells Fargo.

(Source: Declaration In Support of Arrest
(https://www.slideshare.net/secret/wBIxM4N4BSh1pq))

Prosecutors would later say that this was done "with the intent to defraud," alleging Gumrukcu knew he didn't have the funds to cover these checks.

Privacy · Terms

## May 2016 – Gumrukcu Ran Another Check Scheme, Attempting To Con An Escrow Agent Out Of $600,000 By Claiming An Oil Trading Joint-Venture With Mode Commodities LLC, Owned By Gregory Davis (Who Was Later Murdered)

The following month, Gumrukcu would engage in another check scheme, this time victimizing an escrow agent.

As described in a Declaration for Support of Arrest, in May 2016, Gumrukcu asked Quadrant Financial to act as an escrow agent for a joint-venture related to "certain contracts with Shell Oil." He claimed he was partnered with Mode Commodities LLC, which was owned by Gregory Davis, according to his LinkedIn profile (https://www.linkedin.com/in/gregg-davis-6043564/).

> Finally, there is the fraud scheme Defendant engaged in which victimized Quadrant Financial
> Group located in Minneapolis, MN and its owner Gregory Gac (hereafter "Gac"). Defendant claimed he
> was the owner of Lauran Trading, LLC, a company from Oman, and as such entered into a management
> agreement with Mode Commodities, LLC regarding certain contracts with Shell Oil. The new venture

(Source: Superior Court, State of California
(https://www.slideshare.net/secret/wBIxM4N4BSh1pq))

Gumrukcu sent 4 checks totaling $600,000 to Quadrant, asking that the money be forwarded to the third party on the other end of the deal. Trusting Gumrukcu, Quadrant wired $600,000 to the designated third party just before its bank notified them that Gumrukcu's checks had bounced. When Quadrant attempted to call Gumrukcu, his phone had been disconnected.

## February 2017—The State of California Arrested Gumrukcu And Accused Him Of 14 Felonies

By early 2017, a detective with the LAPD Major Crimes Division pieced together Gumrukcu's schemes. The detective requested (https://www.slideshare.net/secret/wBIxM4N4BSh1pq), and was granted, a warrant for Gumrukcu's arrest for activity related to each alleged scam.

As described to us in an email from the California Attorney General's office, Gumrukcu was arrested at his home on February 8, 2017, in a joint operation between the LAPD and the FBI.

We spoke with an individual familiar with the case, who, in turn, spoke with a neighbor who witnessed and described the arrest in real-time:

> "Oh my god… The FBI has blocked off the street …There are armed guards… The place is swarming with FBI agents…**Serhat is handcuffed on the street.**"

The complaint was clear that authorities believed Gumrukcu wasn't someone caught in an unfortunate situation or facing a business deal gone bad.

Instead, according to the complaint, he committed "related felonies, a material element of which was fraud and embezzlement, which involved a pattern of related felony condu...

6/1/22, 9:02 AM

Case 2:22-mj-02075-DUTY Document 11-1 Filed 06/13/22 Page 132 of 192 Page ID #:229

Miracle Cures and Murder? Oil, Law X Spoon Bending Tricks: A Magic Bullet to $300 Million Nasdaq Listco – and Eraser of Crime Scenes – Hindenburg Research

## SPECIAL ALLEGATION – 1

### AGGRAVATED WHITE COLLAR CRIME

It is further alleged, pursuant to Penal Code section 186.11(a)(2), that the offenses set forth in Counts 1 through 6 are related felonies and, a material element of which is fraud and embezzlement, which involve a pattern of related felony conduct, and the pattern of related felony conduct involves the taking of more than One Hundred Thousand Dollars ($500,000).

(Superior Court of the State of California – Felony Complaint [Pg. 5]
(https://www.slideshare.net/secret/JB03WYnDXWRKJG))

## April 2017—Two Months After His Arrest on 14 Felony Counts, With the Case Still Active, Enochian First Hired Gumrukcu To Consult On Its Proposed Cancer Vaccine

Just 2 months after his arrest on over a dozen felony charges, while his criminal case was ongoing, Enochian engaged 'Gumrukcu Health LLC' in April 2017, to consult on the efficacy of the company's cancer vaccine, per the company's SEC filings. [Pg. 7 (https://www.sec.gov/Archives/edgar/data/0001527728/000173112218000094/e1146_form10k.htm)]

## January 2018—Just 19 Days Before Gumrukcu Was Scheduled to Appear In Court To Defend Himself Against Fraud Allegations Related To The Escrow Deal, Davis Was Kidnapped From His Home And Executed

## Gumrukcu Has Now Been Charged with Conspiring To Commission The Murder

According to emails with the California AG, Gumrukcu was arraigned in October 27, 2017, and pled not guilty. He would later appear on January 25, 2018 to accept a guilty plea on one of the felony counts, with the remaining accounts dismissed in light of the plea.

Gregory Davis was murdered 19 days before that pivotal hearing.

As described by the DoJ (https://www.slideshare.net/secret/hNt0Iq2lVcqNGf), on January 6th 2018, Gregory Davis, Gumrukcu's business partner in the oil trading venture and a father of 6 children, was kidnapped from his Vermont home by someone claiming to be a U.S. Marshal. The man drove Davis away from his home, shot him, and left his body in a snowbank.

On May 25th 2022, the Department of Justice announced that Serhat Gumrukcu was arrested for allegedly conspiring to commission the murder.

U.S. Attorneys » District of Vermont » News

**Department of Justice**

U.S. Attorney's Office

District of Vermont

FOR IMMEDIATE RELEASE                                    Wednesday, May 25, 2022

### Two Men Charged in Murder-for-Hire Conspiracy Resulting in Death

The Office of the United States Attorney for the District of Vermont stated that Serhat Gumrukcu, 39, of Los Angeles, California, and Berk Eratay, 35, of Las Vegas, Nevada, were arrested yesterday after having been charged by a federal grand jury in Vermont with conspiring to use interstate commerce facilities in the commission of murder-for-hire which resulted in the death of Gregory Davis, a resident of Danville, Vermont.

(Source: Department of Justice) (https://www.justice.gov/usao-vt/pr/two-men-charged-murder-hire-conspiracy-resulting-death)

We spoke with a relative of Gregory Davis who confirmed that Davis knew Gumrukcu, but that he hadn't known him for very long when they went into business together. The relative also told us that Davis' wife had a 7th child on the way at the time of his murder.

## January 2018—Gumrukcu Pled Guilty To One Felony Count. That Same Month, the Company Entered a Merger Agreement Granting Gumrukcu And Related Entities & Individuals 50% of the Company

### We Asked Enochian Chairman Rene Sindlev If He Knew of The Felony Counts Before the Merger: "We Did"

On January 17, 2018, 11 days after Gumrukcu's alleged murder plot was carried out, Enochian announced a merger deal (https://www.sec.gov/Archives/edgar/data/1527728/000121390018000600/f8k011218ex99-1_dandritbio.htm) with a Gumrukcu-affiliated entity that would result in the formation of Enochian Biosciences. As part of the deal, Gumrukcu's affiliated entity, Weird Science LLC, licensed its intellectual property to the newly formed Enochian Biosciences, resulting in Gumrukcu and his related parties owning ~50% of Enochian. [Pg. 8] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112220001098/e2186_10-ka1.htm)

Eight days later, on January 25, 2018, Gumrukcu appeared and pled guilty to one felony count of Second-Degree Commercial Burglary, per correspondence with California AG.[8] The imposition of his sentence was suspended and Gumrukcu was placed on formal probation for 5 years. The remaining counts were dismissed in light of the plea.

The merger deal closed (https://www.prnewswire.com/news-releases/dandrit-biotech-announces-completion-of-the-acquisition-of-enochian-300600864.html) less than a month later, on February 16th, 2018, while Gumrukcu was a convicted felon awaiting sentencing. We asked Enochian Chairman Rene Sindlev whether he knew of the felony charges before the merger:

Privacy • Terms

> Hindenburg: "But of course you did know of these felony counts before the merger, right?"
>
> Chairman Rene Sindlev: "We did."
>
> Hindenburg: "You did know about them?"
>
> Chairman Rene Sindlev: "Yes."

When asked why it was never disclosed to investors, Sindlev said court records are public.

Gumrukcu's relationship with Enochian only expanded from there, subsequently including lucrative cash payments. Numerous Gumrukcu-related entities signed consulting deals with Enochian in February and July 2018, earning over $2.7 million in cash for various medical services. [Pg. 13] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112218000117/e1171_form10ka.htm)

## As He Awaited Sentencing, Gumrukcu Attended the Nasdaq Bell Ringing Ceremony for Enochian, Likely With Permission From His Probation Officer

## He Was Praised As Enochian's "Scientific Founder" At the Ceremony

The combined entity later went public on the Nasdaq. Gumrukcu attended the bell-ringing ceremony in New York on December 20, 2018, per pictures (https://www.facebook.com/photo/?fbid=10157008032786204&set=bc.Abr2V_JTyOBBUQ6M0kQvvsngzZm_LklPrrCZ98O1-X3pia3Lsg-wtbxFYScyBhkdsFU5crQihOfsrTJqTF2lzJpmeGZXSh5EXJ62yCq-hFIEMXsEzvwPiXDTeeAQem4toH5ToRt1fk5BJYDl75_rWL6y&opaqueCursor=AbqngxKgH7XHhREY3HJM4MEVSoPntpXWTYO5zrUD_eLdOYwt31ijd8fXKhuFBIJ34bETzDe2scrSRrvABdfY1XUo7-JySdnizRdS5JyBWFg5yiVgOUbo0UQZLlFCu9a3tdYDjtMA1nM5azDOgBl1-SvQgRybTZVawPMkUu66U7KD_r2PFzszjBvCACRk6jHFFTQXDlMJvZ5WcdMf0cmms8suYHzNs2aiQjzlPEqmJuNXWkvAWJxX_I48HQGQRy6bT8c5EBXcu2Q9k91fRn7Z309e5V8KSvr-MjXgR3YUY2ZyaAdYgzaehkcy93rxRjh0jcXh6ZBBKhRJDJyf1s-qcYEAjDoqAB7O-AFiNjSrh_HL1M14mEdshcJoj4ZwbMbDaZM93jEJmIu2ynXmCNC6MDfu_fm_7UZWXIrtTN42RzwK-5mGZtIeSQCwn-Wmx2Zt_jNrK9Df6EdbrL9LywCDVe2kfXQd5Rq7Oh-_V_aiiAM55iEkWdGnJg0sjWqLP5P4BufuqFAQFtt6rXq0_e1e1YksqJxvWIcY30au6N7ybaVIVOvT04IFpfKkKRdopd2jLXbzYAzUp26fm8ZYwc58tVHOWrqiUnh-zDPgWw8Lb2M9Xg) and video (https://www.facebook.com/watch/live/?ref=watch_permalink&v=322740238332304) of the event. Given that he was on probation awaiting sentencing as a felon, and remained on probation (https://www.slideshare.net/secret/K2lwrqZhhqvOoB) until August 2020, he would have likely needed permission from his probation officer to attend.

We spoke with Serhat's LA county-based probation officer. While circumspect, she confirmed that anyone on probation would have to apply for permission to travel outside the state and that conditions about traveling while on probation, among other probation details, could either be set by the probation officer or the court.

Case 2:22-mj-02075-DUTY  Document 11  Filed 06/13/22  Page 135 of 192  Page ID #:282



(Nasdaq opening bell ringing picture (https://www.facebook.com/photo/?fbid=10157008032786204&set=bc.Abr2V_JTyOBBUQ6M0kQvvsngzZm_LkIPrrCZ98O1-X3pia3Lsg-wtbxFYScyBhkdsFU5crQihOfsrTJqTF2IzJpmeGZXSh5EXJ62yCq-hFlEMXsEzvwPiXDTeeAQem4toH5ToRt1fk5BJYDl75_rWL6y&opaqueCursor=AbqngxKgH7XHhREY3HJM4MEVSoPntpXWTYO5zrUD_eLdOYwt31ijd8fXKhuFBIJ34bETzDe2scrSRrvABdfY1XUo7-JySdnizRdS5JyBWFg5yiVgOUbo0UQZLlFCu9a3tdYDjtMA1nM5azDOgBI1-SvQgRybTZVawPMkUu66U7KD_r2PFzszjBvCACRk6jHFFTQXDlMjvZ5WcdMf0cmms8suYHzNs2aiOjzIPEqmJuNXWkvAWJxX_l48HQGQRy6bT8c5EBXcu2Q9k91fRn7Z309e5V8KSvr-MjXgR3YUY2ZyaAdYgzaehkcy93rxRjh0jcXh6ZBBKhRJDJyf1s-qcYEAjDoqAB7O-AFiNjSrh_HL1M14mEdshcJoj4ZwbMbDaZM93jEJmIu2ynXmCNC6MDfu_fm_7UZWXlrtTN42RzwK-5mGZtIeSQCwn-Wmx2Zt_jNrK9Df6EdbrL9LywCDVe2kfXQd5Rq7Oh-_V_aiiAM55iEkWdGnJg0sjWqLP5P4BufuqFAQFtt6rXq0_e1e1YksqIxvWIcY30au6N7ybaVIVOvT04IFpfKkKRdopd2jLXbzYAzUp26fm8ZYwc58tVHOWrqiUnh-zDPgWw8Lb2M9Xg) dated December 20, 2018. Serhat Gumrukcu is second from left)

Company executives were aware of Gumrukcu's legal status at the time. One former executive told us:

> *"[Gumrukcu] was on parole [sic]… he could not go to any conference because he could not leave California without having his parole officer [sic] (sign off on it)."*

## Enochian's Executives And Board Have Been Aware Of Gumrukcu's Criminal Allegations And Have Simply Never Disclosed Any Of It To Investors

## In An Ongoing Lawsuit, Enochian's Former CFO Said He Was Fired After Raising "Critical Questions" About Large Payments To Gumrukcu And The Company's Tight Ties to The Convicted Felon

Subsequent litigation records show that Enochian has been aware of all the above. Former CFO Robert Wolfe has revealed in court records that he was fired when he asked "critical questions" about Gumrukcu and his criminal record.

He also questioned large payments to Gumrukcu or entities he controlled for "security". SEC filings indicate that Enochian spent at least $780,015 on security expenses in 2019 an odd line item for a small biotech company. [Pg. 14 (https://www.sec.gov/Archives/edgar/data/1527728/000173112219000575/e1514_10k.htm)]

Privacy · Terms



(Source: Affidavit of Former CFO Robert Wolfe [Pg. 19]
(https://www.slideshare.net/secret/14YWYKJwf4qzcX))

As reported by Danish media outlet Medwatch (https://medwatch.dk/Medicinal___Biotek/article12155436.ece), Wolfe sued Enochian in Denmark after his termination, kicking off ongoing and back and forth litigation in both Vermont and Denmark.

Enochian's former CEO, Eric Leire, was also terminated 2 days after Robert Wolfe, with no reason provided. [Pg. 23] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112219000259/e1349_10q.htm)

## The Former CFO Says He Was Harassed By Enochian Executives For Months After His Departure

Wolfe claimed he was the victim of a "14-month long campaign of harassment" from the company's top executives following his departure. Per court records, he claimed that Enochian Chairman Rene Sindlev, CEO Mark Dybul, and CFO Luisa Puche each "had direct involvement in this malicious prosecution" against him.

Wolfe's lawyers said that he was terminated because he "persisted in questioning what he believed to be serious financial improprieties at the company".

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 137 of 192 Page ID #:284
Milestone Scientific Inc. (NYSE: MLSS) ... Spoiling Parties Sharing in Magic of Building $100 million Research ... Series of Discloser Drug Claims Lies – Hindenburg Research

> evidentiary hearing on Plaintiffs' motion for preliminary injunction, Plaintiffs terminated Mr.
> Wolfe (and Crossfield) as their Chief Financial Officer (CFO) in January 2019 because – as the
> CFO of a publicly-traded company with fiduciary duties to shareholders and legal obligations to
> the Securities Exchange Commission (SEC) – <u>Mr. Wolfe persisted in questioning what he</u>
> <u>believed were serious financial improprieties at the company.</u> Upon wrongfully firing Mr. Wolfe

(Source: Vermont Superior Court [Pg. 2]
(https://www.slideshare.net/secret/kpfiSVn7e9DGdm))

Wolfe's latest countersuit is set to go to trial on January 17th, 2023.

## Gumrukcu's Felony Guilty Plea Was Later Reduced to a Misdemeanor Due to His Repayment of Restitution to His Victims

As noted above, Gumrukcu's 14-felony charge was later reduced to just one felony, per a plea deal. Then, in August, 2020, it was further reduced to a misdemeanor, according to court records (https://www.slideshare.net/secret/8i3EPqVYTeRuZg).

When we contacted the California Attorney General's office to ask how he was able to essentially get out of such a serious spate of charges, we were told that he reached a plea deal by paying $1.1 million in restitution:

> *"This deal was reached due to the fact that restitution in the amount of $1.1 million was paid in full to the victim prior to the plea. On August 10, 2020, defense attorney Donald Re filed a motion for termination of probation, reduction to a misdemeanor and expungement. The court granted the defense motion." – Natasha Howard, Deputy Attorney General*

## Part 4: Serhat Gumrukcu's Medical Background, Qualifications and Work Experience Appear To Be A Total Fabrication

Core to Gumrukcu (and Enochian's) claims is that he is a brilliant doctor that has come up with cures, vaccines and treatments for some of the world's most complex diseases.

But through extensive research, we have found that virtually all of Gumrukcu's credentials—his medical degree, PhDs, and prior work and volunteer experiences are a total fabrication.

### Gumrukcu Claims In His Official Biography To Have Completed Medical Studies in Turkey (2004) Earned A Medical Degree In Russia (2006) A PhD in Russia (2008) Then Another PhD In Turkey (2010)

Privacy • Terms

Our first major sign that something was amiss were Turkish arrest records that clearly identify Gumrukcu's highest level of education being a high school degree. This, of course, wildly contradicts Gumrukcu's two biographies online:

1. His (archived) Enochian Biosciences profile (https://web.archive.org/web/20220525180633/https://www.enochianbio.com/about-us/inventor-and-co-founder/); and
2. His (still current as of the time of this writing) Seraph Research Institute profile (https://seraphinstitute.org/team/serhat-gumrukcu-md-phd/)

According to those biographies, Gumrukcu:

- 2004: Completed his medical training at Dokuz Eylul University in Izmir, Turkey.
- 2006: Finished his medical degree in Russia at I.M. Sechenov Moscow Medical Academy/First Moscow State Medical University and received his MD.
- 2008: Obtained the "Russian equivalent of a PhD" from First Moscow State Medical University.
- 2010: Obtained a second PhD in psychology from Ankara University.

## Gumrukcu's Own Public Claims About His Educational Background Contradict Each Other

## The Russian Transcript Gumrukcu Posted On His Website Claims He Had Been in Studying Russia Since 2000, When His Biography Says He Was In Turkey

But even these claims are contradicted by the evidence Gumrukcu provides to support them.

The most detailed piece of evidence Gumrukcu shows supporting his educational credentials is a transcript (https://seraphinstitute.org/wp-content/uploads/2022/02/Dr-Serhat-Gumrukcu-Residency.pdf) from Moscow's First Russia State University, posted to his Seraph Institute's website (https://seraphinstitute.org/wp-content/uploads/2022/02/Dr-Serhat-Gumrukcu-Residency.pdf).

The transcript shows Gumrukcu enrolled in September 2000 and graduated with his M.D. in June 2006 This is completely inconsistent with Gumrukcu's own claims. **Gumrukcu's biography page on the same site claims that he was studying in Turkey until 2004.**



Serhat Gumrukcu, born on November 15, 1982,
1) On 1/9/2000 was enrolled in the Department of General Medicine (intramural education) of I.M. Sechenov Moscow Medical Academy (the 1st year of study) (Order No. CT-139-0809 as of 21/8/2000);
2) On 27/6/2006 was dismissed from the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development due to the end of the term of study in accordance with the curriculum and assignment of the Medical Doctor qualification in the sphere of Medical Care by the Decision of the State Attestation Commission dated 20/6/2006; a Specialist Diploma on higher professional education with honors ДНС 0195890, registration number CT25-0693 (registration number 21/6/2006 as per standard state form was issued (Order No. CT-25-0693 as of 27/6/2006);
Reason: fund No. 726, student's personal record No. 91, registration book for issuing diplomas for 2006.
3) On 1/9/2006 was enrolled in the residency of the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development (Department of Medical Genetics), (Order No. CT-312-0701 as of 15/8/2006);
4) On 29/8/2008 was dismissed from the State Educational Institution of Higher Professional Education I.M. Sechenov Moscow Medical Academy of the Federal Agency for Healthcare and Social Development due to the end of the term of study in accordance with the curriculum and assignment of the Doctor/Laboratory Geneticist qualification in the sphere of Laboratory Genetics by the Decision of the State Attestation Commission dated 30/7/2008; a Specialist Certificate on the residency completion No. 4512 dated 29/8/2008 was issued (Order CT-54-0942 as of 29/8/2008).

(Source: Seraph Research Institute (https://seraphinstitute.org/wp-

Privacy • Terms

Gumrukcu also said in a 2021 interview (https://youtu.be/xiWqrQlmRqA) that he attended Turkey's Dokuz Eylul University from 2000 – 2004 but had to "take a break" before transferring to a Russian school.

## A School Administrator And Fellow Student In Turkey Confirm That Gumrukcu Attended Dokuz Eylul University From 2000, But Never Graduated

An administrator at Dokuz Eylul confirmed Gumrukcu maintained an active student registration from September 2000 until 2008, the same year the transcript shows him completing his residency in Moscow. The source told us, however, that Gumrukcu failed to complete his degree at Dokuz Eylul and that his university registration expired in June 2011 without his graduation.

We also contacted a fellow student, Dr. Fatma Başak Çoğalmış, who attended Dokuz Eylul University with Gumrukcu. She told us she completed high school with Gumrukcu, and that they both began their medical studies at Dokuz at the same time. However, Gumrukcu had attendance issues during his medical internship and didn't graduate with her. She was adamant that he was there until around 2006.

## Multiple Sources Confirm Gumrukcu Never Earned His Russian Medical Degree

## The Russian University Confirmed Gumrukcu Never Enrolled, Let Alone Graduated.

## We Also Checked the Official Russian National Degree Database, Which Has No Record of Gumrukcu's Claimed Diploma

To investigate our suspicions regarding Gumrukcu's claimed Russian medical degree, we contacted administrators from First Moscow State, who checked Gumrukcu's name and registration number (#12240) from the pictures of Gumrukcu's diploma posted on his Seraph website.

We received an official response (https://www.slideshare.net/secret/IkUZGWsKAqw0jP) from First Moscow State confirming **they have no record of Gumrukcu's medical diploma or supposed PhD**: "In the book of registration of diplomas … registration number 12240 dates 06/27/2006 in the name of Serhat Gumrukcu does not appear."

To be sure, we had an investigator check the school's archives in person and conduct further due diligence around Gumrukcu's activities in Russia.

After reviewing the physical and digital archives, our investigator confirmed: **"His name is not anywhere in their records… he didn't even register."**

We also checked with the Russian national degree registry (https://obrnadzor.gov.ru/gosudarstvennye-uslugi-i-funkczii/7701537808-gosfunction/formirovanie-i-vedenie-federalnogo-reestra-svedenij-o-dokumentah-ob-obrazovanii-i-ili-o-kvalifikaczii-dokumentah-ob-obuchenii/) to identify Gumrukcu's claimed medical degree. The online registry turned up no sign of Gumrukcu or his claimed credentials.

In addition to his First Moscow State M.D., Gumrukcu also claims that he earned a PhD in Medical Science (https://seraphinstitute.org/wp-content/uploads/2022/02/Dr-Serhat-Gumrukcu-MD.pdf) from the People's Friendship University of Russia (RUDN) in 2012. To confirm this, we consulted Russia's RUDN PhD database (https://repository.rudn.ru/ru/) again, no record existed of Gumrukcu authoring or defending a PhD thesis.

Privacy • Terms

6/1/22, 9:02 AM
Market Manipulator Tirico, Inc. – Law X Sports Betting Truth in Magic – Building Stock Zillion Wager – Abuse of a Teaser on Lifetime Lies – Hindenburg Research

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 140 of 192 Page ID #:287

### We Also Checked With Border Police and Local Police Who Have No Record Of Gumrukcu Having a Russia Visa, And No Record of Him Having Been In the Country

Our investigator also checked with local police to learn more about Gumrukcu's student visa. Much to our surprise, we learned that Gumrukcu had no Russia visa at all, not even a tourist visa. This indicates that he either spent a very brief time in the country or may have never been to Russia at all, let alone spent 8 years there earning multiple degrees.

Further, we checked with border police, who have records of travel dates of anyone coming in and out of the country. They too had no record of Gumrukcu having been to the country.

### Russia Has A Black Market Medical Degree Problem, As Reported By Media

### Our Research Indicates It Is Highly Likely Gumrukcu Purchased a Fake Black Market Russian Medical Degree

Our local investigator told us that purchasing fake medical diplomas from Russia is fairly common, and that one like Gumrukcu's could be purchased for around $15,000.

This issue has been covered extensively by media, which has noted that fake medical degrees are among the most commonly purchased. [1 (https://news.trust.org/item/20100907100400-5mtw7),2 (https://www.abc.net.au/radionational/programs/latenightlive/breaking-down-russias-culture-of-fake-degrees/7482698),3 (https://blog.siasat.pk/officials-fake-medical-degrees-russian-chinese-schools/),4 (https://www.themoscowtimes.com/2010/09/02/fake-diplomas-fake-modernization-a1118)]



(Source: Thomson Reuters (https://news.trust.org/item/20100907100400-5mtw7) citing the Moscow Times)

### As Part of Our Research, We Purchased A Black Market Medical Degree From The Same University, Claiming the Same Major, And With The Same "Official" Seal As Gumrukcu's – The Process Was Frighteningly Easy

Intrigued by that detail, we sought to learn more about Russia's fake degree industry. It is still a common problem, and until recently they used to be so readily available that they were sold in subway stations, according to our investigator.

We eventually decided to purchase our own fake Russian medical degree to test the process; it was frighteningly easy. The most difficult aspect was smuggling it through a neighboring country and shipping it to the U.S. due to recent wartime export restrictions.

Privacy · Terms

We are proud to announce that "Dr." Nate Anderson, founder of Hindenburg Research, also has a (fake) M.D. from Moscow State, complete with the same date, same field of study, and same official seal, known as an apostille, that Gumrukcu boasts.



(Figure 1: Hindenburg Research-purchased Forged First Moscow State M.D. (https://www.slideshare.net/secret/IR5QbnyTi7akpM), bearing the name of Nathan Anderson, Hindenburg's founder, as part of efforts to understand the black market medical degree industry.)

Additionally, as noted in the side-by-side comparison below, the "official seal" is identical on both degrees, showing that just about anyone can easily purchase forged medical degrees.

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 11-1 Filed 06/13/22 Page 142 of 192 Page ID #:289
Miracle Cures and Murder: Our Deep Dive into Stock-Promoting Russian Magician Dr. $3.2 Billion Vickers Vantage's Healthcare SPAC Merger – The Case of Serhat Gumrukcu and His Miracle Cures – Hindenburg Research



(Figure 2: Stamp of Legitimacy for Forged First Moscow State M.D. (https://www.slideshare.net/secret/IR5QbnyTi7akpM ) purchased by Hindenburg Research as part of our research into the Russian black market for medical degrees.)



(Figure 3: Stamp of "Legitimacy" For Serhat Gumrukcu's claimed M.D. From First Moscow State [Pg. 4] (https://seraphinstitute.org/wp-content/uploads/2022/02/Dr-Serhat-Gumrukcu-MD.pdf))

Privacy · Terms

## Gumrukcu's Claims Of Earning a Turkish PhD in Psychology Also Appear To Be Fake: A Search of Turkey's Official PhD Thesis Repository Shows No Record Of A Thesis by Gumrukcu

### We Checked With Professors In the Psychology Department Who Confirmed They Had No Recollection Of Gumrukcu Attending, Let Alone Writing And Defending a Thesis

Gumrukcu also claims that he earned a PhD in Psychology (https://seraphinstitute.org/team/serhat-gumrukcu-md-phd/) from Ankara University (Turkey) in 2010. Given that he dropped out of his undergraduate and medical program and appears to have faked his Russian studies, we also found this claim dubious.

By Turkish law (https://www.openaire.eu/blogs/open-access-to-theses-and-dissertations-in-turkey-has-been-enacted-by-the-parliament), all PhD theses are electronically uploaded to Turkey's Council of Higher Education (https://tez.yok.gov.tr/UlusalTezMerkezi/) database. **A search for Gumrukcu's PhD thesis yielded no results.**

Ankara University wouldn't confirm or deny Gumrukcu's attendance without a court order, but the head of the psychology department said she and her colleagues researched the issue and had no recollection of Gumrukcu:

> *"We, as the professors of the Department of Clinical Psychology, do not remember this student by name…When we researched him, we came across articles stating that he was a doctor. This too can be investigated. I hope the information he gives is somehow correct."*

## Gumrukcu Does Not Appear to Have Ever Been a Licensed Doctor in Turkey, Contrary to His Claims

### The Turkish Ministry of Health, The Office of the Turkish President, And The Turkish Medical Association All Confirmed To Us That No Registration Records Had Been Found For Gumrukcu

In a November 2019 press release filed with the SEC (https://www.sec.gov/Archives/edgar/data/0001527728/000173112219000737/e1600_99-1.htm), Enochian claims Gumrukcu formerly worked as a physician in Turkey, licensed by the Ministry of Health:

> *"Dr. Serhat Gumrukcu continued his training in various institutions and **started working as a physician licensed by the Ministry of Health of Turkey in 2008**."*

We also examined this claim, sending an information request to Turkey's Ministry of Health, who told us they had no records of Serhat Gumrukcu:

> *"To whom it may concern – As a result of the investigation of the records of the Ministry, no registration records have been found regarding the mentioned person. – For your information."*

We also checked with the Office of the Presidency of the Republic of Turkey. A spokesman responded:

> *"According to information from senior Turkish officials, it has been determined that there is no doctor registered with this name in Turkey."*

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 144 of 192 Page ID #:241
Moderna Sues Aldeyra for First-Law X Spontane! Catching Truth in Magical Building $600 Million Raise – 4 Years of a Laser Pointer in Theaters – Hindenburg Research

We also reached out to the Turkish Medical Association (http://www.ttb.org.tr) to see if it had any record of "Dr. Serhat Gumrukcu." In an email reply, Dr. Vedat Bulut, Secretary General of the Turkish Medical Association, said there was no record of Gumrukcu's registration.

> "As a result of the examination of our records, the record of Serhat Gumrukcu could not be found."

## Gumrukcu Also Claimed In His Biographies To Have Worked For Organizations Like UNESCO and the St. Petersburg Institute of Bioregulation, Among Others

### It Appears These, Too, Were Fabrications Or Exaggerations. Official Spokespeople From Each Said They Had No Record of Gumrukcu's Membership

In a 2021 video interview (https://youtu.be/xiWqrQlmRqA), Gumrukcu claimed to have worked for "UNESCO and other aid organizations". The same UNESCO claim was made in this 2021 written (https://www.posta.com.tr/yazarlar/melis-apaydin-ide/izmirden-amerikaya-uzanan-basari-hikayesi-2321268) interview. But when we contacted UNESCO, they couldn't find any record of him, telling us:

> "After verification in our books, please be informed we have no records of [Gumrukcu] in our databases."

Danish journalists reported (https://www-dr-dk.translate.goog/nyheder/viden/kroppen/behandlede-kraeftsyge-boern-fra-danmark-kontroversiel-laege-i-usa-samarbejder?_x_tr_sl=da&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc) that Gumrukcu's *LinkedIn* profile included his fellowship with the St. Petersburg Institute of Bioregulation in 2010, the same year he allegedly earned a PhD in *Turkey* at Ankara University.

They fact-checked this claim by reaching out to a director at the institute. After checking her archives and asking her colleagues, she found no evidence (https://www-dr-dk.translate.goog/nyheder/viden/kroppen/behandlede-kraeftsyge-boern-fra-danmark-kontroversiel-laege-i-usa-samarbejder?_x_tr_sl=da&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc) that Gumrukcu had ever been there. A translated version of the Danish media article reads:

> "Shortly after Dr. Viden sent a series of questions to Serhat Gumrukcu, however, the LinkedIn profile was changed so that St. Petersburg Institute of Bioregulation was no longer mentioned."

Gumrukcu's biography includes membership in several medical organizations, including ASCO and ASGCT, or the American Society of Gene & Cell Therapy.

While ASGCT confirmed he *is* a member, they also told us that the only prerequisite for membership is a "demonstrated professional interest in gene and cell therapy" and that they don't check medical credentials. They also confirmed that Gumrukcu's committee positions, which ended in May 2021, were simply volunteer positions where the primary responsibility was organizing an annual meeting.

ASCO, on the other hand, denied his membership completely, calling into question yet another of Gumrukcu's claims. An American Society of Clinical Oncology spokesperson w us:

> *"Dr. Serhat (Daniel) Gumrukcu is not a member of ASCO. Thank you for contacting ASCO."*

## "I Agree Retrospectively I Should Have Done Some Due Diligence"

## – World-Renowned Microbiologist Who Briefly Served On Enochian's Scientific Advisory Board And Was Previously Quoted as Being "Blown Away" By Gumrukcu's "Brilliant Creativity"

In addition to likely fabricating his entire academic career, Gumrukcu has misrepresented numerous other claims about his background.

Gumrukcu, Enochian and Seraph Medical have frequently mentioned professional relationships with eminent, international doctors and researchers in an effort to piggyback on their credibility.

Dr. Peter Piot (https://en.wikipedia.org/wiki/Peter_Piot) is a highly respected, British-Belgian microbiologist who previously held senior positions in the United Nations and World Health Organization (WHO) and is renowned for his research on Ebola and AIDS.

He was quoted as being "blown away" by "Doctor" Gumrukcu´s "brilliant creativity" as recently as January 2022, in this letter to Enochian shareholders (http://www.enochianbio.com/wp-content/uploads/2022/01/Enochian-Shareholders-Letter_01.24.2021.pdf).



Enochian
BioSciences

"I was intrigued by Enochian's inventor and Co-Founder, Dr. Serhat Gumrukçu's presentation at an important scientific meeting in December 2019, where he cited the early data and very innovative strategy to potentially cure HBV. Link to Press Release

*Dr. Peter Piot, KCMG, FRCP, FmedSci, Handa Professor of Global Health, London School of Hygiene and Tropical Medicine, former founding Director of UNAIDS and co-discoverer of the Ebola virus*

"I have been working on pandemics for over 40 years and was blown away by the brilliant creativity of the inventor, Dr. Serhat Gumrukçu, and the sophistication and elegance of the scientific approach to potentially treat and prevent any variants of SARS-CoV-2 and Influenza. If the impressive results in animal models are confirmed in people, there is the potential to contribute significantly to fighting COVID-19. Perhaps as important, it is possible that Enochian's products could prevent future pandemic threats from corona- and influenza viruses." Link to Press Release

Dr. Piot was a member of Enochian´s scientific advisory board for about 45 days between August 30, 2021 (https://www.sec.gov/Archives/edgar/data/1527728/000173112221001457/e3067_8k.htm) and October 15, 2021 (https://www.globenewswire.com/news-release/2021/10/15/2315232/0/en/Scientific-Advisory-Board-Member-Resigns-Due-to-Conflict-with-Responsibilities-with-Important-Public-Sector-Entity.html) Upon his appointment, he was quoted as saying (https://www.sec.gov/Archives/edgar/data/1527728/000173112221001457/e3067_8k.htm):

> *"I have been working on pandemics for nearly 50 years, and was blown away by the genius of the inventor, Dr. Serhat Gumrukçu."*

We contacted Dr Piot via his office at the London School of Hygiene and Tropical Medicine to ask about Gumrukcu. In email to us last week, Dr Piot said:

Privacy · Terms

6/1/22, 9:02 AM

Case 2:22-mj-02075-DUTY Document 11 Filed 06/13/22 Page 146 of 192 Page ID #:243

Miracle cures and Mr. 007 – The Law & Space Gambling Push Magic and Billion Dollar Valuations – EnochianLaser Gene Lies – Hindenburg Research

> *"I was not aware of Mr. Gumrukcu's arrest as I don't follow at all his work or company. Whereas I indeed had agreed to join a scientific board, I actually resigned before we ever met because of a new position I took on. I never received any compensation. I agree that retrospectively I should have done some due diligence, but it was the science that attracted me. I was not aware of any of the issues about his qualifications."*

We also spoke to Rene Sindlev, Enochian's Chairman, after the news of Gumrukcu's recent arrest. Sindlev insisted that Gumrukcu's science has been validated, invoking Piot's name to us:

> *"Peter Piot is a respiratory specialist. But Peter Piot is definitely one of them. He's an expert in respiratory diseases. He has validated and he has seen science behind Covid and Carol Brosgart from our board said this is beyond a genius coming to… with such an invention."*

When we followed up with Piot and asked whether he had validated the science presented by Gumrukcu, he later wrote:

> *"I have never validated anything, and they should not use my name."*

He also clarified that he never authorized the use of a quote referring to the "genius" of Gumrukcu but did agree to the wording "brilliant creativity":

> *"I can now confirm I asked the company not to use the word 'genius' but 'brilliant creativity'. I wasn't aware this was still on their website and will ask to remove it."*

## "I Never Wore A Seraph Coat. It´s A Forgery…I Feel Such A Fool."

## – International Cancer Doctor That Gumrukcu Claimed Had Been His Mentor

Israeli doctor Shimon Slavin (https://en.wikipedia.org/wiki/Shimon_Slavin) specializes in cancer immunotherapy. He is listed as scientific and medical adviser (https://seraphinstitute.org/team/shimon-slavin-md/) at Gumrukcu´s private clinic, Seraph Medical, which shares a building with Enochian.



In a November 2019 press release (https://www.globenewswire.com/news-release/2019/11/25/1951877/0/en/Enochian-Biosciences-Expands-its-Infectious-Disease-Pipeline-by-Entering-into-an-Agreement-in-Principle-to-Acquire-an-Exclusive-License-for-a-Novel-Hepatitis-B-Virus-Treatment.html) from Enochian, Slavin is credited with being Gumrukcu´s "mentor" and this quote, attributed to him, appears to heavily endorse Gumrukcu´s work:

> "On agreeing to join the Institute's scientific board, one of the world's leading experts and his mentor in immuno-oncology, Prof. Shimon Slavin said, "Dr. Gümrükcü was a young Turkish post-doc with interesting ideas when I first met him eight years ago. I am looking forward to our future collaboration in developing and implementing novel cancer treatments at Seraph Research Institute."

We contacted Dr. Slavin by phone. He seemed unaware that he was a member of Seraph Research´s scientific advisory board:

> "My assistant sent me the photo that appears on the Seraph website and I see myself wearing the Seraph coat. I do not recall that picture but I see the coat was from the Seraph Institute. I was never in Seraph, never in LA and so that must be a photomontage. **I never wore a Seraph coat, it's a forgery…I feel such a fool.**"

He denied he was Gumrukcu´s "mentor" and said he had met him just once, for "one or two days" in Israel about 15 years ago.

> "I've never been there (to the Seraph Medical institute) in my life. I have seen Serhat. He came to see me in Israel about 15 years ago with a patient. He never studied under me. He came to me. The first time I met him in my life was when he came to me with a patient with multiple myeloma. I think, a Turkish patient and since then I have not seen him.  I have interacted with him (via the internet)."

Dr. Slavin freely admitted he had been duped by Gumrukcu´s comments, even though he knew he was not a licensed MD in the U.S.:

> "I interacted with him over email. He's very knowledgeable when you talk to him. He seems like an expert. I knew he did not have a license in America because he told me that straight out. He sounds like an expert, there was no reason to suspect him. That was from a personal point of view, I never checked his qualifications.

In a follow-up email he also emphatically denied having validated any of Enochian or Gumrukcu´s scientific claims:

> "I never visited him and never saw his facility. I never wore Seraph coat as shown in the picture, so how could I validate his science?"

## "My Father Found Him Interesting. He Was Bending Spoons With Hypnosis…He Wasn't Working At Our Clinic And We Have Never Worked With Him."

## – Son Of Doctor That Gumrukcu Claimed To Have Worked Closely With

Privacy · Terms

In November 2019, Gumrukcu and Enochian claimed (https://www.globenewswire.com/news-release/2019/11/25/1951877/0/en/Enochian-Biosciences-Expands-its-Infectious-Disease-Pipeline-by-Entering-into-an-Agreement-in-Principle-to-Acquire-an-Exclusive-License-for-a-Novel-Hepatitis-B-Virus-Treatment.html) he "work[ed] under Suat Arusan," a widely-known Turkish doctor practicing in the field of leech therapy.

Dr. Arusan died (https://www.manisakulishaber.com/genel/manisali-doktor-hayatini-kaybetti-h89413.html) in April 2021, but we spoke to his son, Cüneyt Arusan, who adamantly denied the two had worked together. Instead, Arusan said, the two discussed Gumrukcu's interest in spoon bending, "but he wasn't working at our clinic and we have never worked with him."

> "We have met with him (Gumrukcu) through a friend. We met with him a couple of times and had conversations. My father found him interesting—he was bending spoons with hypnosis. My father (Dr. Suat Arusan) found it interesting and arranged for him an appearance at a TV show. But he wasn't working at our clinic and we have never worked with him. I don't know if he had a medical license."

## Part 5 – "Dr. No" the Magician or "Dr. Serhat" M.D. – Unraveling the True Gumrukcu

### Enochian "Spent A Lot Of Money" Erasing Gumrukcu's Career As A Magician From The Internet, Says Former Executive

### But We Unearthed His History in Second-Hand Bookstores and Old Magic Shops in Turkey

According to local magicians in Turkey we interviewed, as a youth, Gumrukcu began his career as a magician, performing standard magic tricks under the stage name "Dr. No."

He progressed over the years to claims of mystical healing, spoon bending, firewalking, and unravelling the secrets of wellness through his mastery of "quantum and information philosophy." Much of this new age mysticism occurred while he was supposedly earning his M.D. and PhDs in Russia.

A former longstanding executive at Enochian told us that the company "spent a lot of money to erase that. A lot of money."

Scant evidence of Gumrukcu´s magic tricks remain online, but our investigators were able to reconstruct a more detailed picture after trawling backstreet magic shops and second-hand bookstores in the bazaars in Istanbul and his hometown, Izmir.

We turned up CDs, DVDs – some in obsolete formats that needed to be digitally unlocked.

Gumrukcu´s former magic mentor Ozlen Tuncer, known by his stage name (http://www.magictora.com/?fbclid=IwAR2hc91TTiJdYI-fMGS1iq-bugBtX1Yahk-QEv2UR8rbWBRgtEVbZIgaff8) "Dr. Tora", discovered two grainy DVD recordings in a cardboard box in the backroom of a magic shop where he recalled his protégé had performed one of his first public shows.

Privacy · Terms



(Gumrukcu's magician mentor, "Dr. Tora".
Source: Dr. Tora's website
(http://www.magictora.com/images4/tora1.jpg)
)

Old magazine articles and ads showed that Gumrukcu was regularly doing magic performances on stage and for TV between 2001 and 2006 in Turkey. He also offered healing seminars and motivational coaching sessions up until at least 2009, also in Turkey.

Another of our contacts discovered a dog-eared copy of an illustrated interview bundled up with string with scores of other magazines in a second-hand bookstore in an Istanbul bazaar.

The extensive footage we obtained from hard-copy videos and still photographs, show Gumrukcu performing various magic shows in the early 2000s. (Note from earlier that Gumrukcu's Russian medical degree transcripts claim he was attending school in Russia from September 1, 2000 until August 29, 2008.)



(Aug. 2001: Gumrukcu performs at the Magic Gala in
Izmir, Turkey. Click here for video
(https://youtu.be/rIgUR4bPupc?t=2448))



(Aug. 2002: Gumrukcu performs at the Magic Gala in
Izmir, Turkey, presenting a levitating wand. He was
introduced as "Dr. No", a medical student. Click here for
video (https://www.youtube.com/watch?
v=bb474BiC0aE&t=3005s))

Privacy • Terms



(2002: Gumrukcu performs in the back of a magic shop in
Turkey. Click here for video
(https://www.youtube.com/watch?v=eyR73nO4xIs).)

## Gumrukcu's Magic Mentor Lamented That He Hoped Gumrukcu Would Use His Magic For Good

## Instead, He Used It For Evil: "He Could Cheat Arabs Easily. They Had Lots Of Money But They Didn't (Have) Knowledge About Magic"

Gumrukcu split from his mentor, Ozlen Tuncer, in 2002. We interviewed Tuncer, who said he "taught him about manipulation plus how to use the brain... how to control the perception of people".

According to Tuncer, the pair split because Gumrukcu wanted to move too fast and learn faith-healing tricks. Alas, Tuncer concluded, Gumrukcu "did not use those for good goals" and said he spent long periods in the Gulf cheating Arabs:

> "I did not teach him (about cures and healing). I did not know that he knew about these things. I did not talk about it. He did not pretend to be a miracle maker with me."

## 2006: Turkish TV Ran an Expose On Gumrukcu's Spoon-Bending Tricks (During a Time When Gumrukcu Would Later Claim To Have Been in Russian Medical School)

In late 2006, the Turkish esoteric magazine "Chi" published a six-page spread (https://www.slideshare.net/secret/smc17kHcXWE3XB) on Gumrukcu and his practice of spoon-bending. Chi wrote:

> "[U]sing his brain power, he first bent and broke the spoons, twisting the keys in his pocket with the permission of a few people, only by looking from a distance." [9]

Privacy • Terms



(Source: 2006 "Chi" Magazine
(https://www.slideshare.net/secret/smc17kHcXWE3XB) Interview)

In a now-deleted post (https://web.archive.org/web/20161228121723/http://www.urigeller.com/richard_bach__serhat_/), widely debunked "mentalist" Uri Geller described Gumrukcu's ability to heal people with his hands, stating that he "truly possesses the healing touch." While we don't know exactly when this was published, the post claims that Gumrukcu was traveling around Europe using his supernatural "gift" to heal people.

Most of all, he truly possesses the healing touch. Hanna has been troubled by pain in her shoulder for years, despite the attentions of the best specialists in Harley Street and the NHS: Serhat's hand has taken away the pain.



"The sensation was indescribable," Hanna said afterwards."There was a little tingling, a feeling of warmth — but most of all I was aware of a higher intelligence, something guiding the energy."

Serhat's fame is spreading, and he is jetting across Europe, trying to use his learning and his gift to help as many people as he can. Some are wealthy, some are ordinary and at least one is a titled member of a European royal family.

A February 2008 advertisement in an alternative healing magazine shows Gumrukcu teaching courses at the Ay Education Center in Istanbul.

Privacy · Terms



The advertisement reads (translated):

> *"Dr. Serhat Gumrukcu is an expert on quantum and information philosophy. He is a psychologist who has been granted master's degree in these subjects. He was praised by the NYT and gives training on the essence of healing, shaping the flow at Ay Consultancy and Education Center. He will answer the questions of what energy is, how the universe works and which rules apply, where our minds and consciousness stand."*

In 2009, Gumrukcu ran seminars on [firewalking (https://www.candaniceri.com/benden-iceri)](https://www.candaniceri.com/benden-iceri) in Istanbul.

Eventually, Gumrukcu's claims went from magic, to magical healing powers, to claims of being an actual doctor capable of treating terminal diseases, which ultimately led to his arrest in Turkey and flight to the U.S.

## Part 6: Gumrukcu Has Siphoned An Estimated ~$20 Million From Enochian Shareholders While Executives Protect Him And Silence His Detractors

### While Gumrukcu Seemed To Enrich Himself By Charging Desperate Families Outrageous Sums For Dubious Medical Procedures, He Also Managed To Siphon Millions From Publicly-Traded Enochian Biosciences To His Privately-Owned Entities

As a pre-revenue company, every dollar that Enochian has comes from the sale of stock or debt to investors.

We estimate that $20 million has been siphoned to Gumrukcu and his various entities, based on SEC filings:

Privacy · Terms

- On February 17th, 2018, Enochian signed a consulting agreement with Weird Science LLC. Enochian paid $112,500 to Weird Science for "medical services" even though Weird Science's two other named individuals, Carl Sandler and Anderson Wittekind, have no medical background. Anderson Wittekind is Gumrukcu's husband. The original incorporation address for Weird Science matches that of Gumrukcu's former LA home (https://blockshopper.com/ca/los-angeles-county/west-athens-westmont-cdp/property/4340019020/9040-dicks-street).[10] [Pg. 13] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112218000117/e1171_form10ka.htm)

- On July 9th, 2018, Enochian signed a research contract with G-Tech Bio LLC, **initially worth up to $2.6 million**, to "assist the Company with the development of" various therapies relating to HIV.[11] **G-Tech is owned** (https://opencorporates.com/companies/us_ca/201812310314) **by Gumrukcu and his husband, Anderson Wittekind, and has no other employees that we can see.** Although the initial 20-month term ended, Enochian continues to pay Gumrukcu's privately owned G-Tech Bio $25,000 per month through a seemingly never-ending consulting agreement. [Pg. 20] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000244/e3501_10-q.htm#a_002)

- On January 31st, 2020, Enochian entered into a license agreement for a Hepatitis B Vaccine with two entities owned by Gumrukcu or his affiliates– G-Tech Bio and Seraph Research Institute– under which Enochian paid $1.2 million up-front as well as agreeing to continuing payments of $144,500 per month with no clear end date. [Pg. 13] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112221001771/e3207_10ka.htm) During the 6 months ended December 31st, 2021, Enochian paid out an additional $1.5 million to Gumrukcu's privately owned entities under this agreement. [Pg. 20 (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000244/e3501_10-q.htm#a_002)]

- On April 18th, 2021, Enochian entered into an agreement for coronavirus and influenza treatment and prevention research with G-Tech and Seraph Research Institute, both owned by Gumrukcu or his affiliates, that included an **up-front payment of $10 million**, a **$760,000 expense budget**, and "additional payments upon the occurrence of certain benchmarks…" [Pg. 13] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112221001771/e3207_10ka.htm)  During the 6 months ended 12/31/2021, **Enochian paid out an additional $150,000 to Gumrukcu's privately owned entities** under this agreement.

In the last 6 months of 2021 alone, Enochian paid a total of ~$3.5 million to G-Tech Bio, LLC, Gumrukcu's privately-owned for-profit entity (https://opencorporates.com/companies/us_ca/201812310314) that is headquartered in the same building as Enochian[12] and that has no employees on LinkedIn (https://www.linkedin.com/search/results/companies/?keywords=%22G%20Tech%20Bio%22&origin=GLOBAL_SEARCH_HEADER&sid=BMI). [Pg. 21] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000244/e3501_10-q.htm#a_002)

> **NOTE 9 — RELATED PARTY TRANSACTIONS**
>
> The Company paid G-Tech $718,500 and $3,537,000, which included payments for consulting agreements related to HIV, contractual costs related to the HBV License and the Development License (See Note 8), and security expenses, for the three and six months ended December 31, 2021, respectively.

We estimate there have been approximately $20 million in total payments to Gumrukcu or entities he and his husband control since 2016.

## Social Media Posts Reveal That Serhat Uses The Money Obtained From Desperate Families and Unsuspecting Enochian Investors To Fund His Lavish Party Lifestyle

Despite claims to have cured many of the world's most challenging diseases, Serhat Gumrukcu seems to have plenty of time for partying.

With his husband Anderson Wittekind and friend Gregory Howell (a former TV show producer who is on the Seraph Research Institute payroll), he attends music festivals, Vegas shows, and prestigious events like the Oscars.

He parties with celebrities and even threw a fundraiser for a congressman.

6/1/22, 9:02 AM
Massive Fraud, Murder-for-Hire, Low-X Space Laundering: Inside a Magnificent Bundle of $600 million in Enochian Research Tax Credit Abuser Allegations – Hindenburg Research

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 155 of 192 Page ID #:252

For example, in late 2017, just several months after Enochian (then DanDrit) loaned one of Serhat's entities $500,000, he went on multiple trips to Vegas with his husband and friends- including Emmy award-winning producer Cindy Cowan.



(Source: Instagram (https://www.instagram.com/p/BZIhcnRgcv2/? utm_source=ig_web_copy_link))

On at least one of these trips, which appears to have been for Gumrukcu's birthday, they appear to have taken a private jet.



(Source: Instagram (https://www.instagram.com/p/Bbs5VOPAhVk/? utm_source=ig_web_copy_link))

In February 2019, Gumrukcu was photographed at an Oscars after party.

Privacy · Terms



(Source: Instagram (https://www.instagram.com/p/Bbs5VOPAhVk/?
utm_source=ig_web_copy_link))

In September 2019, he was photographed at Burning Man.



(Source: Instagram (https://www.instagram.com/p/Bbs5VOPAhVk/?
utm_source=ig_web_copy_link))

In 2021, Gumrukcu shared an Instagram post of himself together with Academy Award-winner Helen Mirren.

Privacy • Terms



(Source: Instagram (https://www.instagram.com/p/CUDnE5mh1-5/))

Earlier this year, Serhat and his husband hosted a party for Congressman Eric Swalwell.



(Source: Instagram (https://www.instagram.com/p/CYvVOcdrfZq/?
utm_source=ig_web_copy_link))

He was also photographed at a Hollywood movie premier with supermodel Heidi Klum.



(Source: Instagram (https://www.instagram.com/p/CZbcJXcLw39/?
utm_source=ig_web_copy_link))

Finally, he was seen at this year's Elton John AIDS Foundation Oscar party (https://www.eltonjohnaidsfoundation.org/event/30th-annual-academy-awards-viewing-party/), hosted by Lady Gaga and attended by other top celebrities.



(Source: Instagram (https://www.instagram.com/p/Cbo8X_jO8wE/?
utm_source=ig_web_copy_link))

We believe Gumrukcu's lifestyle was completely funded by Enochian investors or unsuspecting, desperate families who wanted to believe that "Doctor" Gumrukcu could save their loved ones.

## Enochian Hasn't Disclosed the Criminal Issues of Its Co-Founder And "Rare Genius" Inventor

Enochian Biosciences has not disclosed any legal proceedings to shareholders, even though its executives are engaged in an active and heated legal battle with the company's f... CFO.[13]

Privacy · Terms

Further, the company has omitted Gumrukcu's criminal track record from its SEC filings, as well as omitting the various lawsuits and criminal prosecutions that have been brought against him in the U.S. and abroad.

We believe shareholders should know if a former CFO is alleging "serious financial improprieties" and if a company's co-founder, inventor and 'star scientist' was a convicted felon, is a defendant in multiple lawsuits, and currently faces a criminal trial in Turkish court for medical fraud.

## Instead Of Disclosing The Truth, CEO Mark Dybul Seems Committed To Protecting Gumrukcu's Reputation And "Getting Ahead" Of Any Negative News About His Prized "Inventor"

In a January 2020 interview with MedWatch (https://medwatch.dk/Medicinal___Biotek/article11897006.ece), Mark Dybul was questioned about Gumrukcu's apparent lack of published medical research.

After admitting that he understood the skepticism, saying it was a "reasonable question," he made a series of vague statements about Gumrukcu's education before comparing him to successful college dropouts Bill Gates and Albert Einstein:

> "Conventional approaches are generally not where one finds unconventional geniuses: So he [Serhat Gumrukcu] got his education in Europe – Eastern Europe and Moscow – and he has worked on some very impressive [projects]. And on some very 'impressive things and have come up with some phenomenal ideas.'"

When asked specifically about the Pennsylvania lawsuit which alleged Gumrukcu practiced medicine without a license, used banned or unapproved substances on a child who died soon after, and absconded with $253,000, Mark Dybul refused to comment.

On January 22, 2022, Enochian CEO Mark Dybul wrote an unprompted and bullish letter to shareholders (http://www.enochianbio.com/wp-content/uploads/2022/01/Enochian-Shareholders-Letter_01.24.2021.pdf) in which he noted that progress in the world of biotech is "too often **constrained by traditional diplomas, methodologies, and dogmas**" before admitting once again that all of the "ideas behind Enochian's pipeline come from the inventor, Dr. Serhat Gumrukcu."

We find the defense of Gumrukcu and the timing of this letter convenient for Mark Dybul, whose ~3.7 million stock options– worth over $25 million when Enochian's stock peaked in December 2021– became virtually worthless as the company's share price plummeted ~65% by late January 2022.

## Enochian Chairman Rene Sindlev: "I Was impressed By (Gumrukcu´s) Science And I´m Happy To Say I Have No Clue About Science"

## Close Personal Acquaintance Says Sindlev Believed Gumrukcu Could "Do Miracles…He Fell In Love With Serhat And Trusted Him 100%"

Enochian CEO Dybul isn't Gumrukcu's only promoter. As noted above, Rene Sindlev, Enochian's chairman, offered even higher praise (https://ugebrev.dk/finans/enochian-sindlev-paa-kanten-af-ulovlig-kursmanipulation/) when he compared Dr. Gumrukcu to some of the most impressive thinkers in human history.

Privacy · Terms

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 160 of 192 Page ID #:257

[Translated] *"Hold on tight to your shares. Our researcher and inventor is the biotech world's answer to Zuckerberg, Bill Gates and Larry Page. People close to him compare him to Leonardo Da Vinci, Nicolas Tesla and Einstein in one and the same person."*

This may help explain why Sindlev just purchased (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000958/xslF345X03/ownership.xml) more than 250,000 shares of stock from Gumrukcu (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000960/xslF345X03/ownership.xml) at $8 per share on a day when the stock closed at $5.91 per share, for a total of ~$2 million, of which ~$530,000 is a premium to the market price- a significant windfall for Gumrukcu. The share transfers took place on May 18th, 2022, just 7 days before Gumrukcu was arrested on suspicion of participating in a murder plot.

This week, we spoke with Enochian´s chairman (https://www.enochianbio.com/about-us/board-of-directors/) and co-founder, Rene Sindlev, as he lounged in Cannes on the French Riviera. He chatted for 49 minutes as we tried to clarify his role in enabling Gumrukcu. He seemed unphased by the allegations against Gumrukcu:

*"To be honest I don't care whether he's guilty or not. If he's guilty he has a huge problem and has to take his punishment for that like everybody else. And if he's not guilty I'm happy for him. If he turns out not to be a doctor, I might not even speak to him again because then he has deceived me as well."*

## Enochian Chairman Sindlev Told Us Gumrukcu Operated on His Skin Cancer But Refuses to Say Which Country or State

One of the reasons for Sindlev's underlying trust could be that he himself was treated by Gumrukcu.

A close personal acquaintance, who requested anonymity, told us Gumrukcu removed a "possible cancerous growth" from Sindlev's face, prepared a schedule of chemotherapy and sent the tissue to Switzerland for analysis.

In our phone conversation, Sindlev confirmed Gumrukcu had operated on the growth in late 2017:

*"Actually I have skin cancer. It relapsed after four months and he (Gumrukcu) thoroughly removed it and it has not relapsed ever since."*

Given that Gumrukcu is not an MD and not licensed to practice in the U.S. that operation may have been illegal. Sindlev declined to say where he was treated:

*"That's confidential information. So I can't tell you about it. And I didn't pay for it. He did that as a friendly favor."*

## "If Gumrukcu is Telling the World He's a Doctor and He´s Not Then of Course He Has a Problem…But I Still Have To Admit He's a Genius" – Enochian Chairman Rene Sindlev

On the subject of Gumrukcu´s criminal record and allegations against him, Sindlev said he was unaware of the ongoing criminal prosecution for fraud against Gumrukcu in Turkey, despite the fact Enochian's CEO and a board members have provided character references in his defense as recently as September 2020:

> *"No. I never heard about it…I would say if it had any significance or any seriousness I would probably have been told. I don't know why but I will definitely look into this."*

The legal files for that case in Turkey make clear another central concern about Gumrukcu´s background – that he had no medical qualifications whatsoever, in any country.

Despite evidence gleaned from our research in multiple countries and at multiple universities, Sindlev doubled down on support for his business partner and friend Gumrukcu in our phone conversation:

> *"If he (Gumrukcu)is telling the world he's a doctor and he is not then of course he has a problem. Do we as a company as Enochian have a problem with the science? I still have to admit he's a genius whether he's a doctor or not…Maybe that court reporter in Turkey in 2012 made a mistake. Let's see who is right."*

In what some may consider a projection, Sindlev said of the Turkish criminal court records:

> *"You know those case files could be written up by ignorant people. I've been in front of people like this quite a few times and they write up anything they believe is right and they miss out quite a lot and so do the police."*

In addition to relying on others verify the science, Sindlev also said he relied on others for due diligence of Gumrukcu's background. He insisted that Enochian and a Los Angeles-based attorney had carried out extensive due diligence on Gumrukcu´s credentials:

> *"We have asked his lawyer who is a famous well-reputable, LA lawyer to look into it. They came back to tell us and they showed us documents – his doctor's exams papers and his double PhD, one in Turkey and one he took in Russia."*

> *"I cannot tell you because I don't know I didn't do it. I know it was a very thorough investigation. And I heard they went back to Turkey and they got, I think, his doctor's license from whatever university he graduated from."*

We did those same due diligence checks with universities in Turkey and Russia and with medical boards in Turkey and the U.S. and came up with very different results, as detailed earlier.

## Enochian Chairman Was "Almost Like Blindfolded Or Didn´t Want To See The Truth" – Close Personal Acquaintance

In the course of our phone conversation, Sindlev seemed conflicted between distancing Enochian from Gumrukcu´s arrest over murder-for-hire allegations and defending a personal associate.

The close personal acquaintance we spoke with believes Sindlev may, in fact, harbor serious doubts about Gumrukcu´s background but has now invested too much money in Enochian to back out:

Privacy • Terms

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 162 of 192 Page ID #:259
Enochian BioSciences: Sitting On a Pile of Undisclosed Red Flags With Massive Risk of Potential Losses – Hindenburg Research

*"Even if he (Sindlev) knew everything about Serhat he invested too much money to challenge him. He tried to cover as much as he could. Pretending everything was fine. I think at a certain point it was impossible not to see the reality, there was too much evidence."*

*"What I understood in their relationship is that Rene kind of fell in love with him, he (apparently) never challenged was Serhat told him…Rene was almost like blindfolded or didn't want to see the truth."*

The former senior Enochian executive we consulted, gave us further insight into what he said was the close personal and business relationship between Sindlev and Gumrukcu:

*"I think Rene Sindlev is a victim of…Serhat Gumrukcu.  He transferred a lot of money to him. He was his personal doctor and it's a strange relationship… a bit like the czar of Russia (with Rasputin) …Sindlev's wife was treated first by the guy and they believe in alternative medicine … They don't want a doctor but a guru who fixes everything and they found it with Serhat. He´s thriving on these kinds of people who (are) desperate."*

*"(Rene) has lost so much money to keep this company afloat. They created this company and have this agreement. **But the company is nothing. Just Serhat and his partner.**"*

## Former Senior Executive: "I Left Because I Lost Scientific Trust In What [Gumrukcu] Was Promoting…I Had a Few Facts That Corroborated That He Lied To Me and When Scientists Start To Lie A Little Bit and Massage The Data, Then I Am Afraid to Have Another Elizabeth Holmes Story"

A former senior Enochian executive, talking by phone, described how they left after Gumrukcu lied or failed to provide data when pressed about his supposed brilliant discoveries:

*"What he was promising on the HIV project… I said it was impossible, and he said he had a secret sauce… There's some stuff that was attractive, and he said he had a new solution and so some of the stuff he presented was making sense so it's only when you dig further then you discover, no, that is not working… I was requesting information. It was not coming …. and I confronted him and thought … I said he's lying."*

When the former senior executive brought up questions about Gumrukcu's background, they said the board was "pissed" that such questions were being raised:

*"I don't even know if he's a real doctor. I've seen several biographies—the first bio his medical degree was from Turkey. We never got it when we did due diligence. The board was pissed that I did such due diligence. Then he said it was Moscow… there was something like 5 different backgrounds for the guy."*

The former senior executive also described a "culture of secrecy", where management was routinely excluded from board meetings and where employees were discouraged from asking questions, particularly about financial movements and Gumrukcu´s credentials.

Privacy · Terms

> *"I was pushing the guy to give me data and support the claims, [but] there was this 'no, no, no you shouldn't bother him. The guy's a genius, don't bother him.' That's exactly what happened with Elizabeth Holmes for example—the same kind of cultural secrecy."*

> *"Don't worry, we'll deal with it at the board level", the board told the former senior executive. He added:*

> *"The culture (was) of a lot of yes-men on the board and secrecy. There's no minutes of the board (meetings)...in-camera meetings with just the board no management, and there are no minutes... the company is still there promising the moon and mars and a trip to Jupiter and there are still people applauding and investing."*

## Conclusion: We Believe Serhat Gumrukcu's Long Con Is Coming To An End, Despite Enochian's Directors And Executives Enabling Him Every Step of the Way

Con artists can never succeed without enablers. After years of embracing Serhat Gumrukcu and celebrating him as a genius, Enochian Biosciences executives and board members are attempting to distance themselves, now that he stands accused of murdering a father of six.

But Gumrukcu's extensive criminal issues have been known to the board and executives for years. Instead of ending the relationship, they defended him in Turkish criminal court, they showered him in cash consulting fees following his arrest on 14 felony counts, and they went on a campaign to threaten and torment a former executive that raised concerns about his criminal history.

They also made him a very rich man, giving him a share in the company worth over $100 million. To be clear, this was a two-way relationship—they got paid well along the way too.

They also draped Gumrukcu in credibility, enabling him to prey upon desperate families of terminally ill children who thought they were working with an experienced, highly credentialed doctor.

The board and executives should know by now that this firewalking fraudster hasn't developed cures for some of humanity's most horrible diseases. But the charade plays on as they pretend the unvalidated, un peer-reviewed science is sound, despite extensive evidence that the "inventor" is a con artist for the ages.

To the board members and executives at Enochian: You were either complicit or conned. Either way, you enabled Gumrukcu and it is now time to act. If you continue to support him and the obvious sham that this company has become through your silence, inaction, or continued outright support, it will define your character and career from this point forward.

### Appendix A: Additional Case Studies of Seraph Medical Patients

### Patient #2 – "Help Our Friend to Live" GoFundMe Campaign Aimed to Raise $350,000 To Pay Gumrukcu's for Treatments for a Terminally Ill Patient From Chile. The Individual Died in 2019. Friends Are Still Struggling to Cover the Final Bill

Privacy • Terms

6/1/22, 9:02 AM

Case 2:22-mj-02075-DUTY Document 1 Filed 06/03/22 Page 164 of 192 Page ID #:261

Mata Cures, Cancer Industry, Profit of Fraud – X Spac, Gambling, Turkish Magician, Billion $$ Losses, Phaser Gun Defenses – Hindenburg Research

Family and friends set up this crowdfunding campaign (https://www.gofundme.com/f/ayuda-a-nuestro-amigo-a-vivir?qid=04ffdd7a4c2fb6722cca83c0ffc87346) to support a Chilean patient, named only as Ariel, a father-of-four who was suffering from pancreatic cancer and received treatment at Seraph. The goal was $350,000, of which only one-third had been met.

Ariel died in May 2019 but the fundraising went on, according to a message on the crowdfunding site:

> *"Despite all efforts and our friend, Ariel, desires to live, he is not with us anymore. Nonetheless, we keep our commitment with his memory and his family comprised of his wife and four children below 10-years old. Therefore, our campaign continues! Given that more than USD 300,000 needs to be paid to Seraph Medical, in addition to additional medical bills not contemplated. We count on you!!"*

We spoke by phone to one of Ariel´s friends, who asked not to be named. He explained Ariel had received chemotherapy and blood transfusions prior to going to Seraph. Once there, the main treatment, he told us, was the infusion of "natural killer cells", aimed at naturally supercharging the body´s autoimmune system and destroying cancerous cells.

The friend told us:

> *"He (Gumrukcu) was the doctor who was treating Ariel. Or he was certainly one of them treating him I don´t know if there were others."*

> *"I understood that the doctor of Turkish origin did not have a doctor´s qualification from the U.S. That was something they said at the time Ariel began his treatment but I remember seeing on the page that he didn´t train in the US but somewhere else."*

He said Ariel had been desperate to find a treatment and believes the name of Seraph Medical may have been mentioned by doctors in Washington D.C.

> *"Ariel had a pancreatic cancer that was very advanced and very aggressive and conventional treatments offered no alternative and so he went to US to look for an experimental treatment. He was on the waiting list for some famous place in Texas maybe I think and he spoke to the people at NIH in Washington and he was trying to see what options were open because time was running out and during that investigation he came up with this clinic (Seraph) which was the only option open. There are many people in similar situations and the capacity for these experimental treatments isn´t great."*

Recently, the fundraiser closer to new donations.

## Patient #3 – "Saving Sophie" – Mother Says 9-Year-Old Sophie Ryan Doing "Absolutely Incredibly" on Natural Killer Cell Therapy

## She Knows Treatment Is Not FDA-approved and Never Asked for Gumrukcu´s Credentials

Sophie Ryan was diagnosed with a glioma brain tumor at just 8-1/2 months old. Her mother, Tracy Ryan, told us by phone that her daughter had suffered with a range of proble including partial paralysis and loss of vision as a result of the tumor progressing and knock-on effects of treatment.

Privacy · Terms

Details of her case are explained in this GoFundMe campaign (https://www.gofundme.com/f/sophie-ryans-clinical-trial-fundraiser) and her webpage "Saving Sophie (https://www.savingsophie.org/sophies-story)". She was also featured in the Netflix documentary "Weed the People (https://www.weedthepeoplemovie.com/)" about the use of medical cannabis.

Sophie has undergone aggressive chemotherapies and blood transfusions as part of conventional medical efforts to combat the tumor. But in a bid to boost her immune system response and find a long-lasting cure, mother Tracy Ryan turned to Seraph where she says her daughter received infusions of natural killer cells in September and December 2021. She said the treatment was costing around $160,000 per cycle of two infusions plus around $120,000 for additional therapies.

Mrs. Ryan told us she first contacted Seraph via Dr. Anahid Jewett (https://www.linkedin.com/in/anahid-jewett-436435103/), a professor of tumor immunology and Ryan´s business partner in a biotherapeutics start-up (https://www.nkore.com/).

Enochian announced a research partnership (https://www.globenewswire.com/news-release/2021/12/03/2345727/0/en/Enochian-BioSciences-Announces-Scientific-Presentation-at-World-Vaccine-Conference-on-Promising-Human-and-Laboratory-Data-to-Potentially-Treat-Solid-Tumors.html) with Dr. Jewett in December 2021 – after Sophie Ryan´s treatment at Seraph had begun. Prior to Sophie Ryan´s treatment, Dr. Jewett was quoted as supporting Enochian Biosciences and Seraph Medical´s work in this March 2021 press release (https://www.globenewswire.com/news-release/2021/03/24/2198944/0/en/Seraph-Research-Institute-and-Enochian-BioSciences-Publish-a-Case-Report-of-Complete-Remission-of-Recurrent-Glioblastoma-with-Innovative-Therapy.html). This stock analysis report by Seeking Alpha (https://seekingalpha.com/article/4418903-enochian-biosciences-small-biotech-ambitious-goals-in-hiv-hbv) in April 2021 suggested Dr. Jewett and Gumrukcu were working together on a proof-of-concept for a cancer treatment.

Partly because Dr. Jewett and Gumrukcu were professional acquaintances, Tracy Ryan said she did not thoroughly check Gumrukcu's credentials:

> "(Gumrukcu) just told us of different brilliant scientists that he had practiced under and who had taught him a lot of the things he knows today. But I didn't ask for college or education credentials…What mattered to me was how good was the science, how safe is it and how effective could it be and all of those boxes were checked. And Íve spent a lot of time with Dr Serhat, he's a wonderful caring human being that I have felt completely safe having my daughter in his hands."

However, she said that Gumrukcu was "not the doctor on deck", nor administered the treatment directly. She said Dr Phillip Musikanth (https://seraphinstitute.org/team/phillip-musikanth-md/) was Seraph´s oncologist and another specialist she had hired was also present.

Tracy Ryan was aware the natural killer cell therapy offered by Seraph Medical was still considered experimental and did not have FDA approval:

> "They (Seraph) have not gone through FDA approval process. It's very expensive and time consuming to do that. It can take 1 to 2 billion dollars just to get a drug to market…"

## Patient #4 – "#Mason Strong" – 16-Year-Old and His Family Looking to Raise More Than $167,000 for Treatment at Seraph Medical.

## Mother Says "I Haven´t Felt the Need to Do Checks…I Know That Sounds Crazy."

Mason Palmour, from Georgia, USA, was described as a regular 16-year-old who enjoyed "fishing, hunting and playing football" before he was diagnosed with a glioblastoma brain tumor in October 2021.

Privacy · Terms

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 166 of 192 Page ID #:263
Meet the $150 Million Man Behind an Alleged Covid Testing Scam That Has Made Over $100 Million – Hindenburg Research

His GoFundMe campaign (https://www.gofundme.com/f/helping-mason-get-treatment) is currently aiming to raise $167,426 so he too can receive infusions of natural killer cells at Seraph Medical.

We talked by phone to Mason´s mother Alison who told us she was referred to Seraph by fellow tumor patient Sophie Ryan´s mother, Tracy.

Mason has already had conventional surgery to remove the tumor from his brain. But his mother said the next stage of treatment they are seeking at Seraph Medical is not covered by medical insurance:

> "In Mason´s case… the surgeons were able to remove the entire tumor. So our goal here (by going to Seraph) is to basically …to trick the immune system with natural killer cell therapy so that the tumor or the cancer cells no longer replicate and the tumor never comes back again."

At the time of our conversation in March 2022, she said she had done no background checks on Seraph Medical or on Gumrukcu´s medical credentials:

> "I'll be honest. I haven´t done any. And that´s just because I spoke with somebody personally that her daughter is receiving treatment there. I've seen her on…there's a documentary 'Weed the People' and Tracy and her daughter are on that documentary on Netflix just the fact that I've spoken with her and I follow her and her daughter on Facebook and I haven´t felt the need to do any backing or checks just because somebody I know, well I don't know her, I now know, her daughter received treatment. I know that sounds crazy but I haven´t done any."

Neither Alison Palmour nor her son Mason had met the Seraph Medical team in person when we spoke. They had had a Zoom meeting to discuss the treatment plan – a meeting led by Gumrukcu. Alison Palmour said of Gumrukcu:

> "I think he (Gumrukcu) is a scientist, well some … sort of a researcher scientist type … I'm OK with that. I don't know if he would be the actual one to perform the treatment but his study is what they follow."

## Patient #5 – Gumrukcu Touts Success of "Novel Treatment Strategy" on Danish Patient´s Brain Tumor

Between late 2019 and early 2020, Bassam Mohammed, from Denmark, received infusions of natural killer cells at the Seraph Institute. His treatment was profiled in this Danish media report (https://www.dr.dk/nyheder/viden/kroppen/danske-natalia-forsvarer-kontroversiel-kraeftklinik-i-usa-behandlingen-har) that described Seraph Medical as a "controversial clinic".

His case was also published as a case study in the American Journal of Case Reports (https://www.amjcaserep.com/abstract/full/idArt/931030) in March 2021. Mohammed was not referred to by name in that report, in an apparent effort to anonymize the findings. But cross-checking biographical details in the case study and the Danish media report makes it clear this is Mohammed.

A close relative later told us by phone that Mohammed had been diagnosed as having "just months to live" by his Danish doctors before seeking treatment in the U.S. The relative confirmed Mohammed was the person featured in that case study.

6/1/22, 9:02 AM
Mukhamedzianov, the Miracle Worker Who Saved a Billion Russian Lives – Hindenburg Research
Case 2:22-mj-02075-DUTY Document 11-1 Filed 06/13/22 Page 167 of 192 Page ID #:264

The relative also confirmed Mohammed was still alive and free of any recurrence of the glioblastoma tumor. Asking not to be named because of an NDA the family had signed with Seraph Medical, the relative said:

> *"He (Mohammed) is feeling very well, never been better. All the examinations are good up until now. After he came back from the U.S., he now has two children. Everything is good. Cannot be better."*

The relative told us Dr Musikanth had been the hands-on doctor administering Mohammed´s treatment. They said of Gumrukcu:

> *"He is very quiet, only speaks when necessary. One feels safe in his company. He is not like other doctors. He is something else. He shows hope. Therés something about him. But it was the American doctor who controlled it all. Serhat, I did not really see much of. We were told he was upstairs in a laboratory. We saw him when there was good news to be told."*

Tracy Ryan, the mother of American brain tumor patient Sophie Ryan, cited the report about Mohammed´s treatment in the American Journal of Case Reports as evidence of Seraph Medical´s effective treatment plans. Enochian Biosciences has also referred to the published case report (https://www.globenewswire.com/news-release/2021/12/03/2345727/0/en/Enochian-BioSciences-Announces-Scientific-Presentation-at-World-Vaccine-Conference-on-Promising-Human-and-Laboratory-Data-to-Potentially-Treat-Solid-Tumors.html) in its press releases.

## Appendix B: Enochian Has No Peer Reviewed Research, Only Sharing a "Case Report" From A Service That Publishes Case Studies For a $995 Fee

Enochian currently has no peer reviewed journal research. As mentioned in Appendix A, Enochian Biosciences has referred to a published case report (https://www.globenewswire.com/news-release/2021/12/03/2345727/0/en/Enochian-BioSciences-Announces-Scientific-Presentation-at-World-Vaccine-Conference-on-Promising-Human-and-Laboratory-Data-to-Potentially-Treat-Solid-Tumors.html) in its press releases.

We contacted the journal´s managing editor Danielle Benz to find out about the peer review and fact checking process.

She told us by phone that the authors of the paper, which include Gumrukcu and other Seraph staff, paid $995 to have it published. She said it was "peer reviewed by one medical expert", though it did not come across as a rigorous process:

> *"If our reviewers catch things great. There are things our reviewers don´t catch…We cannot guarantee every single fact is checked. These are case reports…These are not research papers."*

Benz conceded she had not fact-checked whether Gumrukcu was actually a doctor:

Privacy • Terms

> "With the volume of reports we get...there's no possible way for everybody to check every single fact...I make an effort to make sure at least their references are correct... I'm not sure if they're using them correctly but I try very hard to make sure they are referencing real references. I can´t go back and make sure every little sentence and that's why I hope people are reviewing these things."

We then pointed out an incorrectly cited FDA regulation, mentioned in the report as it appeared on the webpage in March 2022. Benz responded:

> "Are we supposed to be police? We have to have at some point have some responsibility passed to the authors. We can´t sit and verify every single person. I do try to make sure I have affiliation and references correct and their names spelled correctly but we can only do so much."

## Appendix C: Screenshots From Turkish Police Records

As part of our research, a Hindenburg investigator received screenshots from the Turkish police database showing details of Serhat Gumrukcu's arrests in the country.



[Turkish Police Records Screenshot No.1]

Translation:

- **System Number**: 5130365;
- **Year**: 2012;
- **Case/incident Number**: 984;
- **Date of the case/incident**: August 5th, 2012 at 08:29:32 (am);
- **File number**: (blank);
- **Investigation number**: (blank);
- **Unit**: Ankara Altındağ Solmaz Kılıçtepe Police Office;

Privacy · Terms

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 169 of 192 Page ID #:266
Miracle Cures and Murder: How a Short-Seller X Spooked a Turkish Magic Mushroom Stock Millionaire Again – 16.9% Case Chaser Chip Limelime 2020s – Hindenburg Research

- **Name of the incident**: Fraud;
- **Crimes**: Fraud;
- **Status**: Suspect;
- **Case-Person Matching**: (blank);
- **Status**: Arrested;
- **Date of transfer**: August 5th, 2012 at 08:29:32;
- **Date of incident 2**: (blank);
- **Form of referral to the prosecutor**: (blank);
- **Status of the perpetrator**: the perpetrator has been arrested**;**
- **Status of the incident**: Unknown;
- **How the incident was committed**: (based on a) claim (i.e. someone reported him and he was arrested based on that report)

A second screenshot confirms Gumrukcu´s place and date of birth and states that Gumrukcu´s academic level was "graduate of a high school or equivalent."



[Turkish Police Records Screenshot No.2]

Translation:

- **Name:** Serhat;
- **Last name:** Gümrükçü;

Privacy • Terms

- **Father name**: Sedat;
- **Mother name**: Zehra;
- **Date of birth**: November 15th, 1982;
- **Place of birth**: Bornova;
- **Neighborhood/village** (where his family index is registered): Kılınçreis;
- **District/City**: Konak/İzmir;
- **Volume No**: 67;
- **Family serial number**: 882;
- **Serial number**: 20;
- **Birth certificate serial number**; "Mernisten mi" (with a checked box) means the information comes from the system called MERNIS – which is the central population administration system);
- **Education**: Graduate of high school or equivalent;
- **Title**: Unknown;
- **Citizenship**: active;
- **Blood type**: 0RH+;
- **Marital status**: Single;
- **Criminal record**: (empty)

### Appendix D: Gumrukcu Has Attempted To Stifle Criticism, Having His Lawyers Deliver Legal Threats To One Of Our Investigators

We at Hindenburg believe wholeheartedly in press freedom and refuse to be bullied by big business and corporate lawyers.

We do not believe attorneys should be trying to block journalistic endeavors (especially when they are passing on legal threats and professional slurs on behalf of clients who allegedly contracted hitmen, are on the run from justice in other international jurisdictions and are convicted fraudsters.)

In the course of our investigation into Serhat Gumrukcu, LA attorney Harry Nelson sent this cease-and-desist letter to members of our team on March 11, 2022.

6/1/22, 9:02 AM
Case 2:22-mj-02075-DUTY Document 11-1 Filed 06/13/22 Page 171 of 192 Page ID #:268
Miracle cures and Murder for Hire: How A Spac-Backed Biotech Tied Up With A Convicted Murderer Accused of a Brazen Stock Fraud Scheme – Hindenburg Research



March 11, 2022

**VIA EMAIL TRANSMISSION** ██████████████

Re: Cease and Desist

Dear ██████████

    This law firm represents Dr. Serhat Gumrukcu. We have received information from multiple sources of your apparent effort to publish a defamatory attack piece against Dr. Gumrukcu. We have also received reports of your harassment of Seraph Medical's former patients and associates of Dr. Gumrukcu and their family members. This letter serves as advance warning that, should you fail to cease and desist and/or publish an article about Dr. Gumrukcu, we have been authorized to file suit immediately against you.

    As relayed to us, your statements about Dr. Gumrukcu have included recklessly false information and gross misrepresentations as to matters of fact, and not of opinion. We are also aware from your ██████████████████████ that this is not the first time that you have engaged in unverified, unethical and reckless journalism to cause undue harm to others. The reports we have received indicate that, once again, you are crossing ethical and legal lines in the manner in which you are targeting our client.

    Your choice of target is particularly unfortunate because Dr. Gumrukcu has dedicated his life to serving humanity. His scientific work researching therapies to treat cancer, HIV/AIDS, COVID and other diseases testify to that dedication. Please understand that our response to a defamatory and malicious smear campaign against him will be personal and directed to ensuring, once and for all, that you are publicly discredited and unable to direct your hatefulness against anyone else.

    Please consider this letter fair warning that should you continue to engage in harassment or in any way author, contribute to, or publish false and malicious information concerning Dr. Gumrukcu, we will be filing suit against you for any and all causes of action, including defamation, tortious interference, unjust enrichment and any other causes of action we deem appropriate. We reserve all rights and remedies.

    Govern yourself accordingly.

Sincerely,

NELSON HARDIMAN, LLP

By: Harry J. Nelson

1100 Glendon Avenue, 14th Floor | Los Angeles, California 90024 | tel 310.203.2800 | fax 310.203.2727  nelsonhardiman.com

Often, the worst offenders push back the hardest. We view such baseless legal threats as a sign that we are doing our jobs.

While it surely doesn't pay as well, we suggest Mr. Nelson, rather than running legal errands for the fake "Doctor" Gumrukcu, could perhaps use his extensive experience as a "healthcare lawyer" to represent the victims of Gumrukcu´s scams and ensure the full refund of the funds they were conned into spending in a desperate effort to cure the terminal illnesses of their loved ones.

## Disclosure: We are short shares of Enochian Biosciences, Inc. (NASDAQ: ENOB)

## Legal Disclaimer

Use of Hindenburg Research's research is at your own risk. In no event should Hindenburg Research or any affiliated party be liable for any direct or indirect trading losses caused by any information in this report. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein. You should assume that as of the publication date of any short-biased report or letter, Hindenburg Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a short position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein declines. Following publication of any report or letter, we intend to continue transacting in the securities covered herein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Hindenburg Research is not registered as an investment advisor in the United States or have similar registration in any other jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Hindenburg Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and Hindenburg Research does not undertake to update or supplement this report or any of the information contained herein.

---

[1] Includes shares held by Gumrukcu's husband, Anderson Wittekind. [Pg. 17] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112222000109/e3449_def14a.htm)

[2] Prior to the acquisition of Gumrukcu's company, which had been formed just 8 months before (https://opencorporates.com/events/323369699) the acquisition was announced (https://www.enochianbio.com/dandrit-biotech-announces-acquisition-of-enochian-new-york-ny/), Enochian (then DanDrit) commissioned an "independent valuation" for Serhat Gumrukcu's "proprietary" HIV technology. The firm came back with a valuation of $409 million but offered little detail on how the valuation was actually calculated, due to the claim that Gumrukcu's HIV therapy was built around "confidential trade secrets." [Pg. 1] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112218000023/e1109_99-1.htm) Chairman Rene Sindlev later said (https://ugebrev-dk.translate.goog/finans/rigmand-saelger-biotekeventyr-til-overpris-til-kendis-venner/?_x_tr_sl=da&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc) the valuation partner was Noble Capital (https://noblecapitalmarkets.com/home), a Boca Raton, Florida-based firm that offers "company-sponsored research." Noble Capital has been fined by FINRA (https://files.brokercheck.finra.org/firm/firm_15768.pdf) on 8 separate occasions for matters that often relate to fraud or stock promotion. It also provided coverage for Genprex (https://www.proactiveinvestors.com/companies/news/920444/genprex-shares-rise-after-noble-capital-markets-repeats-outperform-rating-5-price-target-920444.html), a heavily-promoted company that we wrote about (https://seekingalpha.com/article/4171410-believe-genprex-is-disaster-in-making) in 2018 that has since seen its stock plummet by ~90%.

[3] There appears to be no centralized database in Turkey for checking criminal and civil cases against an individual. Additionally, prosecutors told us they could not release full case files or permit any copying of files to us without special permission from either the defendants or victims in the case.

[4] These treatments also included IMAK, B-17, Celebrex and Endoxan

[5] The registered address (https://seraphinstitute.org/contact/) for the clinic is Toluca Lake, California, but internet directories also locate the Seraph Medical (https://npiprofile.com/npi/1619445640) clinic in the same building as Enochian's headquarters (https://www.sec.gov/ix?doc=/Archives/edgar/data/0001527728/000173112222000892/e3769_10-q.htm) in Century Park East, LA.

[6] We phoned one of the senior administrators for the registry who told us: "If you´re not finding anything (on the registry) then there is potential that there´s somebody claiming to be an M.D. and might be misinformed about the laws about putting an M.D. suffix on their license or doctor´s license. That could be one administrative violation that you could file a complaint."

Privacy · Terms

6/1/22, 9:02 AM
Miracle Cures and Murder-for-Hire: How A Spac-Backed Nasdaq Listed Biotech Could Be A $630 Million Fraud, Leaving Chaser On the Line – Hindenburg Research
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 173 of 192 Page ID #:270

[7] Notably, the registered address for Ermes LLC was 8581 Santa Moniva Blvd, Suite 317, per court documents from the Superior Court of California, Case No. SC124544. Enochian Biopharma, the predecessor to Enochian Biosciences, would later be based out of that same address, as stated in California state filings (https://bizfileonline.sos.ca.gov/search/business) for Enochian Biopharma.

[8] Count 7, PC 459

[9] See the web version here (https://web.archive.org/web/20100130013100/http://www.enerjibedendengesi.com:80/yazilar/gercek_bir_ilizyon.htm)

[10] Carl Sandler's LinkedIn account (https://www.linkedin.com/in/carl-s-0854633/) includes a bachelor's degree in Economics, but no training in science or medicine. Anderson Wittekind, Gumrukcu's husband, also does not mention medical or research experience on his LinkedIn account (https://www.linkedin.com/in/anderson-wittekind-76a3783/). His only listed experience is working for Gumrukcu-controlled entities with ties to Enochian.

[11] G-Tech Bio, LLC doesn't appear to have LinkedIn employees, a website, or any active operations.

[12] Per the 2020 license agreement, both Gumrukcu's non-profit (Seraph Research Institute) and his for-profit (G Tech Bio, LLC) are located in the same office suite. Enochian Biosciences is located in the same building two floors up. [Pg. 22] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112220000085/e1694_10-1.htm)

[13] There are no disclosures of legal proceedings in any of Enochian's annual reports– 2017 Annual Report [Pg. 6] (https://www.sec.gov/Archives/edgar/data/0001527728/000121390017010130/f10k2017_dandritbiotech.htm#a_006); 2018 Annual Report [Pg. 19] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112218000094/e1146_form10k.htm#a_005); 2019 Annual Report [Pg. 10] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112219000575/e1514_10k.htm#a_005); 2020 Annual Report [Pg. 20] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112220000975/e2119_10-k.htm#e_007); 2021 Annual Report [Pg. 11] (https://www.sec.gov/Archives/edgar/data/0001527728/000173112221001565/e3109_10k.htm#a_034)

---

Posted in Uncategorized (https://hindenburgresearch.com/category/uncategorized/) ·

© 2018 Hindenburg Research (//hindenburgresearch.com). All Rights Reserved · Legal Disclaimer (/legal-disclaimer) · Privacy Policy (/privacy-policy)
Theme by Robert DeVore (https://robertdevore.com).

# Exhibit 9

6/2/22, 2:22 PM Enochian Biosciences: Stunning murder allegations raise fresh questions about company's top medical mind - Sharesleuth

Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 175 of 192 Page ID #:272





HOME   INVESTIGATIONS   SHORT TAKES   FIELD NOTES   CRYPTOSLEUTH   MORE ⌄

email:
chris@sharesleuth.com

# Enochian Biosciences: Stunning murder allegations raise fresh questions about company's top medical mind



By Caleb Hannan

*Last Wednesday, the Department of Justice announced the arrest of a Turkish-born biotech entrepreneur named Serhat Gumrukcu.*

*Gumrukcu, the government alleged, had conspired to hire a hitman to kill Gregory C. Davis, a father of seven found dead, lying in a snowbank, not far from his home in Danville, Vt., on Jan. 7, 2018. Davis had been shot multiple times in the head and torso.*

*Gumrukcu's arrest was a shock to his family and friends. It also was a shock to us at Sharesleuth.*

*Since October, we've been looking into Gumrukcu's past because of his association with a Los Angeles-based company called Enochian Biosciences Inc. (Nasdaq; ENOB). We've cataloged a lot of behavior that we think should make any investor in Enochian nervous. But, candidly, none of it rises to the level of a successful murder-for-hire plot.*

*According to two separate court filings, one a search warrant in Nevada and the other an indictment in Vermont, the case against Gumrukcu began as a failed oil deal.*

*Gumrukcu and his brother, Murat, a Turkish citizen, were involved in a partnership with Davis that broke down over their delinquent payments, and they allegedly feared he was talking to the FBI about the possibility of fraud. In support of the indictments in the murder case, the government has included multiple text messages and emails from the three men that paint the picture of a relationship going from bad to*

*worse in the months leading up to Davis's death — including a threat from Murat that "[Davis] called me a fraud a second time, there will be no third time."*

*Before Davis was murdered, an intermediary told the Gumrukcu brothers that Davis was inching closer to "the nuclear option," by which he meant cooperating with the government or taking them to court.*

*These warnings came at the same time that Gumrukcu was finalizing a merger deal with the small public company that would become the current Enochian, and would eventually bring him and his husband tens of millions of dollars in cash and stock. They also came at a time when Gumrukcu was already facing other fraud charges that could have derailed the deal if the situation escalated.*

*The Department of Justice alleges that Gumrukcu asked his assistant at the time, a fellow Turk named Berk Eratay, to find someone to kill Davis. Eratay, a Las Vegas resident, allegedly spoke to a friend and former neighbor, Aron Ethridge, who later received $110,000 in cash and an unspecified amount in Bitcoin. Prosecutors said in court filings that Ethridge hired and subsequently paid a part-time sheriff's deputy in Colorado named Jerry Banks to commit the murder.*

*Authorities say Banks is the man who came to the door of Davis' rural Vermont home at 9 p.m. on January 6, 2018, posing as a U.S. Marshal sent to arrest him on racketeering charges. Court documents quote Davis' family as saying he left willingly with his alleged murderer.*

*Banks and Ethridge both were arrested in late April of this year. Gumrukcu and Eratay were arrested last week. At the time of his arrest, Eratay listed himself as an employee of the same Los Angeles medical clinic where Gumrukcu works, and which does contract research for Enochian.*

*Enochian has issued two press releases since the arrest of its co-founder and inventor. The first stated that while the company's board was "shocked" by Gumrukcu's arrest, "the incident leading to the arrest occurred prior to the merger which created the Enochian of today".*

*That statement is technically true: Davis was killed six days before the merger agreement was signed, and roughly a month before the deal closed. However, the company that would become Enochian had already signed a consulting agreement with Gumrukcu Health LLC on April 21, 2017. And to say there weren't talks or negotiations with him prior to or during the months when Davis's murder was allegedly planned is to suggest that the entire scouting and due-diligence process involved in acquiring a company that would eventually be worth more than half a billion dollars took place in less than a week.*

*Enochian said on March 25 that Gumrukcu has no involvement with the company's management, scientific team or outside collaborators. However, our investigation found that Enochian recently changed its headquarters address to a building owned by Gomrukcu, making him its landlord.*

*Here, now, is our original piece on Enochian, completed just prior to Gumrukcu's arrest:*

Enochian Biosciences has the financial backing of a wealthy Danish investor. It has a respected former public-health authority as its chief executive officer, and has worked with accomplished advisors in the world of infectious diseases, cancers, and Covid.

Yet despite Enochian's recent attempts to distance itself from him, the company's future still rests on the alleged genius of a single man, Serhat Gumrukcu – Enochian's co-founder and the creator of its key intellectual property.

Unlike the notable names associated with Enochian, Gumrukcu is a relative unknown. Here's what we do know:

Gumrukcu is a 39-year-old who's not licensed to practice medicine in California, the state where he operates his clinic; whose medical credentials never have been definitively proven; and who currently has an open arrest warrant in his native Turkey for fraud.

He's an amateur magician who once performed under the name "Dr. No", and a Uri Geller-disciple who at various points has claimed he can bend spoons with his mind, walk on water, and cure kidney stones with his telekinetic powers.

He's a man who, on multiple continents, has allegedly charged the desperate families of young cancer patients exorbitant prices to use unproven "cures" and who once billed one of Enochian's biggest investors $300,000 for leech treatments.

Gumrukcu also is the former chief executive of a mining company run by a man sentenced to a nine-year prison term in Italy for fraud.

6/2/22, 9:35 AM    Enochian Biosciences' stunning murder allegations raise fresh questions about company's top medical mind | Sharesleuth

Case 2:22-mj-02075-DUTY   Document 1-1   Filed 06/13/22   Page 177 of 192   Page ID #:274

Gumrukcu pleaded no contest in January 2018 to a felony stemming from allegations that he forged documents and email addresses, and stole identities, to take more than $1 million from a Turkish banker so that he and his spouse, an interior designer and large shareholder in Enochian, could buy and upgrade a bungalow in Los Angeles. The charges led to a raid that ended with Gumrukcu in handcuffs.

His felony conviction – entered about a week after a merger that would transform the publicly traded company now known as Enochian Biosciences – was later dismissed, although it remains on the books as a misdemeanor.

The indictments last week connected the dots on an astonishing sequence of events. On Jan. 6, 2018, Davis was kidnapped and killed in Vermont. On Jan. 12, Gumrukcu, his spouse and an associate agreed to merger Enochian into another company, with Enochian being the successor.

Just over two weeks later, on Jan. 25, Gumrukcu largely escaped punishment in his previous criminal case, which could have led to prison time or deportation. The next month, the Enochian deal closed, making Gumrukcu a millionaire, at least on paper.


**PRIOR WARNINGS**

We are not the first to alert investors to the red flags present at Enochian. White Diamond Research wrote multiple pieces on the company in 2019. A Danish news outlet called MedWatch has devoted significant resources to investigating Gumrukcu, as has the Danish equivalent of NPR.

White Diamond focused primarily on the questions about Gumrukcu's past, and on Enochian's inability to produce any notable scientific studies to back its claims. The Danish news outlets focused on Enochian's chairman, the complaints against Gumrukcu from parents of terminally ill children, and an incredible wave of skepticism from prominent Danish physicians about the claims made by Gumrukcu.

Nothing about those criticisms has changed in the time since.

What has changed, at least until very recently, is Enochian's market capitalization, which last November briefly eclipsed $700 million. The company's stock has since come down to Earth, as has most of the preclinical biotech world. It closed Tuesday at $5.26, down from a high of $13.78.

(*Disclosure: Mark Cuban, owner of Sharesleuth.com LLC, shorted the shares of ENOB last November but no longer has a position, short or long. Chris Carey, editor of Sharesleuth.com, has no position, nor does Caleb Hannan, the main author of this report*)

Enochian also has expanded its drug pipeline.

Whereas at its outset the company was merely claiming to have a potential cure for AIDS, it now boasts treatments for some of the most confounding viruses and diseases in the world. Along with HIV, the pipeline includes therapies for hepatitis B, Covid-19, and some cancers.

The face of the company has changed in that time, too.

At its creation in 2018, Enochian was defined by its chairman, Rene Sindlev, the previously mentioned Danish entrepreneur who made the bulk of his fortune in the jewelry business, helping to build the Pandora empire. Sindlev in turn helped attract capital from celebrities like actor Mads Mikkelsen and other wealthy Danes who had previously sunk money into a different Sindlev-led pharmaceutical company, DanDrit Biotech USA Inc. (formerly OTCBB: DDRT)..

The pivot from DanDrit, whose drugs Sindlev said the company couldn't give away, to Enochian, meant giving Gumrukcu, his spouse, and another associate as many as 24 million shares for Gumrukcu's intellectual property. Enochian has since paid nearly $12 million in licensing fees, along with more than $10 million in research and development fees and likely more than $1 million for security. It also meant giving Gumrukcu, his husband, and their other business partner, Carl F. Sandler — who owns a hair dye company and the dating apps KNKI and Daddyhunt.com — control of nearly half the company's shares.





Now that focus has shifted once again. This time to Mark Dybul, who last July was named Enochian's CEO.

Dybul has an impressive track record. He's spent 30 years in public health, is a protege of Dr. Anthony Fauci, and achieved the rank of Ambassador when he was appointed U.S. Global AIDS Coordinator in the George W. Bush administration.



These credentials have allowed him to do things for Enochian that Sindlev and Gumrukcu could not. Like getting valuable media coverage when making news while speaking at a *Fortune* CEO conference, or attracting scientific advisors like Dr. Peter Piot, one of the most respected names in global public health.

Dybul's work for Enochian has become increasingly lucrative. The company gave him a new contract last year that includes a base salary of $850,000 annually, nearly double what he made in the two previous years. It also calls for a bonus of up to 60 percent of that amount, if certain goals are met.

Yet every time Enochian's ambitions have expanded, they've done so off of the allegedly groundbreaking work of Gumrukcu himself. Dybul may be the current face of Enochian, but it's Gumrukcu's research and intellectual property that forms the backbone of Enochian's potential.

"Dr. Serhat has the type of brilliance that has the capacity to see across disciplines in science and connect things that others don't see," Dybul said in an Enochian promotional video.

Sindlev has been even more hyperbolic.

In a Facebook post aimed at skittish investors shortly after White Diamond and MedWatch began publishing critical pieces, Enochian's Chairman wrote: "Hold your shares well. Our researcher and inventor is the biotech world's response to Zuckerberg, Bill Gates and Larry Page. People close to him compare him to Leonardo Da Vinci, Nicolas Tesla and Einstein in one and the same person. We will be presenting data on exciting science over the next 4-12 months."

That was written 38 months ago.

**THE CURRENT NARRATIVE**

The Enochian story cannot be told without acknowledging one simple fact: a lot of people put a lot of faith into Gumrukcu.



Beyond the effusive praise from Sindlev and Dybul, there are other prominent names willing to talk about Gumrukcu's alleged scientific achievements. Before resigning from Enochian's respiratory advisory board in September because of a conflict of interest, Piot told Sharesleuth that he got a personal presentation from Gumrukcu and described the science behind Enochian's trademarked Hijack RNA treatment platform as "truly innovative."

Those who've worked alongside him, like Zeus Ochoa, a young former scientist at Enochian, described Gumrukcu as "the smartest person I've ever met." Even some people unaffiliated with the company, including immunologists and research scientists at prominent universities, who, at Sharesleuth's request, looked at some of Enochian's poster presentations have conceded that there are elements to the research that appear creative, if entirely unproven.

Enochian is a pre-clinical company making claims about its technology that would, without exaggeration, alter the course of human history. Yet the extent of the research it has shared only includes a few mice studies and two individual cases of treatment on humans.

Given the dearth of evidence offered by Enochian and the striking ambition of its goals, it seems logical to ask who Gumrukcu is and where he came from.

## MAGIC AND MEDICINE

The first online mentions of Gumrukcu center on his life in the early 2000s as an illusionist in his native Turkey.

At the time, Gumrukcu was a young protege of Ozlen Tuncer, a magician who still performs under the name Dr. Tora. Tuncer told Sharesleuth that Gumrukcu was a smart student who eagerly took in Tuncer's lessons on telepathy, telekinesis, and fortune telling. Tuncer was also the one to give Gumrukcu his name, "Dr. No", he says, because the young student was "so negative; he used to oppose everything."



Tuncer says he and Gumrukcu had a falling out when, he claims, his protege began telling the fortunes of wealthy Turks. "He became probably the richest magician in Turkey," Tuncer said.

But Tuncer disapproved of the way he believed his student was cashing in on what he knew to be simple tricks disguised as truth.

Soon Gumrukcu met another, more well-known mentor in the world of magic when he befriended Uri Geller. Geller got famous in the 1970s when he went on TV programs like *The Tonight Show* and appeared to bend a spoon using only his mind. Most recently, he wrote a letter to British Prime Minister Theresa May saying that he could "stop [her] telepathically" from exiting the European Union. He was, of course, unsuccessful.





People at every point in Gumrukcu's life, from former employees at Enochian to those who knew him when he was still in Turkey, say that he mimicked Geller's famous spoon-bending.

Some people, like Ochoa, who know Gumrukcu as a serious scientist and researcher, view the magic as just a hobby. Others who saw Gumrukcu bend spoons say he appeared to be serious about convincing them he was truly capable of the feat.

Likewise, in a 2008 interview with a now-defunct Turkish magazine devoted to magic, Gumrukcu appeared to take his psychic abilities very seriously.

He told the interviewer that he had inherited his powers from many of the women in his life, including his mother. He said he could break a kidney stone with his mind, explained that he would soon be able to walk on water, and also shared what seems to be his first experience with the ability to manipulate real life events using only his powers.

"When I was in primary school," Gumrukcu told the magazine, "we were walking down the stairs with my mother. I saw the balconies of the houses and on one of the balconies there was, in an earthen pot, a beautifully blooming cactus. As soon as I said to my mother, 'look at the cactus,' it exploded."

A year or so after giving this interview, Gumrukcu registered the website MindMedicine.com. The holding page for that site did not include an explanation of its plans or approach.



During this period, when he was touting his own supernatural gifts, Gumrukcu was also meeting his lifelong mentors in the field of medicine – although these mentors were far from what would be considered mainstream.

Gumrukcu appears to have had two formative influences during this time.

The first was Suat Arusan, the now-deceased former owner of a Turkish clinic called Dogal Hayat. Before deleting his LinkedIn account after being questioned by a reporter about claims made on it, Gumrukcu said he was an attending physician at Dogul Hayat between 2008 and 2009. Earlier last year, Gumrukcu also shared a video on his Instagram page praising Arusan, in what looked to be a documentary about the doctor.

Arusan is a relatively controversial figure whose clinic was once briefly shuttered in Turkey in 2014. His specialty was hirudotherapy, or the process of bloodletting using leeches. Arusan (and Gumrukcu in that video he posted) have claimed that hirudotherapy can act as a treatment or cure for a broad range of maladies, including lost eyesight.

Hirudotherapy has been cleared for use in post-surgical healing by the FDA. However, it does not appear to be a typical treatment for concerns like blood clots, which is the stated reason why wealthy Danish businessman and large Enochian shareholder Karsten Ree paid Gumrukcu and his Los Angeles clinic approximately $300,000 for treatment a few years ago.

Gumrukcu's other mentor is still alive and still wields some influence in the world of cell and gene therapy.

Israeli physician Shimon Slavin is considered something of a pioneer in the world of immunotherapy. But in many ways, he has alienated himself from that field.

In 2017, Slavin's Tel Aviv clinic was shut down by the Israeli Ministry of Health and his license subsequently suspended for recruiting foreign patients to receive treatments not approved within the country.

"To his detriment," the Israeli Disciplinary Committee wrote, "[Slavin's] greatness is only matched by the depth of his fall."



Slavin does not have a disclosed business or scientific relationship with Enochian. But he is currently serving as an advisor for the Seraph Research Institute, part of Gumrukcu's Los Angeles clinic, where Gumrukcu treated Ree and many others.

"Dr. Gumrukcu was a young Turkish post-doc with interesting ideas when I first met him eight years ago," Slavin was quoted as saying in 2019. "I am looking forward to our future collaboration in developing and implementing novel cancer treatments at Seraph Research Institute."

Slavin was also quoted last year in a Seraph release about a potential AIDS cure.

These relationships with controversial figures obscure something even more basic about Gumrukcu's medical history: no one really knows what training he actually has.

Back in 2019, White Diamond alleged that Gumrukcu's LinkedIn page never mentioned that he was a doctor, nor listed where, if at all, he received his medical degree or PhD., even though Enochian's site said he had earned both titles.

Even stranger was Gumrukcu and Enochian's reaction to an article a year later from DR, Denmark's NPR. In a rare interview, Sindlev told the DR reporter that he had personally seen "all of Serhat Gumrukcu's diplomas".

Yet when DR asked Gumrukcu why he listed his work as a "fellow" at the "St. Petersburg Institute of Bioregulation" even though its director said she had no record of him having been there, he and the company didn't offer a typical explanation. Instead, both Sindlev and Gumrukcu's lawyer denied that Gumrukcu even had a LinkedIn page. His lawyer insisted that the page itself was actually created by some sort of corporate saboteur looking to spread misinformation about his client.

Shortly thereafter, Gumrukcu's LinkedIn page, or in his lawyer's contention the one created to smear him, disappeared for good.


**DIGGING FOR GOLD**

If Gumrukcu's influences, mentors, and path to medicine were unusual, so too was his next career move.

For a few years, Gumrukcu positioned himself as an expert in finding minerals and water below ground. This work took him to the Middle East, Africa, and South America. It also led him to a number of people who still have questions about who he was and why he was ever involved in a business so different from his stated specialty.



The picture above was taken around 2012. To the far left is Roberto Riva, a man who says he's spent most of his professional life in Miami real estate. Next to him is Giuseppe Giudice, an Italian entrepreneur. Then there is Ali Gultekin, a geothermal engineer who claims to be able to find oil, water, and minerals in the ground through an ancient, pseudo scientific technique called dowsing. Finally there's Gumrukcu, who would have been about 28 years old at the time.

Riva, Giudice, Gultekin, and Gumrukcu were business partners in a venture called USD Mining  Resources LLC, incorporated in Florida in 2011.

Giudice is now dead and Gumrukcu has not responded to any requests for comment from Sharesleuth. In fact, through his lawyer he has sent two separate cease-and-desist letters. So it is left to Riva and Gultekin to fill in the when, where, and why of how they briefly went into business alongside Gumrukcu.

According to Gultekin, "the whole organization revolved around Serhat." In emails viewed by Sharesleuth, investors at the time can be seen writing to Gumrukcu and other involved with USD Mining asking about their money. One, Furkan Gozalan, who wrote that he was afraid the company was about to go out of business, told Sharesleuth recently that he made his small investment after meeting Gumrukcu through his astrologist.

Gultekin met Gumrukcu in a similar way.

He says Gumrukcu was a mentor to another famous Turkish spiritual healer named Metin Hara, who introduced the two of them. Gultekin says he taught Gumrukcu to dowse; "to use a fork stick and pendulum…he went to Africa, found water, built a school." Then one day, Gultekin says he got a call from Gumrukcu from Peru.

"We have entered the gold mining business," Gultekin says Gumrukcu told him.

The "we" in that sentence, Gultekin would find out later, were Gumrukcu and Giudice.

According to those who knew him well, Giudice was unforgettable – a voluble man who lived in a mansion outside of Rome with a half dozen German Shepherds, a man who insisted on wearing blazers and dress shirts in dusty mines, and who, apparently, was a friend of Gumrukcu's.



According to Roberto Riva, the only other USD Mining employee who was in Peru at the time and is willing to talk today, the project was a disaster from the start. Riva says that the mine was at an elevation of 14,000 foot and hours from any city. He said that locals were often caught stealing and that he and the rest of the USD Mining team couldn't use traditional equipment, but instead had to buy dynamite from armed rebels who controlled the area.

To Riva, Gumrukcu was "a very strange character." He was a man who claimed he could bend spoons, had a cure for cancer, and a clinic somewhere in Eastern Europe where he worked with leeches.

Gumrukcu also appeared to be overruling everyone on something he seemed to know nothing about: mining.

"Serhat was overriding Ali," Riva told Sharesleuth. "Giuseppe would follow more what Serhat would say and Ali was not happy with that."

On this, Gultekin agrees: "Serhat acted as if he knew everything he did not know," he wrote to us in a translated email.

Gumrukcu advised Giudice where to drill and when. Perhaps not surprisingly, according to both Gultekin and Riva, after more than a month of digging in the locations Gumrukcu identified, little to nothing of value was found.

USD Mining seems to have spent most of its money building an ill-fated road to the mine that would later be washed out during the rainy season.

Gultekin says today that he believes Gumrukcu met Giudice in Turkey "on the subject of health." Gultekin says that while they were all in Peru, Gumrukcu was advising Giudice on certain "herbal treatments." Gultekin says Gumrukcu even offered him the same herbs, though unlike Giudice he refused to take them.

According to both Gultekin and Riva, at some point during their time in Peru, Giudice fell deathly ill. He had to be rushed to Lima where he spent a few days in a coma. Though he managed to emerge from that state, Giudice's life would only get worse from there.

On Oct. 27, 2012, a few months after the above photos were taken, Giudice and his wife Fatima were both sentenced in absentia in Italy on charges of fraud. Giudice and Fatima were accused and found guilty of secretly siphoning off millions of Euros from a bankrupt Italian telecom company. He was sentenced to nine years; she got three.

According to those who knew him, however, neither Giudice nor his wife ever spent a day in jail. Instead, only a few months later Giudice would again fall ill, this time for good. His wife, Fatima, would also die not long after of an unrelated illness.

Guidice's U.S. lawyer, Paul Steinberg, also claims that Giudice died broke – he said his client's mansion in Rome was in foreclosure, what few bank accounts existed in the British Virgin Islands were mostly empty, and his estate is still on the hunt for any money that might be out there.

The last person involved with USD Mining to have any contact with Gumrukcu was Riva. He told Sharesleuth that a few years after the failed mining venture in Peru, Gumrukcu called him out of the blue and asked to meet him for dinner in Miami.

Riva recalls a strange dinner where nothing much was accomplished. But he remembers why Gumrukcu asked to meet. He said Gumrukcu had a new interest unrelated to mining or medicine: He wanted to know how he could make money in real estate.

## CHARGES IN CALIFORNIA

When a California marketing executive went to sell his West Hollywood bungalow in 2014, he was happy to take an all-cash offer from a stranger named Serhat Gumrukcu and his partner, Liam Wittekind (who also goes by Anderson Wittekind). He says he was told by the couple's realtor that his old home would be their second — somewhere to live while a mansion they owned in Beverly Hills was being renovated.

The marketing executive didn't care what their motive was for the purchase, but he was concerned when the cash that was meant to be wired out of Gumrukcu and Wittekind's supposed Swiss bank account didn't arrive. Not for one week, two weeks, even three. He said it wasn't until nearly two months after the sale was complete, and after he had threatened to cancel the transaction, that the money was finally delivered.

A few months later, the executive said, he was surprised to get an invite from Gumrukcu and Wittekind for lunch at the home he had sold them. The get together, he said, was pleasant. He could see Gumrukcu and Wittekind were spending a lot of money renovating the home, and that, according to him, they'd also recently bought a Porsche.

At some point during the lunch, he said, Gumrukcu insisted that they all take a photo together. That, the executive figured, would mark the end of his relationship with the couple. But then a few years later, he got another phone call, this one from an old neighbor, saying that their street was blocked off, police had surrounded his old house, and Gumrukcu was in handcuffs on the sidewalk.

The details of what happened wouldn't come out for a while. If they had, it's possible that DanDrit never would have gone ahead with its acquisition of Enochian.

Most of what we know today comes from a declaration in support of Gumrukcu's arrest filed by Doug Beard, a detective with the Los Angeles Police Department's Major Crimes Division. Though the end result of this investigation has been reported publicly, these details, which Sharesleuth obtained from the California State Attorney General's Office, never have.





According to Beard's declaration, two months after buying the marketing executive's house, Gumrukcu reached out to Ersin Akyuz, a Deutsche Bank executive in Turkey. Gumrukcu told Akyuz that he had been successful in flipping multiple investment properties, and convinced Akyuz to wire $930,000 in personal funds to do the same with another West Hollywood property, just around the corner from the one he'd recently purchased.

Unbeknownst to the marketing executive, and to Akyuz, Gumrukcu actually was making up nearly everything. According to Beard's declaration, he was sending emails from a Los Angeles attorney named Ben Kacev that were from a GMail account that Kacev would later tell the LA detective that he'd never seen. Gumrukcu also was sharing documents from a company called Beverly Hills Escrow that an agent there told Beard appeared to be forgeries.

According to Beard, Gumrukcu even personally met with Akyuz and presented him with a forged bill of sale, complete with fake tax documents. In the bill of sale, Gumrukcu made it appear as if the marketing executive  was the one who was selling him and Akyuz this new home, even though the executive already had sold him the one and only home he owned.

Beard's declaration also contained details of a seemingly unrelated "fraud scheme" conducted by Gumrukcu around the same time.

According to the detective, Gumrukcu told a man named Gregory Gac, a friend and owner of a Minnesota-based financial group, that an Omani company Gumrukcu controlled were soon to be involved in an oil deal with the petroleum giant Shell Plc. Gumrukcu deposited $600,000 worth of checks into a bank account that Gac was supposed to use to wire money to the related parties. But when Gac went to fulfill his end of the deal, Beard's declaration asserts, Gac found that the checks had been returned for insufficient funds, the account had been frozen and the phone number Gumrukcu had given him had been disconnected. Gac was able to retrieve some of the funds he'd wired out, but eventually paid the bank nearly $120,000 to cover those costs he could not get back.

Beard's declaration also contained this fact about the bank accounts Gumrukcu used in his dealings with Gac: the four checks were all drawn from a bank account in the name of "HRH Prince Serhat D. Gumrukcu". "HRH" is sometimes used as an acronym for "His Royal Highness", and is a title Gumrukcu has used himself in a post on Facebook.



According to Beard's declaration, after Gumrukcu got Akyuz to wire a further $260,000 for what he said were renovations that needed to be completed before the home was flipped, Akyuz received a promissory note saying he would be paid $1,200,000 plus interest on or before July 30, 2015.

When the payment didn't arrive, Akyuz reached out to the FBI.

According to the California AG's office, the FBI and LAPD's Major Crimes Division worked in tandem on the investigation into Gumrukcu as part of the Joint Terrorism Task Force. On Oct. 27, 2017, Gumrukcu was formally charged with 14 counts, including grand theft, identity theft, and second-degree commercial burglary.

According to a lawyer who represented Akyuz – and to the warrant that was issued for Gumrukcu's arrest – ==Gumrukcu failed to appear at a mandatory hearing after the charges were filed.==

==As a result, a warrant was issued, the raid was conducted, and Gumrukcu was officially arrested and held on a $625,000 bail on Feb. 9, 2017.==

A little less than a year later, on Jan. 25, 2018, Gumrukcu entered a plea of no contest to one count of second-degree commercial burglary and received a sentence of five years probation. While the California AG's Office declined Sharesleuth's request to explain why 14 counts became only one, Assistant Attorney General Natasha Howard did tell the court that, on the day that Gumrukcu was sentenced, he had paid in full the restitution he owed.

Akyuz's attorney confirms this as it relates to the roughly $1.2 million owed to her client, who did not want to talk with us. So too does Gac, who texted Sharesleuth that "I'm pretty sure Serhat covered me for the amount I was short."

On Aug. 10, 2020, after serving just over half of his sentence, Gumrukcu petitioned the California Superior Court for a dismissal of his charges and termination of probation. Both motions were granted a month later.

## A COMPANY IN NEED OF CHANGE

When Rene Sindlev's previous company DanDrit Biotech flamed out, the wealthy entrepreneur had a problem.

"I had an investment that was not very interesting," he told a Danish newspaper in 2018. "I had to find some alternatives to how I could avoid losing my money."

That alternative came in the form of Gumrukcu.

After magic, medicine, mining, and then the ill-fated attempt at flipping homes that landed him in jail, Gumrukcu had seemingly finally found his footing in America when he first met Sindlev.

According to an unpublished interview Sindlev gave to a Danish journalist, Sindlev was introduced to Gumrukcu by a Miami Beach-based "health food alchemist" called Dr. Etti.

https://youtu.be/mGEYO7rOqg4

Dr. Etti is also the Senior Vice President of Research and Development at Dr Smood, a chain of organic boutique cafes founded by Sindlev. Based off of her Instagram account and Gumrukcu's Instagram account, the two appear to have been friends for years.



According to the Danish journalist's notes, Gumrukcu met Sindlev for the first time in 2016 and made an immediate impres*sion.*

Not long after, Gumrukcu helped form two separate but related entities that serve both as his headquarters for medical research, an "incubator" for Enochian, and the place where he treats patients from all around the world. These two entities are the Seraph Research Institute and Seraph Medical.



**SELLING THE CURE**

Seraph Medical, Gumrukcu's clinic, and Seraph Research Institute were both, for a time, located two floors below Enochian's headquarters in a Los Angeles office building. Gumrukcu is listed as Seraph's "Director of Research". His attorneys have previously denied that he practices medicine at the clinic, which would be illegal because he is not licensed in California, or in any other state in America.

Yet a long string of emails shown to Sharesleuth fly in the face of that claim. Gumrukcu, whether he or his lawyers admit it, appears to be taking very active roles in treatments of very serious conditions.

The emails concern the health of a child dying of cancer, sometime in the past few years. The parents of the patient involved have asked Sharesleuth to obscure any details that would identify them or their child.

After an initial referral to Gumrukcu, the parents exchanged a number of emails with him and others at Seraph about their child's condition. As they remember it, Gumrukcu quoted the parents an up-front charge of at least $600,000 for their child's treatment, a hefty bill they say they assumed would've grown much larger as the treatments continued.

They also say that Gumrukcu claimed, by phone but in writing, to have treated and cured thousands of cancer patients worldwide.

In the email exchanges, the parents often found their messages cc'ed to a man named Gregory Howell, who was one of Gumrukcu's co-workers and a frequent presence on his Instagram page. Howell appears to have no background in medicine. Instead, he describes himself as "quite possibly the world's first celebrity juicer" and a "granola gangster."

His only other professional experience listed on his LinkedIn profile is a six-year stint as a producer on "America's Most Wanted".



Although the emails do not reveal the specific treatments Gumrukcu would have suggested for the child, he did offer some details in a long elaboration on his general philosophy for treating cancer. Based on some simple research, many of the treatments he suggests— Coley's toxins, a foundational breakthrough in immunotherapy that is now over 100 years old and completely out of favor, and IMAK, an acronym for intentionally mismatched activated killer lymphocytes  – are ideas in immunotherapy championed by almost no one except for Slavin, Gumrukcu's mentor. As we mentioned before, Slavin's clinic in Israel was forcibly closed and he now is a scientific and medical advisor at the Seraph Research Clinic.

In the interest of seeing how these ideas and treatments would be viewed within the larger immuno-oncology space, Sharesleuth asked a handful of experts, all of whom, unlike Gumrukcu, are licensed and work for accredited institutions, to review his stated philosophy. When possible, Sharesleuth offered no further information about Seraph or Gumrukcu, to get, as much of an unbiased response as possible.

Here are a few samplings from those responses:

"A load of crap from beginning to end."

6/2/22, 2:16 PM  Enochian Biosciences' stunning murder allegations raise fresh questions about company's top medical mind | Sharesleuth

Case 2:22-mj-02075-DUTY  Document 1-1  Filed 06/13/22  Page 187 of 192  Page ID #:284

"None of this makes any sense."

"None of these treatments will do anything to this particular tumor."

"IMAK therapy looks like dangerous bullshit."

"Much of the approaches he writes about don't seem to be FDA approved, and I don't know what loopholes if any he used to deliver these treatments."

One of these experts also highlighted the fact that inoperable, currently incurable pediatric brain tumors have often served as something of a magnet for controversial, expensive stateside doctors who claim miraculous results. Some of those doctors ultimately got sanctioned for misleading desperate parents.

The Danish couple who emailed with Gumrukcu about their child's case ultimately decided not to go to Los Angeles and get treated by Gumrukcu. The child died shortly thereafter.


**MILLIONS IN CONSULTING CONTRACTS**

After Gumrukcu was arrested last week, Enochian issued a press release asserting that he had no formal role in the company and no involvement with its management or scientific teams.

But our review of SEC filings found that Enochian has paid more than $21 million since the start of 2018 to three entities controlled by some combination of Gumrukcu, his spouse and Sandler.

Those payments covered licenses for intellectual property, payments for research and development work under consulting agreements, payments for supplies and equipment and even a progress payment toward an Investigational New Drug application to the FDA.

In February 2018, right around the time the merger was completed, the company signed a consulting agreement with Weird Science, to provide "ongoing medical services" related to the development of products for the treatment of HIV and Cancer.

Gumrukcu's spouse, Liam Wittekind, was the signatory for Weird Science. The agreement called for payments of up to $30,000 a month. It was terminated in July 2018, after $112,500 in total payments.

Enochian then signed a new consulting contract with G-Tech Bio LLC, to assist in the development of gene therapy and other techniques for the prevention and treatment of HIV in humans and as a "wide-spectrum platform" for cancer and other diseases.

That contact, also signed by Wittekind, had a term of 20 months and called for payments of no more than $130,000 a month, or a total of $2.6 million.

SEC filings show that as soon as the DanDrit-Enochian deal was completed, the combined company's spending on security skyrocketed. According to Enochian's annual financial report for the year that ended June 30, 2019, those expenses were up $780,015 from the prior year.

The same filing said the company had just eight employees at the end of that period, meaning that its average spending on security amounted to more than $90,000 per worker.

In January 2019, Enochian terminated the contract of its chief financial officer, Robert E. Wolfe, a holdover from the DanDrit days. That move led to litigation in Denmark, in state court in Vermont (where Wolfe was based), and in federal court in Vermont.

Wolfe has asserted in court documents that he was fired for persistently raising questions about what he believed were "serious financial improprieties" at the company. He noted that, as CFO, he had fiduciary duties to shareholders and legal obligations to the SEC.

At the end of January 2020, Enochian signed another contract with G-Tech and G Health Research Foundation, a California nonprofit doing business as Seraph Research Institute. That one gave Enochian the exclusive license for a treatment being developed for hepatitis B



The deal included an up-front fee of $1.2 million, plus monthly payments of up to $144,500 to cover scientific staffing needs. It also called for periodic outlays for materials and equipment.

Enochian said in an SEC filing at that time that G-Tech was controlled by Gumrukcu and Wittekind, and G Health/Seraph Research Institute was controlled solely by Gumrukcu.

In April 2021, Enochian entered yet another agreement with G-Tech and Seraph Research Institute – its biggest since the original acquisition. Enochian acquired an exclusive license for the research, development and commercialization of certain formulations aimed at preventing and treating various viruses, including Covid-19 and other viruses.

Enochian paid a fee of $10 million for that license.  It also agreed to pay $760,000 for expenditures incurred prior to the signing of the agreement.

Last August, the company acquired another HIV-related license from Seraph Research Institute, this one for $600,000. In addition, it made a $1.5 million milestone payment for completion of the Pre-Investigational New Drug process for the hepatitis B research.

SEC filings show that Enochian had $51.6 million in total expenditures on payroll, research and development and other categories in its last four fiscal years. Our analysis found that the various entities connected to Gumrukcu were by far the biggest recipients of that spending.

We also noted another recent development that undermines Enochian's assertion that it has distanced itself from Gumrukcu.

Enochian's last three SEC filings – two releases related to Gumrukcu's arrest and another with a copy of the presentation the company made at an H.C. Wainwright investment conference – list a new headquarters address.

That address, 4142 Lankershim Blvd. in Toluca Lake, Calif., is a building that a company called GTB Holdings LLC bought in December, taking out an $11 million first mortgage and a $2.7 million second mortgage.

California corporation filings show that the managing member of GTB Holdings is SG & AW Holdings LLC. The initials in that entity's name translate to Serhat Gumrukcu and Anderson Wittekind, and the  address listed in incorporation papers is the old home of Seraph Medical and Seraph Research Institute.

Seraph Medical andSeraph Research Institute also are using the Lankershim address now.

**TROUBLE AT HOME**

Gumrukcu's legal problems in California may be resolved. But he still has an ongoing case in his home country of Turkey that appears to have kept him from returning for many years.

According to researchers in Turkey hired by Sharesleuth, Gumrukcu has the Turkish equivalent of an outstanding warrant for his arrest.



The line on the left in this screenshot from a police database roughly translates to "fraud by taking advantage of the difficult conditions a person is in" and the word in red is either "searching" or "wanted".





According to this file, and another seen in a Turkish courtroom more recently, Gumrukcu's current criminal case stems from an alleged crime that occurred in 2012. The plaintiff, a man named Metin Akyuz, claimed that Gumrukcu promised cancer treating drugs for an unnamed patient and solicited $275,000. The charges of "qualified fraud" carry with them a possible sentence of 3 to 10 years in prison.

In a response mailed to the court in October of 2020 and seen by one of these researchers, Gumrukcu agreed that he took some money, but alleged it was only $75,000 and that it was in service of a good faith attempt to help the patient. He further alleged that Akyuz had at some point put a gun to his head, and that Gumrukcu was saved only by police intervention.

As part of his defense, Gumrukcu appears to have solicited character letters from current Enochian CEO Mark Dybul and current Enochian board member Carol Brosgart.





Dybul compares Gumrukcu favorably to Nobel laureates and Bill Gates. Brosgart claims that Gumrukcu's research could lead to "curative therapy for HIV, HBV, cancers and other infectious diseases and malignancies." Dybul also cites Gumrukcu's service on "two important Committees" at the American Society of Gene and Cell Therapy (ASGCT).

Included in the batch of character references to the Turkish court is proof of Gumrukcu's time at ASGCT. It comes in the form of the initial invite letter from one of the two heads of the committees on which Gumrukcu would serve. However, there are some discrepancies on what happened next.

Gumrukcu's current biographical statement says he is still serving on both committees. This would make sense given that the initial letter asked him to join the committee for a three-year term from May 2019 to May of this year.



6/2/22, 11:21 AM                    Enochian Biosciences' stunning murder allegations raise fresh questions about company's top medical mind - Sharesleuth

Case 2:22-mj-02075-DUTY    Document 1-1    Filed 06/13/22    Page 190 of 192    Page ID #:287

According to the ASGCT, however, Gumrukcu no longer serves on either. A representative there told Sharesleuth that Gumrukcu's "volunteer appointments" actually ended in May of 2021. When pressed, that representative declined to say why the ASGCT and Gumrukcu have different timelines.

*(Editor's note: In late February, we learned that Hindenburg Research, another site that specializes in exposing securities fraud, also was investigating Enochian. We agreed with Hindenburg that rather than race each other to publication, we would continue conducting separate investigations but publish our findings on the same day. After Gumrukcu was arrested in the murder case, we set that date for today).*

**PERSONAL ATTACKS**

Sharesleuth's investigation into Enochian and Gumrukcu has not gone unnoticed. Thus far, we have received one cease-and-desist letter from lawyers representing the company, and two from Gumrukcu's attorney. The second cease-and-desist from Gumrukcu's attorney seemed to suggest that Sharesleuth was motivated by an anti-LGBT stance because of a previous story written by staffer Caleb Hannan and published on another site in 2014.

"In light of your history of malicious, anti-LGBT jouirnalism and your harassment in this case," Gumrukcu's attorney wrote, "we believe that we will be able to establish actual malice in your effort to defame Dr. Gumrukcu…please understand that our response to a defamatory and malicious smear campaign…will be personal and directed to ensuring, once and for all, that you are publicly discredited and unable to direct your hatefulness against anyone else."

Roughly a month after that letter was sent, an anonymous proxy registered the website EssayAnneVanderbilt.com and the Twitter account @JusticeforDrV. The site and Twitter account are both inspired by a story published eight years ago by one of Sharesleuth's staffers, Caleb Hannan. During reporting, the transgender woman at the center of the story took her own life.



There is no direct connection between the site, the Twitter feed, and Gumrukcu. However, the only non-bots that seem to have interacted with anything the Twitter account has posted are all based in Turkey.



And the site has similar language and themes to the cease-and-desists sent in Gumrukcu's name. The site claims to have a movie in the works that "depicts Hannan's real motives" and his "malicious actions"; "actions that, to this day, remain unpunished."

"By helping to spread the word of this important story," the site's copy reads, "we hope that actions can finally be brought to stop Caleb Hannan from all public work that may potentially damage other lives." A recently released trailer for the film includes headshots of Hannan, his wife, and for some reason a picture of the home they share with their children.

See the purported trailer here:





The idea that Hannan or Sharesleuth is motivated by a dislike of the LGBT community is, of course, absurd. Our direct messages and emails to the owners of the site and Twitter feed have thus far gone unanswered. And as of last night, the Twitter account no longer exists.

*Chris Carey and Jim McNair contributed to this report*

---

**Related Posts**

INVESTIGATIONS

### SolarWindow Technologies Inc.: A green-energy company with multiple red flags

By Caleb Hannan   SolarWindow Technologies, Inc. (OTC: WNDW) is the latest iteration of a company that in 23...

BY **SSDEKKER**   ⊘ MARCH 18, 2021

INVESTIGATIONS

### Pretenders and Ghosts, revisited: Stealth promotion network linked to more pump-and-dump schemes

Two fraud cases tied to pump-and-dump schemes that generated nearly $200 million in proceeds have cast additional light on...

BY **SSDEKKER**   ⊘ DECEMBER 9, 2020

INVESTIGATIONS

### Hot Covid-19 test company has ties to offshore boiler rooms

Shares of Co-Diagnostics Inc. (Nasdaq: CODX) have risen tenfold since January, when the company announced it had completed preliminary design

INVESTIGATIONS

### Do cbdMD Inc.'s celebrity endorsers know who they're doing business with?

Two-time Masters champion Bubba Watson, who refers to himself

6/2/22, 12:54 PM
Case 2:22-mj-02075-DUTY Document 1-1 Filed 06/13/22 Page 192 of 192 Page ID #:289
Enochian Biosciences Stunning murder allegations raise fresh questions about company's top medical mind - Sharesleuth

work...

on Twitter as a Christian, husband, daddy and golfer – in that...

BY **SSDEKKER**  ⏱ APRIL 30, 2020

BY **SSDEKKER**  ⏱ SEPTEMBER 26, 2019



### QUICK LINKS

HOME

INVESTIGATIONS

SHORT TAKES

FIELD NOTES

CRYPTOSLEUTH

MORE

TIPS & IDEAS

RESULTS

ABOUT US

© 2020 Sharesleuth. All Rights Reserved. Website by Dekker Web Solutions.

