VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
SERHAT DANIEL GUMRUKCU

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CA Case No. 22-MJ-02075 |
| Plaintiff, | VT Case No. 22-CR-581 |
| v. | EXHIBIT A, LETTERS WRITTEN ON DEFENDANT'S BEHALF |
| SERHAT DANIEL GUMRUKCU, | |
| Defendant. | |

Attached hereto is Exhibit "A", which consists of letters written in support of Serhat Gumrukcu. This exhibit will be served on the government and is filed in support of Dr. Gumrukcu's concurrently filed bail motion.

This Exhibit is to replace the previously filed Exhibit A which counsel moves to strike from the record.

Dated: June 13, 2022                    Respectfully submitted,

/s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant
SERHAT DANIEL GUMRUKCU

**Exhibit A**

## Letters Received on Dr. Gumrukcu's Behalf

## **Index of Attached Letters**

Incorporated Letters

*These are letters that have been excerpted for defendant's Bail Motion. These letters are presented in the order that they are cited. The Court should only consider these letters even if letters from other individuals are mentioned in the motion.*

Alexia Zumbrum

Juan Barba

Brady Pesola

Michael Schlesinger

Mehrdad Davoudpour

Gary "Julian" Goldstein

Additional Letters

*Additional letters have been received on Dr. Gumrukcu's behalf. These are presented in alphabetical order:*

Daniel Taylor Bauer

Sam Cimino

Timothy Johnson

Mark Panzer

Adiela Pineda

Wenshi Wang

# Incorporated Letters

To whom it may concern, I respectfully ask you to consider this letter as a character reference for Serhat Gumrukcu. My name is Alexia Zumbrum and I consider Serhat a brother. He has been a partner to my brother Anderson Wittekind for many years. I know Serhat to be a caring and intentionally loving son, brother, partner, uncle and friend. While Serhat lives so far from his parents, he talks to them very frequently by phone. I have been around Serhat with his family and he is affectionate and nurturing. He has a high regard and respect for his parents. He exhibits these characteristics to others as well. I feel that people attract others who have the same qualities and Serhat surrounds himself with good natured, intelligent, peaceful, and benevolent individuals. Serhat and those he takes up company with have a mission to make positive change in their community and on a greater global scale.

Serhat has worked extensively to make a difference in humanity through his efforts to find treatments and cures for illness, diseases, life threatening conditions and more. Many of his travels over the years have been organized around bringing treatment to patients all over the world. When we visit and catch up he is always most excited to share about his healing work.

Serhat is one of the few people who never misses sending greetings and love on special holidays and celebration days. I include this because it's not just the big things but also the small details that make up Serhat's character. He has been very generous in opening up his home and providing financial gifts. My family recently made a decision to move my parents from Florida to Georgia so that we could reside together as my parents are aging. We felt that it would be best to reside under one roof as it would provide us the opportunity to provide care to them in the coming years. Serhat and Anderson made it possible for us to acquire a property that would suit our multi-generational household by using their good standing credit to acquire a loan on the property. This is an example of how they have always looked out for the best interest of family and have gone above and beyond.

I will conclude with saying that on Serhat's last birthday many friends and loved ones came together to celebrate him. I was unable to make the trip but I sent a video wishing him a happy birthday and in my message I told him that it is an honor to know him and consider him family. This was a statement from my heart and I stand behind this man and his character now as much as ever. Thank you for this opportunity and I am hopeful that you will consider this toward your decision to approve bail for our beloved Serhat Gumrukcu.

X _Alexia E Zu_____

My name is Juan Barba, I have known Dr. Serhat Gumrukcu for approximately 4 years. During this time I have known him on a professional and personal level as the head of the security team. As the head of his security team I have spent countless hours with him and travelled with him. I have always known Dr. Gumruckcu to be a kindhearted individual who gives selflessly of himself to help others in need. I have never seen him lose his temper or act aggressively toward anyone even when I believed he was dealing with situations that were not pleasant.
Dr. Gumruckcu has always treated me and all the members of the security team with respect and kindness, even though we were there to ensure his needs were taken care of, he would always make sure our needs were taken care of as well.
During my time working for Dr. Gumruckcu I had the opportunity to watch him interact with people that he knew as well as strangers, and I saw him always treat everyone with the same kindness and respect whether he knew them or not/

Juan Barba

**Subject:**      Dr Gumrukcu character reference
**From:**          "Brady Pesola"
**Sent:**          5/26/2022 6:24:04 PM
**To:**            "Zaharah R. Markoe"

To who it may concern,
I worked on Serhat's security detail late 2018 until late 2020. During that time I witnessed nothing but love, compassion and kindness for everyone around him. We was loved by everyone around him and always looked after the people he served, and those that served him are loyal because of his kindness and upstanding character. I was close with him even after our contract ended. During my time working close protection and after spending many hours with him and having deep conversations, I can tell you that Serhat is one of the best men I've known. It's because of who he is, the people he helped,  that I remained loyal and ever watchful for his security and safety.

Respectfully

Brady Pesola

May 27, 2022

Re: Serhat Gumrukcu

TO WHOM IT MAY CONCERN

I am writing this letter to communicate my sincere belief that Serhat Gumrukcu should be given the opportunity to set a reasonable bail so that he can continue his life-long mission to save lives.

I have a unique prospective on Serhat as a little over a year ago, I was in need of a heart transplant because of a bad bout with Covid leaving my heart muscle severely damaged. While laying in the critical care unit, I reached out to a mutual friend, Jerry Chafetz, to inquire if Serhat's research can help someone in my situation. Within hours, I received word from Serhat, through Jerry, that yes, cell therapies could reverse the heart damage. It gave me hope in a trying time.

From the moment of my first face time meeting of Serhat (as I live in Miami and he was in Los Angeles), he was optimistic that the therapy and treatment being offered by Seraph Medical would not only reverse the damage but also improve my previously damaged heart muscle. Jerry had also let me know that Serhat and his group have helped save countless lives of his friends who were told that they were terminal from cancer and other severe diseases. What I noticed also was Serhat's sincere compassion to help me. I am a trial lawyer and know when someone is not truthful or insincere through years of cross-examination, and I can tell you from the bottom of my heart that Serhat cared for me and was going to treat me like I had been his life-long friend even though we essentially just met.

As predicted, I was treated by Seraph Medical and miraculously my heart muscle recovered to pre-Covid condition, and the specter and fear of a heart transplant was removed from my prognosis. During the treatment time, Serhat would reach out to me to see how I was doing.

I have witnessed the same concern and dedication to help the sick when our close friend, Jerry, was hospitalized a few months ago with advanced cancer diagnosis, and Serhat jumped into action, personally getting Jerry to the hospital, making sure he got the care and eventually getting him home and getting the treatment from Seraph Medical. This is the man and person I know.

Although I am not privy to any of the backup for the indictment and arrest, I can unequivocally write that Serhat out on bail will undeniably save lives which is his lifelong mission.

Very truly yours,

Michael J. Schlesinger, Esq.

Mehrdad Davoudpour

May 30th, 2022

Re: Serhat Gumrukcu

To Whom It May Concern,

I have known Serhat Gunrukcu, as a vital researcher on my medical case and as a person of highly refined character since April 2018. I was surprised and troubled to hear of his arrest, as the man I have come to know is incapable of participating in such crimes.

In 2004, I suffered from a fall resulting in a spinal cord injury, in which my symptoms were exacerbated following a car accident in January of 2018. Shortly thereafter, I was connected with Dr. Phillip Andrew Musikanth, M.D. as my doctor and Dr. Serhat Gumrukcu as his research partner who have been treating my neuropathy when many others have abandoned my case. During this time Dr. Gumrukcu's empathy, generosity, and dedication to his patients have continuously stood out to me.

At my initial appointment, Dr. Musikanth and Dr. Gumrukcu patiently spent hours providing details to my every question regarding the regenerative stem cell treatment protocol they would be providing. In addition, while many doctors profit heavily off their patients, Dr. Musikanth and Dr. Gumrukcu only charged for the cost of the treatment. Their clinic is brimming with people who are suffering from debilitating pain to terminal illnesses; whom other doctors have deemed as hopeless cases. Individuals, whose lives, and mine, their collaborative work has transformed and saved. Furthermore, I personally know of multiple individuals, who were unable to afford the cost of the r customized treatment, and were provided with the same level of care completely free of charge.

Dr. Gumrukcu works alongside Dr. Musikanth, endlessly and tirelessly to provide revolutionary and life changing care to these patients. Over the years, they were both continuously available and as dedicated as the first time I walked into the office. Dr. Gumrukcu's presence in the clinic is vital not only to me, but to all the special cases who turn to Dr. Musikanth as a last resort. Personally, my second phase of treatment was set to begin in the next few weeks, and I know many others whom are dependent on this life changing treatment are finding themselves at loss.

It is my sincere hope, that this letter is taken into consideration. Despite the current situation, I believe Dr. Gumrukcu to be an honorable and kind individual.

Sincerely,

Mehrdad Davoudpour

Date: May 29, 2022
To: Zahara Markoe
Re: Serhat Gumrukcu

Zahara Markoe.

I have known Serhat Gumrukcu since 2016 and I admire him and the work he does. I know Serhat to be a kind, brilliant, compassionate friend whose passion is to help people overcome life threatening illnesses and his generosity with his time, when others seek his guidance and assistance seems to know no bounds.

I also work in HIV healthcare and Serhat works closely with highly respected doctors who work with many of the same clients I work with.
He has assisted me, my mother and many of my friends and clients with their medical needs. I can't overstate the extent to which I view Serhat as a humble hero in our community. I have witnessed Serhat helping people who I question if they would even be alive today were it not for his efforts and care.

My mother who was a professor at UCLA, became ill with cancer in 2016. She has been working with some of the top oncologists at UCLA. There have been times when those doctors were stumped and did not know how to help my mother. Serhat looked at her lab results and made suggestions which were outside of the normal protocol of the oncologists at UCLA yet at my mother's request they decided to take Serhat suggestions. In one instance my mother was having severe edema and Serhat strongly suggested that my mother get an albumin infusion. The doctors agreed to try this and it instantly worked. The doctors have told me that since this time they have been using this protocol to treat other cancer patients with edema and they had not done this in the past and they expressed their gratitude to Serhat for his suggestion as other patients have been helped by this suggestion. Serhat thinks outside of the box and is therefore able to come up with medical solutions that many top traditional doctors might not consider. I feel that his insight and exceptional intellect may literally be a blessing to millions of people on our planet. I have heard from many people, who I consider top scientific minds, that Serhat's unique way of approaching science and medicine may literally transform HIV healthcare and from what I have witnessed from HIV positive patients I directly work with, I do not doubt this. I sincerely believe, along with respected HIV doctors whom I work with, that Serhat may literally be on the precipice of curing HIV.

For years my friends and I have talked about how valuable Serhat and his work may be to our community and to the world and how important it is that he stays safe and continues working on what he is doing. I know him to be a rare and beautiful human being. I understand the accusations against him are serious. I implore you to consider any reasonable option to allow Serhat to carry on doing his life-saving work and living his life with the maximum feasible amount of freedom while the details of this horrific situation are investigated.

Sincerely,

Gary "Julian" Goldstein

# Addittional Letters

Daniel Taylor Bauer

To whom it may concern,

My name is Daniel Taylor Bauer, and I am writing this letter in support of my dear friend Serhat Gumrukcu. I am both troubled and surprised to hear about the recent allegations against Serhat, and it is for this reason that I am proudly writing this letter of recommendation.

Since the day I met Serhat, I immediately knew that this was no ordinary human being. It's rare to meet someone who truly embodies the essence of love in everything that they do, but in the case of Serhat, this is his baseline. There are two kinds of people that walk this earth: those who are in service to self, and those who are in service to others. Serhat is the latter, thinking of the 'we' before the 'me.' Generous with his time and resources, and inclusive to all, Serhat brings light to all those that he meets. His gentle, positive demeanor is infectious and brings joy in every setting. Serhat has always presented himself with levelheadedness and grace. His contributions to the medical field in both research and application are incomparable. The advances in healing that his research has yielded are priceless.

It is my sincere hope that the court takes this letter of recommendation into consideration regarding Serhat's bail hearing. Serhat is without question, one of the most honorable human beings I know, and a valuable member of my community.

Sincerely,

Daniel Taylor Bauer

Jun 1, 2022

Dear Sirs,

I've been a friend of Dr Serhat Gumrukcu for over a decade and a patient of Dr Musikanth at Seraph Medical for quite some time. Dr Serhat is a man of intelligence, kindness and generosity. I'm shocked and deeply surprised about the allegations surrounding his situation and find them difficult to comprehend based on Serhat's character.

Dr Serhat is a deeply caring individual. Once while we were traveling together in Istanbul, he walked in front of rush hour traffic and an approaching tram to save a seagull with a broken wing. It's extremely challenging to imagine him harming anything, let alone another human being.

As mentioned, I've been a patient at Seraph Medical and have met several other patients there who have had successful treatments of significant illnesses: MS, HIV, Cancers. Serhat's leadership at Seraph has been a critical component in the creation of life saving treatments across these illnesses and diseases. He's a critical change agent for modern medicine and must be allowed to continue helping humanity. He is empowered and capable of changing the lives of millions of humans.

I hope the court will recognize the above and will release Dr Serhat on bail.

Sincerely,

Samuel S Cimino

Subject: Dr. Serhat Gumrukcu

My name is Timothy Johnson and I am an executive protection agent. I began working for Dr. Gumrukcu over a year ago and spent quite a vast amount of time with him in public, in private, professional settings and interactions between friends and family. I would like to preface this statement by saying that I do not know a human being to be more kind and gentle than Dr. Gumrukcu. His concern for the well being and humanity of others has always been of more importance to him than his own. I am now aware of the allegations and do not believe that he had a role in the murder of Mr. Davis. Since knowing Dr. Gumrukcu, I was seen many acts of selflessness, forgiveness, patience, grace and generosity. I have also seen many people take advantage of his kindness and generosity. Dr. Gumrukcu has a forgiving heart and was never hostile. As a protection agent, it is part of my job to detect the subtle body language and facial expressions indicative of aggression. I have never seen Dr. Gumrukcu exhibit that behavior. When my motorcycle was destroyed while parked, he offered to buy me a new one so that I could continue to commute to work. I was struck by a car head on while on my motorcycle and hospitalized last December. Dr. Gumrukcu checked on me and even came to my

home multiple times to change my bandages and bring me food because my knee had just been put back together and I was unable to reach it. I would like to reiterate that I worked for him, but I was treated family along with nearly everyone else. I have witnessed many times where he gave large amounts of cash to struggling homeless people because he saw the pain in their eyes. Dr. Gumrukcu has done great things and will hopefully continue to do so. What sets Dr. Gumrukcu apart is his creativity in methodology for solving medical issues such as HIV and COVID-19. Even if he is no longer at Enochian, I am sure his research will continue and Seraph Institute will continue to succeed. Many people have left with a huge smile because his research at Seraph quite literally saved their life. Dr. Gumrukcu is a good man and the health a livelihood of many people will be negatively impacted if he is incarcerated.

Timothy Johnson

**Mark Panzer**

Character Reference

To whom it may concern,

My name is Mark Panzer. I reside in Phoenix Arizona and have been a health practitioner for over 30 years.  I specialize in physical realignment, support coaching and energy work. It has been my job and speciality to read people, their character and support them through challenges.

I have known Serhat Gumrukcu for 5 years, first as a client and now consider him to be on my very short list of true friends.  One of my main requirements to allow people in my personal life is they have a true sense of kindness at the root of their character.

In the years I have known Serhat I have never experienced him speak negatively of anyone; furthermore I have only experienced a sense of welcome and generosity from him. I truly look up to his exceptional intelligence, competence, ability to listen, how he is able to understand and hold true compassion for others. In my experience of Serhat's character he has never swayed from these traits.

I have never known Serhat to avoid difficulties or leave questions unanswered or unclear.  On many occasions he has opened his home to me. I have never felt beholden to him and have never experienced him making any unreasonable and/or questionable requests of me.

I find Serhat to be a fine person with great integrity. I therefore without hesitation, recommend him as a trustworthy person to be counted on regardless of the situation.

Sincerely,

Mark Panzer

May 27, 2022.

To whom it may Concern:

My name is Adiela Pineda D.O.B Nov 4, 1957

I am nurse assitant / Caretaker.

I have known Mr Serhat Gomrucku For
the past 5+ years, I am writing in
support of his character, throght the years.
I only have witnessed Mr Serhat of being
a Kind, Genthe and generous Soul, this
evident by the countless hours that he spends
in the Lab, researching how he can better
the world and saves Lives.

The best years of my Life. besides my
children, are the last +5 years I
have spend with Serhat, and I hope to
Spend manymore, I plan to Live many more
next to him, Serhat Gumrucku does enrich
my Life. and Lives of others.

Thank you so much.

Adiel Pineda

Adiele Pineda

Email

**Subject:** Letter of Recommendation

**From:** "Wenshi Wang"

**Sent:** 5/26/2022 8:25:03 PM

**To:** "Zaharah R. Markoe"; _____  __  _____

Dear Zahara

Please find the below the recommendation letter for Serhat.
Thank you very much,
Best
wenshi

May 26, 2022

To the presiding judge in the Serhat Gumrukcu matter before the court,

I was a colleague of Dr. Serhat at Enochian BioScience Inc., from 2018-2020.

I held the position of SVP Operation.

In our time together I found him to be a dedicated, professional and very passionate scientist and compassionate care giver

He has always put the care of his study patients to the forefront of his professional career. He has given many study patients a prolonged life expectancy through his breakthrough work and patented treatment protocols.

His study patient roster includes ailing cancer patients from around the world who have been referred to him by some of the leading scientists and medical practitioners in North America and Europe.

As a leader in his field, Dr Serhat has freely shared his knowledge at numerous symposiums and conferences across the country. He is a lecturer at UCLA and other establishments of higher learning.

He is working on so many important experiments and patient treatments that his extended absence could drastically and negatively impact the outcome for so many patients

He is indeed a talented and gifted scientist.

Sincerely,


Wenshi Wang  PhD