# Exhibit B

## Timeline

**TIMELINE AND NARRATIVE EVENTS**

# 2013-2017

## Major Events/ Philanthropy

- **2013 to 2017** HIV research which started in 2013, culminated with encouraging results in Q4 2017
- **Serhat** marries William Anderson Wittekind, a US citizen, in July 2013
- Enochian Bio formed in **2016**
- **May 2017**; **Serhat** started consulting to Dandrit Biotech, 25000 usd per month
- **November 2017** Initial **Patent** Registration: Methods And Compositions For Non-myeloablative Bone Marrow Reconstitution. (Patent updated in September 2019) https://uspto.report/PATENT/APP/20190269734.
- **Q4 2017**; negotiations with Dandrit for merger started

# 2018

## Major Events/ Philanthropy

- **July 2018** Initial **Patent** Registration: Methods And Compositions Using Recombinant Dendritic Cells For Cancer Therapy. (Patent updated in January 2020) https://uspto.report/patent/app/20200016250
- **Q4 2018** Newly formed Enochian Bioscience listed on NASDAQ

# 2019

## Major Events/ Philanthropy

- **February 2019**
  - **Donation:** Elton John AIDS Foundation 55,000 USD. February 21st
  - **Donation:** Elton John AIDS Foundation 2,500 USD. February 23rd

- **June 2019**
  - Initial **Patent** Registration: Allogeneic T-cell-based Hiv Vaccine To Induce Cellular And Humoral Immunity. (Patent updated in February 2021) https://uspto.report/PATENT/APP/20210030795#D00000
  - Initial Patent Registration: Activated Lymphocytic Cells And Methods Of Using The Same To Treat Cancer And Infectious Conditions . (Patent updated in January 2021)

**https://uspto.report/PATENT/APP/20210008110**

- **July 2019**
  - **Donation:** Project Angel Food, 10,000 USD. July 29th
  - **Donation:** Alliance for Housing and Healing, 9,250 USD. July 29th

- **September 2019**
  - **Donation:** Los Angeles LGBT Center, 5000 USD. September 11th
  - Updated **Patent** Registration: Methods And Compositions For Non-myeloablative Bone Marrow Reconstitution. https://uspto.report/PATENT/APP/20190269734
  - Initial **Patent** Registration: Compositions And Methods For Treating Viral Infections. (Patent updated in August 2021) https://uspto.report/patent/app/20210238232
- **October 2019**
  - **Donation:** Project Angel Food, 10,000 USD. October 31st
- **November 2019**
  - **Donation:** Human Rights Campaigns, 100 USD. November 4th
- **December 2019**
  - **Donation:** Aspen Out, 3,000 USD. December 11th
  - **Donation:** The American Society of Gene & Cell Therapy, 1,235 USD. December 12th

## Publications/Presentations at Major Conferences:

1) A novel approach to induce HBV-infected cell death as a potential cure, HEP DART 2019, Kauai, Hawaii December 2019

# 2020

## Major Events/ Philanthropy

- **January 2020** Updated **Patent** Registration: Methods And Compositions Using Recombinant Dendritic Cells For Cancer Therapy. **https://uspto.report/patent/app/20200016250**

## Publications/Presentations at Major Conferences:

1) Therapeutic and Protective Immunotherapy Potential of SARS-CoV-2-Specific gd T Cells, The American Society of Gene & Cell Therapy COVID- 19 Symposium, Virtual | September 2020
2) Important Role of gd T Cells in Anti-SARS-CoV-2 Immune Response, Conference: ASGCT COVID-19 SYMPOSIUM, September 2020

3) Increased Engraftment of Gene Modified HSPCs Overexpressing ALDH1 in Vivo, The American Society of Gene & Cell Therapy, 23rd Annual Meeting, Virtual | May 2020
4) Gene modified CD34+ cells with increased ALDH1 expression confers in vitro protection against cyclophosphamide, The American Society of Gene & Cell Therapy, 23rd Annual Meeting, Virtual | May 2020
5) Glutamate-Cysteine Ligase Modifier Subunit Overexpression Confers Resistance Against Busulfan, The American Society of Gene & Cell Therapy, 23rd Annual Meeting, Virtual | May 2020
6) A Novel Approach to Potentially Treat Influenza: Selective Induction of Apoptosis in Infected Cells by Hijacking the Virus Machinery, The American Society of Gene & Cell Therapy, 23rd Annual Meeting, Virtual | May 2020
7) Hijacking HBV Pol to Selectively Induce Apoptosis in Infected Hepatocytes In Vivo: A Novel Approach for Potential Treatment or Cure, The American Society of Gene & Cell Therapy, 23rd Annual Meeting, Virtual | May 2020

# 2021

## Major Events/ Philanthropy

- **January 2021** Updated **Patent** Registration: Activated Lymphocytic Cells And Methods Of Using The Same To Treat Cancer And Infectious Conditions **https://uspto.report/PATENT/APP/20210008110**

- **February 2021** Updated Patent Registration: Allogeneic T-cell-based Hiv Vaccine To Induce Cellular And Humoral Immunity **https://uspto.report/PATENT/APP/20210030795#D00000**

- **November 2021** Updated **Patent** Registration: Compositions And Methods For Treating Viral Infections. https://uspto.report/patent/app/20210238232

## Publications/Presentations at Major Conferences:

1) Early Development of Dendritic Cell Vaccines for Multiple Solid Tumors, World Vaccine & Immunotherapy Congress, San Diego | December 2021
2) Novel HBV cure strategy: Leveraging HBV pol for infected cell-specific killing – In vivo proof-of-concept, International Liver Conference, London, Virtual | June 202
3) Immunotherapeutic Potential of Inhibitory KIR/HLA Mismatched Allogeneic NK and gamma-delta T Cells as an HIV Cure Strategy, The American Society of Gene & Cell Therapy 24th Annual Meeting, Virtual | April, 2021

4) Allogeneic Natural Killer and Cytomegalovirus (CMV)-pp65 Pulsed Dendritic Cells Induced Complete Response Through 15 Months in a Patient with Recurrent Glioblastoma: A Case Study, American Journal of Case Reports, March 2021
5) A Novel COVID-19 Cure Strategy: Hijacking SARS-CoV-2 RNA-Dependent RNA Polymerase, Conference on Retroviruses and Opportunistic Infection, Virtual | March 2021

# 2022

## Major Events/ Philanthropy

- **January 2022**, Appointed as an Adjunct Professor at UCLA
- **March 2022,** Enochian Biosciences entered into a partnership with Caring Cross, using Dr. Serhat's patented platform technology to improve the effectiveness of a potential cure for HIV with an anti-HIV CAR-T therapy that Caring Cross is studying in a clinical trial.
- **March 2022**, Started major renovations to create campus in the new acquired building
- **April-May 2022**, Signing lease agreements and LOIs with new tenants in the field of gene therapy and research
- **May 2022,** In the process of signing an exclusivity agreement with Caring Cross for the use of the patented platform technology invented by Dr Serhat, to cure rare diseases and cancer.

- Have been working on **liquidating 2%** of our Enochian Stock Position to repay a 1 million dollars debt Finance all the renovations taking place at the new acquired buildings: process **started on April 22nd** and **Final Agreement signed on May 18th**
- **May 7th 2022**, Roundtrip ticket purchased LAX-NY-LAX with dates May 23rd – May 27th (to attend to his sick father after surgery)
- **May 15th, 2022,** Booked a Room at LOTTE NE YORK PALACE, 455 Madison Avenue, from May24th – May 27TH 2022
- **May 25-26Th 2022,** Invited guest at the exclusive JP Morgan Founders Forum event in NYC
- **May 26th 2022**, Dr Serhat's father has a surgery in Los Angeles taking place and needs 2 weeks recovery at Dr Serhat Residence requiring his support.

## Publications/Presentations at Major Conferences

1) Innovating Novel Clinical Protocols for Gamma Delta T, NK and Dendritic Cell Combination Therapy in Solid Tumors and HIV. Innate Killer Summit, San Diego | March 2022

# Exhibit C

## Lankershim Closing Statement



GLEN
OAKS
escrow

GTB Holdings, LLC
8581 Santa Monica Boulevard, Suite 317
West Hollywood, CA 90069

Date: December 30, 2021
Escrow No: 5062-ER
Property: 4142, 4144, 4146 & 4153 Lankershim Blvd
Los Angeles, CA 91602

Dear GTB Holdings, LLC,

The above referenced escrow closed on December 22, 2021. In connection therewith, we are enclosing the following documents:

**ENCLOSED:**

- Check payable to you in the amount of $64,508.48
- Final Buyer Closing/Settlement Statement - PLEASE RETAIN FOR INCOME TAX PURPOSES

**TAX INFORMATION:**

- The taxes on your property are currently paid to 01/01/2022
- The next installment is due 02/01/2022

Your escrow will be held by our office for a period of five years from the close of escrow. It has been a pleasure to have handled your escrow, and we trust we may be of service to you in the future.

**REGARDING PROPERTY TAXES DUE:**

The first installment of property taxes is due November 1 and is delinquent December 10. The second installment is due February 1 and is delinquent April 10. The fiscal year began July 1 and ends June 30 of the following year. You may access the property tax bill in mid October and payment instructions online at the County Assessor's website using the Assessor's Parcel Number 2423-029-004. When lenders impound funds for payment of taxes, they usually secure the Tax Bill.

Sincerely,
Glen Oaks Escrow

Eric Rustigian
Email: erustigian@glenoaksescrow.com
Phone: (818) 863-1320
Fax: (818) 296-9636

GLEN OAKS

**Glen Oaks Escrow**
6100 San Fernando Road
Glendale, CA 91201
(818) 502-0400

# Buyer Final Closing Statement

**Property**
4142, 4144, 4146 & 4153 Lankershim Blvd
Los Angeles, CA 91602
**Escrow #** )62-ER
**Title #** 8-989-BLA
**Loan #**

**Escrow Officer** Eric Rustigian
**Buyer** GTB Holdings, LLC

**Prepared** 12/29/2021
**Closing** 12/22/2021
**Disbursement Date** 12/22/2021
**Title by**
Ticor Title Company of California

| | Debit | Credit |
|---|---|---|
| **Primary Charges & Credits** | | |
| Sales Price of Property | $18,450,000.00 | |
| Deposit | | $300,000.00 |
| Borrower Funds | | $4,686,778.15 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes - 004 ($4,026.73) 12/22/2021 to 01/01/2022 | $201.34 | |
| County Taxes - 019 ($13,795.47) 12/22/2021 to 01/01/2022 | $689.77 | |
| County Taxes - 038 ($33,370.98) 12/22/2021 to 01/01/2022 | $1,668.55 | |
| County Taxes - 081 ($35,523.26) 12/22/2021 to 01/01/2022 | $1,776.16 | |
| Prorated Rent for Rents ($77,454.53) | | $49,131.40 |
| Seller Financing | | $2,767,500.00 |
| | | |
| **Loan Charges** | | |
| Loan Amount | | $11,070,000.00 |
| Attorney and Legal Fees ($0.00 POC by Borrower) | $4,000.00 | |
| Document Prep Fee ($0.00 POC by Borrower) | $2,500.00 | |
| Federal Express ($0.00 POC by Borrower) | $480.00 | |
| Loan Origination ($0.00 POC by Borrower) | $221,400.00 | |
| Processing Fee ($0.00 POC by Borrower) | $2,500.00 | |
| Tax Service Fee ($0.00 POC by Borrower) | $1,436.00 | |
| Wire Fee ($0.00 POC by Borrower) | $50.00 | |
| Prepaid Interest ($2613.75 per day from 12/17/2021 to 12/17/2021) | $2,613.75 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee - Deed | $22.00 | |
| Recording Fee - Mortgage | $186.00 | |
| | | |
| **Title Charges** | | |
| Endorsement Fee to Ticor Title | $25.00 | |
| Lender's Title Policy - 1st to Ticor Title | $500.00 | |
| Lender's Title Policy - 2nd to Ticor Title | $100.00 | |
| Recording Service Fee to Ticor Title | $40.00 | |
| Sub Escrow Fee to Ticor Title | $62.50 | |
| | | |
| **Escrow Charges** | | |
| Escrow Processing/Doc Prep Fee to Glen Oaks Escrow | $200.00 | |
| Settlement or Closing Fee to Glen Oaks Escrow | $7,500.00 | |
| | | |
| **Miscellaneous Charges** | | |
| Loan Origination Fee to Zacuto Group | $110,700.00 | |
| Notary Signing Service to 365 Notary LLC | $250.00 | |

|  | Debit | Credit |
|---|---|---|
|  | Debit | Credit |
| Subtotals | $18,808,901.07 | $18,873,409.55 |
| Due to Buyer | $64,508.48 |  |
| Totals | $18,873,409.55 | $18,873,409.55 |

# Exhibit D

## Mortgage & Valuation Information for Curson Residence

J.P.Morgan 

700 Kansas Lane
LA4-6633
Monroe, LA 71203

Thank you for your payment of $16,568.08 on 04/04/2022.

**Statement date** 04/04/2022

| Payment due | Amount due |
|---|---|
| 05/01/2022 | $16,568.08 |

Your payment of $16,568.08 is automatically scheduled to be paid on 05/03/2022.

A late fee of $828.40 may apply if payment received after 05/16/2022.

44335 MSD Z 09422 C -
SG & AW HOLDINGS LLC
8605 SANTA MONICA BLVD
# STE 36381
WEST HOLLYWOOD CA 90069-4109

## Mortgage information

| | |
|---|---|
| Account number | 5297 |
| Property address | Curson Ave Los Angeles, CA 90046 |
| Original principal balance | $4,125,000.00 |
| Unpaid principal balance[1] | $4,025,621.96 |
| Maturity date | 03/2051 |
| Interest rate | 2.62500% |

## Past payments breakdown

| | Paid since last statement | Paid year-to-date |
|---|---|---|
| Principal | $7,745.09 | $30,879.07 |
| Interest | $8,822.99 | $35,393.25 |
| **Total** | **$16,568.08** | **$66,272.32** |

## Explanation of amount due

| | |
|---|---|
| Principal | $7,762.03 |
| Interest | $8,806.05 |
| Total payment due on **05/01/2022** | **$16,568.08** |

## ACCESS YOUR ACCOUNT ON THE GO

Download the **J.P. Morgan Mobile** app to start interacting on the go.

## KEEP UP TO DATE

Log in to www.jpmorganonline.com or contact your J.P. Morgan team.

## Ways to pay

Convenient and free ways to make your payment:

Change automatic payments at www.jpmorganonline.com or back of statement coupon.

Make your payment at www.jpmorganonline.com

Pay by phone with our dedicated number at **1-833-729-2427.**

Mail your payment with the coupon below.

## Resources

| | |
|---|---|
| Call customer service | 1-866-312-7534 (24/7 automated line) |
| Monday - Friday | 8 a.m. - 8 p.m. (ET) |
| Saturday | 9 a.m. - 6 p.m. (ET) |

Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-312-7534

0000001 1860-14C1P 220404 Page 1 of 2 44335

Mail your additional payment with the coupon below

J.P.Morgan

Check box and fill out the reverse side if you would like to make changes to your automatic payment ☐

**SG & AW HOLDINGS LLC**
Account number 5297
**Automatic payment on 05/03/2022 $16,568.08**

*Your final automatic payment may be less than your payment amount.

To make additional principal, escrow, or fee payments, sign in to www.jpmorganonline.com or detach coupon and mail with your check.

| | |
|---|---|
| | $ |
| Late charges ($0.00) | $ |
| Fees due ($0.00) | $ |
| Additional principal | $ |
| Additional escrow | $ |
| Total amount enclosed | $ |

J.P.MORGAN
PO BOX 78420
PHOENIX AZ 85062-8420

⑆50000 50 26⑆ 6 297⑈

## Transaction activity

| Transaction date | Description | Total received | Principal | Interest | Escrow | Fees/ Advances | Unapplied funds |
|---|---|---|---|---|---|---|---|
| 04/03/2022 | PAYMENT | **$16,568.08** | $7,745.09 | $8,822.99 | | | |

## Additional information

Unless you specify otherwise, we will apply funds received in excess of the payment due to additional periodic payments up to two months ahead. Any funds remaining after application of the periodic payments or any amount insufficient to make an additional payment will be applied to outstanding fees and advances, and then as a principal reduction. All principal reductions are applied after periodic payments are applied.

If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or J. P. Morgan policy. These benefits and protections may include protection from foreclosure or eviction without a court order, and in some cases, interest rate and fee benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. In addition, some state laws may allow Servicemembers to request a payment deferral.

For more information, please call J. P. Morgan Military Services at 1-877-469-0110.

0945031017022193440001000000000

## Contact Information and Disclosures

For all of our ways to contact us, please visit www.chase.com/Mortgage-Contact-Us

**Customer Service Inquiries**
J.P. Morgan
Mail Code LA4-6475
700 Kansas Lane
Monroe, LA 71203

**Designated Address for Notices of Error, Information Requests, and Qualified Written Requests**
J.P. Morgan
Mail Code LA4-6911
700 Kansas Lane
Monroe, LA 71203-4774

**Insurance Bills & Policies**
www.MyCoverageInfo.com/chase
Email: chase@mycoverageinfo.com
J.P. Morgan
P.O. Box 4465
Springfield, OH 45501
Fax: 1-678-475-8799
(Free of charge from any Chase branch)

**Overnight Payment**
J.P. Morgan
ATTN: P.O. Box 71244
400 White Clay Center Drive
Newark, DE 19711

### Account Information Reported to Credit Bureau

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at J.P. Morgan, Mail Code LA4-6945, 700 Kansas Lane, Monroe, LA 71203.

If you do not make your mortgage payment on time or request services from J.P. Morgan, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. J.P. Morgan commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

### [1]Loan Payoff Information

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by calling the phone number in the Resources of this statement.

### Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

### Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287, or the U.S. Department of the Treasury-sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit www.HopeNow.com You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at www.hud.gov/offices/hsg/sfh/hcc/fc/ These HUD-approved housing counseling agencies found on www.HUD.gov can also help you with your household budgeting at no charge.

You may have the ability to apply for the Department of Treasury's Homeowner Assistance Fund (HAF), if HAF is available in your jurisdiction. If your state or jurisdiction offers HAF programs, you may contact those programs directly for more information, including how to apply.

## Automatic payment change form

1 Please debit my: ☐ Checking Account ☐ Savings Account

$16,568.08 — Amount Due[1]

6297 — Mortgage Account Number

2 Financial Institution ____ Account Holder Name ____

Routing Number ____ Account Number ____ $ ____ Additional Principal per Month (optional)

3 Day of the month we should withdraw your payment: ____
We'll withdraw your payment on the due date if you leave this blank.
**Please allow 10 business days for setup; continue making your payment until you receive confirmation ACH has been setup.**

4 Signature of Financial Institution Account Holder ____ Date ____

**Enroll for free automatic payments by checking the box on the front and mailing in this form in the envelope provided. Learn more at www.jpmorganonline.com**

**Locate your account and routing number on your check.**

YOUR NAME
1234 your street
city, state 12345

1234

$

CHASE

MEMO

|:123456789 987654321 1234

routing number — checking account number — check number

[1]By signing above you authorize us, any successor servicer, sub-servicer, or assignee to electronically withdraw monthly payments plus any additional principal you authorize from your personal bank account on the date specified, or on the next business day if that date falls on a non-banking day. Requests for changes or cancellations must be made 3 business days before the payment date. You authorize us to change the amount of your payment as needed if there is an increase or decrease in the payment amounts due to changes in the interest rate or escrow, or for any other reason. Automatic payments may be cancelled if automatic payments are returned or if you, a co-borrower, or anyone listed on the title of the property that secures the loan files for bankruptcy. If this should occur, please contact us at the address or telephone number listed above for instructions for making payments on the loan. We may also change terms at any time and will provide any required notice in writing. I hereby acknowledge that I have read this agreement and agree to its terms and will keep a copy for my records.

44335 Page 2 of 2

## Contact Information and Disclosures (continued)

**Crediting of Payments**

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if:

(a) the payment is received Monday through Saturday except for legal holidays
(b) the payment is received at the address shown on your payment coupon
(c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars
(d) the attached payment coupon is enclosed with your payment and
(e) your payment is sent in the enclosed return envelope.

Credit for payments made in any other manner may be delayed for up to five (5) days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

AUTHORIZATION TO CONVERT YOUR CHECK TO AN ELECTRONIC TRANSFER DEBIT: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payments. You may not receive your check back from your institution.

JPMorgan Chase Bank, N.A. Member FDIC. ©2019 JPMorgan Chase & Co.

This Page Intentionally Left Blank



SOLD
Curson Ave
Los Angeles, CA 90046
Zestimate: $6,705,700
6 Beds · 7 Baths · 6,000 Sq Ft
Public view

EDIT FACTS

LIST HOME

MORE

**Looking to save?**
Refinancing your mortgage at a lower interest rate could mean significant savings. Find a lender in minutes and see if you could save.

Get started today

Zillow Group Marketplace, Inc. NMLS #1303160

## Your Home Value

Zestimate

**$6,705,700**

Zestimate range

**$6.04M - $7.44M**

Last 30-day change

**+ $91,271** (+1.4%)

Zestimate per sqft

**$1,118**

Zestimate history & details

# Exhibit F

## New York Travel Documents

# Fwd: Confirmation I J.P. Morgan Founders Forum 2022

From: **Greg Howell** I greg@seraphmd.com

Wednesday, May 25, 3:00 PM

To: **Ty Mabry** @gmail.com, **Liam Anderson Wittekind** I

**Gregory Howell**
**Operations Manager**

 

**Mobile + WhatsApp** +1.323.697.7293
Fax: 855.852.1141

SeraphInstitute.org
4142 Lankershim Blvd., Toluca Lake, CA 91602

Disclaimer and Confidentiality Notice: This transmission and any attached documents may be confidential and contain information protected by State and Federal Medical Privacy statutes and is legally privileged. They are intended for use only by the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, printing, saving, copying or otherwise disseminating any information contained in this transmission. The Director of Seraph Institute is not licensed to practice medicine in the State of California. If you received this transmission in error, please accept our apologies and notify the sender via reply email. Please delete the entire message and its attachments.

Sent from my iPhone

> From: **J P Morgan Founders** I j.p.morgan.founders.forum@jpmchase.com
>
> To: **Greg Howell** I greg@seraphmd.com
>
> Wednesday, May 11, 10:53 AM
>
> Hello and good afternoon, Greg –
>
> Thanks for reaching out to us! We're looking forward to hosting Dr. Serhat in a few short weeks. We will announce our full agenda next week. We have an exciting lineup of speakers that we can't wait to share with you. No presentation or formal remarks required for Dr. Serhat to attend.
>
> All the best,
> KB
>
> **Kyle Brown** | Associate, Executive Client Engagement & Events | **Commercial Banking** | 10 S. Dearborn St., 25th Floor | Chicago, IL 60603 | M: 810.858.5117 | kyle.t.brown@jpmchase.com
>
> J.P.Morgan | CHASE
>
> From: **Greg Howell** I greg@seraphmd.com
>
> Wednesday, May 11, 12:26 PM

Hello,

Dr. Serhat is looking forward to attending the upcoming forum. We were wondering if you can provide with an overview of discussion topics and/or materials? For example, should he prepare a slide presentation? Please advise.

Many thanks,

**Gregory Howell**

**Operations Manager**

**Mobile + WhatsApp** +1.323.697.7293

Fax: 855.852.1141

SeraphInstitute.org

4142 Lankershim Blvd., Toluca Lake, CA 91602

Disclaimer and Confidentiality Notice: This transmission and any attached documents may be confidential and contain information protected by State and Federal Medical Privacy statutes and is legally privileged. They are intended for use only by the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, printing, saving, copying or otherwise disseminating any information contained in this transmission. The Director of Seraph Institute is not licensed to practice medicine in the State of California. If you received this transmission in error, please accept our apologies and notify the sender via reply email. Please delete the entire message and its attachments.

Sent from my iPhone

This message is confidential and subject to terms at: www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

From: **Greg Howell** | greg@seraphmd.com Sunday, Feb 6, 6:07 PM

Received! Thanks

**Gregory Howell**

Operations Manager

**Mobile + WhatsApp** +1.323.697.7293

**Fax:** 855.852.1141

SeraphInstitute.org

2080 Century Park E, Ste 710, Los Angeles, CA 90067

Disclaimer and Confidentiality Notice: This transmission and any attached documents may be confidential and contain information protected by State and Federal Medical Privacy statutes and is legally privileged They are intended for use only by the addressee f you are not the intended recipient you are prohibited from reading disclosing printing saving copying or otherwise disseminating any information contained in this transmission The Director of Seraph Research nstitute is not licensed to practice medicine in the State of California f you received this transmission in error please accept our apologies and notify the sender via reply email Please delete the entire message and its attachments

From: **J.P. Morgan Founders Forum** I jpmorgan.chase.founders.forum@jpmchase.com Sunday, Feb 6, 5:58 PM

J.P.Morgan

MAY 25-26 • NEW YORK, NY

Founders Forum 2022



# Registration Confirmation

Thank you for registering for the 2022 Founders Forum. We look forward to seeing you in May. Below you will find important event information along with your registration details. You will receive another communication with the comprehensive agenda, attendee list, and other pertinent details prior to the event. If you have any questions regarding this event, please contact us here: J.P. Morgan Founders Forum

# Event Details

**Wednesday, May 25 – Thursday, May 26, 2022**

J.P. Morgan Headquarters
383 Madison Avenue
New York, NY 10017

**Attire**
The dress code for the Founders Forum is business attire.

**Accommodations**
If you would like to reserve a room at the discounted rate, please use the link below or call and reference "J.P. Morgan Founders Forum".

Reservation Site link

**InterContinental New York Barclay Hotel**
111 E 48th St, New York, NY 10017
Reservations: (800) 782-8021
Rate: $429 night plus tax

**Agenda**

**Wednesday, May 25, 2022**
5:30 p.m. ET | Registration and Cocktail Reception
7:00 p.m. ET | Dinner and Keynote Speaker
8:00 p.m. ET | Dessert Reception

**Thursday, May 26, 2022**
8:00 a.m. ET | Networking Breakfast
8:30 a.m. ET | Business Sessions Begin
3:00 p.m. ET | Closing Remarks

## REGISTRATION DETAILS

First Name: Serhat
Last Name: Gumrukcu
Title: Director of Translational Research
Company Name: Seraph Research Institute
Phone Number: 8250

Email Address: .com
May we list your email in the event materials?: Yes
Assistant Name: Gregory Howell
Assistant Email Address: greg@seraphmd.com
Assistant Phone Number:
Shirt Size: L

**Event Contact**

J.P. Morgan Founders Forum

jpmorgan.com | Unsubscribe | Privacy Policy | Online Activity Safeguards | Cookies Policy

For important information, please click **HERE**.

© 2022 JPMorgan Chase & Co. All rights reserved.

<2022FoundersForum.ics>

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

# Fwd: Your upgrade is confirmed

From: **JUAN BARBA** | e.com Wednesday, May 25, 7:11 PM

To: **Liam Anderson Wittekind** | @gmail.com

Sent from my iPhone

From: **American Airlines** | no-reply@info.email.aa.com To: **.com** Monday, May 23, 9:32 AM

## Great news! Your upgrade is confirmed

Record locator: **QCM**

If you requested upgrades on other flights, we'll send you an email when they are confirmed.

View your trip

---

## LAX to JFK

Tuesday, May 24, 2022

12:00 PM → 08:33 PM

Los Angeles New York

9A (Business) - SERHAT GUMRUKCU

8F (Business) - JUAN BARBA

**AA 274**

We'll deduct upgrades from your account at departure.*

Check upgrade balance

Need more 500-mile upgrades?

- Go to aa.com or the American Airlines app
- Buy upgrades when you check in (online or at the airport)
- Contact AAdvantage Reservations

Contact us | Privacy policy

Get the American Airlines app

*No upgrades will be deducted from your account if your AAdvantage® status provides you with a complimentary upgrade. Upgrades required for companions, if applicable, will be deducted from the sponsor's account. Please visit aa.com/statusupgrades for more information on complimentary upgrade eligibility.

If there is no seat assignment, please check at the airport.

This email was sent to jabarba@me.com

This email has been sent on behalf of American Airlines. We are happy to help you with any questions or concerns you may have. For all inquiries about American Airlines or the AAdvantage® program, visit aa.com/contactaa or contact us in writing at American Airlines, 1 Skyview Drive, Fort Worth, Texas 76155

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count towards AAdvantage® status qualification or AAdvantage Million Miler™ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit

aa.com/aadvantage.

Travel booked on American Airlines may be American Eagle® service, operated by Envoy Air Inc., Republic Airways Inc., SkyWest Airlines, Inc., Mesa Airlines, Inc., PSA Airlines, Inc., or Piedmont Airlines, Inc.

American Airlines, American Eagle, AAdvantage, AAdvantage Million Miler, MileSAAver, Business Extra, Flagship, Admirals Club, AirPass, ConciergeKey, AAdvantage Executive Platinum, AAdvantage Platinum Pro, Platinum Pro, AAdvantage Platinum, AAdvantage Gold, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of**one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.



AA RECORD LOCATOR: QCM

**Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.**

New York to Los Angeles 2 Adults

**Friday** May 27, 2022

AA Record Locator
**QCM**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Reservation Name
**JFK/LAX**

Status: **Ticketed** May 07 2022

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **9492** Operated by JetBlue Airways | **New York** (JFK) May 27, 2022 01:55 PM Travel Time : 6 h 8 m Class : Economy Seat : -- , -- | **Los Angeles** (LAX) May 27, 2022 05:03 PM Booking Code : K Aircraft : Airbus A318/319/320/321 |

Total Paid:

**$1,557.40 USD**

**Fare Amount**

Adult 2 × $697 21 USD — $1 394 42 USD

**Taxes & Carrier-Imposed Fees**

Taxes — $162 98 USD

Carrier-Imposed Fees — $0 00 USD

**Flight Subtotal**

**$1,557.40 USD**

Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| GUMRUKCU SERHAT | 0012426157057 | | $697 21 USD | 0 00 USD | 81 49 | 778 70 |
| BARBA JUAN | 0012426157058 | | $697 21 USD | 0 00 USD | 81 49 | 778 70 |
| **Payment Type:** | MASTER CARD ************0779 | | | | **Total** | $1 557 40 USD |

Endorsements/Restrictions

NONREF/FARED F/CXL BY FLT T ME OR NOVALUE

Terms and conditions:

f you ve already begun travel this receipt may only show portions of your trip not flown

f your ticket involves travel outside the U S Canada U S Virgin slands or Puerto Rico and has been reissued your ticket total may not include all taxes Please contact Reservations for the correct total

A summary of all the terms and conditions that apply to your travel are available on aa com/conditionsofcarriage

Rosemary Beach is calling. Explore homes.

Account

Trips

Invite

Favorites

My Reviews

# Your Past Trip Details

Towers Ki...
New York, New ...

**May 24, 2022** → **May 27, 2022**
Check-in: 4pm Check-out: 11am

Name on reservation:
**William Wittekind**
Booked: **May 15, 2022**
Occupancy: **2**

Stay: **3 Nights**
Total: **$0.00**

Travelers

Start Preparing For Your Trip! Let us know who is coming by providing the necessary information a each traveler so we can better serve you.

ADD TRAVELER

**Serhat Gumrukcu**

Husband

| |
|---|
| serhat.gumrukcu@gmail.com |
| 8250 |
| 39 - 11/15/1982 |

| DELETE | EDIT |
|---|---|

**Need help? Give us a call.**

## Your Care Team

Dustin, Jameson

PassSouthernCA@inspirato.com
(720) 354-4385

Exhibit G

Expired Turkish Passport & U.S. Permanent Resident Card *

*Defense counsel in possession of both documents.

# Exhibit H

## Letter from Attorney Mathew L. Millen

***Mathew L. Millen***
***Attorney at Law***
***10880 Wilshire Blvd. Suite 1050***
***Los Angeles, CA 90024***
***(310)470-8071***

May 26, 2022

Victor Sherman
Attorney at Law

Sent via email

To Whom It May Concern:

I am the attorney for Serhat D. Gumrukcu with respect to his pending application for naturalization. Mr. Gumrukcu was lawfully admitted for permanent residence on March 25, 2014. He filed an N-400 application for naturalization with U.S. Citizenship and Immigration Services on September 23, 2020.

We are waiting for the U.S. Citizenship and Immigration Services to schedule his appointment for an examination regarding his application for naturalization.

Sincerely,

Mathew L. Millen

# Exhibit I

## Correspondence with

## FBI

**Subject:** FW Serhat Gumrukcu
**From:** "Roy Black" <RBlack@royblack.com>
**Sent:** 5/27/2022 6:16:58 AM
**To:** "Maria D. Neyra" <MNeyra@royblack.com>; "Zaharah R. Markoe" zmarkoe@royblack com ;
**Attachments:** Miami_Logo_Medium_a6662b01-a14c-46ba-867d-4b9814d72a59.jpg

Here is the FBI acknowledgment of counsel

**Roy Black**
Partner

BlackSrebnick
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131
O 305-371-6421
www royblack com

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**From:** Christopher McPeak <cwmcpeak@fbi.gov>
**Sent:** Sunday, April 10, 2022 11 38 PM
**To:** Roy Black <RBlack@royblack.com>
**Subject:** Re Serhat Gumrukcu

Mr. Black,

Thank you for reaching out. I have forwarded your email to the primary case agent responsible for this matter, so that it is properly communicated to the investigative team. I am only assisting on this out of district inquiry so I will defer the case agent to direct you to which USAO they are working with

Please feel free to contact me if you have any additional questions.

Chris

Chris McPeak, Special Agent
FBI Las Vegas
Criminal Apprehension Team (CATs)
702-303-9846 (c)
702 668 7050 (f)

---

**From:** Roy Black <RBlack@royblack.com>
**Sent:** Sunday, April 10, 2022 6:37:31 PM
**To:** McPeak, Christopher W. (LV) (FBI) <cwmcpeak@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Serhat Gumrukcu

Dear Special Agent McPeak: Please be advised that I represent Mr. Gumrukcu. Please do not attempt to speak to him since he is now represented by counsel. If you wish to discuss the matter please call my office. Also please advise any other agents involved in this matter not to speak to him without first talking to me. If there is an ausa assigned to the case please advise him or her as well. Mr. Gumrukcu has granted an interview to the FBI in the past and may well again but please first work through me before you involve him. Thank you

**Roy Black**
Partner

BlackSrebnick
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

O 305-371-6421
www royblack com

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.